UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
:
: **UNSEALING ORDER**
UNITED STATES OF AMERICA :
: S1 23 Cr. 289 (VM)
    - v. - :
:
NIKHIL GUPTA, :
    a/k/a "Nick," :
:
    Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ashley C. Nicolas;

    It is found that Superseding Indictment S1 23 Cr. 289 (VM) (the "S1 Indictment") is currently sealed and the United States Attorney's Office has applied to have the S1 Indictment unsealed, it is therefore

    ORDERED that the S1 Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       November 29, 2023

                                            HONORABLE SARAH L. CAVE
                                            UNITED STATES MAGISTRATE JUDGE