```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

NIKHIL GUPTA,

        Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for March 28, 2025 at 11:00 am will be held in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    27 March 2025
           New York, New York

                                  _____
                                  Victor Marrero
                                  U.S.D.J.