# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

April 10, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2025
```

Honorable Victor Marrero
United States Distirct Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Nikhil Gupta**
  **23 CR 289 (VM)**

Dear Judge Marrero:

    I write in the above-captioned case to advise the Court that there has been a breakdown in communications between Mr. Gupta and Federal Defenders. Mr. Gupta is requesting a change of counsel. I ask that the Court schedule a conference as soon as possible to address Mr. Gupta's request.

Respectfully submitted,

*/s/ Jennifer L. Brown*

Jennifer L. Brown
Attorney in Charge
Federal Defenders of New York
Tel: 646 763 1420

cc:   All Government counsel, by email

---

The Court hereby schedules a conference to address the Defendant's change of counsel request on April 11, 2025, at 1:00 pm.

**SO ORDERED.**   */s/ Victor Marrero*
                   Victor Marrero
                   U.S.D.J.

Dated: April 10, 2025