**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2025
```

UNITED STATES OF AMERICA,

             - against -

NIKHIL GUPTA,

                        Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 11, 2025, the Court held a conference to address the Defendant's request for substitution of counsel. During the conference, the Court relieved Michael Rooney and Jennifer Brown of Federal Defenders as counsel in this matter and appointed the on-duty CJA Counsel Julian Brod as defense counsel. On April 14, 2025, Mr. Brod informed the Court that he was unable to represent the Defendant due to the condensed trial schedule and the complexity of this matter. Given Mr. Brod's unavailability, the Court now exercises its discretion to appoint Matthew Laroche and Nola Heller as CJA Counsel, who have confirmed that they are able to represent the Defendant in this action. The Court finds that the Defendant is financially eligible for the appointment of counsel and that the appointment of CJA Counsel is appropriate in this matter.

The parties shall promptly inform the Court whether the parties anticipate any revisions to the proposed pretrial

schedule outlined in the Government's letter dated March 26, 2025, (see Dkt. No. 43), which the Court adopted during the status conference on March 28, 2025. The trial in this matter will still begin on November 3, 2025.

**SO ORDERED.**

Dated:    15 April 2025
          New York, New York

_____
                    Victor Marrero
                    U.S.D.J.