

**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com  |  milbank.com

April 28, 2025

**VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Nikhil Gupta</u>, 23 Cr. 289 (VM)

Dear Judge Marrero:

    We write on behalf of Defendant Nikhil Gupta to propose revisions to the pretrial schedule. Specifically, the defense requests that the Court modify the deadlines for filings related to the Defendant's Rule 12 motions as follows:

- Defense Rule 12 motions due on June 23, 2025 (current deadline May 15, 2025)

- Government's opposition to Defense Rule 12 motions due on July 21, 2025 (current deadline June 20, 2025)

- Defense reply in support of Rule 12 motions due on August 4, 2025 (current deadline July 11, 2025)

    The defense seeks this modification to ensure the undersigned has sufficient time to meet with the Defendant and review the discovery. The defense is not seeking any other modifications to the pretrial or trial schedule. The government does not object to this request.

                                                                 Respectfully submitted,

                                                                 Matthew Laroche

MILBANK LLP

NEW YORK  |  LOS ANGELES  |  WASHINGTON, D.C.  |  SÃO PAULO  |  FRANKFURT
LONDON  |  MUNICH  |  HONG KONG  |  SEOUL  |  SINGAPORE  |  TOKYO