**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2025
```

UNITED STATES OF AMERICA,

        - against -

NIKHIL GUPTA,

                      Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Before the Court is the pro se motion of Defendant to dismiss the indictment and to order his immediate release on bail (the "Pro Se Motion"). (See Dkt. No. 55.) However, Defendant is currently represented by CJA Counsel Matthew Laroche and Nola Helle, (see Dkt. No. 48), and the parties have already set a pretrial motion schedule, (see Dkt. Nos. 43, 54). Defense Counsel is directed to confirm whether they are aware of Defendant's filing and whether it is Defendant's wish to proceed with the Pro Se Motion.

**SO ORDERED.**

Dated:    30 May 2025
            New York, New York

                                              _____
                                                  Victor Marrero
                                                    U.S.D.J.