# MINISTRY OF JUSTICE OF THE CZECH REPUBLIC
### ▇▇▇▇▇▇▇▇▇▇▇ Praha 2
International Department for Criminal Matters

| | |
|---|---|
| Your ref.: | U. S. Department of Justice |
| Date: | Criminal Division |
| Our ref.: MSP-741/2023-MOT-T/108 | Office of International Affairs |
| | 1301 New York Avenue, NW |
| Respond to: Mgr. Tereza Jachová | Washington, D. C. 20005 |
| Tel No. ▇▇▇▇▇ | United States of America |
| Fax No. ▇▇▇▇▇ | |
| E-MAIL: ▇▇▇▇▇ | |

MSP-741/2023-MOT-T/108

Prague, 6 June 2024
Number of pages: 1
Enclosures: 0

## VERY URGENT

**Nikhil GUPTA, born on 2 October 1971 - Extradition from the Czech Republic to the United States of America**

The Ministry of Justice of the Czech Republic presents its compliments to the United States Department of Justice and with reference to the latter's request for extradition dated 10 August 2023 has the honor to inform that the Minister of Justice of the Czech Republic granted the extradition of Mr. Nikhil Gupta to the United States of America on the basis of the arrest warrant issued by the U. S. District Court of the Southern District of New York on 13 June 2023 for the purposes of criminal prosecution of Mr. Nikhil Gupta for committing the criminal offences of conspiracy to commit murder-for-hire in violation of Section 1958(a) of Title 18 of the United States Code and aiding and abetting the murder-for-hire in violation of Sections 2 and 1958(a) of Title 18 of the United States Code.

Mr. Nikhil Gupta has been held in custody for the purposes of his extradition to the United States of America since 30 June 2023 (18:33 hrs).

The Ministry of Justice of the Czech Republic proposes to discuss the date and details of the surrender of Mr. Nikhil Gupta via Interpol channels. We have already instructed Interpol Prague accordingly. According to the laws of the Czech Republic, the surrender of Mr. Gupta to the authorities of the United States of America must take place within the deadline of 3 months from taking the person into the extradition custody, which follows the minister's decision on granting the extradition.

The Ministry of Justice of the Czech Republic avails itself of this opportunity to renew to the United States Department of Justice the assurances of its highest consideration.

Gabriela Bláhová
Director of the International
Department for Criminal Matters