AO 93C  (08/18) SDNY Rev.  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

In the Matter of the Application of the United States of America for a Search Warrant for (i) an  iPhone bearing IMEI number 352859111674977 and assigned DEA Evidence No. N-81; (ii) an iPhone bearing IMEI number 356703851028422 and assigned DEA Evidence No. N-82; and (iii) a Samsung Vivo Y 56 5G Cellphone bearing IMEI Slot 1 number 861531061236891 and IMEI Slot 2 number 861531061236883, and assigned DEA Evidence No. N-83, USAO No. 2023R00593.

)
)
)
)
)
)
)

# 23 MAG 6609

Case No.  23 Cr. 289 (VM)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Southern _____ District of _____ New York _____

*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

The search and seizure are related to violation(s) of *(insert statutory citations)*:

Title 18, United States Code, Sections 1958(a) and 2 (Murder for Hire and Conspiracy to Commit the Same, and Aiding and Abetting a Murder for Hire)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 12, 2023 _____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ the duty magistrate judge _____ .

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      September 28, 2023 at 6:20 pm

_____
*Judge's signature*

City and state:      New York, N.Y.

Hon. Ona T. Wang, U.S. Magistrate Judge
*Printed name and title*

USAO_000854

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br> 23 Cr. 289 (VM) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| Certification |
|---|

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

USAO_000855

**Attachment A**

## I.  Devices Subject to Search and Seizure

The devices that are the subject of this search and seizure warrant (the "Subject Devices") are described as follows:

a.    an iPhone, bearing IMEI number 352859111674977 and assigned DEA Evidence No. N-81, seized in Prague, Czech Republic by Czech law enforcement authorities, in connection with the arrest of Nikhil Gupta ("GUPTA") on or about June 30, 2023 (the "GUPTA Arrest") and transferred into the custody U.S. authorities on or about September 14, 2023;

b.    an iPhone, bearing IMEI number 356703851028422 and assigned DEA Evidence No. N-82, seized in Prague by Czech law enforcement authorities, in connection with the GUPTA Arrest and transferred into the custody of U.S. authorities on or about September 14, 2023; and

c.    a Samsung Vivo Y 56 5G cellphone, bearing IMEI Slot 1 number 861531061236891 and IMEI Slot 2 number 861531061236883, and assigned DEA Evidence No. N-83, seized in Prague by Czech law enforcement authorities, in connection with the GUPTA Arrest and transferred into the custody of U.S. authorities on or about September 14, 2023.

## II.  Review of ESI on the Subject Devices

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the ESI contained on the Subject Devices for evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1958(a) and 2 (Murder for Hire and Conspiracy to Commit the Same, and Aiding and Abetting a Murder for Hire) (the "Subject Offenses") described as follows:

- Evidence concerning the location of the owner(s) or user(s) of the Subject Devices;

- Evidence concerning the identity(ies) or location(s) of, relationships and illicit dealings between and among, and communications with, co-conspirators in the Subject Offenses, including SMS/MMS messages, data messages, and messages sent via any chat application concerning, among other things, the planning, coordination, and execution of the Subject Offenses, financial transactions related to the Subject Offenses, and efforts to conceal the Subject Offenses from law enforcement;

- Address books or contact list information associated with the Subject Devices' user(s) and potential co-conspirators in the Subject Offenses;

USAO_000856

- Any and all digital photographs and videos, and any associated information, including messages sent via any chat application or other messages attaching those photos or videos, relating to the Subject Offenses, including photos or videos concerning, among other things, the planning, coordination, and execution of the Subject Offenses, and efforts to conceal the Subject Offenses from law enforcement;

- Calendar, note, password, dictionary, or other scheduling information related to the Subject Offenses;

- Any use of social media relating to the Subject Offenses;

- Any Internet or browser entries or history relating to the Subject Offenses;

- Bank records, checks, credit card bills, account information, and other financial records relating to transactions involving the Subject Offenses; and

- Passwords or other information needed to access the Subject Devices or other online accounts.

2

2017.08.02

USAO_000857