**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2025
```

UNITED STATES OF AMERICA

    - against -

NIKHIL GUPTA,

       Defendant.

23 Cr. 289 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  On July 11, 2025, the Government submitted a motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"). (*See* Dkt. No. 70.) Upon the Defendant's request, (*see* Dkt. No. 71), the Court scheduled an *ex parte* conference with the Defendant on August 14, 2025, to address the Government's CIPA Motion. (*See* Dkt. No. 74.) To prepare for the conference on August 14, 2025, the Court directs the Defendant to submit an *ex parte* written submission articulating any theories of relevance or defense strategy that the Defendant believes the Court should bear in mind during its review of the Government's CIPA Motion. Defendant's written submission is due August 8, 2025.

**SO ORDERED.**

Dated:  31 July 2025
     New York, New York

                _____
                Victor Marrero
                U.S.D.J.