**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2025
```

UNITED STATES OF AMERICA

        - against -

NIKHIL GUPTA,

                Defendant.

23 Cr. 289 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    An evidentiary hearing is hereby scheduled on August 12, 2025, at 10:00 AM to determine whether the Defendant's statements to U.S. law enforcement agents following his arrest in the Czech Republic should be suppressed pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C).

**SO ORDERED.**

Dated:    31 July 2025
             New York, New York

                                      Victor Marrero
                                      U.S.D.J.