

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2025
```

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 5, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)

Dear Judge Marrero:

    The Government requests leave to file a brief letter, by end of day tomorrow August 6, 2025, opposing the defendant's motion filed today (Dkt. 80) to expand the scope of the suppression hearing scheduled for August 12, 2025.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: _____
    Camille L. Fletcher / Alexander Li /
    Ashley C. Nicolas
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2383 /-2265 /-2467

cc:    Counsel of Record (*by ECF*)

---

Request **GRANTED.** The Government shall file an opposition to the Defendant's request to expand the scope of the suppression hearing by end of day on August 6, 2025.

**SO ORDERED.** _____
    Victor Marrero
    U.S.D.J.

Dated: August 6, 2025