**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- against -

NIKHIL GUPTA,

                  Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025

23 Cr. 289 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On July 31, 2025, the Court scheduled an evidentiary hearing on August 12, 2025, to determine whether the Defendant's statements to U.S. law enforcement agents following his arrest in the Czech Republic should be suppressed pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C). (See Dkt. No. 77.) In light of recent discovery productions, the Defendant now requests to expand the scope of the hearing to also address (1) whether there was a joint venture between U.S. law enforcement and Czech law enforcement, and (2) whether Czech law enforcement's interrogation of the Defendant violated his Fifth Amendment rights. (See Dkt. No. 80.) The Government opposes the Defendant's request to expand the scope of the evidentiary hearing. (See Dkt. No. 84.) Upon careful consideration, the Defendant's request to expand the scope of the evidentiary hearing is **GRANTED.**

**SO ORDERED.**

Dated:   7 August 2025
         New York, New York

                                                    _____
                                                         Victor Marrero
                                                            U.S.D.J.