# Milbank

**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com  |  milbank.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025
```

August 7, 2025

**VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Nikhil Gupta</u>, 23 Cr. 289 (VM)

Dear Judge Marrero:

      We write on behalf of Defendant Nikhil Gupta to propose revising the August 12 and 13 hearing schedule. As noted in our August 1, 2025 request (Dkt. 78), defense counsel had a conflict on the afternoon of August 12. That conflict has since been resolved, and we respectfully request that the hearing proceed on August 12 only, continuing into the afternoon if necessary, and no longer take place on August 13. The government does not object to this request.

.

                                   Respectfully submitted,

                                     Matthew Laroche

```
Request GRANTED. The suppression hearing in this
matter will begin at 9:00 AM on August 12, 2025,
will continue into the afternoon if necessary. The
Court will no longer hold a portion of the hearing
on August 13, 2025.

SO ORDERED.    _____
                    Victor Marrero
                       U.S.D.J.
Dated: August 7, 2025
```

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO