

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2025
```

August 7, 2025

```
Request GRANTED. The Government may submit a
short surreply on the issue of voluntariness
no later than August 10, 2025.

SO ORDERED.                    Victor Marrero
                                  U.S.D.J.

Dated: August 8, 2025
```

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)

Dear Judge Marrero:

     Earlier today, the Court granted defendant Nikhil Gupta's motion to expand the hearing scheduled for August 12, 2025 to include the issue of whether Gupta voluntarily provided his passcode to the Czech police. (Dkt. 86). Because the Government previously understood that Gupta was not raising this argument, (Dkt. 84), the Government respectfully requests leave to file a short letter brief addressing the merits of Gupta's argument by Sunday, August 10. In his motion to expand the hearing, Gupta stated that "the defense does not object to . . . the government filing a surreply to address the voluntariness point," (Dkt. 80 at 6), and the defense confirmed again tonight that it has no objection to this request.

                                 Respectfully submitted,

                                 JAY CLAYTON
                                 United States Attorney

by:   _____
      Camille L. Fletcher / Alexander Li /
      Ashley C. Nicolas
      Assistant United States Attorneys
      Southern District of New York
      (212) 637-2383 /-2265 /-2467

cc:   Counsel of Record (*by ECF*)