**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

NIKHIL GUPTA,

Defendant.

No. 23 Cr. 289 (VM)

**DECLARATION OF NOLA B. HELLER IN SUPPORT OF DEFENDANT NIKHIL GUPTA'S MOTIONS TO SUPPRESS CERTAIN EVIDENCE AND STATEMENTS AND TO DISMISS COUNT THREE OF THE SECOND SUPERSEDING INDICTMENT**

NOLA B. HELLER hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that:

1. I am a partner at the law firm Milbank LLP, counsel for Defendant Nikhil Gupta in this action. I submit this Declaration to provide the Court with documents and information relevant to defense's reply memorandum of law in support of Mr. Gupta's motions to suppress and to dismiss. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of documents related to this matter.

2. Exhibit 12B is a certified English translation of Exhibit 12A, which was attached to my declaration in support of Mr. Gupta's opening motions to suppress and to dismiss, *see* Dkt. 68. The version of Exhibit 12B attached hereto replaces the uncertified translation that was attached to my prior declaration.

3. Exhibit 13B is a certified English translation of Exhibit 13A, which was attached to my declaration in support of Mr. Gupta's opening motions to suppress and to dismiss, *see* Dkt. 68. The version of Exhibit 13B attached hereto replaces the uncertified translation that was

attached to my prior declaration.

4. Exhibit 19B is a certified English translation of Exhibit 19A, which was attached to my declaration in support of Mr. Gupta's opening motions to suppress and to dismiss, *see* Dkt. 68. The version of Exhibit 19B attached hereto replaces the uncertified translation that was attached to my prior declaration.

5. Exhibit 20B is a certified English translation of Exhibit 20A, which was attached to my declaration in support of Mr. Gupta's opening motions to suppress and to dismiss, *see* Dkt. 68. The version of Exhibit 20B attached hereto replaces the uncertified translation that was attached to my prior declaration.

6. Exhibit 23B is a certified English translation of Exhibit 23A, which was attached to my declaration in support of Mr. Gupta's opening motions to suppress and to dismiss, *see* Dkt. 68. The version of Exhibit 23B attached hereto replaces the uncertified translation that was attached to my prior declaration.

7. Exhibit 32 is a copy of the first discovery request letter sent by defense counsel to the government in this matter. Exhibit 32 was sent to the government via email on June 2, 2025.

8. Exhibit 33 is a copy of the second discovery request letter sent by defense counsel to the government in this matter. Exhibit 33 was sent to the government via email on August 1, 2025.

9. Exhibit 34 is a copy of the government's response to defense's first discovery request letter in this matter. Exhibit 34 was sent to defense counsel via email on June 13, 2025.

10. Exhibit 35 is a copy of the government's response to defense's second discovery request letter in this matter. Exhibit 35 was sent to defense counsel via email on August 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2025
New York, NY

Nola B. Heller