# Exhibit 12B

**Mgr. Miroslav Krutina**
**attorney-at-law**

[redacted]

[redacted]

DATABOX

In Prague, February 22, 2024

**Re: File Ref. No. 1 KZM 670/2023**

**Municipal Public Prosecutor's Office in Prague**
[redacted]

| | |
|---|---|
| Requested Party: | **Nikhil Gupta**, born October 2, 1971, citizen of the Republic of India currently held at Pankrác Remand Prison |
| Legal Counsel: | Mgr. Miroslav Krutina, Attorney-at-Law, Czech Bar Association Reg. No. [redacted] Registered office: [redacted] |

---

**Request for Disclosure of Information**

---

| | |
|---|---|
| *Attachments:* | Request for Disclosure of Information dated February 13, 2024<br>Notification from Police Authority dated February 21, 2024 |

1. Based on the attached notification from the Police Authority dated February 21, 2024, the requested party, through his legal counsel, requests that the Municipal Public Prosecutor's Office in Prague provide information on whether, during his escort by police vehicle from the place of arrest – Terminal 1, Václav Havel International Airport in Prague – to the Police of the Czech Republic's facility (or other locations) on June 30 to July 1, 2023, any agents of the U.S. Drug Enforcement Administration (DEA) or other representatives of the United States were present.

2. The requested party further requests clarification on whether the above-mentioned DEA agents, or other representatives of the United States, were involved in any way during the escort, or during any other official proceedings involving the requested party between June 30 and July 1, 2023. Specifically, he seeks to know whether these individuals asked him any questions, whether they conducted any visual or audio recordings, and whether they accessed or handled any of his personal belongings or travel documents, including whether they viewed or recorded any of the contents of his phone.

3. The requested party asks that the response to the above be sent to his attorney's data mailbox, ID [redacted]

Nikhil Gupta

LANGO LEGAL

August 8, 2025

# CERTIFICATION OF TRANSLATION ACCURACY

TRANSLATION OF: 12A - Request to Czech Prosecutors_CZ.pdf

FROM Czech TO English

Lango Legal, a professional translation services agency, hereby certify that the above- mentioned file has been translated by an experienced, qualified, and competent professional translator who is fluent in the above-mentioned language pair. Lango Legal hereby certify that in our best judgment, the translated text reflects the content, meaning, and style of the source text, and constitutes in every respect a complete and accurate translation of the source text.

Certificate of Translation Accuracy
LANGO, INC

**Meti Dibra** | Chief Operating Officer

+1 682 204 6131 | www.lango.co