# Exhibit 13B

Municipal Public Prosecutor's Office
in Prague

**MSZ I PHA**

[redacted]

To:
Mgr. Miroslav Krutina
Attorney-at-Law
[redacted]

Your Ref.:

Prague, February 27, 2024
File No.: 1 KZM 1015/2023 – 232

**Re: Nikhil Gupta, born October 2, 1971 – Statement**

In reference to your request dated February 22, 2024, I hereby inform you that the file of the Police of the Czech Republic, National Drug Headquarters of the Criminal Police and Investigation Service (SKPV), Department Prague, file no. NPC-1755/ČJ-2023-2200PR, which was submitted with a proposal for pre-trial custody of Mr. Nikhil Gupta, shows that during the apprehension of the aforementioned individual, in accordance with § 93 paragraph 3 of Act No. 104/2013 Coll. on international judicial cooperation in criminal matters, no agents of the U.S. Drug Enforcement Administration (DEA) or any other representatives of the United States were present during the arrest or the seizure of property.

Present during the apprehension and subsequent actions were representatives of the Czech authorities, including Mgr. Jiří Slováček and JUDr. Václav Král, the court-appointed defense counsel for Mr. Nikhil Gupta.

With this, I consider your request fully resolved.

Respectfully,

Mgr. Renata Rychnovská
Public Prosecutor

For Accuracy: Lédlová V.

LANGO LEGAL

August 8, 2025

# CERTIFICATION OF TRANSLATION ACCURACY

TRANSLATION OF: 13A - Response from Czech Prosecutors_CZ.pdf

FROM Czech TO English

Lango Legal, a professional translation services agency, hereby certify that the above- mentioned file has been translated by an experienced, qualified, and competent professional translator who is fluent in the above-mentioned language pair. Lango Legal hereby certify that in our best judgment, the translated text reflects the content, meaning, and style of the source text, and constitutes in every respect a complete and accurate translation of the source text.

Certificate of Translation Accuracy
LANGO, INC

**Meti Dibra** | Chief Operating Officer

+1 682 204 6131 | www.lango.co