# Exhibit 19B

POLICE OF THE CZECH REPUBLIC
National Drug Headquarters SKPV,
Prague Division
[redacted]

Prague, June 30, 2023

Ref. No.: NPC-1755/ČJ-2023-2200PR

No. of Pages: 2

To: Municipal Public Prosecutor's Office in Prague
[redacted]

**Subject: Nikhil Gupta, born October 2, 1971 – Submission of motion for pre-trial detention under Section 94(1) of Act No. 104/2013 Coll.**

Based on Section 93(1) of Act No. 104/2013 Coll., on international judicial cooperation in criminal matters,

| Detainee: **Nikhil Gupta** |
|---|
| Date of Birth: October 2, 1971, citizen of the Republic of India, According to the Czech Criminal Register, there is no criminal record on file. Holder of Indian passport number [redacted]. |

Based on a request from the U.S. Department of Justice transmitted via the Ministry of Justice of the Czech Republic for extradition, a preliminary investigation was initiated under Section 92 of Act No. 104/2013 Coll., on international judicial cooperation in criminal matters.

**The aforementioned person was apprehended on June 30, 2023, by the Czech Police at Terminal 1, Václav Havel Airport in Prague at 18:33 hours.**

The person mentioned above is under police investigation in the Southern District of the State of New York and was brought before the court for participation in an international conspiracy concerning the commission of a contract killing in New York, USA. Gupta was indicted within the United States on June 13, 2023, by the U.S. District Court for the Southern District of New York (23 Cr. 289). In this indictment, Gupta has been charged with the following criminal offenses:

- Conspiracy to commit murder-for-hire with the intent to cause death, in violation of Title 18, United States Code § 1958(a) (punishable by up to 10 years in prison),
- Murder-for-hire with the intent to cause death, in violation of Title 18, United States Code § 1958(a)(2) (carrying a maximum sentence of life imprisonment);

These charges stem from acts committed on or about June 13, 2023, on the basis of which Ruby Krajick, a court clerk, issued an arrest warrant for the above-mentioned Gupta.

Further facts regarding the person:

For at least the past 7 years, the above-named has allegedly participated in criminal activities involving the production and trafficking of drugs, weapons smuggling, and other serious crimes.

Based on a communication from the U.S. Department of Justice to the Ministry of Justice of the Czech Republic, extradition of the above-mentioned individual to the U.S. has been requested.

**In the case of the detained Nikhil Gupta, I find grounds for pre-trial detention under Section 94(1) of Act No. 104/2013 Coll., as the risk of flight is clearly established. The person is a citizen of a country from which extradition would be nearly impossible or significantly hindered….** The person is a citizen of a country from which extradition would be nearly impossible or significantly hindered, and whose extradition would be significantly hindered. The individual has no known ties to the Czech Republic, and no permanent residence in the EU. The person was found in possession of a Swiss visa (No. [redacted]) valid from June 10, 2023, to December 9, 2023. Additionally, a travel reservation was found on his mobile device indicating intended travel from Prague to Zurich to Mumbai.

The accused denies any knowledge of the crime and claims his presence in the Czech Republic was for vacation.

In view of the person of the accused, the nature and seriousness of the crime for which they are being prosecuted, it is not possible, at the time of the decision, to achieve the purpose of custody by any other measures. Therefore, I am submitting to the public prosecutor a motion to file a request for the remanding of the detainee into custody, as stated above.

The detainee stated, during the interrogation in his position as a detainee, that he is not aware of any accusations against him and therefore cannot comment on them, and that he came to the Czech Republic for the weekend for leisure.

**Mandatory legal defense:**

| *Detainee:* | Counsel: |
|---|---|
| ***Nikhil Gupta, born October 2, 1971*** | ***JUDr. Václav Král, and alternate Mgr.*** [redacted] |

The above-named is currently held in provisional detention at the Police of the Czech Republic, Kongresová 2, Prague 4.

Supervision of these proceedings is conducted by the Municipal Public Prosecutor's Office in Prague.

[Signature]
Capt. Břetislav Štěpán,

Chief Commissioner, NPC

[POLICE CZECH REPUBLIC]

GUPTA-0000017

*-40-*

Ref. No. Nt 417/2023

**MINUTES OF DETENTION HEARING**

**Municipal Court in Prague, July 1, 2023, 13:45, Room 327/III Floor**

Criminal case against: **Nikhil Gupta, born October 2, 1971**

The purpose of the hearing was the motion by the Public Prosecutor of the Municipal Prosecutor's Office in Prague dated July 1, 2023 at 12:10 PM, file ref. 1 KZM 1015/2023, proposing pre-trial detention of **Nikhil Gupta** under Section 94(1) of Act No. 104/2013 Coll., ZMJS.

**Present:**

| | |
|---|---|
| Chair of the panel: | Mgr. Jana Miklová |
| Recording Clerk: | Mgr. Kateřina Pajurek |
| Public Prosecutor: | Mgr. Radek Klvaňa (excused due to conflict, notice delivered July 1, 2023) notified by phone on 1 July 2023 at 12:20 p.m. |
| Detainee: | Nikhil Gupta, in person<br>born October 2, 1971, Indian national, identity verified by the escort commander, at the instruction of the presiding judge |
| Defense Counsel: | JUDr. Václav Král, reg. no. [redacted], designated by OSP6 30.6.2023, and backup Mgr. Jiří Slováček, Ph.D. |
| Interpreter for the Hindi language: | Ing. Rashid Zahid,<br>residence permit no. [redacted], issued 28 June 2022 by the Ministry of the Interior of the Czech Republic, Prague 4 |

Before the commencement of the detention hearing, the defense counsel was served, by expedited means, with the application for the detainee's remand into custody from the Municipal Public Prosecutor's Office, file no. 1 KZM 1015/2023. The file was provided for inspection, and a consultation between the detainee and the defense counsel was permitted in the absence of the judge. According to the defense counsel, the assistance of an interpreter for discussions with the client was not necessary.

The hearing commenced at 13:45.

The interpreter was appointed ad hoc upon signing the oath, specifically to interpret from the Hindi language into the Czech language and vice versa, as there is no interpreter for Hindi registered on the official list of interpreters for the Czech language, nor for the translation of documents for the Hindi language.

The motion for remanding the detainee into pre-trial custody, as submitted by the Municipal Public Prosecutor's Office under file no. 1 KZM 1015/2023, was served upon the detainee by expedited means.

The content of the motion to remand the detainee into pre-trial custody was interpreted to the detainee by the interpreter present.

The presiding judge presented the subject of today's hearing, reading aloud the motion submitted by the Municipal Public Prosecutor's Office in Prague, file no. 1 KZM 1015/2023, regarding the application for remand into pre-trial custody.

Detainee present:

**Nikhil Gupta**

GUPTA-0000018

The detainee was instructed pursuant to Sections 92, 95(2) of the Criminal Code, and Sections 85 and 96 of Act No. 104/2013 Coll. on international judicial cooperation in criminal matters. He was informed that simplified extradition can only be granted after the final decision by the Municipal Court.

The detainee stated: "I understand the instruction."

Permission was granted for consultation between the detainee and his defense attorney.

After consultation, the detainee stated:

"I agree with extradition to the USA and request that the court allow me to purchase a ticket at my own expense, so that I can fly to the USA as soon as possible and testify before the court that issued the warrant. I will cooperate with the authorities in the USA. I will not testify before your court. I will not testify either about myself or about the act."

To the MSZ proposal, he replied: "Yes, I agree to my extradition, I do not request protection under the principle of specialty."
He suggested a special procedure be used and confirmed that he would buy his own plane ticket.

The detainee requests the court to allow him temporary access to his mobile phone so that he can communicate with the court in the USA.

**Documents read into the record:**

- Request for provisional arrest for extradition dated June 19, 2023, with photo and U.S. identity documents.
- Provisional arrest order.
- Detention hearing record.
- List of personal effects of the detainee.

Regarding the above, the detainee stated: "I do not wish to comment further, only that I agree with extradition to the USA."

Defense counsel on additional evidentiary motions stated: "Neither the facts of the case nor the accusation are clarified at all; the content of the file nearly fails to meet the conditions required for extradition. Given the complete absence of essential documents, it is therefore impossible to determine either the objective or subjective elements of the alleged conduct, nor do we know the procedural status of the case. Therefore, my motion would be to request all documents necessary for evaluating the matter in its entirety."
In response to questions regarding further motions for evidentiary supplementation, the detainee states:
"I request that the court permit me to travel to the United States at my own expense. I am not aware of any charges against me."

**Decision declared:**
Pursuant to Section 216 of the Criminal Procedure Code, no further evidence will be taken.

The proceeding was concluded. Closing arguments followed.

**Defense Counsel:**
At this time, in my opinion, the conditions for issuing or even for ordering the third pre-trial detention are not met. The subjective and objective aspects of the criminal act are absent. Over 180 thousand lawyers live in New York. After being arrested, he was immediately interrogated by American agents, who are present here, and there is no problem with that. The detainee was transported by U.S. agents, as you know, where he was, after arrival, subject to proceedings by the U.S. Federal Prosecutor's Office. Unlike previous cases of extradition to the USA, the documents in the file are not sufficient. The documents should be clarified, and the detainee should be given the opportunity to fulfill the requested requirements voluntarily, if possible.

**Detainee:**

Referring to my previous statement, I will fully cooperate with local authorities and those in the USA. I do not waive the rule of specialty and do not demand special measures; if special arrangements are imposed, I would appear before the relevant authority and would purchase my own ticket.

**ORDER PRONOUNCED:**

**I.**

Pursuant to Section 94(1) of Act No. 104/2013 Coll., on international judicial cooperation in criminal matters, **the detainee Nikhil Gupta, born October 2, 1971**, citizen of the Republic of India, residing in New Delhi, **is taken into pre-trial custody**, based on the request by the U.S. Department of Justice for his provisional arrest dated June 19, 2023, ref. CRM-95-100-30787, for participation in an international conspiracy to commit murder-for-hire of a person in New York.

Based on the indictment by the U.S. District Court, Southern District of New York (case 23 Cr. 289), Gupta is charged with:

A) Conspiracy to commit murder-for-hire in violation of Title 18, U.S. Code § 1958(a),
B) Murder-for-hire in violation of Title 18, U.S. Code § 1958(a)(2).

According to Section 73(1)(c) of the Criminal Procedure Code in conjunction with Section 94 of Act No. 104/2013 Coll., the reason for pre-trial detention is the existence of an extradition request in criminal matters, therefore there is no alternative measure to ensure the presence of Nikhil Gupta for extradition proceedings.

**II.**

The detention begins at the moment of arrest on June 30, 2023 at 18:33.

Detainee was informed of the reasons for his custody, and advised of legal remedies.

After consulting with counsel, the detainee stated: "I do not request a translation of the decision. I request that the court notify my son in India and my son in Pakistan, as well as the Indian Embassy in Prague, about my being taken into pre-trial custody. For this purpose, I provide the following contacts: son [redacted], and wife [redacted]."

The detainee further stated: "I have a stomach problem, which I already mentioned during my interrogation. I have medication with me."

Hearing concluded at 14:36.

Consultation with defense counsel permitted.

The detainee was escorted at 14:55 with the decision on custody (1x) and an order admitting him to custody (2x).

Mgr. Jana Miklová [Signature]
Presiding Judge

LANGO LEGAL

August 8, 2025

# CERTIFICATION OF TRANSLATION ACCURACY

TRANSLATION OF: 19A - Czech Detention Order_CZ.pdf

FROM Czech TO English

Lango Legal, a professional translation services agency, hereby certify that the above- mentioned file has been translated by an experienced, qualified, and competent professional translator who is fluent in the above-mentioned language pair. Lango Legal hereby certify that in our best judgment, the translated text reflects the content, meaning, and style of the source text, and constitutes in every respect a complete and accurate translation of the source text.

Certificate of Translation Accuracy LANGO, INC

**Meti Dibra** | Chief Operating Officer

+1 682 204 6131 | www.lango.co