# Exhibit 23B

[EMBLEM]

MUNICIPAL PUBLIC PROSECUTOR'S OFFICE
IN PRAGUE

[redacted]

MUNICIPAL COURT IN PRAGUE

PRE-TRIAL DETENTION

Nikhil Gupta, born October 2, 1971

MUNICIPAL COURT IN PRAGUE
[redacted]
Received on: ___ - 5 - 10 - 2023
Number of Enclosures: 5
Stamp Duty: ___
Number of Attachments: ___
(Signature)

Prague,
4 October 2023
1 KZM 1015/2023 – 156

PRELIMINARY BINDING
**Nikhil Gupta, born 10.2.1971**

- **Motion for a decision pursuant to Section 95(1) of Act No. 104/2013 Coll., on international judicial cooperation in criminal matters –**

Following the conducted preliminary investigation under Section 92 of Act No. 104/2013 Coll., on international judicial cooperation in criminal matters, I hereby propose that the Municipal Court in Prague declare, under Section 95(1) of the same law, that:

**The extradition is admissible:**

Nikhil Gupta, born October 2, 1971 in New Delhi, Republic of India, residing in [redacted], citizen of India, currently held in pre-trial detention per the ruling of the Municipal Court in Prague, in custody at Remand Prison Prague 4 – Pankrác, is to be extradited to the United States of America for the purpose of criminal prosecution, for conspiracy to commit murder-for-hire with intent to kill, in violation of Title 18, U.S. Code § 1958(a), and the offense of murder-for-hire with intent to kill, also under Title 18, U.S. Code § 1958(a)(2). The alleged acts occurred on or about May 30, 2023, when Gupta discussed with a confidential informant a deal involving firearms and narcotics. During the conversation, Gupta asked whether the informant knew someone who could commit murder. Gupta informed the informant that he needed someone to kill a lawyer living in New York and offered $100,000 USD for the murder. Gupta confirmed the intent to kill and said that his associates in New York would assist in coordinating the murder.

N. Gupta developed a relationship with a confidential informant starting in 2016, during which they repeatedly discussed deals involving firearms and narcotics, although according to the confidential informant, these deals never actually took place. Based on this relationship, the confidential informant believes that N. Gupta is a dealer in firearms and narcotics, and N. Gupta, in turn, thinks that the confidential informant is a supplier of cocaine from Colombia.

The informant introduced Gupta to an undercover agent who posed as a professional assassin and was based in New York. Gupta agreed that the undercover agent would commit the murder and shared further logistical and financial details.

On June 9, 2023, Gupta arranged for a payment of $15,000 USD via a money courier to the undercover agent as a deposit for the murder. During these communications, Gupta stated that he wanted the murder to be carried out by a certain date and shared with the informant various details about the victim's movements and routines.

A preliminary investigation pursuant to Section 92 of Act No. 104/2013 Coll. was initiated based on Gupta's detention by the Czech Police. Following a motion by the Municipal Public Prosecutor's Office in Prague, Gupta was placed in pre-trial detention by order of the Municipal Court in Prague on July 1, 2023 (ref. Nt 417/2023).The High Court in Prague later rejected Gupta's complaint against this order on July 26, 2023 (ref. 14 To 87/2023).

According to the request by the U.S. Department of Justice, Gupta's acts constitute criminal offenses punishable under U.S. law by imprisonment exceeding one year. The request includes a detailed summary of the criminal charges and outlines the factual and legal basis for prosecution.

During questioning by Czech authorities on July 1, 2023, Gupta initially stated he consented to extradition. However, he later stated that his consent had been misunderstood. Because Gupta insisted on clarifying the issue of consent through a formal declaration of specialty, the Public Prosecutor's Office continued the process without applying Section 96 of Act No. 104/2013 Coll.

During questioning by the public prosecutor in Prague on September 25, 2023, Gupta objected to his extradition to the United States. He claimed there were discrepancies in the extradition materials, pointed out conflicting statements, and denied involvement in the alleged crime. Gupta further stated that there was no evidence proving his guilt and that he might have been confused with someone else of the same name. He confirmed he did not request international protection in the Czech Republic and that he is a citizen of India.

The public prosecutor reviewed the complete case file and concluded that there are no legal obstacles preventing a ruling on the admissibility of Gupta's extradition under Section 91 of Act No. 104/2013 Coll.

N. Gupta is not a citizen of the Czech Republic and holds Indian citizenship – § 91 para. 1 letter a) of Act No. 104/2013 Coll. He has not applied for international protection in the territory of the Czech Republic – § 91 para. 1 letter b) of Act No. 104/2013 Coll.

Having regard to the age and personal circumstances of the requested person and the seriousness of the criminal offense, it cannot be considered that his extradition would result in disproportionate harm – § 91 para. 1 letter c) of Act No. 104/2013 Coll.

The act does not fall under the jurisdiction of the criminal law regulations of the Czech Republic – § 91 paragraph 1 letter d) of Act No. 104/2013 Coll.

There is no doubt that the offense for which extradition is requested is a crime under Czech law, and it is not of a purely political or military nature. It is also not an offense concerning taxation, customs, foreign exchange, or similar regulations – Section 91(1)(e), (f), (g) of Act No. 104/2013 Coll.

The actions of N. Gupta could be classified as the particularly serious crime of murder under § 140 paragraph 1 of the Criminal Code in the stage of preparation according to § 20 paragraph 1 of the Criminal Code, for which it is possible to impose a prison sentence of up to 18 years.

It has been requested to extradite the named person for criminal prosecution for crimes for which a prison sentence of up to 10 years can be imposed, so the application of § 91 paragraph 1 letter h), i) of Act No. 104/2013 Coll. is not considered.
The prosecution is not time-barred – § 91 paragraph 1 letter j) of Act No. 104/2013 Coll.

The crime is not time-barred – Section 91(1)(j) of Act No. 104/2013 Coll.

It was established that N. Gupta is not currently being prosecuted or has been convicted of a crime on the territory of the Czech Republic – § 91 para. 1 letter k), l), m) of Act No. 104/2013 Coll., and has not yet been extradited from the Czech Republic to another State – § 91 para. 1 letter n) of Act No. 104/2013 Coll.

No facts have been found which would reasonably give rise to concern that the rights referred to in Article 3 and Article 6 of the Convention for the Protection of Human Rights and Fundamental Freedoms would be violated, or that N. Gupta would be persecuted in the USA on account of race, religion, nationality, membership of a particular social group or political opinions, or that his position in criminal proceedings or during the execution of a sentence would be worsened for any of these reasons – § 91 para. 1 letter p) of Act No. 104/2013 Coll.

The request for the extradition of N. Gupta is submitted on the basis of the Treaty between the United States of America and the Czechoslovak Republic on Extradition of Offenders, signed on July 2, 1925, the Supplementary Treaty on Extradition between the United States of America and the Czechoslovak Republic, signed on April 29, 1935, and the Second Supplementary Treaty on Extradition between the United States of America and the Czech Republic, signed on May 16, 2006.

No facts have emerged from the collected case materials which would prevent a decision to allow the extradition of N. Gupta for criminal prosecution in the United States of America under § 95 para. 1 of Act No. 104/2013 Coll. The extradition is permissible.

[Signature]
Mgr. Renata Rychnovská
Public Prosecutor

[SEAL: MUNICIPAL PUBLIC PROSECUTOR'S OFFICE IN PRAGUE]

**Attachments:**
- Extradition request including U.S. diplomatic note and certified translations
- Statement of Mgr. Petr Slepička dated August 14, 2023 including annexes
- Letter from N. Gupta dated August 17, 2023 with English translation
- Letter from Petr Slepička dated August 18, 2023
- Interview transcript dated September 25, 2023
- Criminal record extract dated October 3, 2023
- Letter from RT dated October 3, 2023

LANGO LEGAL

August 8, 2025

# CERTIFICATION OF TRANSLATION ACCURACY

TRANSLATION OF: 23A - MSZ Extradition Request_CZ.pdf

FROM Czech TO English

Lango Legal, a professional translation services agency, hereby certify that the above- mentioned file has been translated by an experienced, qualified, and competent professional translator who is fluent in the above-mentioned language pair. Lango Legal hereby certify that in our best judgment, the translated text reflects the content, meaning, and style of the source text, and constitutes in every respect a complete and accurate translation of the source text.

Certificate of Translation Accuracy LANGO, INC

**Meti Dibra** | Chief Operating Officer

+1 682 204 6131 | www.lango.co