# Exhibit 34

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 13, 2025

**By E-Mail**
Matthew Laroche, Esq.
Nola Heller, Esq.
Isabel Pitaro, Esq.
Milbank LLP
55 Hudson Yards
New York, New York 10001

**Re: United States v. Nikhil Gupta, S2 23 Cr. 289 (VM)**

Dear Counsel:

We write in response to your letter of June 2, 2025, making various discovery requests. For convenience, we have itemized your requests and respond in bold below:

**Request Number 1:** "All written or recorded statements, including communications, made by Mr. Gupta, at any time and in any context, regardless of the government's intentions with respect to their use at trial. Fed. R. Crim. P. 16(a)(1)(B).

a. "This request includes, but is not limited to, any communications allegedly between Mr. Gupta and [redacted], the individuals identified as 'CS,' 'CS-2,' and 'UC,' Vikash Yadav, and any individual that is or purports to be a representative of the Indian government, including the Research & Analysis Wing."

   i. "This request specifically includes communications going back to 2015 (or earlier if any such communications exist) allegedly between Mr. Gupta and CS or CS-2 as referenced in USAO_000069 and USAO_000422."

   **The Government is in compliance with its obligations under Rule 16(a)(1)(B). The Government will supplement its productions if it obtains additional discoverable information.**

b. "A description of all alleged communications between Mr. Gupta and any of the individuals referenced in subsection (a) that have been deleted or have not been preserved, recovered, or recorded, as described in, for example, USAO_000074 and USAO_000139 and as demonstrated in USAO_012457 (file name "00000039-WhatsApp Chat with India"), and an explanation of all efforts undertaken by the government to recover or identify any such communications."

**To the extent we are aware of communications between Mr. Gupta and any of the individuals referenced in your Request 1(a) that have been deleted or were not preserved, recovered, or recorded, we have disclosed that information, including in the DEA reports produced at USAO_000074, USAO_000139, and USAO_000404.**

c. "All notes from conversations between the government, law enforcement or any other entity acting at the direction of or that collaborated with law enforcement in this investigation about any communications between Mr. Gupta and the referenced individuals that have been deleted or have not been preserved, recovered, or recorded."

**We are producing to you notes of our conversations with the UC regarding the video described in USAO_000404.**

**<u>Request Number 2:</u>** "All documents that contain the substance of any written or recorded statement made by Mr. Gupta to the government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation regardless of the government's intentions with respect to the statement's use at trial. Fed. R. Crim. P. 16(a)(1)(B). This request includes all notes and drafts, including all handwritten notes and drafts, as well as other documents prepared by law enforcement agents, to the extent that a statement of Mr. Gupta is related, referenced or described within. Where a statement is contained in more than one document, provide each such document."

**The Government is in compliance with its obligations under Rule 16(a)(1)(B). The Government will supplement its productions if it obtains additional discoverable information.**

**<u>Request Number 3:</u>** "The substance of all oral statements made by Mr. Gupta to government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation that have not been disclosed pursuant to Requests 1 and 2 above and that the government may use at trial. Fed. R. Crim. P. 16(a)(1)(A). This request includes not only statements that the government intends to introduce at trial, but also statements that the government may use for impeachment or other purposes."

a. "For the avoidance of doubt, this request specifically includes, but is not limited to, all notes, communications, or documents reflecting oral statements made by Mr. Gupta to the government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation while in the Czech Republic."

**The Government is in compliance with its obligations under Rule 16(a)(1)(A). The Government will supplement its productions if it obtains additional discoverable information.**

**<u>Request Number 4:</u>** "The substance of all oral statements made by Mr. Gupta to any foreign government, foreign law enforcement, or any other foreign entity that have not been disclosed pursuant to Requests 1, 2, and 3 above and that the government may use at trial. Fed. R. Crim. P.

16(a)(1)(A). This request includes not only statements that the government intends to introduce at trial, but also statements that the government may use for impeachment or other purposes."

a. "For the avoidance of doubt, this request specifically includes, but is not limited to, all notes, communications, or documents reflecting oral statements made by Mr. Gupta to any Czech government or law enforcement entity while in the Czech Republic."

**The Government is in compliance with its obligations under Rule 16(a)(1)(A). We direct your attention to, for example, the reports produced at USAO_011726–011727, 011752-011762, 011764-011780, 011782-011793, and 012463–012473, and the videos produced at USAO_011781 and 012454. The Government will supplement its productions if it obtains additional discoverable information.**

**Request Number 5:** "The substance of all statements and expressive conduct of the defendant in response to all warnings given pursuant to *Miranda v. Arizona*, 348 U.S. 436 (1966) as well as all statements or questions concerning his Fifth or Sixth Amendment rights. *See United States v. McElroy*, 697 F.2d 459 (2d Cir. 1982). This includes both oral and written *Miranda* warnings and any form signed or refused by the defendant."

**The Government is in compliance with its discovery obligations. We direct your attention to, for example, the reports produced at USAO_000079–000080, 011764-011780, and USAO_011782-011793, the video produced at USAO_011781, and the forms produced at USAO_000751 and 011774. The Government will supplement its productions if it obtains additional discoverable information.**

**Request Number 6:** "All communications between officials working on behalf of the United States government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation, and any government officials or law enforcement personnel in India, Czech Republic, or any other country regarding the circumstances of, and any documents collected in connection with, Mr. Gupta's investigation, arrest, detainment, and eventual extradition, regardless of the government's intentions with respect to their use at trial. Fed. R. Crim. P. 16(a)(1)(B). This request specifically includes, but is not limited to: [list omitted]."

**We produced records from the Czech Republic in connection with the Government's requests for Mr. Gupta's extradition and for mutual legal assistance. *See* USAO_000020–000060, 011720–011793, and 012463-012473. We also produced text messages, photographs, and a video sent by Czech law enforcement officers in connection with Mr. Gupta's arrest. *See* USAO_012453–012454. We are not aware of any basis for discovery of additional communications responsive to your request. If you are aware of any such basis, please let us know.**

**Request Number 7:** "The full version of the video produced at USAO_012454, to the extent that has not yet been provided, and information regarding who took the video, where it was taken, at what time it was taken, and who directed it to be taken. Please also identify every person who was present when this video was recorded."

> **The video produced at USAO_012454 was made by Czech law enforcement authorities and transmitted to U.S. law enforcement agents shortly after Mr. Gupta's arrest, as documented in the text messages produced at USAO_012453. Based on the timing of its transmission and accompanying photos, the video appears to have been taken at the Prague airport. USAO_012454 is the only version of the video in the Government's possession. The Government has not identified further materials responsive to your request.**

**Request Number 8:** "All notes, recordings, or communications related to the events described in USAO_000079. This request includes, but is not limited to, all notes detailing how Mr. Gupta's phone passwords were obtained and whether they were used in any way by law enforcement, including but not limited to the U.S. Attorney's Office or DEA."

> **We are producing to you notes of our conversations with the interviewing DEA agents regarding the interview of Mr. Gupta described in USAO_000079–000080. The Government's understanding is that Mr. Gupta voluntarily provided his cellphones and passcode to Czech law enforcement authorities after his arrest, as documented at USAO_000079–000080, 011726–011727, 012454, and 012463–012473. The Government provided the passcode "[redacted]" to the examiner at the U.S. Attorney's Office responsible for extracting the contents of Mr. Gupta's physical cellphones pursuant to the judicial search warrant produced at USAO_000854–000857.**

**Request Number 9:** "To the extent not produced in response to the foregoing requests, the original metadata for any video file, audio file, or photograph already produced by the government in discovery. This includes, but is not limited to, the metadata for all audio files saved at USAO_012457 and all files saved at USAO_012454."

> **The media files produced at USAO_012457 and USAO_012454 were produced in their native format with all available metadata. If there are other specific files you would like us to review, please let us know.**

**Request Number 10:** "All documents, notes, information, and communications related to the review by U.S. law enforcement members of device extractions made by Czech authorities following Mr. Gupta's arrest, as referenced in USAO_000846, including but not limited to information regarding: [list omitted]."

> **We produced at USAO_012498–012541 reports reflecting the FBI's review of the two device extractions received by the prosecution team in advance of a formal MLAT return. Those extractions were produced at USAO_011720–011721. To the extent that any additional information responsive to this request would be subject to disclosure under 18 U.S.C. § 3500 or *Giglio v. United States*, 405 U.S. 150 (1972), the Government will provide Section 3500 and *Giglio* material pursuant to applicable law and in accordance with any schedule set by the Court. The Government is not otherwise aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 11:</u>** "With respect to the folder produced in discovery on September 18, 2024, titled '2023.08 Pre-MLAT Czech Courtesy Phone Production,' which contains USAO_011720-11721."

a. "Confirmation that the folder produced to the defense in discovery, which contains only two files titled "USAO_011720 – iphone14.rar" and "USAO_011721 – VIVO.rar," is a complete representation of the files that were produced to the United States by the Czech authorities prior to any MLAT requests."

   **The extractions produced at USAO_011720–011721 are the complete set of device extractions received by the prosecution team in advance of a formal MLAT return.**

b. "Documents sufficient to establish the date on which Czech officials provided these materials to the United States government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation."

   **The extractions produced at USAO_011720–011721 were provided by Czech law enforcement authorities to U.S. law enforcement authorities on July 12, 2023.**

c. "Documents and communications sufficient to establish the circumstances under which these materials were provided by Czech officials to the United States government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation."

   **The extractions produced at USAO_011720–011721 were provided by Czech law enforcement authorities to U.S. law enforcement authorities on a law enforcement to law enforcement basis.**

d. "Any requests made by any representative of the United States government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation for these materials."

   **The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

e. "A description by the government of when and for what purpose anybody associated with the United States government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation accessed and or used these materials."

   **The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 12:</u>** "All communications between the United States government, including any representatives from the Department of Justice or State Department, and the Czech Ministry of

Justice related to Mr. Gupta's extradition, the charges against Mr. Gupta, the addition of Count Three in the second superseding indictment, and the application of the Rule of Specialty to Mr. Gupta. This includes, but is not limited to, the communications from the Czech Ministry of Justice referenced in the government's February 25, 2025 letter to the Court regarding the Rule of Specialty."

**The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**Request Number 13:** "All documents and information contained in the 'packet' transmitted by the U.S. Department of Justice to the U.S. State Department regarding the Rule of Specialty and its applicability in the instant litigation, referenced in your January 31, 2025 email to Mr. Gupta's prior counsel."

**The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**Request Number 14:** "With respect to any documents produced or required to be produced in discovery in this case, all subpoenas or formal or informal requests for documents by the government to which the documents were responsive, all documents concerning communications relating to such subpoenas or requests, and any written responses by the producing party, including but not limited to cover letters, indexes, inventories, certifications, and privilege logs. This request includes, but is not limited to:"

a. "The Grand Jury subpoenas referenced in footnotes 1 of USAO_006598 and USAO_006606 and any associated returns;"

   **The Grand Jury subpoenas referenced in footnotes 1 of USAO_006598 and 006606 were not issued.**

b. Any returns associated with USAO_006606;

   **We are producing pen register returns responsive to this request.**

c. "Any subpoena(s), warrants, or other applications associated with: USAO_006615-6639; USAO_006640-6647; USAO_006648-6650; USAO_006651-6652; USAO_6653-6679; USAO_006680-6688; USAO_006689-6693; USAO_006694-6879; USAO_006880-6882; USAO_006883-6939; USAO_006940-6942; USAO_006943-6946; USAO_006947-6963; USAO_006964-7375; USAO_007376-7479; USAO_007480-USAO_011714; USAO_0011715-11719."

   **The productions referenced in your request are subpoena returns. The Government is not aware of any basis for discovery of the corresponding subpoenas. If you are aware of any such basis, please let us know.**

**<u>Request Number 15:</u>** "Unredacted versions of documents containing heavy redactions, including but not limited to: USAO_000067; USAO_000070; USAO_000076; and USAO_000497. To the extent these documents cannot be produced without redactions, an explanation for why the redactions must necessarily be maintained."

> **Information was redacted from USAO_000067 and USAO_000070 that may reveal the identity of the CS and CS-2. Information was redacted from USAO_000076 that discloses safety guidance to the victim and internal Government deliberations. Information was redacted from USAO_000497 that identifies [redacted] family members.**

**<u>Request Number 16:</u>** "To the extent not already covered by any prior request, the full image of any cellphone allegedly used by the individuals referred to as 'CS' and 'UC' in the second superseding indictment and by [redacted] to communicate with Mr. Gupta. Additionally, to the extent not covered by any prior request, any files obtained from [redacted] computer, as described in USAO_000492, including the 'analyzed hard drive' referenced in USAO_000612."

> **The Government did not identify any files on [redacted] desktop computer as responsive to the judicial search warrant produced at USAO_000950–000955. The Government is not aware of any basis for discovery of the other materials described in your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 17:</u>** "All documents, information, or notes concerning Mr. Gupta in the possession, custody, or control of the 'NY Strike Force,' as referenced in USAO_000071."

a. "This includes, but is not limited to all information regarding the '[open case] which involved Gupta,' and any 'investigative techniques' used."

   **The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

b. "Disclosure of the specific 'CS issues' that led to the closing of the case referenced in USAO_000071 and of whether the 'CS' referenced therein is the same CS that is involved in this case."

   **The confidential source referenced in USAO_000071 is the same confidential source involved in this case. The prior investigation referenced in USAO_000071 was closed due to the exhaustion of investigative leads. The phrase "CS issues" in USAO_000071 meant the confidential source was no longer able to further the investigation, and did not mean the confidential source had done anything wrong.**

c. "All documents related to the 'CS issues' that allegedly led to the close of the prior case against Mr. Gupta, as referenced in USAO_000071."

   **The Government has identified no materials responsive to your request.**

**<u>Request Number 18:</u>** "All documents, information, or notes concerning Mr. Gupta in the possession, custody, or control of the '[redacted] as referenced in USAO_000769. This includes, but is not limited to, any investigation into the allegations of 'money laundering and heroin trafficking' referenced in USAO_000769."

> **The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 19:</u>** "All documents, information, or notes concerning Mr. Gupta in the possession, custody, or control of the Baltimore DEA Office as referenced in USAO_000066 and USAO_000769, including all records related to the allegation that any particular phone number is connected with Mr. Gupta."

> **The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 20:</u>** "Any and all information, documents, reports, communications, or memoranda related to the Indian Ministry of Home Affairs and the Indian Enquiry Committee's investigation of the role of Mr. Gupta and Vikash Yadav in the alleged conspiracies. This includes, but is not limited to, a copy of any report produced by the Indian Enquiry Committee that was submitted to the Indian government."

> **The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 21:</u>** "Exhibit N-93, which is described in USAO_00611 as a 'sheet of paper signed by [redacted]

> **To the extent that any materials responsive to this request would subject to disclosure under Section 3500 or *Giglio*, the Government will provide Section 3500 and *Giglio* material pursuant to applicable law and in accordance with any schedule set by the Court. The Government is not otherwise aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 22:</u>** "All arrest warrants ever obtained by the government or U.S. law enforcement for Mr. Gupta, including but not limited to any warrants obtained in or around May of 2023 in connection with the alleged trip to London outlined in USAO_000069."

> **We produced the arrest warrant for Mr. Gupta in this case at USAO_000004. The Government is not aware of any basis for discovery of any other materials responsive to your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 23:</u>** "To the extent not covered by other requests in this letter, all communications between the government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation, and any U.K. law

enforcement or government entity related to the alleged trip to London outlined in USAO_000069."

> **The Government is not aware of any basis for discovery of the materials described in your request. If you are aware of any such basis, please let us know.**

**<u>Request Number 24:</u>** "Any translations of foreign language documents produced in discovery that the government has subsequently received, regardless of whether the government intends to make use of the translated copies at trial."

> **The Government is not aware of any basis for discovery of the materials described in your request. Nevertheless, as a courtesy, we produced draft summaries and translations of certain Czech-language materials at USAO_011756–011762, 011782–011790, and 012463–012473.**

**<u>Request Number 25:</u>** "Whether, should Mr. Gupta testify in his own behalf, the government will attempt to rely upon specific instances of conduct or a prior conviction for the purpose of impeachment, and a description of any such instance or prior conviction."

> **The Government will provide any notice required by the Federal Rules of Evidence pursuant to applicable law and in accordance with any schedule set by the Court.**

**<u>Request Number 26:</u>** "Pursuant to Fed. R. Evid. 104 and Mr. Gupta's rights to effective representation by counsel and a fair trial, disclosure of the following evidence, to the extent the government intends to offer such evidence in its case in chief:

a. Any statement as to which Mr. Gupta manifested his adoption or belief in its truth. Fed. R. Evid. 801(d)(2)(B).

b. Any statement made by another that was purportedly authorized by Mr. Gupta or is deemed to be an admission of Mr. Gupta. Fed. R. Evid. 801(d)(2)(A) and 801(d)(2)(C).

c. Any statement by any agent or servant of Mr. Gupta concerning a matter within the scope of his agency or employment made during the existence of such a relationship. Fed. R. Evid. 801(d)(2)(D).

d. Any statement by a coconspirator made during the course and in furtherance of any alleged conspiracy. Fed. R. Evid. 801(d)(2)(E).

e. Please state whether the government intends to offer any hearsay evidence pursuant to Fed. R. Evid. 807. If so, provide the information required by the Rule."

> **The Government will provide any notice required by the Federal Rules of Evidence pursuant to applicable law and in accordance with any schedule set by the Court.**

**<u>Request Number 27:</u>** "In order to expedite trial and avoid unnecessary delay during the trial, and so that defense counsel will have sufficient time to review testimony and prepare for cross-examination, Mr. Gupta requests that all materials required to be disclosed pursuant to 18 U.S.C. § 3500 be produced no later than 60 days before the commencement of trial. Specifically included in this request is a request that the Government produce all draft reports and notes for all agents it intends to call as witnesses in this matter pursuant to 18 U.S.C. § 3500.

**We are happy to discuss, at a time closer to trial, a schedule for the exchange of Section 3500 and Rule 26.2 material.**

* * *

We reiterate the requests in our letters of September 18, 2024, November 12, 2024, March 11, 2025, and June 10, 2025 that you provide reciprocal discovery under Federal Rule of Criminal Procedure 16(b). Specifically, we request that you allow inspection and copying of: (1) any books, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial; and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

We have received no discovery from the defense to date.

Please do not hesitate to contact us if you wish to discuss any of the foregoing.

Very truly yours,

JAY CLAYTON
United States Attorney

by: /s

Camille L. Fletcher
Alexander N. Li
Ashley C. Nicolas
Assistant United States Attorneys
Southern District of New York
[redacted]