# Exhibit 35

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 5, 2025

**By E-Mail**
Matthew Laroche, Esq.
Nola Heller, Esq.
Isabel Pitaro, Esq.
Peter Farag, Esq.
Milbank LLP
55 Hudson Yards
New York, New York 10001

**Re: United States v. Nikhil Gupta, S2 23 Cr. 289 (VM)**

Dear Counsel:

We write in response to your letter of August 1, 2025, making various discovery requests. For convenience, we summarize your requests and respond in bold below, retaining the headings of your letter.

**Requests Related to Statements by Mr. Gupta**

Citing the Government's July 30, 2025 production of a July 2, 2023 email summarizing certain of the defendant's post-arrest statements, (USAO_014523), you requested that the Government "produce all documents regarding Mr. Gupta's arrest and alleged statements, including, but not limited to, documents involving any federal agency that participated in Mr. Gupta's investigation. If the government believes there are no other relevant documents to be produced in response to this request, please confirm no such documents exist and what steps the government took to comply with its disclosure obligations."

**At this time, the Government is not aware of any statements by the defendant subject to disclosure under Federal Rule of Criminal Procedure 16(a)(1)(A) or (B) that have not been produced. The Government will supplement its productions if it obtains additional discoverable information.**

**Requests Related to Mr. Gupta's Arrest in the Czech Republic**

Citing the Government's July 30, 2025 production of a Cellebrite report of a WhatsApp group chat involving DEA and Czech law enforcement personnel, (USAO_014511-014522), you requested that the Government produce "all documents related to the transmission of the provisional arrest request for Mr. Gupta, including documents showing when the request was transmitted to the Czech Republic," as well as "the following information concerning the

Cellebrite Extraction Report: (i) documents reflecting the identity of the source of the messages forwarded by [a named Czech officer] on USAO_014515-21, and (ii) documents and/or metadata reflecting when the first message in the chat was sent, which states "'[w]e have just received your request for the provisional arrest from CZ MoJ with translation.'"

**We produced today a screen recording of the WhatsApp group chat referenced in your request (USAO_014511-22). As displayed in the recording, the message "We have just received your request for the provisional arrest from CZ MoJ with translation" was quoted in Kyle Brannon's reply of June 28, 2023 at 3:23 p.m. UTC, stating "Thanks David. Great News!" We understand from another member of the group chat that the underlying message was sent on June 28, 2023 at 2:53 p.m. UTC, which was before Special Agent Mark Franks and TFO Jose Sandobal were added to the group chat at 2:59 p.m. and 3:04 p.m. UTC, respectively.**

**The Government has no records responsive to your request for "documents reflecting the identity of the source of the messages forwarded by [a named Czech officer] on USAO_014515-21."**

**With respect to your request for "all documents related to the transmission of the provisional arrest request for Mr. Gupta," we refer you to our letter of June 13, 2025 regarding the discoverability of such materials.**

Citing the Government's June 13, 2025 production of "text messages, photographs, and a video sent by Czech law enforcement officers in connection with Mr. Gupta's arrest," (USAO_014112-014125), our July 18, 2025 production of "additional documents," (USAO_014178-014510), and our July 30, 2025 production of a Cellebrite report of the WhatsApp group chat referenced above, (USAO_014511-014522), you requested "all documents and communications related to Czech law enforcement's participation in Mr. Gupta's arrest, including but not limited to any communications that have not yet been produced between any U.S. law enforcement personnel and Czech law enforcement relating to Mr. Gupta."

**The Government is in compliance with its discovery obligations.[1] The Government will supplement its productions if it obtains additional discoverable information.**

**Requests Related to Mr. Gupta's Extradition**

Citing the Government's July 21, 2025 opposition to the defendant's pretrial motions, (Dkt. 75), and the July 7, 2025 letter from the Czech Ministry of Justice attached to that opposition, (Dkt. 75-1), you requested "(i) any communication involving the United States government, law enforcement, or any other entity acting at the direction of or that collaborated with law enforcement in this investigation, to Czech law enforcement representatives to assist in the coordination of Mr. Gupta's apprehension, arrest, custody, and extradition in the Czech Republic; (ii) all

[1] Please note that the video produced at USAO_014125 was not "provided by Czech law enforcement officers in connection with Mr. Gupta's arrest," but is a video of the defendant during his extradition flight to the United States.

communications between the United States government, including any representatives from the Department of Justice, State Department or any other federal agency, and the Czech Ministry of Justice or any other Czech authority, related to Mr. Gupta's extradition, the charges against Mr. Gupta, the addition of Count Three in the second superseding indictment, and the application of the Rule of Specialty to Mr. Gupta, including but not limited to (a) any requests for consent or waiver related to Count Three, (b) any communications leading to or following the government's February 25, 2025, letter to the court, or documents memorializing those communications, (c) any communications leading to or following the Czech Ministry of Justice's July 7, 2025, letter, or documents memorializing those communications, and (d) all background materials, briefing papers, or factual submissions provided to the Czech authorities in connection with any communication regarding Count Three; and (iii) all documents and information contained in the 'packet' transmitted by the Department of Justice to the State Department regarding the Rule of Specialty and its applicability in the instant litigation, referenced in your January 31, 2025 email to Mr. Gupta's prior counsel."

**The Government is not aware of any basis for discovery of the materials described in your request. The Government's opposition relied, in relevant part, upon the Czech Republic's July 7, 2025 letter, the Government's extradition submission to the Czech Republic, the defendant's February 18, 2025 letter to the Czech Republic, and the defendant's January 17, 2025 arguments in Court, all of which were produced by the Government or are already in your possession. (Dkt. 75 at 32–34). Based on the plain language of the Czech Republic's July 7, 2025 letter, that letter does not rely upon any further materials but instead provides a legal explanation of the Czech Republic's position on the application of the rule of specialty under Czech law, quoting a Czech statute and stating that (1) "[i]f there are no new facts and the new charge is based upon the same facts (acts) for which the extradition was granted, it is not necessary to seek . . . waiver of the rule of specialty," and (2) the "requesting State, which is conducting the criminal proceedings, is competent to assess, whether the new charge is based upon the same facts and there is no need to request the waiver of the rule of specialty or whether the new elements of the alleged criminal conduct are of such importance that it is necessary to request the waiver." (Dkt. 75-1 at 1–2). Moreover, as the defendant's pretrial motions make clear, the Czech Republic considered the defendant's February 18 letter before providing its position on the rule of specialty in this case. (Dkt. 68-34; *see also* Dkt. 40). We therefore remain unaware of any basis for discovery of the materials described in your request.[2]**

<u>**General Requests**</u>

You requested "all documents in the possession, custody, and control of other law enforcement agencies, the Intelligence Community, and other components of the DEA related to

[2] With respect to your request for "all documents and information contained in the 'packet' transmitted by the Department of Justice to the State Department regarding the Rule of Specialty and its applicability in the instant litigation, referenced in your January 31, 2025 email to Mr. Gupta's prior counsel," we direct you to the Government's opposition to the defendant's pretrial motions. (Dkt. 75 at 13 ("the United States did not transmit its previously-anticipated waiver request to the Czech Republic")).

Mr. Gupta's investigation and that the government confirm which agencies and DEA components were involved in Mr. Gupta's investigation."

**The Government is in compliance with its discovery obligations. The Government will supplement its productions if it obtains additional discoverable information.**

* * *

We reiterate the requests in our letters of September 18, 2024, November 12, 2024, March 11, 2025, June 10, 2025, June 13, 2025, July 11, 2025, July 18, 2025, July 30, 2025, and August 1, 2025 that you provide reciprocal discovery under Federal Rule of Criminal Procedure 16(b). Specifically, we request that you allow inspection and copying of: (1) any books, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial; and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

To date, we have received no discovery from the defendant other than the exhibits to the defense pretrial motions.

Please do not hesitate to contact us if you wish to discuss any of the foregoing.

Very truly yours,

JAY CLAYTON
United States Attorney

by: /s
Camille L. Fletcher
Alexander N. Li
Ashley C. Nicolas
Assistant United States Attorneys
Southern District of New York
[redacted]