**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2025
```

UNITED STATES OF AMERICA

   - against -

NIKHIL GUPTA,

      Defendant.

23 Cr. 289 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

  The Court will hold an *in camera*, *ex parte* conference with the Government on its motion pursuant to Section 4 of the Classified Information Procedures Act on September 10, 2025, at 10:00 AM.

**SO ORDERED.**

Dated:  14 August 2025
      New York, New York

                _____
                Victor Marrero
                U.S.D.J.