

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 2, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)

Dear Judge Marrero:

    In advance of trial in the above-captioned matter, which is scheduled to begin on November 3, 2025, the parties jointly propose that the Government's Rule 404(b) and expert witness disclosure deadlines be set for September 8, 2025 with the defense expert disclosure deadline to follow 30-days later, on October 8, 2025.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: _____
    Camille L. Fletcher / Alexander Li /
    Ashley C. Nicolas
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2383 /-2265 /-2467

cc:    Counsel of Record (by ECF)