

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/3/2025___

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 2, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**    ***United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)**

Dear Judge Marrero:

     In advance of trial in the above-captioned matter, which is scheduled to begin on November 3, 2025, the parties jointly propose that the Government's Rule 404(b) and expert witness disclosure deadlines be set for September 8, 2025 with the defense expert disclosure deadline to follow 30-days later, on October 8, 2025.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

     by:                          
                  Camille L. Fletcher / Alexander Li /
                  Ashley C. Nicolas
                  Assistant United States Attorneys
                  Southern District of New York
                  (212) 637-2383 /-2265 /-2467

cc:      Counsel of Record (by ECF)

Request **GRANTED.** The Court hereby adopts
the disclosure deadlines stated above.

**SO ORDERED.** _____
                Victor Marrero
                  U.S.D.J.

Date: September 3, 2025