Google LLC
1600 Amphitheatre Parkway

Google

USLawEnforcement@google.com
Mountain View, California 94043

October 9, 2023

Attorney Alexander Li
U.S. Attorney's Office
1 Saint Andrew's Plaza
New York, NY 10007

**Re: Search Warrant dated October 06, 2023 (Google Ref. No. 44300529)**
***2023R00875***

Dear Attorney Li:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *vikas0yadav@gmail.com, onlybutt095@gmail.com*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room. [1]

For a Google Custodian of Records, we will require a subpoena and confirmation from

---

1 See the UserInfo.zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated with the target account that are owned and controlled by the Workspace customer, please use the information provided in this production to either request that information directly from the Workspace customer, *see Seeking Enterprise Customer Data Held by Cloud Service Providers*, U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for those records.

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043
USLawEnforcement@google.com

you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Alina Garvey
Google Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

Google

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *vikas0yadav@gmail.com, onlybutt095@gmail.com,* with Google Ref. No. 44300529 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Alina Garvey_______
(Signature of Records Custodian)

Date: October 9, 2023

Alina Garvey
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 44300529)**

onlybutt095@gmail.com.421044307779.AccessLogActivity.Activity_001.zip:

SHA512-
172d99e63f9fd0b84fa45106ceed5619d380c11dfbd2b3b6c4a6bfc49923d1a53fea1730539d917c79
8f675c25bc57085affe0457eca8900f2806f69acf3b32b

onlybutt095@gmail.com.421044307779.AccessLogActivity.AggregatedActivities_001.zip:

SHA512-
e91633779c4a29e2031a36547042e688f4e2ace5cd3c96cb329e1354925bc14508709f48e4d124d86
95b5be7f237fa0eca722ee0a08b61bbdebe5ffe49fcb414

onlybutt095@gmail.com.421044307779.AccessLogActivity.Devices_001.zip:

SHA512-
605b6116b466f7266d4409b0b2700e1cf1fccb17b0fa92891b17c05f29295ad583f01088f644fac172
c13c3e5f4e3e3e3fb96bc7c45a696101d32782e6fc8609

onlybutt095@gmail.com.421044307779.Calendar.Calendars_001.zip:

SHA512-
73b33e469642507fe502554a26ebf4b986a5f7d35ec6ac6c53ed46cee09517041f67aec017bfee72af
54459ae5877b5a098f4b4de66fcaaed592f4b1e7efa9f6

onlybutt095@gmail.com.421044307779.Calendar.UserSettings_001.zip:

SHA512-
172a2b55262a70f26ec8a17731919dd9450deedef9a5a6ae207ff277bdee699bbec081b304f70c725f
bf0803e3a3b644187a97d01930beee0923496f6aae6753

onlybutt095@gmail.com.421044307779.Contacts.Contacts_001.zip:

SHA512-
1a8ba4343052c6d029b6be615497ccbbf7c678663e02ddc7a9524db167eb1e2d9d9d6bd977c031c7
f48d4d871c445b96bf2821466e33bde0441e73a74481432c

onlybutt095@gmail.com.421044307779.Drive.DriveFiles_001.zip:

SHA512-
7b04b076f1c85761e33469c6a9341092148baf607aaa9ed84ffc16ffbbc1700bdeaae37c6ec899eab7
453fff37772181c212031efded24cd497075c1adae49b5

onlybutt095@gmail.com.421044307779.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

)_001.Preserved.zip:

SHA512-
332654a9b6b549ae533f091c49c1b04b14729ae4f37bd94a0ec6ddf97d7d17bd5a4e8ecc1bfdf2d61fa7d307a7e1241d6caba294a1beb205b47bdbc99d65b247

onlybutt095@gmail.com.421044307779.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives)_001.zip:

SHA512-
b6a568f6bd4d204e74df4030cd4d36677dd1c0890fc9b62e6c79affc99ae85879a675c5e398bb28d3e313d2c9d94e0334e1cd5695ad86993bc2ce9e685eacd9c

onlybutt095@gmail.com.421044307779.DriveMobileBackups.Backup_001.Preserved.zip:

SHA512-
9ebdff16bea1ee369a77a00bf00248ab471e370641d327ac013f1a09187653d716cc22c665cb4143f8d136ce216e137944bf9ba695c7245c3e25383ea51c2141

onlybutt095@gmail.com.421044307779.DriveMobileBackups.Backup_001.zip:

SHA512-
9ed7599d34c567b8304c89cc34a47279e5bf8e7ce7110bd18fec6b0d7d5ebce384feba8912da3cf3c9cb739d2aec2f7f060e879b20eef65116e25b24d5a8dd4c

onlybutt095@gmail.com.421044307779.Duo.ContactInfo_001.zip:

SHA512-
567bdbceb5425a499eda9a02993114f2f7b34a7b35cf06828e2813e3fa006c2f49d0bbe20bb80ef393e1c78856ae36d57a822f76b0eb63dc1f95ef8ca9bf2182

onlybutt095@gmail.com.421044307779.Duo.DuoActivity_001.zip:

SHA512-
033b0072a056790cdf78cadaeca7821a58428eda8535e4eb51f5444a3ac5e6d4b41d01c27775fa0ebd98407c5c8d26f91764baff79ebc3e83548b8e2d5f3a4f2

onlybutt095@gmail.com.421044307779.Duo.DuoCustomerInfo_001.zip:

SHA512-
af7a4641cbe4e6f96f5886ecbeaf9fc0dcc8f329d8e44cc5b02a8cef3ff0d781170cc419434c153d6a08fc3d1fece7e42a656849f6b4f20996e041e97aa90eed

onlybutt095@gmail.com.421044307779.GoogleAccount.SubscriberInfo_001.zip:

SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

915e8257d2cb3cfe680214bc287badf286414ae4660312e5441aa693a07d6c2e69c5f864be8b89fe9bf8b087117830c7583f7301cb8c820b3de44890e52609e2

onlybutt095@gmail.com.421044307779.GoogleAccountTargetAssociation.LinkedByAndroidProfile_001.zip:

SHA512-
afbc60448e8aac350dbeff7b9037307405d75b07d38255e3fbdf6a6d08d251ea0da092fa619a4b38c961376a8aab3504fa9d44c7714abc2af805c63bd9f93bf8

onlybutt095@gmail.com.421044307779.GoogleAccountTargetAssociation.LinkedByCookies_001.zip:

SHA512-
2dcf946ecc83d165d810c0dbb4096461c50b775c365edd6c84f63292fb36e1cc85bee4d551535582bae9ce43fe53292da57317fc4bc62a572857246f70e11d56

onlybutt095@gmail.com.421044307779.GoogleAccountTargetAssociation.LinkedByPhone_001.zip:

SHA512-
949b7ae9b1069ebb187040ccaf6387ab5dd2dc6b0d8654551bbafdda1753965144e25c33ee0ee2ee95f72031a598a6085b906ec71103cc5a251c846bfc55aa10

onlybutt095@gmail.com.421044307779.GoogleAccountTargetAssociation.LinkedBySecondaryEmail_001.zip:

SHA512-
aef6af75b8d13780eb8bba5339a3fddc89795193a271e0b2225dc148acc14aa30c538149f5b0a3f7e505ff2be93245c1dcb815cf14322177d49f50fb6ed306f6

onlybutt095@gmail.com.421044307779.GoogleAccountTargetAssociation.LinkedByTermsOfServiceIp_001.zip:

SHA512-
0cb9d7911dd20ad8e01f194f9fd0cf5b59b059623a3f4dc331931eeb103e917203d7e9ac441e7c4c8dc04ef3f128be635199d358d03948e596415bd6d5ee6c40

onlybutt095@gmail.com.421044307779.GoogleChat.GroupInfo_001.Preserved.zip:

SHA512-
f779f2c5aba9e10d2ee7e833ad701dd42225293683708b10d0c9cc5be75c5180ea3da7a6421c157cd945571848cfa83d835a6a9b0af0f08bca35ab051e8a15ce

onlybutt095@gmail.com.421044307779.GoogleChat.GroupInfo_001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
1efd5494a08395c6c13e226a711b695b5a2098f2bc7d8eaeb56fa3cc0e5dcf3050e92f1e2fb5871dc0
117ce41e64a66e88f2067986b846b476fbe5c6b261e9a6

onlybutt095@gmail.com.421044307779.GoogleChat.GroupTasks_001.Preserved.zip:

SHA512-
9255522ea6059a3eb0e06acc0d1414a8f00774e81048b0741e904ebe09af5a0de80747091cc933f86
9e30068de4e1c36fd0460516519a7403c34720c42837e93

onlybutt095@gmail.com.421044307779.GoogleChat.GroupTasks_001.zip:

SHA512-
a5b96178c2a7968b611607fd8a61affbe91b2127f4e207edc3e8a7b659a5d0afb81aa28d885a1d3f14
d01fbcab7a24a2b2f2006490a9f88134530f8ef59e900a

onlybutt095@gmail.com.421044307779.GoogleChat.Messages_001.Preserved.zip:

SHA512-
3980bc972463bdcf2b3b89b44cf521ef48d3508f696c2d4e41c330cad5b35deeecf8ccc1f8ee5876f5
79f3baddebd066abf0e5772e26152c4df2c8f107d5be51

onlybutt095@gmail.com.421044307779.GoogleChat.Messages_001.zip:

SHA512-
7e788708a766bf9b161aa4703259bf42233a89391fdf6c070fda9354fc07da48bd6b653d56bcdf1322
fbf19314407d3364cc85500dfa7dc1fbe754559d1f65ac

onlybutt095@gmail.com.421044307779.GoogleChat.UserInfo_001.zip:

SHA512-
07db4532c3aa47d64504e45940cbc412740e67bb3d8947b734949bf60748d234b133f2dda5b42fe9
263e5d768924e20cb090f6e1b512a376bc0b51a4356b3874

onlybutt095@gmail.com.421044307779.GoogleMeet.MediaInformation_001.zip:

SHA512-
e14fabe9e9017bed1a25b2209e5ac26b54c6d077be56e46f05d26255187c9ef75f756289ff3373746f
7a5f56956f0f653e1e8b6624dae0485839ab1c4e879b95

onlybutt095@gmail.com.421044307779.GoogleMeet.UserSessions_001.zip:

SHA512-
23ad6dfb468232402cdc0a6e41694c7818b8ebedea855439bb7938c553fc1ed8cec4d884a76296f9f
04982ccab8df89c8229950172853e1eac288f24724a963f

Google LLC
1600 Amphitheatre Parkway

Google

USLawEnforcement@google.com
Mountain View, California 94043

onlybutt095@gmail.com.421044307779.GooglePay.ConsumerTransactions_001.zip:

SHA512-
9a84d81023960690e5b65675a42f521cd3ca57bea247fd6b9269c0ebe948402cdb4547a0cd491d76
788ea57734d80541a727849f5643e30caa3051fa98a801c5

onlybutt095@gmail.com.421044307779.GooglePay.P2pTransactions_001.zip:

SHA512-
84914a818a6df6934784ea5ca6eacfde72c019a039388a9ffac40cb8d8e5589de8318646a723407b72
c36eb3ebe0bc33147f254e27e2e02c84bd89be775b2291

onlybutt095@gmail.com.421044307779.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
5c22c916c317b6e3cf540f7997bb97f031793a89ea075044f3e307097347ed0387820bc2e2819b4f7
82d5e535b2c5e2ea08f9a346afcf86a40baa43c0757ea49

onlybutt095@gmail.com.421044307779.GooglePhotos.PrintSubscriptionAndOrdersResource_00
1.Preserved.zip:

SHA512-
3852c5d0e0b8b9500f1e94be1b6186d4d86809a2d5f070efe842495fac509213b609a23d26a5bd3af
dcc406b250aa3664b235a85f7f021bb688f1a8747ccd670

onlybutt095@gmail.com.421044307779.GooglePhotos.PrintSubscriptionAndOrdersResource_00
1.zip:

SHA512-
5530750e201674f0cbdd2dbc46b935657b93d19e5cd3c40677698f574da555e9904a6240f0d539bb
3374dda38141d86ebf03ffeab2283d73398838c43636d156

onlybutt095@gmail.com.421044307779.LocationHistory.Records_001.zip:

SHA512-
bee534c2af1b68e13dcc038bd656958910886fd954f970e64e338d7bc2e4b1a891a3d3d07f084bd66
53c078702b592795376e250f9b5b259369df9dcfed132eb

onlybutt095@gmail.com.421044307779.LocationHistory.SemanticLocationHistory_001.zip:

SHA512-
942d80733a586473968acf3d32ad57cf6a232c31c26fa669ac15404ae182eaa3acacc541dd204bab22
91d99d553e2b0b327985d4b473b79cafb39fd6d3ea4c85

onlybutt095@gmail.com.421044307779.LocationHistory.Tombstones_001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
7fb363de3959a63cc61831f5aa86287e56c3cb588331a278ff77f4c4e8ca1886dc43db030b73cf40d8
467b6713cbc0fe77cb9333b80a6b47ba6270f8d8f0e937

onlybutt095@gmail.com.421044307779.Mail.MessageContent_001.zip:

SHA512-
acf8cfc9406093e0c2a6f5ed9596f85a5e6840081b1a01a73d3a5399c8e1466e74415c4f230603733a
b546616daa5f43cb85b7fd689b8adc595aad0b9eebfde0

onlybutt095@gmail.com.421044307779.Mail.MessageInformation_001.zip:

SHA512-
1c3c4de4f0519247998aebfb6ee10a85737166894cf74b49df104c3decbb693627789cd040ac03232
b31cb0e6609224f45c8f853de508b5a55e4b5448b7722e1

onlybutt095@gmail.com.421044307779.Mail.UserSettings_001.zip:

SHA512-
7d908bf5dbadc5d11e9df53e031fafb6d9f5441d6123373a5426d8fee97bfe355c58d5fe3259e0547e
3307206507b9082cdad87c2f230b3f2fd36bdf20849bdc

onlybutt095@gmail.com.421044307779.MyActivity.MyActivity_001.zip:

SHA512-
dfb8597e94de4ab562a0ac4986fbd1c3154983bc89568d54a6960f1600139e8c1b9da02bce6b36ccd
e5fb0ab842754c283c3f528d816bbbfbccde96185dbab5f

onlybutt095@gmail.com.421044307779.Preserved_001.AccessLogActivity.Activity_001.zip:

SHA512-
201ce374e595c8de6faf1ae399f605c04c083ac93256804a7917a4a61a967504cc855f25d13754b7cd
657498be83eebd5974e1e96601d42e899b460262a736e1

onlybutt095@gmail.com.421044307779.Preserved_001.AccessLogActivity.AggregatedActivities
_001.zip:

SHA512-
97972be6e074672a1fffafc865a8bb0822a76ccd0f77a002db1ae83654f3a40745899d0f3943bba442
8ba6de4b129ffd18e37a7d5602fd089ff41e8b80191d42

onlybutt095@gmail.com.421044307779.Preserved_001.AccessLogActivity.Devices_001.zip:

SHA512-
558b618b5302f3c54db9cd66295e19f966952cb44a04894e87f6ceadf01c55abf3a82515cc79f2b616
f7ea83e85cdcf813396cae260feea480ef1db24614679b

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

onlybutt095@gmail.com.421044307779.Preserved_001.Calendar.Calendars_001.zip:

SHA512-
b2d87ac8d9105886d1899eecc32bbc4a16ec8a373cb6b180c505e6f12cd8c37d1e86d8b2bf3041748
f09bded39403413a8d505cffd75c931c4fcfaa8dca89b4b

onlybutt095@gmail.com.421044307779.Preserved_001.Calendar.UserSettings_001.zip:

SHA512-
167fc46d90a714ec0628e669d74564e812ac67aad924a83fefacaa11c900f7bc71100425547816c871
d1728b02340406ce2282ba54fe0bccad891c829d2bb59f

onlybutt095@gmail.com.421044307779.Preserved_001.Contacts.Contacts_001.zip:

SHA512-
d2f3213432b103d16f0eebed5026eb2467721a6dc2f57ce54f897c26d4d861cf8847923a56bafd2c69
788464f5c991ee3bc9f240f251340c11b15b8ecb05a13d

onlybutt095@gmail.com.421044307779.Preserved_001.Drive.DriveFiles_001.zip:

SHA512-
305bfa68c320fff8089341436e4e73bf719a0ea85331dbaf09e9e03ee1c813da20c408c43528563889
1997210aa39fec2bfae58bbc351a90e298194291f004fb

onlybutt095@gmail.com.421044307779.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
df41e2cdc4cc4208a064276f9f3f19344e9629d759a95daabf89913e7a4bcd227edc2de7f54437a921
278d0e2e05f310e487cc7bde05f903cf50268769189222

onlybutt095@gmail.com.421044307779.Preserved_001.GoogleAccountTargetAssociation.Linke
dByAndroidProfile_001.zip:

SHA512-
1009de4b73901ec55fc6246dcac44c61a85078a33e69b5e39aa96bd5c7bf71d6d192e6f7ae3ee4377
11c4f703614f821e68080c41d79485c995140abd25050c5

onlybutt095@gmail.com.421044307779.Preserved_001.GoogleAccountTargetAssociation.Linke
dByCookies_001.zip:

SHA512-
9ac3714373368fe9cdd1366ca288a50b62f07eb009aef2c30e0390f79ac739bd437580caeb35b9ca3e
2fa757c604bac825339edf8214b51ac982857ebc345f38

onlybutt095@gmail.com.421044307779.Preserved_001.GoogleAccountTargetAssociation.Linke

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

dByPhone_001.zip:

SHA512-
10bfc9ee571679f5ad473e36f8dce78c7a07e38d157f63c8b1029e5bb189bca62c32d3ddf27216355
62ccfbfc8faeffd96ec870112d8ba1950483f77ae76dead

onlybutt095@gmail.com.421044307779.Preserved_001.GoogleAccountTargetAssociation.Linke
dBySecondaryEmail_001.zip:

SHA512-
e6723972537eed52436ab4c652506d623c3198d41899f8667bba5e60231f57aa967a132f159b93a0
6c142a9400dbd86975bd26f070e87490e43c7274a7cb42e3

onlybutt095@gmail.com.421044307779.Preserved_001.GoogleAccountTargetAssociation.Linke
dByTermsOfServiceIp_001.zip:

SHA512-
962d71dd3b4fe5405db131d7b606581a28e6f24502875329806e5985ab23188a023c66530915a300
fb13cfd441a4a958b4a44bf7eca7e1294a691b09528a9d03

onlybutt095@gmail.com.421044307779.Preserved_001.GoogleChat.UserInfo_001.zip:

SHA512-
ab367f4e1a3d4abd84626550feec29388a7a3fccfa3fa16badfc96eb32b416f39cc78f8981d1a8b7852
2ce80d24901622b3c8d308a2dc2dd4b96b88a2d86bc28

onlybutt095@gmail.com.421044307779.Preserved_001.GooglePhotos.PhotoResourceLegal_001.
zip:

SHA512-
cf11c80d89bed1e13993d3220731c9119e1c4688df4df9d3a6eb7a05915b82df2fbc385ce34ff4c2e5
8c1ab69a8ccaf05503b6a884de3927c9f5a0c3cda599c9

onlybutt095@gmail.com.421044307779.Preserved_001.LocationHistory.Records_001.zip:

SHA512-
31c30a2f2bcc5afe1e1682a00e5d974c27708429cbcbc576a0f30218f5d79e416d72995b99c1af86d9
c1e264969fa0c0fee8071404ecb2fb434f42e05e209c46

onlybutt095@gmail.com.421044307779.Preserved_001.LocationHistory.SemanticLocationHisto
ry_001.zip:

SHA512-
6814d037062697fd963987bbe928a26b39c681583b9e4e1bd29055442f03a3d5cb2c37d9df98bbc5
40a9a98bf7860f132abc9213aed60548119a843b916d7101

Google LLC
1600 Amphitheatre Parkway

Google

USLawEnforcement@google.com
Mountain View, California 94043

onlybutt095@gmail.com.421044307779.Preserved_001.LocationHistory.Tombstones_001.zip:

SHA512-
e0cb16cc7386c83186f7bf6ab1e1cc243ac4a4707a843771f028121685c774fb4565153d56c6d4fc9f3dac78033c7c1cdcd733c432f2c205e44bdc583463583f

onlybutt095@gmail.com.421044307779.Preserved_001.Mail.MessageContent_001.zip:

SHA512-
d38d44d63df0f3c95e298bcdf9261760ca69e8123e77afce999203fc5f1321631cbeca386c1b2fd281cffd772e7a3d33a274c4fa40dba99bfcc114d5ffb9cfee

onlybutt095@gmail.com.421044307779.Preserved_001.Mail.MessageInformation_001.zip:

SHA512-
bf5b0f1905b3618482785a7474f363cf80739106f1ad4ebd1c4f27e1fabb3dcfbacb2fbbe4a95852ebe3992659e22343ece2c2eb636ea87b8c6075a03b92dcda

onlybutt095@gmail.com.421044307779.Preserved_001.Mail.UserSettings_001.zip:

SHA512-
57cc570587ed3cf0b30686f03de9c72ecde442de2b66535247d8e5da91ec588bc1c1ba82acbe4d80c882addc619158427b90e6d702c80c2dcd028809c04adadc

onlybutt095@gmail.com.421044307779.Preserved_001.MyActivity.MyActivity_001.zip:

SHA512-
5506ccfd71c561f14c43cb28993e93f0642f48623548e2185eef9139d4a0a5b1278703b313102723097a959f724f2a7b665d1f473815c82e0ad7228d3d85a0ab

onlybutt095@gmail.com.421044307779.Preserved_001.Voice.Communications_001.zip:

SHA512-
8716376f44a17b5e8482442d1c21b37ee4993077de31399e7bd2469ba630815b4db5fc389c62c32a2b5cb287e7382318241cd44c6cc2c58170f87a54ba4a11bd

onlybutt095@gmail.com.421044307779.Preserved_001.Voice.SubscriberInformation_001.zip:

SHA512-
67f64c4b7a87b2aa23e53a4e97647d6620435f7eecbf5ebc17b2c679784a9a79f681e8035bdd69afd3f24a36574c09975a2252188ccb9fd2e1ee53e90efe7047

onlybutt095@gmail.com.421044307779.Preserved_001.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

69b204371a948777c298231b96e48fdbf362441678ef422b25d0c4086be2d6c49de5713355a3600f
4ffccc1d4ef70297b37f21b385bbe416e108f3aaa62dd051

onlybutt095@gmail.com.421044307779.Preserved_002.AccessLogActivity.Activity_001.zip:

SHA512-
0d7ed218c5d320c244ac1da42b25dbb7bc5ca484ece718af72f6fb7deaa3d71c606a77ff0576348c14
882a497f7e814cc9597b22d3ed43aa4091b4978b02a7f5

onlybutt095@gmail.com.421044307779.Preserved_002.AccessLogActivity.AggregatedActivities
_001.zip:

SHA512-
9f537e4c62e125b0d384b85d42efabe4cd6ce1f706fb3e6143904669490140bea844b9220d33e823f
7da8ddd1e75172385f7effec555edec89e17eb9cbdc060b

onlybutt095@gmail.com.421044307779.Preserved_002.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
69939afe34f82442f174e43ba950248eaea5a073018ab4f20c0dc3d2ac154850edad8831ba1c93f546
f6960aa6d5d481b8d941936178989528f4ca11fe5c4b92

onlybutt095@gmail.com.421044307779.Preserved_002.Mail.MessageContent_001.zip:

SHA512-
e12b0565e39f9af83f1b1acc539892c4575cfa2a0f665e2a9628c0e33ec1e0af04894baf5ff0cc657f65
5d9660f9adbcdcfee3670d7f2e5f0990abdd5f9c8d62

onlybutt095@gmail.com.421044307779.Preserved_002.Mail.MessageInformation_001.zip:

SHA512-
0c12c03037b9c2df6c8b22612fb3ac85881dd3fa1bd16b2f1903d03e2ed3b9092b63573603a35697d
6a67fea9cde59ee88973a9b05c4608607ab1d80c0800288

onlybutt095@gmail.com.421044307779.Preserved_002.Voice.Communications_001.zip:

SHA512-
01494a96fa8f5ec1124510d480b45a52b6c0ee4830dd206fcc2af5b5f6764b3280863877df1f1ac9ffe
8412d1ae6b397353702cc25ba798a95d5d42f3e29dfa4

onlybutt095@gmail.com.421044307779.Preserved_002.Voice.SubscriberInformation_001.zip:

SHA512-
52e6d162a224046c59a2e381ee2c8849423c52a68dc3eaa5f7af4c2388f83dbd6a17f08329a87773ac
3586f41c04ef94252d53290437d7ed1a22d6f2c1f2c437

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

onlybutt095@gmail.com.421044307779.Preserved_003.AccessLogActivity.Activity_001.zip:

SHA512-
a22a8809d30407c994420dd7993455b3139b3c682f7b1572d297d32ac897fac391fde3ee7e240bc44
72c99a123ae9de3b2a6aabfa840a16309abfe227f65c3ab

onlybutt095@gmail.com.421044307779.Preserved_003.AccessLogActivity.AggregatedActivities
_001.zip:

SHA512-
35167c122d8c09d160cab43fe08e172baa3286dfee0c559531133d170a33189427a255aac7f665aefc
a252c670f183190548cdab1ace4d15935c260626e858aa

onlybutt095@gmail.com.421044307779.Preserved_003.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
4f33736c46156d8c3cbc1f48c444e70a7d4256bd3d814cb08b7c0c922cd14cd106f58530fd3ebebbf
80623f3acdf35fddbcbb97780e5022c26e04bf2477fd6b2

onlybutt095@gmail.com.421044307779.Preserved_003.Mail.MessageContent_001.zip:

SHA512-
cd635a4df4a5c338b7782f04961daed789fdd4ed5454d34ee1f45955600184c93654c143312a60444
498a59eeb2a14b4fa12ab23d4df89f3a03d57668e0f97dc

onlybutt095@gmail.com.421044307779.Preserved_003.Mail.MessageInformation_001.zip:

SHA512-
2ee22380780f03bcae38dc79fff6104ba85cb81ee7d99eb242bd8ba77a8e5bbd80b3d1f65e63ed7d38
644b38bb47c6654d9205ef0efe364ffe9d44555aa66571

onlybutt095@gmail.com.421044307779.Preserved_003.Voice.Communications_001.zip:

SHA512-
74ab8f14382909a12b1f1468d0afb2cf09e53d56d3810e3ee0ff6cf78d922f57ad8a07a33d30f9a08e1
65caf5baa66350bd53aa5374ed50d8206f6711a52e86c

onlybutt095@gmail.com.421044307779.Preserved_003.Voice.SubscriberInformation_001.zip:

SHA512-
9e42c6d89f0b36530345358c5012734e846d143c094e86699df0787f55a52fb6325c4ed0fa988fbe8
b755bb2a89ac0e7189495fa9635506e97d70dfc4b97733d

onlybutt095@gmail.com.421044307779.Preserved_004.GoogleAccount.SubscriberInfo_001.zip:

SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

e94f0f7abe9b5d4c2c324911e47fec87b51f78aae818a8422240d6a9e1991b6fb47b407f5868099bcb
1eded6ba32b021b7e99aaa5d29025b01df6349c5203d44

onlybutt095@gmail.com.421044307779.Preserved_005.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
20f1edbd0739730506d04e1a9aca2a5eb1e3da1efd7b47db6278aa0d1f0a21e1cd3a024cfbff2cc805f
03da9a95f3faa4e6c3d78aeb874f5133adf1da3f229e0

onlybutt095@gmail.com.421044307779.Preserved_006.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
70cd315a009ef409d0d6eeaa9d1bd52596b04cf735ccf9fb8f78775a29c34b1362fc3f849118ab2991
152003b0c724da2907cc21a5f458fafa8e8d7ef1cb2101

onlybutt095@gmail.com.421044307779.Preserved_007.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
9ab6ca57cda1b13103418ddd83b4fcdcd4870c78cc7a216d8bad5e891636c120ebc933cb7fa38ec30
38909f5c44cc15013a58f31dfbd9f359fd57296703c4fd6

onlybutt095@gmail.com.421044307779.Voice.Billing_001.Preserved.Preserved.zip:

SHA512-
a76c0fd57c0cdb8d33dc71e3e5b8746cfd58291329f8f26b507d3972acc5b46226371741262e87359
85b90e897d0ccc981987e2b8c17c4faa43c3c89d79988bb

onlybutt095@gmail.com.421044307779.Voice.Billing_001.Preserved.zip:

SHA512-
a76c0fd57c0cdb8d33dc71e3e5b8746cfd58291329f8f26b507d3972acc5b46226371741262e87359
85b90e897d0ccc981987e2b8c17c4faa43c3c89d79988bb

onlybutt095@gmail.com.421044307779.Voice.Billing_001.Preserved.zip:

SHA512-
7b6fb7ae7e89cb412a5998376df17f0dc5186719decce203db7f672a89aed3a35834df6c71fd1578d6
b9d02edd8e5f2423d1bd63a8d603903b2f9d1da1be457d

onlybutt095@gmail.com.421044307779.Voice.Billing_001.zip:

SHA512-
588d3f7a7aac30d8f35b51cf6ac6dd0ef6ac877934c1b15508a8080d6686dc67801d603e9be10d52c
1693d3a878129a65a41a65fdd871d2aa93b6000bd1b903e

onlybutt095@gmail.com.421044307779.Voice.Communications_001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
5296ca92731ed9127f6af1aa6bd90987e340a3045d107003f164d3217ed34118f8f2b1907cc5d1554
f889e087ecb89de8b0a666d2fcf78300f1739856785bbef

onlybutt095@gmail.com.421044307779.Voice.SubscriberInformation_001.zip:

SHA512-
65092146767b79277c606d6f5cbdc9f86a78a8649eed3b07447f8e97023e6463877eeda969f98ae34
af2c04dc0189c9239eed243ce10d1825e75e7b8988311ce

onlybutt095@gmail.com.421044307779.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zi
p:

SHA512-
1d2f92ab412a019eec9d95be213aada26d475d9290ec218358d58b83ca07184e162dcbbcf9a9e9dbd
f5aa3e5718404df5db3dce2775d510245fd29f1f7245a28

onlybutt095@gmail.com.421044307779.YoutubeAndYoutubeMusic.Channels_001.zip:

SHA512-
aebc8bbacf7d3b262c9f78cc2069935a411165a43073fad48c4c2042fd29fd39c85750b91513e40dfa
9f8926afffc4e9b297e3dda170853844bb76a75ff46424

onlybutt095@gmail.com.421044307779.YoutubeAndYoutubeMusic.CommentsMadeByUser_00
1.zip:

SHA512-
46c5a3bfe77bea2a75e6f9e8df8a36d4037b7fa94b9c178f5732238fb71e229b49000b7bd0d600eacf
c2f7ccfb57a43461ef1cd7ea26dfb875ce53475e146fa0

onlybutt095@gmail.com.421044307779.YoutubeAndYoutubeMusic.Uploads_001.zip:

SHA512-
948ed99948116cceb4e0a8441d788c358eb4f709927d67f9f1636033ec9ca6db454513e50c6bbdba5
08f0293403777f8d9b92ff25ffb0c115dd0f8e5a2cb6997

onlybutt095@gmail.com.421044307779.YoutubeAndYoutubeMusic.UserSettings_001.zip:

SHA512-
e7d59a17583a6c224d45287c0bcbd4bbe91a4f310503c3c11287c25068633c897b649097554a63fc
055ff04e063d3a65cee67bc267cb9846e83265c07d1c10ff

vikas0yadav@gmail.com.378212805182.AccessLogActivity.Activity_001.zip:

SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

f9246f2c214c258ee424c5d9e066b50f66246fd21d6ae754d36a62c25e1916f5110eceb889f7d56a52fbc1a313b77a709a42dec6958617b222bd39edbfb8d566

vikas0yadav@gmail.com.378212805182.AccessLogActivity.AggregatedActivities_001.zip:

SHA512-
f1596efa4bc19e01b7e2dc1d6ec09e4e740a514cb4cb2d7fa4be8aedda54c59006a66e5054114a20f5867e31ab02e1dce19f896ce571769c4159d1e03552391e

vikas0yadav@gmail.com.378212805182.AccessLogActivity.Devices_001.zip:

SHA512-
0cb635610e7279a94fdc0343eafec4419b2ccb9995adfe9f9f2b8ea54a18e364098a5e160c8772f28227155854cc932b2e8360c2603c5acb49eb2be13b46de6a

vikas0yadav@gmail.com.378212805182.Calendar.Calendars_001.zip:

SHA512-
01fa31ba5c323bbef4157cc7f41b1f8fb9ef0dd00da7b5ff2bd456d8e1f90400ccee556cf01d190b4bab06c5c059f3b52bdf8888e4ee65ae020d7b3cbe318884

vikas0yadav@gmail.com.378212805182.Calendar.UserSettings_001.zip:

SHA512-
1374df94ee0f6512591478b2c89312b84d328b7bbf983137d4fc1701f02ce7ea7cf63dcd84cd525bc233e29ad218c24e37a3fa446aa1c0fbc91a66b480217c44

vikas0yadav@gmail.com.378212805182.Contacts.Contacts_001.zip:

SHA512-
c6d3f5e31ede58ea1df51ad42ef14a8ba82ebf72adc1d6f596e3c4c474f3a17f2baf43df837beb2446ff5f7986f428d4a22db8f239f29b467fd01c28251dd273

vikas0yadav@gmail.com.378212805182.Drive.DriveFiles_001.zip:

SHA512-
90c69a98a8a6d0389f6c78153c38a2a985faf06d2760584fac6623201063e76c03da68cd71b9987289a8cb4efa6c7f70556d7920719e24a0d3c4cac348f05d4b

vikas0yadav@gmail.com.378212805182.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives)_001.Preserved.zip:

SHA512-
43206f94030661cd3857b341bdf7b9b7ab27e23ddc144efda687601b696fca944c157d2bb08245fde5641ddd961f01157ce1d6bd41d1d8899fd6cdac57ecb71a

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

vikas0yadav@gmail.com.378212805182.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives)_001.zip:

SHA512-
76c6872ba797d744c8554eaea9b7dd3f81d561a395462b8ca7659053090467fdf16eb5c4ecd825628
2e10bcb554c12b91fadec8a7371c328359c7d03ee4f464c

vikas0yadav@gmail.com.378212805182.DriveMobileBackups.Backup_001.Preserved.zip:

SHA512-
abd93ddd9265e94b8077365bbe5d87562f3158af1f18f986d28a037489fa1449b5fe9a37a8f7d9a042
28f9cf7e4ede155cd08ae1315e508da52ba8390d4e7452

vikas0yadav@gmail.com.378212805182.DriveMobileBackups.Backup_001.zip:

SHA512-
14259c9776636318ce754674ccc5a7afc8b56b442b344fb03db30eb9ea171ed857d32e4658be94adf
7e78eb3cc7593581f4f20c7d44a70e85c5e3673b57442e5

vikas0yadav@gmail.com.378212805182.Duo.ContactInfo_001.zip:

SHA512-
01e4dbc732037982366779503ef724deca9acc57a47c7157342fb8e924596bfacfbc678f380f28e1e3
8b59378735cc7eae81aa94fd933bb881f5df0114b41d82

vikas0yadav@gmail.com.378212805182.Duo.DuoActivity_001.zip:

SHA512-
5d0c7860bd12de7766b3ee01ddd9ad8728f81e3dca5806942a61a243c9d10beabffea02be29bc647b
09b48731a47191d59143b86029e969d50fefac00cff8a5f

vikas0yadav@gmail.com.378212805182.Duo.DuoCustomerInfo_001.zip:

SHA512-
33c1021383ad693ee2bd671fa4a9502736dbc3475fb04ad8d00cca31818471356b98c4325e959fed3
64609664e1f65eca152696135f45828aafc46436040c9da

vikas0yadav@gmail.com.378212805182.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
49e8a0b23baa2763a960e516e8e8acfa504ddd995258b37a264c82e20b7013d708086d9499d2473d
3a8511313537f2d1eb248cd61307b2a5fe882e7568eb156a

vikas0yadav@gmail.com.378212805182.GoogleAccountTargetAssociation.LinkedByAndroidProfile_001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
7f07ae00b85f65ff817c0d112f5628504e26b580b7c307a5ecbec27cce8be35c91d79a168bf556510e
a233ec9a58feda6becadb5d47bc25a704265600d5dabb5

vikas0yadav@gmail.com.378212805182.GoogleAccountTargetAssociation.LinkedByCookies_0
01.zip:

SHA512-
92bdb66ed6e23e96c8a56047f57164f548884af3b309a34682533a8814c385c3b022453a6dac7571e
be37aba262401403277e45809133ab3100442a35722d324

vikas0yadav@gmail.com.378212805182.GoogleAccountTargetAssociation.LinkedByPhone_001
.zip:

SHA512-
9fd48ed8e030243d53d6e031c2ba4b2c7d202c2d733e6190848072203b768950b884209f329b59fe
6dc232d2ca2ed6d06505f70be13cdc9d66f15ce9f1dfecbb

vikas0yadav@gmail.com.378212805182.GoogleAccountTargetAssociation.LinkedBySecondary
Email_001.zip:

SHA512-
6500fd6f263b5a2c1d79795e6b6d04badf06b4607ab84e966e42db87a2432edf9cd95d20bdb782d04
951ac16ffc1c0da27251ee7440acee4fd562dfd49bb5a9a

vikas0yadav@gmail.com.378212805182.GoogleAccountTargetAssociation.LinkedByTermsOfSe
rviceIp_001.zip:

SHA512-
2fca63972c7c8bd97ee878b7dc3a1190cffa56f31479672de5c3ca179e996b8cc8fca0b5e0142cf74d
29f5ba1fa09cab8435aa7439d9afb0478e43422ea52bfb

vikas0yadav@gmail.com.378212805182.GoogleChat.GroupInfo_001.zip:

SHA512-
1f4799ae2fb9e6fdc69a45fc363913dfa58c0b5db1c7b34117af92743a9d45a2d7cd77cd32c3f8a8d5
8b42ad41dfbf5a7fd6e19075dca9ab80475cd75ddbbb8e

vikas0yadav@gmail.com.378212805182.GoogleChat.GroupTasks_001.Preserved.zip:

SHA512-
c6f4d698d05242e8ba424ccf13493d97842d094d7629e2cbd2a88d035b36ee20b9af7330270544f40
e5c6526e99300894cde7c41b15cedb24c81467569803649

vikas0yadav@gmail.com.378212805182.GoogleChat.GroupTasks_001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
79ca0a4949eff2c97246678e44a0134b9ae174bdc74e5e5a3c9e3f8a9fc51ce55c45598277e193e341
bd66fe1c2c5f66cfe7e3ef17bbd05f901e7ec5cae0a915

vikas0yadav@gmail.com.378212805182.GoogleChat.Messages_001.zip:

SHA512-
c3b1ed72fb8eabd38c072b3dff310cadda8ad91823f91082cf2eedd6483472b0af6fb0a0c49ab81eef9
35b56d25b1b0fa3491d5e9611907469de9ff3ff353009

vikas0yadav@gmail.com.378212805182.GoogleChat.UserInfo_001.zip:

SHA512-
4bf7cafca1840d9c80f471c44232cea5c1206e490a46ba04d94a96c369e44c01d20f29fead7e4ebb3ff
21e6f2633a34b9cc4f3ac37222df196b8e527405891c9

vikas0yadav@gmail.com.378212805182.GoogleMeet.MediaInformation_001.zip:

SHA512-
17251a1e4ba6beea5aeacd85b3ef38efcf452d7f36a4d602c75dac40fb20d25b0139badac59190e348
a7b602ca35034b201a3e2c92ae3c20029c7f13b65a6ca2

vikas0yadav@gmail.com.378212805182.GoogleMeet.UserSessions_001.zip:

SHA512-
81bf1cafa0f7d8fb299f636576963d8fe147f26d83c65c053953d10abc6c1a74b407412647135b2bd2
08b534d9c191196d3070aa226246085d156ede8f87e418

vikas0yadav@gmail.com.378212805182.GooglePay.ConsumerTransactions_001.zip:

SHA512-
789cdce7a4d9f83c2a789820b64328e0f4099e07c278f3abde2e723681a0e4493119097eeb7558015
15157da0dd617a18373c23c20899f14c937e22e641b6e28

vikas0yadav@gmail.com.378212805182.GooglePay.P2pTransactions_001.zip:

SHA512-
e5e57a03130e150893688ba4d7439696e9da279994ed1d49a113dc3ac1345ed36c1038562c80c804
f74f02ba20df47ba835dda44b7dc80d68d3e14b77f43b054

vikas0yadav@gmail.com.378212805182.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
5ebccddb1eca1aeed44d31af58048c25c29987292e64438f6500675d95b8c04cb82342dd675e5f1c9
ec193583c1375ff9b1dfff1acbde132158dd84cd2976123

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

vikas0yadav@gmail.com.378212805182.GooglePhotos.PrintSubscriptionAndOrdersResource_001.Preserved.zip:

SHA512-
e20c32c718b743a2963d5f538bed42f1f193e00def80e003aa153f2b36ef4cc23019a9d1206fbfbcf0ef360e2696e58c3d9c76398d5b26c289ff0ffca0e4b816

vikas0yadav@gmail.com.378212805182.GooglePhotos.PrintSubscriptionAndOrdersResource_001.zip:

SHA512-
e126f67a711ca5c4efb6a4c51f3609d8f31feaacebd282331075716030 8d2fac24908a93f2430d049ae36a7b4a76c2d7b3f1c113872baec99a1b5fd30b7f557a

vikas0yadav@gmail.com.378212805182.LocationHistory.Records_001.zip:

SHA512-
c59a277a5c45bba630eec26d7b0a47227745c6cb98b5fdadb0a735fbc884edf9686740d4171b3e9155977936e5fdfdcf6e1475aa4f665d4ff28559a6bcc774ac

vikas0yadav@gmail.com.378212805182.LocationHistory.SemanticLocationHistory_001.zip:

SHA512-
15b8f6661714f812ed827680d1c04f45a23651801022606acced34bf328c12f5639430bb052ebc0ef21152d6a1f3a343ca140381d7c7f7d800fca66a77f0bc42

vikas0yadav@gmail.com.378212805182.LocationHistory.Tombstones_001.zip:

SHA512-
87bbae9d80558d4d9f57bdf8b66964722eab16617e486105425d2ae1f694beb77552b49f0d160d0651febb124fc06cb779b20300fad37de1220a905606b56682

vikas0yadav@gmail.com.378212805182.Mail.MessageContent_001.zip:

SHA512-
c2c1914f4f1378780b1bcdc5092b8d8d1efee6743c4a3612ba0b835414ad6092531c3369888bc49dc9264a8ce7a57c03d45352756aa14647fbb9ae6114c742c3

vikas0yadav@gmail.com.378212805182.Mail.MessageInformation_001.zip:

SHA512-
a285ee6d1e7c96c2241886b96804992284fa78ab71336dd578ed3de48896b24b4e8dfd1b79c34b3b043767f925bf8c68618c6fe8ee6971e3e6d2048eea43b8a2

vikas0yadav@gmail.com.378212805182.Mail.UserSettings_001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
430cb5987be9908e816cda777c68b21cf7f0fbd108b98863d1ef21d88f85ef91875e2b0167302643d
399cc27ce68b7ca290e76432d297b5204e250a16f2c864d

vikas0yadav@gmail.com.378212805182.MyActivity.MyActivity_001.zip:

SHA512-
e4afe8500905113926a3f42060590b58ee61385b273b06b074366221199e858958ae7f61cc00723c
2bbde7a67aefe0453f3a4ef5d614a4ce11c7309b73db65b4

vikas0yadav@gmail.com.378212805182.Preserved_001.AccessLogActivity.Activity_001.zip:

SHA512-
fcd293aaeafb7d7b157878c88e4ba045f15b2b45db3c7425fbcdf15cdde7891d1250a7d8b27dcc2d0
920838949e5e1d5f4cc850851f5f028386ac22ac5c65a5b

vikas0yadav@gmail.com.378212805182.Preserved_001.AccessLogActivity.AggregatedActivitie
s_001.zip:

SHA512-
85ceb3e7a1baab41152e4b5fbbf801d5a10f5985c20f5a0641785e2cda056989019b796c7fcb8e312a
de2579eb5033a17e65b84f96f391365384375b95e8f2a1

vikas0yadav@gmail.com.378212805182.Preserved_001.AccessLogActivity.Devices_001.zip:

SHA512-
0d6b87d4f1c67d3fa75be665346f01382a87b557e9bd0662558328156c4c9980c540b64a698bc6f4f
a323e531a290b2b55b0a60bba39b9c06c730e4b3ef22be5

vikas0yadav@gmail.com.378212805182.Preserved_001.Calendar.Calendars_001.zip:

SHA512-
e78fc7a3e79ec9826989ab403bf51bf101069c524e79f5c1832a1cddbaa1e91bf24871144c7fdf05d3
5021c7e8366716644cff3ea0cf9d28f73dd9493d521948

vikas0yadav@gmail.com.378212805182.Preserved_001.Calendar.UserSettings_001.zip:

SHA512-
5f357e5a3da166396546e61644252240d32e5a50210988e21c75b2a1d25619d2972298bcc7360643
b769234f75739f578fa96706e779600c3a598e3cb6e5be76

vikas0yadav@gmail.com.378212805182.Preserved_001.Contacts.Contacts_001.zip:

SHA512-
36e65608e24ea05322b2e22105eee45e9fefdb72e88b5d4bb8e2d4c3357051f5f93aac2c373dbe087
1cde4551eeea29acb46232e68f3f39e6d729875c953765c

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

vikas0yadav@gmail.com.378212805182.Preserved_001.Drive.DriveFiles_001.zip:

SHA512-
1882f967031e3093f650d1f805c2b64365d866ce3bfd5cec4d1144efc59263da2d341037a711dbae3
7f4616661d98b824348c62c21ee0302ef0b026c1f89cf34

vikas0yadav@gmail.com.378212805182.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
acb3302ba56a55c5ece08ddeeb7bac0c41670c8891c577d75556a0f1fff6739aeb1c5153836d3ca891
ef785602c3610c74ba173ea88ddf757b2d3a5bf5957e45

vikas0yadav@gmail.com.378212805182.Preserved_001.GoogleChat.GroupInfo_001.zip:

SHA512-
c0e8c731e61d5197833e0e6c64e58436489d5a7d41a7f59c007d68de734b7a093a9def8166857003
d36a4bb86c0e4db72c12d77620caaf3b7914931215b68fed

vikas0yadav@gmail.com.378212805182.Preserved_001.GoogleChat.Messages_001.zip:

SHA512-
477d8250dbd480eeac14b023c7d1555b39a5790eb1f80bbada9b0e98bd87c764012d4adbabac46ca
36f45cbe01fdede22f96ec738ff371bf5b0551437dea17f2

vikas0yadav@gmail.com.378212805182.Preserved_001.GoogleChat.UserInfo_001.zip:

SHA512-
9e501841db9f1e453c9a661563e3a3d0e8d43bf1e1ff7a0922c483bc7dbf1d44298a86c6210539471
315a44ccb8ab0009a64f52ad6e562756f776e160915e10f

vikas0yadav@gmail.com.378212805182.Preserved_001.GooglePhotos.PhotoResourceLegal_001
.zip:

SHA512-
ddf5c525c12b8566df6b22c4595fea899c2cc1f2a0249b98652d0c072ac4ecce7e83c156e613d7d95a
f36e570297378680d717fbb9eff330709deb18b7c853ed

vikas0yadav@gmail.com.378212805182.Preserved_001.LocationHistory.Records_001.zip:

SHA512-
3fa7e10ca273930f365312fdf6793e90b512ab984baf860e525e14d6fbd131e830d2e2bf73e22b12a7
4f1ea8b2923ebc253ab11fc0ff520d4ac1203c2d220656

vikas0yadav@gmail.com.378212805182.Preserved_001.LocationHistory.SemanticLocationHisto
ry_001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
d12153209f46b80d98e493c1f0060976efd48e615e5cc334dd0683c530686d3bea30681979b7d00c
3a73312960f50382dcb57694461b44f9aa1d86196e6c25a4

vikas0yadav@gmail.com.378212805182.Preserved_001.LocationHistory.Tombstones_001.zip:

SHA512-
6145a8da5fc7766a470440fa01e43d51386696d30831a50b356c2dc599ec8729728df85ff0b4044e8
2cacb49e49bd0f11a63b3ef218b749c1e62dcb73ae4a2f3

vikas0yadav@gmail.com.378212805182.Preserved_001.Mail.MessageContent_001.zip:

SHA512-
e487c520b90966133700e33e65956f9bc761bf93202ce342ed3f447ad363cc0cc6d54cde4e77e46ed
f1445358575243a803285572e9b2ed85674e52cbee4f47c

vikas0yadav@gmail.com.378212805182.Preserved_001.Mail.MessageInformation_001.zip:

SHA512-
1ee09044a6c693c135f9cea20eab5fa06264f0300f44c2cee2d2af3a6a65b6fbfa8bba541ae0e274730
28a1a202bea2eda39c6903d707bf5e8e9458862db58f9

vikas0yadav@gmail.com.378212805182.Preserved_001.MyActivity.MyActivity_001.zip:

SHA512-
1e60e059c19b3d5a5f7efc475b9bf7ac68848ca8d1ec9e6c6b7a14545576db95a2bb49f0909ac6bcf4
df84b67aa43e8f0ad83c759f0abc768bf8c96f43bb24c5

vikas0yadav@gmail.com.378212805182.Preserved_001.Voice.Communications_001.zip:

SHA512-
6cf254aeaca6fc9bfc051121f786edb8e5af3811cd88cd03afdf217f11df9439c2b031b8a27c8605408
af70da42a4fec6dd5eb90b2fa077710b528a2632a9584

vikas0yadav@gmail.com.378212805182.Preserved_001.Voice.SubscriberInformation_001.zip:

SHA512-
195f9b41f49d6f879312bfeda43e767b968cae6b51d32a41ecb75263991c10202d2ec01c29e9d93d5
f5819dfb76a59cbd03930204c5055543b0d18259a077363

vikas0yadav@gmail.com.378212805182.Preserved_001.YoutubeAndYoutubeMusic.BasicSubscr
iberInfo_001.zip:

SHA512-
32d5f3aa0947a2b9e3b006262721fe545b014d96eb4686dbb989b552d957cf093ac6df61c4570cc5f

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

eb849069ed21546e3a7c35a588012a01a7f957dbb1c94fd

vikas0yadav@gmail.com.378212805182.Preserved_002.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
982611ae29fdae9603e5d134ae23e674dbba9ea2e899786b0bf810c26f33fdc218049103ea74a1a0d
23f6d5757296acd3724ffd9cbfe8ca69985b72106f02c39

vikas0yadav@gmail.com.378212805182.Preserved_002.LocationHistory.Records_001.zip:

SHA512-
ce5a6cb4bbd85d9b7182c5692ea03b65383f423e9988b07cb3fc8a5a1dbe02287b1ad1e93df89dbbb
0d581fc923646e9273f0666c81449c3fb54aaa0100de8d7

vikas0yadav@gmail.com.378212805182.Preserved_002.MyActivity.MyActivity_001.zip:

SHA512-
ad7246e9698e6a2a3d85b110189c0d762ebcb7f7893037a9e64adfc6694f2690c6834c322a549b0af
b4de7ba7cdbc1f76b9420e05603d9cc36b918299e210e96

vikas0yadav@gmail.com.378212805182.Voice.Billing_001.Preserved.zip:

SHA512-
fa31ea6750dba24d23eebff7ca5e0c27c25acf9099f65fda3fcfce456138b5cbd2c1de81c129d571093
c21b9fc7db46a2e197eb5ae2567c9e7041fd687b22b82

vikas0yadav@gmail.com.378212805182.Voice.Billing_001.zip:

SHA512-
54b8950b06bd561ac146621d33341d16618cf3965041e0791a22482d0291bd7163e84d4343b0be7
03e9ea2ccfc01285de13d35507acf1a9fc23f2975a5d1f8c8

vikas0yadav@gmail.com.378212805182.Voice.Communications_001.zip:

SHA512-
0bbeafbe30f97d870fa2d1549c7076f8e4d03a8b9f3ee75a36f411deb83dc9c88b1e7ea3672d4a0454
f0a6dba046043d4ab027e6b06c4bc1fe84d1a1783b59cc

vikas0yadav@gmail.com.378212805182.Voice.SubscriberInformation_001.zip:

SHA512-
ba02eb82be59b9a66b92288b354c6298738734c57b4f63b6133f6054c7727dac6f5d194cbd80d768
2789be3c84eabc77312d85ac44c7327c01c574d73e7fc0cd

vikas0yadav@gmail.com.378212805182.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zi
p:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
2d36b9b4c88601b7d1cfc4a37c6753f83279ff8a8f534558ad3448f95acf30dde14b147732eb6bf72f1f85cec54d03b8666cd40f40962d2b3a559c9e34d748f1

vikas0yadav@gmail.com.378212805182.YoutubeAndYoutubeMusic.Channels_001.zip:

SHA512-
f9567d83f96c7d518bf442a7b9af736ba2c840d6af1815a7dc1bea85d4eead20865d9f8f42dbc7bd9e466d43dd368036394deee3bb52abc0d9243e522eca7d60

vikas0yadav@gmail.com.378212805182.YoutubeAndYoutubeMusic.CommentsMadeByUser_001.zip:

SHA512-
bc5fccb098549540df4411844c1bdfb31d49b11d76fdd32007b119e333f15a38d45f6e247f0fe036d2c8f7561fa2df74f28c4f877ccdb24ceebe967ca4e14143

vikas0yadav@gmail.com.378212805182.YoutubeAndYoutubeMusic.Uploads_001.zip:

SHA512-
35b2a7ea894a65cc730810df508591eba14231b26c3b1251f79c9b90328c71cc2a987cc54ae7063d81b44a6946dc42277c67324e33104281228cd9adaebd968d

vikas0yadav@gmail.com.378212805182.YoutubeAndYoutubeMusic.UserSettings_001.zip:

SHA512-
b6b170c3e45e87dae61cfc4e068806fcb08123733e99b2aa3dc60b9d522f9d718e948f90e51c1eedb3d1861f7f5739fa6971bca4e90f1af7ad3d97b1e2aafff3