############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 421044307779
Name: A Butt
Given Name: A
Family Name: Butt
e-Mail: onlybutt095@gmail.com
Alternate e-Mails:

Created on: 2021-12-24 06:21:42 Z
Terms of Service IP: 2401:4900:47fb:6ba8:30bf:150b:baba:5eb1
Terms of Service Language: en_GB
Birthday (Month Day, Year): December 24, 1982

Services: Gmail, Android, Location History, Google Calendar, YouTube, Google My Maps
Unregistered Services: Is Ams Half Created, Web & App Activity

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2023-07-27 05:39:41 Z
Last Logins: 2023-07-27 05:39:41 Z, 2023-07-25 06:21:43 Z, 2023-07-24 04:28:09 Z

### ACCOUNT RECOVERY

Contact e-Mail: onlybutt095@gmail.com
Recovery e-Mail:
Recovery SMS: [redacted]9645 [IN]

### PHONE NUMBERS

User Phone Numbers: [redacted]9645 [IN]
2-Step Verification Phone Numbers:

### DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2023-07-27 05:39:41 Z | 2405:204:1301:3768::2304:68a4 | Login | | | |
| 2023-07-25 06:21:43 Z | 2405:204:3286:7d3b::50e:38a0 | Login | | | |
| 2023-07-24 04:28:09 Z | 2405:204:348a:ac2c::206a:68b0 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-07-22 14:28:23 Z | 2409:4050:2d42:1b31::6f49:5c08 | Login | | | |
| 2023-07-22 04:28:09 Z | 2405:204:3287:234f::2aab:e8b0 | Login | | | |
| 2023-07-21 17:59:26 Z | 2405:204:338e:e108::239:e0a0 | Login | | | |
| 2023-07-21 06:15:24 Z | 2409:4050:dc8:9c6c::6f49:6d0a | Login | | | |
| 2023-07-20 05:37:10 Z | 2409:4050:2d85:39c::6f09:2c08 | Login | | | |
| 2023-07-17 18:34:01 Z | 2405:204:138e:c7d6::cfe:8a0 | Login | | | |
| 2023-07-16 13:07:33 Z | 2405:204:108e:337a::1f36:b0a5 | Login | | | |
| 2023-07-15 02:04:41 Z | 2409:4051:39d:4734::1584:c8b0 | Login | | | |
| 2023-07-14 08:22:42 Z | 47.31.238.179 | Login | | | |
| 2023-07-13 19:28:01 Z | 2409:4050:d9f:148c::6f89:601 | Login | | | |
| 2023-07-13 12:28:27 Z | 2401:4900:1c66:9757:c80:88c0:69ca:8e94 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-07-13 12:28:18 Z | 2401:4900:1c66:9757:c80:88c0:69ca:8e94 | Login | | | |
| 2023-07-12 18:56:15 Z | 103.92.41.247 | Login | | | |
| 2023-07-12 10:27:34 Z | 2409:4050:2d3e:3796::6f89:8810 | Login | | | |
| 2023-07-11 18:55:08 Z | 103.92.41.195 | Login | | | |
| 2023-07-10 18:46:43 Z | 103.92.41.195 | Login | | | |
| 2023-07-09 18:22:49 Z | 103.92.41.195 | Login | | | |
| 2023-07-09 09:31:59 Z | 2409:4052:e85:71a7::6fc9:a30d | Login | | | |
| 2023-07-08 17:55:05 Z | 2409:4052:e18:2d20::6fc9:7812 | Login | | | |
| 2023-07-07 17:50:31 Z | 103.92.41.195 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-07-07 09:23:00 Z | 2405:204:301d:10ce::25b9:ac | Login | | | |
| 2023-07-06 18:17:02 Z | 2405:204:301d:10ce::25b9:ac | Login | | | |
| 2023-07-06 17:38:50 Z | 2405:204:301d:10ce::25b9:ac | Login | | | |
| 2023-07-06 16:51:42 Z | 2405:204:301d:10ce::25b9:ac | Login | | | |
| 2023-07-06 16:01:55 Z | 2405:204:301d:10ce::25b9:ac | Login | | | |
| 2023-07-05 17:26:29 Z | 103.92.41.147 | Login | | | |
| 2023-07-05 12:40:20 Z | 2405:204:3012:3ffb::1d0:c8ac | Login | | | |
| 2023-07-04 17:14:10 Z | 2405:204:3012:3ffb::1d0:c8ac | Login | | | |
| 2023-07-03 16:38:30 Z | 2405:204:3012:3ffb::1d0:c8ac | Login | | | |
| 2023-07-02 16:02:30 Z | 103.92.41.127 | Login | | | |
| 2023-07-01 15:42:35 Z | 2405:204:33a5:303b::c7c:88ad | Login | | | |
| 2023-06-30 15:20:16 Z | 103.92.41.5 | Login | | | |
| 2023-06-29 15:23:57 Z | 2409:4050:2d8c:f73b::6f09:e108 | Login | | | |
| 2023-06-29 15:20:13 Z | 2409:4050:2d8c:f73b::6f09:e108 | Login | | | |
| 2023-06-29 08:51:32 Z | 2409:4050:2d8c:f73b::6f09:e108 | Login | | | |
| 2023-06-28 15:05:37 Z | 2409:4050:2d8c:f73b::6f09:e108 | Login | | | |
| 2023-06-27 14:46:14 Z | 2409:4050:2d8c:f73b::6f09:e108 | Login | | | |
| 2023-06-26 14:26:08 Z | 2409:4050:2d8c:f73b::6f09:e108 | Login | | | |
| 2023-06-25 14:54:21 Z | 2405:204:338d:eac9::2441:f0b0 | Login | | | |
| 2023-06-25 14:24:51 Z | 2405:204:338d:eac9::2441:f0b0 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-06-25 14:11:28 Z | 2405:204:338d:eac9::2441:f0b0 | Login | | | |
| 2023-06-25 13:23:50 Z | 2405:204:338d:eac9::2441:f0b0 | Login | | | |
| 2023-06-25 11:04:53 Z | 2409:4051:4e89:ee06::6f89:7901 | Login | | | |
| 2023-06-25 10:49:25 Z | 2409:4051:4e89:ee06::6f89:7901 | Login | | | |
| 2023-06-24 14:06:33 Z | 2409:4051:4e9e:31fe::6f49:2708 | Login | | | |
| 2023-06-23 14:02:50 Z | 2401:4900:1c68:93ef:fd49:f3b9:f7c1:ce1a | Login | | | |
| 2023-06-22 14:01:00 Z | 2405:204:101d:6ab::1bbd:80b0 | Login | | | |
| 2023-06-21 13:48:34 Z | 2405:204:101d:6ab::1bbd:80b0 | Login | | | |
| 2023-06-21 07:55:00 Z | 2405:204:101d:6ab::1bbd:80b0 | Login | | | |
| 2023-06-20 13:36:14 Z | 2405:204:1005:d046::d3f:78b0 | Login | | | |
| 2023-06-20 09:00:33 Z | 2405:204:3409:a609::7d0:90a4 | Login | | | |
| 2023-06-20 08:54:03 Z | 2405:204:3409:a609::7d0:90a4 | Login | | | |
| 2023-06-19 13:25:14 Z | 2405:204:340f:133c::19f:58a4 | Login | | | |
| 2023-06-18 14:17:36 Z | 2405:204:340f:9dc9::156a:c0a4 | Login | | | |
| 2023-06-18 13:11:44 Z | 103.92.41.179 | Login | | | |
| 2023-06-18 08:10:32 Z | 2405:204:340f:9dc9::156a:c0a4 | Login | | | |
| 2023-06-17 13:04:19 Z | 2405:204:340f:3136::dca:c0a4 | Login | | | |
| 2023-06-16 12:53:51 Z | 2405:204:340b:2f30::1e9f:68a4 | Login | | | |
| 2023-06-16 11:21:27 Z | 2405:204:340b:2f30::1e9f:68a4 | Login | | | |
| 2023-06-16 10:51:50 Z | 2405:204:340b:2f30::1e9f:68a4 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-06-16 10:36:39 Z | 2405:204:340b:2f30::1e9f:68a4 | Login | | | |
| 2023-06-15 12:45:33 Z | 2405:204:340d:bb5c::526:80ad | Login | | | |
| 2023-06-14 12:33:40 Z | 2405:204:340d:bb5c::526:80ad | Login | | | |
| 2023-06-13 12:18:44 Z | 223.190.80.147 | Login | | | |
| 2023-06-13 11:49:27 Z | 223.190.80.147 | Login | | | |
| 2023-06-12 12:18:14 Z | 2409:4050:2ece:a108::6f09:a101 | Login | | | |
| 2023-06-12 08:46:58 Z | 2409:4050:2ece:a108::6f09:a101 | Login | | | |
| 2023-06-11 12:10:36 Z | 103.92.41.77 | Login | | | |
| 2023-06-10 16:39:42 Z | 103.92.41.53 | Login | | | |
| 2023-06-10 11:52:39 Z | 103.92.41.53 | Login | | | |
| 2023-06-10 03:17:27 Z | 103.92.41.53 | Login | | | |
| 2023-06-09 11:26:46 Z | 2401:4900:1c31:4303:9514:4287:ac64:30d | Login | | | |
| 2023-06-08 11:25:02 Z | 2401:4900:1c31:4303:9514:4287:ac64:30d | Login | | | |
| 2023-06-07 11:23:50 Z | 118.185.183.37 | Login | | | |
| 2023-06-06 11:10:36 Z | 2405:204:3009:67a5::1a84:e0a4 | Login | | | |
| 2023-06-06 09:36:11 Z | 2405:204:3009:67a5::1a84:e0a4 | Login | | | |
| 2023-06-05 11:05:22 Z | 2405:204:3009:67a5::1a84:e0a4 | Login | | | |
| 2023-06-04 10:54:20 Z | 2409:4051:2090:8b4b::28ae:b0a1 | Login | | | |
| 2023-06-03 10:38:07 Z | 2409:4051:2090:8b4b::28ae:b0a1 | Login | | | |
| 2023-06-03 05:01:12 Z | 103.92.41.192 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-06-02 10:17:55 Z | 2409:4050:2e9c:47f9::6f89:510a | Login | | | |
| 2023-06-02 08:25:46 Z | 2409:4050:2e9c:47f9::6f89:510a | Login | | | |
| 2023-06-01 10:17:14 Z | 2409:4050:2e0c:e307::6f89:1f05 | Login | | | |
| 2023-06-01 10:06:06 Z | 2409:4050:2e0c:e307::6f89:1f05 | Login | | | |
| 2023-05-31 14:10:59 Z | 2409:4050:2dbb:2847::6f49:1907 | Login | | | |
| 2023-05-31 10:09:31 Z | 2409:4050:2dbb:2847::6f49:1907 | Login | | | |
| 2023-05-30 09:57:09 Z | 2401:4900:1c67:80e2:6095:77a0:ba62:dded | Login | | | |
| 2023-05-29 09:43:04 Z | 2409:4050:2eb3:1455::6f09:9c00 | Login | | | |
| 2023-05-28 09:38:57 Z | 103.92.41.156 | Login | | | |
| 2023-05-27 09:04:53 Z | 103.92.41.156 | Login | | | |
| 2023-05-26 08:56:08 Z | 103.92.41.184 | Login | | | |
| 2023-05-25 08:27:25 Z | 103.92.41.206 | Login | | | |
| 2023-05-24 08:11:44 Z | 2401:4900:1c66:38:7889:9e7:a73c:8ce | Login | | | |
| 2023-05-23 08:03:04 Z | 2409:4050:2e10:4434::6f49:7306 | Login | | | |
| 2023-05-23 08:02:15 Z | 2409:4050:2e10:4434::6f49:7306 | Login | | | |
| 2023-05-22 07:48:14 Z | 2409:4050:2e10:4434::6f49:7306 | Login | | | |
| 2023-05-21 07:33:38 Z | 2409:4051:4e84:f68b::6fc9:c305 | Login | | | |
| 2023-05-20 07:22:56 Z | 2409:4050:2e13:e693::6f09:702 | Login | | | |
| 2023-05-19 07:14:23 Z | 2409:4050:2e13:e693::6f09:702 | Login | | | |
| 2023-05-18 07:03:31 Z | 2409:4050:2e34:542c::6f49:cb06 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-05-18 05:57:10 Z | 2409:4050:2e34:542c::6f49:cb06 | Login | | | |
| 2023-05-17 06:48:29 Z | 2409:4050:2e34:542c::6f49:cb06 | Login | | | |
| 2023-05-17 05:51:07 Z | 2409:4050:2e34:542c::6f49:cb06 | Login | | | |
| 2023-05-16 06:40:01 Z | 2405:204:121f:eae5::1c9b:20a4 | Login | | | |
| 2023-05-15 13:35:30 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-15 06:19:58 Z | 103.92.41.207 | Login | | | |
| 2023-05-14 11:03:20 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-14 06:06:30 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-13 05:57:55 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-12 05:42:12 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-12 04:24:07 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-11 05:17:13 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-10 07:37:05 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-10 04:23:31 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-09 09:01:16 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-09 04:19:09 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-08 11:51:45 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-08 04:09:00 Z | 2405:204:1212:f218::243b:38a4 | Login | | | |
| 2023-05-07 03:59:45 Z | 2409:4051:203:a456::207f:80b1 | Login | | | |
| 2023-05-06 03:52:24 Z | 2405:204:1383:3bce::2426:f8b0 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-05-06 02:12:11 Z | 103.92.41.166 | Login | | | |
| 2023-05-04 23:18:02 Z | 2405:204:1383:3bce::2426:f8b0 | Login | | | |
| 2023-05-04 22:54:10 Z | 2405:204:1383:3bce::2426:f8b0 | Login | | | |
| 2023-05-04 11:39:33 Z | 2405:204:1383:3bce::2426:f8b0 | Login | | | |
| 2023-05-03 23:13:15 Z | 103.92.41.166 | Login | | | |
| 2023-05-02 22:45:07 Z | 103.92.41.166 | Login | | | |
| 2023-05-01 22:22:08 Z | 2405:204:1383:3bce::2426:f8b0 | Login | | | |
| 2023-04-30 21:10:22 Z | 2409:4051:39d:fe58::1d0f:f8ad | Login | | | |
| 2023-04-29 20:56:04 Z | 2409:4051:39d:fe58::1d0f:f8ad | Login | | | |
| 2023-04-28 20:37:05 Z | 2409:4051:39d:fe58::1d0f:f8ad | Login | | | |
| 2023-04-27 19:08:48 Z | 2409:4051:39d:fe58::1d0f:f8ad | Login | | | |
| 2023-04-27 13:48:40 Z | 2409:4051:39d:fe58::1d0f:f8ad | Login | | | |
| 2023-04-26 19:00:02 Z | 2409:4052:2e83:2eef::6fc9:b408 | Login | | | |
| 2023-04-26 15:46:47 Z | 2409:4052:2e83:2eef::6fc9:b408 | Login | | | |
| 2023-04-25 18:53:52 Z | 2409:4051:4e80:8c3::6fc9:720e | Login | | | |
| 2023-04-25 17:16:08 Z | 2409:4051:4e80:8c3::6fc9:720e | Login | | | |
| 2023-04-24 18:39:39 Z | 2409:4050:2d05:e7e7::6fc9:9410 | Login | | | |
| 2023-04-24 14:58:35 Z | 2409:4050:2d05:e7e7::6fc9:9410 | Login | | | |
| 2023-04-23 18:19:45 Z | 2409:4050:2d05:e7e7::6fc9:9410 | Login | | | |
| 2023-04-23 15:49:13 Z | 2409:4050:2d05:e7e7::6fc9:9410 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-04-22 17:43:02 Z | 103.92.41.100 | Login | | | |
| 2023-04-21 17:31:43 Z | 2409:4050:2d01:d72a::6f09:6012 | Login | | | |
| 2023-04-20 17:28:27 Z | 103.92.41.121 | Login | | | |
| 2023-04-20 06:30:57 Z | 103.92.41.121 | Login | | | |
| 2023-04-19 17:01:46 Z | 2409:4050:2d01:d72a::6f09:6012 | Login | | | |
| 2023-04-19 12:10:32 Z | 2405:204:148c:fcf4::14a8:98b0 | Login | | | |
| 2023-04-18 16:43:09 Z | 2405:204:148f:2398::1249:a8b0 | Login | | | |
| 2023-04-18 12:15:08 Z | 2405:204:148f:2398::1249:a8b0 | Login | | | |
| 2023-04-17 16:16:14 Z | 2405:204:148f:2398::1249:a8b0 | Login | | | |
| 2023-04-17 12:01:47 Z | 2405:204:148f:2398::1249:a8b0 | Login | | | |
| 2023-04-17 11:36:35 Z | 2405:204:148f:2398::1249:a8b0 | Login | | | |
| 2023-04-16 16:14:55 Z | 103.92.41.232 | Login | | | |
| 2023-04-15 15:53:38 Z | 2409:4051:2d93:564::6f09:2212 | Login | | | |
| 2023-04-14 15:47:20 Z | 103.92.41.232 | Login | | | |
| 2023-04-13 15:33:39 Z | 103.92.41.232 | Login | | | |
| 2023-04-12 14:54:12 Z | 103.92.41.12 | Login | | | |
| 2023-04-11 14:51:05 Z | 103.92.41.12 | Login | | | |
| 2023-04-10 14:36:56 Z | 2405:204:330d:9afe::134b:e8a4 | Login | | | |
| 2023-04-09 14:07:55 Z | 103.92.41.12 | Login | | | |
| 2023-04-09 09:31:49 Z | 2409:4051:2e1f:8ab1::6fc9:230e | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-04-08 14:01:18 Z | 2409:4051:2e1f:8ab1::6fc9:230e | Login | | | |
| 2023-04-07 13:47:31 Z | 103.92.41.12 | Login | | | |
| 2023-04-06 13:33:18 Z | 103.92.41.12 | Login | | | |
| 2023-04-05 19:18:17 Z | 103.92.41.101 | Login | | | |
| 2023-04-05 13:11:22 Z | 103.92.41.101 | Login | | | |
| 2023-04-04 13:08:35 Z | 103.92.41.101 | Login | | | |
| 2023-04-04 10:16:48 Z | 2409:4050:2d9f:42c::6f89:cd04 | Login | | | |
| 2023-04-03 12:51:24 Z | 2409:4050:2d90:24f7::6f09:410f | Login | | | |
| 2023-04-03 07:00:15 Z | 2409:4050:2d90:24f7::6f09:410f | Login | | | |
| 2023-04-02 12:31:57 Z | 2409:4051:4e88:98cb::6f49:fb13 | Login | | | |
| 2023-04-02 09:24:48 Z | 2409:4052:2017:b1fc::225:58a1 | Login | | | |
| 2023-04-01 12:31:37 Z | 2409:4052:2017:b1fc::225:58a1 | Login | | | |
| 2023-04-01 12:15:50 Z | 2409:4052:2017:b1fc::225:58a1 | Login | | | |
| 2023-04-01 08:49:42 Z | 2409:4050:2d3d:6950::6f09:c20e | Login | | | |
| 2023-03-31 12:26:27 Z | 103.92.41.101 | Login | | | |
| 2023-03-31 09:11:30 Z | 2401:4900:1c67:2dc3:5952:d4d9:954f:433a | Login | | | |
| 2023-03-30 16:41:43 Z | 2409:4050:2d3c:2c27::6f09:300b | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-03-30 16:40:52 Z | 2409:4050:2d3c:2c27::6f09:300b | Login | | | |
| 2023-03-30 12:21:23 Z | 103.92.41.101 | Login | | | |
| 2023-03-29 11:37:34 Z | 2409:4050:2d3b:7006::6f09:af0f | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-03-28 11:29:23 Z | 2409:4050:2d4e:c49b::6f09:4509 | Login | | | |
| 2023-03-27 11:27:29 Z | 2409:4050:2d4e:c49b::6f09:4509 | Login | | | |
| 2023-03-26 11:06:57 Z | 2409:4051:2d9c:1526::6fc9:1c0c | Login | | | |
| 2023-03-26 08:11:03 Z | 2409:4052:2311:e3af::505:28a4 | Login | | | |
| 2023-03-25 11:05:43 Z | 2409:4052:2311:e3af::505:28a4 | Login | | | |
| 2023-03-24 17:09:53 Z | 2409:4052:2311:e3af::505:28a4 | Login | | | |
| 2023-03-24 11:03:19 Z | 103.92.41.119 | Login | | | |
| 2023-03-23 10:52:46 Z | 2405:204:3108:bacb::8bc:78a0 | Login | | | |
| 2023-03-22 10:40:25 Z | 103.92.41.119 | Login | | | |
| 2023-03-21 10:30:00 Z | 2405:204:311c:5230::1281:8a0 | Login | | | |
| 2023-03-21 10:13:19 Z | 2405:204:311c:5230::1281:8a0 | Login | | | |
| 2023-03-20 10:28:05 Z | 2405:204:3112:6c2::3dd:b0a0 | Login | | | |
| 2023-03-20 08:00:21 Z | 2401:4900:1c66:6158:5952:d4d9:954f:433a | Login | | | |
| 2023-03-19 10:19:14 Z | 103.92.41.38 | Login | | | |
| 2023-03-18 09:29:51 Z | 2405:204:3127:846f::2a90:10a0 | Login | | | |
| 2023-03-17 16:20:44 Z | 2405:204:3127:846f::2a90:10a0 | Login | | | |
| 2023-03-17 09:16:59 Z | 103.92.41.38 | Login | | | |
| 2023-03-16 09:53:43 Z | 2405:204:312a:ae00::d7f:78a0 | Login | | | |
| 2023-03-16 09:12:55 Z | 2401:4900:1c66:6158:5952:d4d9:954f:433a | Login | | | |
| 2023-03-15 09:01:13 Z | 103.92.41.38 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-03-14 08:45:06 Z | 2405:204:3107:4c74::14b7:28a0 | Login | | | |
| 2023-03-13 08:34:12 Z | 223.190.86.211 | Login | | | |
| 2023-03-13 07:32:01 Z | 2401:4900:1c66:5b80:5952:d4d9:954f:433a | Login | | | Mozilla/5.0 (Linux; Android 13; SM-A127F) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2023-03-12 12:04:10 Z | 2409:4051:4e95:aa62::6f09:d60a | Login | | | |
| 2023-03-12 08:21:32 Z | 2405:205:158d:79f5::11a4:a8ad | Login | | | |
| 2023-03-11 08:13:32 Z | 2409:4052:795:19d9::2778:f0ad | Login | | | |
| 2023-03-10 08:03:04 Z | 2409:4052:795:19d9::2778:f0ad | Login | | | |
| 2023-03-10 07:10:57 Z | 2409:4052:795:19d9::2778:f0ad | Login | | | |
| 2023-03-09 07:58:54 Z | 2401:4900:1c66:5b80:5952:d4d9:954f:433a | Login | | | |
| 2023-03-08 07:46:53 Z | 103.92.41.212 | Login | | | |
| 2023-03-07 18:51:31 Z | 2405:204:300c:40ed::134c:98b1 | Login | | | |
| 2023-03-07 07:17:00 Z | 103.92.41.212 | Login | | | |
| 2023-03-06 07:09:12 Z | 2405:204:301e:79ac::4c1:b0b1 | Login | | | |
| 2023-03-05 07:03:06 Z | 103.92.41.212 | Login | | | |
| 2023-03-04 06:46:39 Z | 103.92.41.212 | Login | | | |
| 2023-03-03 06:33:23 Z | 103.92.41.212 | Login | | | |
| 2023-03-02 10:41:43 Z | 2409:4052:2e06:9777::6fc9:c508 | Login | | | |
| 2023-03-02 06:32:07 Z | 2409:4052:2e06:9777::6fc9:c508 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-03-01 06:18:18 Z | 2409:4052:2e06:9777::6fc9:c508 | Login | | | |
| 2023-02-28 06:15:01 Z | 2409:4052:2e06:9777::6fc9:c508 | Login | | | |
| 2023-02-25 05:26:33 Z | 2409:4052:d93:2481::6f09:8c04 | Login | | | |
| 2023-02-24 05:12:26 Z | 2409:4052:d93:2481::6f09:8c04 | Login | | | |
| 2023-02-23 04:56:18 Z | 103.92.41.124 | Login | | | |
| 2023-02-20 07:39:53 Z | 103.92.41.124 | Login | | | |
| 2023-02-20 06:40:12 Z | 103.92.41.124 | Login | | | |
| 2023-02-19 07:19:05 Z | 2409:4051:2e12:233::6f89:8013 | Login | | | |
| 2023-02-18 07:09:54 Z | 103.92.41.15 | Login | | | |
| 2023-02-17 07:02:04 Z | 2409:4050:e90:1387::6fc9:f70b | Login | | | |
| 2023-02-16 06:48:18 Z | 103.92.41.15 | Login | | | |
| 2023-02-15 06:35:46 Z | 103.92.41.15 | Login | | | |
| 2023-02-14 06:29:20 Z | 103.92.41.15 | Login | | | |
| 2023-02-13 15:43:08 Z | 103.92.41.15 | Login | | | |
| 2023-02-13 06:24:30 Z | 2409:4050:e95:8e9a::6f09:8f0c | Login | | | |
| 2023-02-12 06:14:53 Z | 2409:4051:4e03:c41a::6f49:a14 | Login | | | |
| 2023-02-12 03:00:07 Z | 2409:4050:dc2:881b::6fc9:130a | Login | | | |
| 2023-02-11 06:01:02 Z | 103.92.41.180 | Login | | | |
| 2023-02-10 11:55:02 Z | 2405:204:32a6:287b::1edb:a4 | Login | | | |
| 2023-02-10 05:23:29 Z | 103.92.41.180 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-02-09 05:16:35 Z | 103.92.41.180 | Login | | | |
| 2023-02-08 09:59:07 Z | 2405:204:32a6:287b::1edb:a4 | Login | | | |
| 2023-02-08 05:06:34 Z | 103.92.41.180 | Login | | | |
| 2023-02-07 05:02:39 Z | 103.92.41.180 | Login | | | |
| 2023-02-06 04:52:53 Z | 103.92.41.180 | Login | | | |
| 2023-02-05 09:31:38 Z | 2405:205:108b:e483::2277:b0b1 | Login | | | |
| 2023-02-05 04:24:14 Z | 2405:205:108b:e483::2277:b0b1 | Login | | | |
| 2023-02-04 04:10:55 Z | 2405:205:108b:e483::2277:b0b1 | Login | | | |
| 2023-02-03 14:42:13 Z | 2405:204:302a:44d0::804:d8a0 | Login | | | |
| 2023-02-03 09:05:09 Z | 103.92.41.48 | Login | | | |
| 2023-02-03 03:06:26 Z | 103.92.41.48 | Login | | | |
| 2023-02-03 00:13:11 Z | 2405:204:302a:44d0::804:d8a0 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-02-02 12:29:59 Z | 2405:204:302a:44d0::804:d8a0 | Login | | | |
| 2023-02-02 12:04:31 Z | 223.190.89.80 | Login | | | |
| 2023-02-02 02:50:52 Z | 103.92.41.5 | Login | | | |
| 2023-02-01 04:15:14 Z | 103.92.41.5 | Login | | | |
| 2023-02-01 02:45:12 Z | 103.92.41.5 | Login | | | |
| 2023-01-31 11:05:27 Z | 223.190.89.80 | Login | | | |
| 2023-01-31 09:45:08 Z | 223.190.89.80 | Login | | | |
| 2023-01-31 02:36:24 Z | 103.92.41.100 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-01-30 02:24:57 Z | 103.92.41.158 | Login | | | |
| 2023-01-29 02:18:27 Z | 2409:4050:2eb7:73dd::6f09:730c | Login | | | |
| 2023-01-28 14:18:43 Z | 103.92.41.112 | Login | | | |
| 2023-01-28 09:53:45 Z | 103.92.41.100 | Login | | | |
| 2023-01-28 02:12:24 Z | 103.92.41.74 | Login | | | |
| 2023-01-27 01:56:02 Z | 103.92.41.74 | Login | | | |
| 2023-01-26 01:25:26 Z | 103.92.41.74 | Login | | | |
| 2023-01-23 09:22:16 Z | 2409:4050:e01:d97e::6f49:280c | Login | | | |
| 2023-01-23 06:26:37 Z | 103.92.41.74 | Login | | | |
| 2023-01-21 07:37:10 Z | 103.92.41.189 | Login | | | |
| 2023-01-20 12:16:06 Z | 103.92.41.189 | Login | | | |
| 2023-01-18 17:01:00 Z | 103.92.41.189 | Login | | | |
| 2023-01-18 14:08:32 Z | 103.92.41.189 | Login | | | |
| 2023-01-17 05:13:40 Z | 103.92.41.189 | Login | | | |
| 2023-01-12 23:26:07 Z | 157.45.231.109 | Login | | | |
| 2023-01-12 19:06:09 Z | 157.45.231.109 | Login | | | |
| 2023-01-12 11:18:11 Z | 157.45.231.109 | Login | | | |
| 2023-01-12 09:16:00 Z | 157.45.231.109 | Login | | | |
| 2023-01-12 00:55:35 Z | 157.45.231.109 | Login | | | |
| 2023-01-12 00:01:41 Z | 157.45.231.109 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-01-11 17:30:02 Z | 157.45.231.109 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-11 16:15:38 Z | 157.45.231.109 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-11 09:19:39 Z | 157.45.231.109 | Login | | | |
| 2023-01-10 12:13:40 Z | 157.45.235.26 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-10 11:22:49 Z | 157.45.235.26 | Login | | | |
| 2023-01-10 07:47:22 Z | 157.45.235.26 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-10 07:26:08 Z | 157.45.235.26 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-10 07:25:14 Z | 157.45.235.26 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-10 07:25:10 Z | 157.45.235.26 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-10 06:51:29 Z | 157.45.235.26 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-10 06:15:06 Z | 157.45.235.26 | Login | | | |
| 2023-01-09 17:07:50 Z | 103.92.41.28 | Login | 39df336e8ca61cc7 | | GoogleAuth/1.4 (a12s TP1A.220624.014); gzip,gzip(gfe),gzip(gfe) |
| 2023-01-09 17:07:24 Z | 103.92.41.28 | Login | | | |
| 2023-01-08 11:26:37 Z | 2409:4050:e1a:6d3f::6f49:3703 | Login | | | |
| 2023-01-08 06:24:20 Z | 103.92.41.28 | Login | | | |
| 2023-01-07 18:25:05 Z | 2409:4050:2dbd:2699::6f89:6205 | Login | | | |
| 2023-01-07 16:04:38 Z | 2409:4050:2dbd:2699::6f89:6205 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-01-07 06:13:37 Z | 103.92.41.28 | Login | | | |

## MADISON INFORMATION

### MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.

### MADISON ACL CHANGES

No Madison ACL Change History.

**############## * Google Confidential and Proprietary * ###############**