**From:** A Butt <onlybutt095@gmail.com>
**Sent:** Tuesday, March 14, 2023 7:39 AM
**To:** [redacted]@gmail.com
**Subject:** Photo from Amanat
**Attachments:** IMG-20230314-WA0002.jpg


easyshop
PLATINUM
HDFC BANK
erstand your world
Get sms code . com
[redacted] @protonmail.com
0039
VISA
Platinum