**From:** [redacted] <[redacted]@yahoo.com>
**Sent:** Friday, August 26, 2022 4:14 AM
**To:** onlybutt095@gmail.com; Vikas Yadav <vikas0yadav@gmail.com>
**Attachments:** [redacted]2022.pdf; Pdf_[redacted]pdf; VIKAS YADAV.pdf

SIR YOUR INCOME TAX RETURN 2021-22

Data updated till 26-Aug-2022

TDS
Centralized Processing Cell

TRACES
TDS Reconciliation Analysis and Correction Enabling System

सत्यमेव जयते
Government of India
Income Tax Department

# Annual Tax Statement

| Permanent Account Number (PAN) | [redacted] | Current Status of PAN | Active | Financial Year | 2021-22 | Assessment Year | 2022-23 |
|---|---|---|---|---|---|---|---|
| Name of Assessee | VIKASH YADAV | | | | | | |
| Address of Assessee | CRPF ACADEMY, KADARPUR, BADSHAHPUR,<br>, HARYANA, 122101 | | | | | | |

- Above data / Status of PAN is as per PAN details. For any changes in data as mentioned above, you may submit request for corrections Refer www.tin-nsdl.com / www.utiitsl.com for more details. In case of discrepancy in status of PAN please contact your Assessing Officer
- Communication details for TRACES can be updated in 'Profile' section. However, these changes will not be updated in PAN database as mentioned above

*(All amount values are in INR)*

## PART A - Details of Tax Deducted at Source

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid/ Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| 1 | ASST DIRECTORS OF ACCOUNTS DIRECTORS OF ACCOUNTS CABINET SECTRIATE | | | | [redacted] | 1816340.00 | 275902.00 | 275902.00 |
| **Sr. No.** | **Section[1]** | **Transaction Date** | **Status of Booking*** | **Date of Booking** | **Remarks**** | **Amount Paid / Credited** | **Tax Deducted ##** | **TDS Deposited** |
| 1 | 192 | 28-Feb-2022 | F | 02-Jun-2022 | - | 157706.00 | 62702.00 | 62702.00 |
| 2 | 192 | 31-Jan-2022 | F | 02-Jun-2022 | - | 157706.00 | 27040.00 | 27040.00 |
| 3 | 192 | 31-Dec-2021 | F | 04-Feb-2022 | - | 157706.00 | 27040.00 | 27040.00 |
| 4 | 192 | 30-Nov-2021 | F | 04-Feb-2022 | - | 168566.00 | 17680.00 | 17680.00 |
| 5 | 192 | 31-Oct-2021 | F | 04-Feb-2022 | - | 154991.00 | 17680.00 | 17680.00 |
| 6 | 192 | 30-Sep-2021 | F | 24-Oct-2021 | - | 154991.00 | 17680.00 | 17680.00 |
| 7 | 192 | 31-Aug-2021 | F | 24-Oct-2021 | - | 167445.00 | 17680.00 | 17680.00 |
| 8 | 192 | 31-Jul-2021 | F | 24-Oct-2021 | - | 142537.00 | 17680.00 | 17680.00 |
| 9 | 192 | 30-Jun-2021 | F | 01-Aug-2021 | - | 138673.00 | 17680.00 | 17680.00 |
| 10 | 192 | 31-May-2021 | F | 01-Aug-2021 | - | 138673.00 | 17680.00 | 17680.00 |
| 11 | 192 | 30-Apr-2021 | F | 01-Aug-2021 | - | 138673.00 | 17680.00 | 17680.00 |
| 12 | 192 | 01-Apr-2021 | F | 01-Aug-2021 | - | 138673.00 | 17680.00 | 17680.00 |
| **Sr. No.** | **Name of Deductor** | | | | **TAN of Deductor** | **Total Amount Paid/ Credited** | **Total Tax Deducted #** | **Total TDS Deposited** |
| 2 | CENTRAL RESERVE POLICE FORCE | | | | [redacted] | 75426.00 | 7845.00 | 7845.00 |
| **Sr. No.** | **Section[1]** | **Transaction Date** | **Status of Booking*** | **Date of Booking** | **Remarks**** | **Amount Paid / Credited** | **Tax Deducted ##** | **TDS Deposited** |
| 1 | 192 | 31-Aug-2021 | F | 29-Oct-2021 | - | 75426.00 | 7845.00 | 7845.00 |

## PART A1 - Details of Tax Deducted at Source for 15G / 15H

| Sr. No. | Name of Deductor | | TAN of Deductor | Total Amount Paid / Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Sr. No.** | **Section[1]** | **Transaction Date** | **Date of Booking** | **Remarks**** | **Amount Paid/Credited** | **Tax Deducted ##** | **TDS Deposited** |

No Transactions Present

## PART A2 - Details of Tax Deducted at Source on Sale of Immovable Property u/s 194IA/ TDS on Rent of Property u/s 194IB / TDS on payment to resident contractors and professionals u/s 194M (For Seller/Landlord of Property/Payee of resident contractors and professionals)

| Sr. No. | Acknowledgement Number | Name of Deductor | PAN of Deductor | Transaction Date | Total Transaction Amount | Total TDS Deposited*** |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Sr. No.** | **TDS Certificate Number** | **Date of Deposit** | **Status of Booking*** | **Date of Booking** | **Demand Payment** | **TDS Deposited***** |
| **Gross Total Across Deductor(s)** | | | | | | |

No Transactions Present

## PART B - Details of Tax Collected at Source

| Sr. No. | Name of Collector | | | | TAN of Collector | Total Amount Paid/ Debited | Total Tax Collected + | Total TCS Deposited |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| **Sr. No.** | **Section[1]** | **Transaction Date** | **Status of Booking*** | **Date of Booking** | **Remarks**** | **Amount Paid/ Debited** | **Tax Collected ++** | **TCS Deposited** |

No Transactions Present

## PART C - Details of Tax Paid (other than TDS or TCS)

| Sr. No. | Major Head | Minor Head | Tax | Surcharge | Education Cess | Penalty | Interest | Others | Total Tax | BSR Code | Date of Deposit | Challan Serial Number | Remarks** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No Transactions Present

## Part D - Details of Paid Refund

| Sr. No. | Assessment Year | Mode | Refund Issued | Nature of Refund | Amount of Refund | Interest | Date of Payment | Remarks |
|---|---|---|---|---|---|---|---|---|

No Transactions Present

## Part E - Details of SFT Transaction

| Sr. No. | Type Of Transaction [4] | Name of SFT Filer | Transaction Date | Amount (Rs.) | Remarks** |
|---|---|---|---|---|---|

No Transactions Present

**Notes for SFT: -**
**1. Amount shown for SFT-005 and SFT-010 is as per below formula:-**
**Aggregate gross amount received from the Person (-) Aggregate gross amount paid to the Person**

## PART F - Details of Tax Deducted at Source on Sale of Immovable Property u/s 194IA/ TDS on Rent of Property u/s 194IB /TDS on payment to resident contractors and professionals u/s 194M (For Buyer/Tenant of Property /Payer of resident contractors and professionals)

| Sr. No. | Acknowledgement Number | Name Of Deductee | PAN of Deductee | Transaction Date | Total Transaction Amount | Total TDS Deposited*** | Total Amount ### Deposited other than TDS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Sr. No. | TDS Certificate Number | Date of Deposit | Status of Booking* | Date of Booking | Demand Payment | TDS Deposited*** | Total Amount ### Deposited other than TDS |
| Gross Total Across Deductor(s) | | | | | | | |

No Transactions Present

*(All amount values are in INR)*

## PART G - TDS Defaults* (Processing of Statements)

| Sr. No. | Financial Year | Short Payment | Short Deduction | Interest on TDS Payments Default | Interest on TDS Deduction Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Sr. No. | TANs | Short Payment | Short Deduction | Interest on TDS Payments Default | Interest on TDS Deduction Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |

No Transactions Present

***Notes:**

**1.Defaults relate to processing of statements and donot include demand raised by the respective Assessing Officers.**

**2.For more details please log on to TRACES as taxpayer.**

## PART H - Details of Turnover as per GSTR-3B

| Sr. No. | GSTIN | Application Reference Number (ARN) | Date of filing | Return Period | Taxable Turnover | Total Turnover |
|---|---|---|---|---|---|---|

No Transactions Present

**Notes:-**

**1. The GSTN data displayed above includes internal stock transfers as well.**

## Contact Information

| Part of Annual Tax Statement | Contact in case of any clarification |
|---|---|
| A | Deductor |
| A1 | Deductor |
| A2 | Deductor |
| B | Collector |
| C | Assessing Officer / Bank |
| D | Assessing Officer / ITR-CPC |
| E | Concerned AIR Filer/SFT Filer |
| F | NSDL / Concerned Bank Branch |
| G | Deductor |
| H | GSTN |

## Legends used in Annual Tax Statement

***Status Of Booking**

| Legend | Description | Definition |
|---|---|---|
| U | Unmatched | Deductors have not deposited taxes or have furnished incorrect particulars of tax payment. Final credit will be reflected only when payment details in bank match with details of deposit in TDS / TCS statement |
| P | Provisional | Provisional tax credit is effected only for TDS / TCS Statements filed by Government deductors."P" status will be changed to Final (F) on verification of payment details submitted by Pay and Accounts Officer (PAO) |
| F | Final | In case of non-government deductors, payment details of TDS / TCS deposited in bank by deductors have matched with the payment details mentioned in the TDS / TCS statement filed by the deductors. In case of government deductors, details of TDS / TCS booked in Government account have been verified with payment details submitted by Pay and Accounts Officer (PAO) |

| | | |
|---|---|---|
| O | Overbooked | Payment details of TDS / TCS deposited in bank by deductor have matched with details mentioned in the TDS / TCS statement but the amount is over claimed in the statement. Final (F) credit will be reflected only when deductor reduces claimed amount in the statement or makes additional payment for excess amount claimed in the statement |

**Remarks

| Legend | Description |
|---|---|
| 'A' | Rectification of error in challan uploaded by bank |
| 'B' | Rectification of error in statement uploaded by deductor |
| 'C' | Correction/Rectification of error in Statement uploaded by SFT Filer |
| 'D' | Rectification of error in Form 24G filed by Accounts Officer |
| 'E' | Rectification of error in Challan by Assessing Officer |
| 'F' | Lower/ No deduction certificate u/s 197 |
| 'G' | Reprocessing of Statement |
| 'O' | Original Statement uploaded by SFT Filer |
| 'R' | Reversal of Entry in Original/Correction Statement uploaded by SFT Filer |
| 'T' | Transporter |

# Total Tax Deducted includes TDS, Surcharge and Education Cess
## Tax Deducted includes TDS, Surcharge and Education Cess
+ Total Tax Collected includes TCS, Surcharge and Education Cess
++ Tax Collected includes TCS, Surcharge and Education Cess
*** Total TDS Deposited will not include the amount deposited as Fees and Interest
### Total Amount Deposited other than TDS includes the Fees , Interest and Other ,.etc

**Notes for Annual Tax Statement**

a. Figures in brackets represent reversal (negative) entries
b. In Part C, details of tax paid are displayed excluding TDS or TCS, payments related to Securities Transaction Tax and Banking Cash Transaction Tax
c. Tax Credits appearing in Part A, A1, A2 and B of the Annual Tax Statement are on the basis of details given by deductor in the TDS / TCS statement filed by them. The same should be verified before claiming tax credit and only the amount which pertains to you should be claimed
d. This statement is issued on behalf of the Income Tax Department. See Section 203AA and second provision to Section 206C(5) of the Income Tax Act, 1961 and Rule 31AB of Income Tax Rules, 1962
e. This statement does not include payments pertaining to Assessment Year (AY) other than the AY mentioned above and payments against penalties
f. Date is displayed in dd-MMM-yyyy format
g. Details of Tax Deducted at Source in Annual Tax Statement, for Form 15G/15H includes transactions for which declaration under section 197A has been Quoted

**1.Sections**

| Section | Description |
|---|---|
| 192 | Salary |
| 192A | TDS on PF withdrawal |
| 193 | Interest on Securities |
| 194 | Dividends |
| 194A | Interest other than 'Interest on securities' |
| 194B | Winning from lottery or crossword puzzle |
| 194BB | Winning from horse race |
| 194C | Payments to contractors and sub-contractors |
| 194D | Insurance commission |
| 194DA | Payment in respect of life insurance policy |
| 194E | Payments to non-resident sportsmen or sports associations |
| 194EE | Payments in respect of deposits under National Savings Scheme |
| 194F | Payments on account of repurchase of units by Mutual Fund or Unit Trust of India |
| 194G | Commission, price, etc. on sale of lottery tickets |
| 194H | Commission or brokerage |
| 194I(a) | Rent on hiring of plant and machinery |
| 194I(b) | Rent on other than plant and machinery |
| 194IA | TDS on Sale of immovable property |
| 194IB | Payment of rent by certain individuals or Hindu undivided family |
| 194IC | Payment under specified agreement |
| 194J(a) | Fees for technical services |
| 194J(b) | Fees for professional services or royalty etc |
| 194K | Income payable to a resident assessee in respect of units of a specified mutual fund or of the units of the Unit Trust of India |
| 194LA | Payment of compensation on acquisition of certain immovable |
| 194LB | Income by way of Interest from Infrastructure Debt fund |
| 194LC | Income by way of interest from specified company payable to a non-resident |
| 194LBA | Certain income from units of a business trust |
| 194LBB | Income in respect of units of investment fund |
| 194LBC | Income in respect of investment in securitization trust |

| Section | Description |
|---|---|
| 194LD | TDS on interest on bonds / government securities |
| 194M | Payment of certain sums by certain individuals or Hindu Undivided Family |
| 194N | Payment of certain amounts in cash |
| 194O | Payment of certain sums by e-commerce operator to e-commerce participant |
| 194P | Deduction of tax in case of specified senior citizen |
| 194Q | Deduction of tax at source on payment of certain sum for purchase of goods |
| 195 | Other sums payable to a non-resident |
| 196A | Income in respect of units of non-residents |
| 196B | Payments in respect of units to an offshore fund |
| 196C | Income from foreign currency bonds or shares of Indian |
| 196D | Income of foreign institutional investors from securities |
| 196DA | Income of specified fund from securities |
| 206CA | Collection at source from alcoholic liquor for human |
| 206CB | Collection at source from timber obtained under forest lease |
| 206CC | Collection at source from timber obtained by any mode other than a forest lease |
| 206CD | Collection at source from any other forest produce (not being tendu leaves) |
| 206CE | Collection at source from any scrap |
| 206CF | Collection at source from contractors or licensee or lease relating to parking lots |
| 206CG | Collection at source from contractors or licensee or lease relating to toll plaza |
| 206CH | Collection at source from contractors or licensee or lease relating to mine or quarry |
| 206CI | Collection at source from tendu Leaves |
| 206CJ | Collection at source from on sale of certain Minerals |
| 206CK | Collection at source on cash case of Bullion and Jewellery |
| 206CL | Collection at source on sale of Motor vehicle |
| 206CM | Collection at source on sale in cash of any goods(other than bullion/jewelry) |
| 206CN | Collection at source on providing of any services(other than Chapter-XVII-B) |
| 206CO | Collection at source on remittance under LRS for purchase of overseas tour program package |
| 206CP | Collection at source on remittance under LRS for educational loan taken from financial institution mentioned in section 80E |
| 206CQ | Collection at source on remittance under LRS for purpose other than for purchase of overseas tour package or for educational loan taken from financial institution |
| 206CR | Collection at source on sale of goods |

**2.Minor Head**

| Code | Description |
|---|---|
| 100 | Advance tax |
| 102 | Surtax |
| 106 | Tax on distributed profit of domestic companies |
| 107 | Tax on distributed income to unit holder |
| 300 | Self Assessment Tax |
| 400 | Tax on regular assessment |
| 800 | TDS on sale of immovable property |

**3.Major Head**

| Code | Description |
|---|---|
| 0020 | Corporation Tax |
| 0021 | Income Tax (other than companies) |
| 0023 | Hotel Receipt Tax |
| 0024 | Interest Tax |
| 0026 | Fringe Benefit Tax |
| 0028 | Expenditure Tax / Other Taxes |
| 0031 | Estate Duty |
| 0032 | Wealth Tax |
| 0033 | Gift Tax |

**4.Type of Transaction**

| Code | Description |
|---|---|
| SFT-001 | Payment made in cash for purchase of bank drafts or pay orders or banker's cheque of an amount aggregating to ten lakh rupees or more in a financial year. |
| SFT-002 | Payments made in cash aggregating to ten lakh rupees or more during the financial year for purchase of pre-paid instruments issued by Reserve Bank of India under section 18 of the Payment and Settlement Systems Act, 2007 (51 of 2007). |
| SFT-003 | 03A - Cash deposits aggregating to fifty lakh rupees or more in a financial year, in or from one or more current account of a person. |
| | 03B - Cash withdrawals (including through bearer's cheque) aggregating to fifty lakh rupees or more in a financial year, in or from one or more current account of a person. |
| SFT-004 | Cash deposits aggregating to ten lakh rupees or more in a financial year, in one or more accounts (other than a current account and time deposit) of a person. |
| SFT-005 | One or more time deposits (other than a time deposit made through renewal of another time deposit) of a person aggregating to ten lakh rupees or more in a financial year of a person. |
| SFT-006 | Payments made by any person of an amount aggregating to— (i) One lakh rupees or more in cash; or (ii) Ten lakh rupees or more by any other mode, against bills raised in respect of one or more credit cards issued to that person, in a financial year. |
| SFT-007 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring bonds or debentures issued by the company or institution (other than the amount received on account of renewal of the bond or debenture issued by that company). |
| SFT-008 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring shares (including share application money) issued by the company. |
| SFT-009 | Buy back of shares from any person (other than the shares bought in the open market) for an amount or value aggregating to ten lakh rupees or more in a financial year. |
| SFT-010 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring units of one or more schemes of a Mutual Fund (other than the amount received on account of transfer from one scheme to another scheme of that Mutual Fund). |
| SFT-011 | Receipt from any person for sale of foreign currency including any credit of such currency to foreign exchange card or expense in such currency through a debit or credit card or through issue of travellers cheque or draft or any other instrument of an amount aggregating to ten lakh rupees or more during a financial year. |
| SFT-012 | Purchase or sale by any person of immovable property for an amount of thirty lakh rupees or more or valued by the stamp valuation authority referred to in section 50C of the Act at thirty lakh rupees or more. |
| SFT-013 | Receipt of cash payment exceeding two lakh rupees for sale, by any person, of goods or services of any nature (other than those specified at Sl. Nos. 1 to 10 of Rule 114E) |
| SFT-014 | Cash deposits during the period 09th November, 2016 to 30th December, 2016 aggregating to (i) twelve lakh fifty thousand rupees or more, in one or more current account of a person; or (ii) two lakh fifty thousand rupees or more, in one or more accounts (other than a current account) of a person. Cash deposits during the period 1st April, 2016 to 9th November, 2016 in respect of accounts that are reportable. |

**Glossary**

| Abbreviation | Description |
|---|---|
| AIR | Annual Information Return |
| AY | Assessment Year |
| EC | Education Cess |
| SFT | Statement of Financial Transaction |

| Abbreviation | Description |
|---|---|
| TDS | Tax Deducted at Source |
| TCS | Tax Collected at Source |
| GSTIN | Goods and Services Tax Identification Number |

**Acknowledgement Number:** [redacted] **Date of filing:26-08-2022**

# INDIAN INCOME TAX RETURN ACKNOWLEDGEMENT

[Where the data of the Return of Income in Form ITR-1 (SAHAJ), ITR-2, ITR-3, ITR-4(SUGAM), ITR-5, ITR-6, ITR-7 filed and verified]
(Please see Rule 12 of the Income-tax Rules, 1962)

Assessment Year 2022-23

| | | | |
|---|---|---|---|
| PAN | [redacted] | | |
| Name | VIKASH YADAV | | |
| Address | [redacted] , SOUTH DELHI , 09-Delhi , 91-India , 110065 | | |
| Status | Individual | Form Number | ITR-1 |
| Filed u/s | 139(4) Belated- Return filed after due date | e-Filing Acknowledgement Number | [redacted] |

| | | | |
|---|---|---|---|
| Taxable Income and Tax details | Current Year business loss, if any | 1 | 0 |
| | Total Income | | 14,73,130 |
| | Book Profit under MAT, where applicable | 2 | 0 |
| | Adjusted Total Income under AMT, where applicable | 3 | 0 |
| | Net tax payable | 4 | 2,64,617 |
| | Interest and Fee Payable | 5 | 5,000 |
| | Total tax, interest and Fee payable | 6 | 2,69,617 |
| | Taxes Paid | 7 | 2,83,747 |
| | (+) Tax Payable /(-) Refundable (6-7) | 8 | (-) 14,130 |
| Accreted Income & Tax Detail | Accreted Income as per section 115TD | 9 | 0 |
| | Additional Tax payable u/s 115TD | 10 | 0 |
| | Interest payable u/s 115TE | 11 | 0 |
| | Additional Tax and interest payable | 12 | 0 |
| | Tax and interest paid | 13 | 0 |
| | (+) Tax Payable /(-) Refundable (12-13) | 14 | 0 |

Income Tax Return submitted electronically on 26-08-2022 13:40:03 from IP address 103.248.174.149 and verified by VIKASH YADAV having PAN [redacted] on 26-08-2022 13:40:01 using paper ITR-Verification Form /Electronic Verification Code [redacted] generated through Aadhaar OTP mode

System Generated

Barcode/QR Code [redacted]

**DO NOT SEND THIS ACKNOWLEDGEMENT TO CPC, BENGALURU**

सत्यमेव जयते
कोष मूलो दण्डः
INCOME TAX DEPARTMENT

| | |
|---|---|
| NAME & ADDRESS | VIKAS YADAV<br>[redacted]<br>SOUTH DELHI - 110065 |
| FATHER'S NAME | [redacted] |
| DATE OF BIRTH | [redacted] 1984 |
| PREVIOUS YEAR | 2021-2022 |
| ASSESSMENT YEAR | 2022-2023 |
| P.A.N. | [redacted] |
| AADHAR CARD | [redacted] |

STATEMENT OF ASSESSABLE INCOME FOR THE YEAR ENDING 31st MARCH 2022

| **PARTICULARS** | | **AMOUNT** |
|---|---|---|
| **INCOME FROM SALARY** | **1991560.00** | |
| CENTRAL RESERVE POLICE FORCE | **75426.00** | 2,066,986.00 |
| OTHERS | | (85,845.00) |
| HOUSE RENT ALLOWANCES | | (122,646.00) |
| STANDARD DEDUCTION | | (50,000.00) |
| **INCOME FROM OTHER SOURCES** | | |
| DIVIDEND | | 15.00 |
| INTEREST ON ITR REFUND | | 2,637.00 |
| **TOTAL INCOME** | | 1,811,147.00 |
| LESS : DEDUCTION U/S 80C | | 150,000.00 |
| U/S 80CCD | | 175,220.00 |
| U/S 80D | | 12,800.00 |
| U/S 80G | | - |
| **TAXABLE INCOME** | | **1,473,127.00** |
| TAX PAYABLE | | 254,438.00 |
| LESS: REBATE U/S 87A | | - |
| TOTAL TAX PAYBLE | | 254,438.00 |
| ADD: EDUCATION CESS | | 10,178.00 |
| ADD: PENALTY | | 5,000.00 |
| TAX PAYABLE | | **269,616.00** |
| LESS: T.D.S. | | 283,747.00 |
| LESS: SELF ASSESSMENT TAX | | - |
| **TAX PAYBLE** | | **14,131.00** |

BANK DETAILS:

| | | |
|---|---|---|
| 1 | BANK NAME: | SBI |
| | A/C NO. | [redacted] |
| | IFSC CODE | [redacted] |