**From:** A Butt <onlybutt095@gmail.com>
**Sent:** Thursday, July 13, 2023 6:03 AM
**To:** [redacted] <[redacted]@yahoo.com>
**Subject:** Re:
**Attachments:** 20230713_153006.jpg; 20230713_152944.jpg; 20230713_152931.jpg; 20230713_153016.jpg; 20230713_152912.jpg

Kindly find the form 16 attached ..

On Fri, 26 Aug 2022, 13:44 [redacted], <[redacted]@yahoo.com> wrote:

> SIR YOUR INCOME TAX RETURN 2021-22

41

TDS
Centralized Processing Cell

TRACES
TDS Reconciliation Analysis and Correction Enabling System

Government of India
Income Tax Department

# FORM NO. 16

[See rule 31(1)(a)]

## PART A

**Certificate under Section 203 of the Income-tax Act, 1961 for tax deducted at source on salary paid to an employee under section 192 or pension/interest income of specified senior citizen under section 194P**

| Certificate No. [redacted] | Last updated on 04-Jun-2023 |
|---|---|
| **Name and address of the Employer/Specified Bank** | **Name and address of the Employee/Specified senior citizen** |
| ASST DIRECTORS OF ACCOUNTS DIRECTORS OF ACCOUNTS<br>CABINET SECTRIATE<br>ROOM NO 1001, B - 1 WING, 10TH FLOOR, PT DEENDAYAL ANTYODAYA BH,<br>CGO COMPLEX, LODHI ROAD, NEW DELHI - 110003<br>Delhi<br>[redacted] | VIKASH YADAV<br>CRPF ACADEMY, KADARPUR, BADSHAHPUR - 122101 Haryana |

| PAN of the Deductor | TAN of the Deductor | PAN of the Employee/Specified senior citizen | Employee Reference No. provided by the Employer/Pension Payment order no. provided by the Employer (If available) |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

| CIT (TDS) | Assessment Year | Period with the Employer | |
|---|---|---|---|
| | | From | To |
| The Commissioner of Income Tax (TDS)<br>Aayakar Bhawan, District Centre, 6th Floor Room no 610, Hall no. 4 , Luxmi Nagar, Delhi - 110092 | 2023-24 | 01-Apr-2022 | 31-Mar-2023 |

**Summary of amount paid/credited and tax deducted at source thereon in respect of the employee**

| Quarter(s) | Receipt Numbers of original quarterly statements of TDS under sub-section (3) of Section 200 | Amount paid/credited | Amount of tax deducted (Rs.) | Amount of tax deposited / remitted (Rs.) |
|---|---|---|---|---|
| Q1 | [redacted] | 647114.00 | 99840.00 | 99840.00 |
| Q2 | | 494838.00 | 74880.00 | 74880.00 |
| Q3 | | 252660.00 | 46800.00 | 46800.00 |
| Q4 | | 222604.00 | 25930.00 | 25930.00 |
| **Total (Rs.)** | | **1617216.00** | **247450.00** | **247450.00** |

**I. DETAILS OF TAX DEDUCTED AND DEPOSITED IN THE CENTRAL GOVERNMENT ACCOUNT THROUGH BOOK ADJUSTMENT**

(The deductor to provide payment wise details of tax deducted and deposited with respect to the deductee)

| Sl. No. | Tax Deposited in respect of the deductee (Rs.) | Book Identification Number (BIN) | | | |
|---|---|---|---|---|---|
| | | Receipt Numbers of Form No. 24G | DDO serial number in Form no. 24G | Date of transfer voucher (dd/mm/yyyy) | Status of matching with Form no. 24G |
| 1 | 24960.00 | [redacted] | [redacted] | 30-04-2022 | F |
| 2 | 24960.00 | | | 30-04-2022 | F |
| 3 | 24960.00 | | | 31-05-2022 | F |
| 4 | 24960.00 | | | 30-06-2022 | F |
| 5 | 24960.00 | | | 31-07-2022 | F |
| 6 | 24960.00 | | | 31-08-2022 | F |
| 7 | 24960.00 | | | 30-09-2022 | F |
| 8 | 15600.00 | | | 31-10-2022 | F |
| 9 | 15600.00 | | | 30-11-2022 | F |

TDS
Centralized Processing

Certificate Number: [redacted] TAN of Employer: [redacted] PAN of Employee: [redacted] Assessment Year: 2023-24

| Sl. No. | Tax Deposited in respect of the deductee (Rs.) | Book Identification Number (BIN) | | | |
|---|---|---|---|---|---|
| | | Receipt Numbers of Form No. 24G | DDO serial number in Form no. 24G | Date of transfer voucher (dd/mm/yyyy) | Status of matching with Form no. 24G |
| 12 | 10330.00 | [redacted] | [redacted] | 28-02-2023 | F |
| Total (Rs.) | 247450.00 | | | | |

II. DETAILS OF TAX DEDUCTED AND DEPOSITED IN THE CENTRAL GOVERNMENT ACCOUNT THROUGH CHALLAN

(The deductor to provide payment wise details of tax deducted and deposited with respect to the deductee)

| Sl. No. | Tax Deposited in respect of the deductee (Rs.) | Challan Identification Number (CIN) | | | |
|---|---|---|---|---|---|
| | | BSR Code of the Bank Branch | Date on which Tax deposited (dd/mm/yyyy) | Challan Serial Number | Status of matching with OLTAS* |
| Total (Rs.) | | | | | |

Verification

I, SANJEEV BERRY, son / daughter of INDERJEET BERRY working in the capacity of ADA (designation) do hereby certify that a sum of Rs. 247450.00 [Rs. Two Lakh Fourty Seven Thousand Four Hundred and Fifty Only (in words)] has been deducted and a sum of Rs. 247450.00 [Rs. Two Lakh Fourty Seven Thousand Four Hundred and Fifty Only] has been deposited to the credit of the Central Government. I further certify that the information given above is true, complete and correct and is based on the books of account, documents, TDS statements, TDS deposited and other available records.

| | | |
|---|---|---|
| Place | NEW DELHI | |
| Date | 05-Jun-2023 | (Signature of person responsible for deduction of Tax) |
| Designation: ADA | | Full Name: [redacted] |

Notes:

1. Part B (Annexure) of the certificate in Form No.16 shall be issued by the employer.
2. If an assessee is employed under one employer during the year, Part 'A' of the certificate in Form No.16 issued for the quarter ending on 31st March of the financial year shall contain the details of tax deducted and deposited for all the quarters of the financial year.
3. If an assessee is employed under more than one employer during the year, each of the employers shall issue Part A of the certificate in Form No.16 pertaining to the period for which such assessee was employed with each of the employers. Part B (Annexure) of the certificate in Form No. 16 may be issued by each of the employers or the last employer at the option of the assessee.
4. To update PAN details in Income Tax Department database, apply for 'PAN change request' through NSDL or UTITSL.

Legend used in Form 16

* Status of matching with OLTAS

| Legend | Description | Definition |
|---|---|---|
| U | Unmatched | Deductors have not deposited taxes or have furnished incorrect particulars of tax payment. Final credit will be reflected only when payment details in bank match with details of deposit in TDS / TCS statement |
| P | Provisional | Provisional tax credit is effected only for TDS / TCS Statements filed by Government deductors."P" status will be changed to Final (F) on verification of payment details submitted by Pay and Accounts Officer (PAO) |
| F | Final | In case of non-government deductors, payment details of TDS / TCS deposited in bank by deductor have matched with the payment details mentioned in the TDS / TCS statement filed by the deductors. In case of government deductors, details of TDS / TCS booked in Government account have been verified by Pay & Accounts Officer (PAO) |
| O | Overbooked | Payment details of TDS / TCS deposited in bank by deductor have matched with details mentioned in the TDS / TCS statement but the amount is over claimed in the statement. Final (F) credit will be reflected only when deductor reduces claimed amount in the statement or makes new payment for excess amount claimed in the statement |

TDS
Centralized Processing Cell

TRACES
TDS Reconciliation Analysis and Correction Enabling System

Government of India
Income Tax Department

# FORM NO. 16

## PART B

Certificate under section 203 of the Income-tax Act, 1961 for tax deducted at source on salary paid to an employee under section 192 or pension/interest income of specified senior citizen under section 194P

| | |
|---|---|
| Certificate No. [redacted] | Last updated on 04-Jun-2023 |
| **Name and address of the Employer/Specified Bank** | **Name and address of the Employee/Specified senior citizen** |
| ASST DIRECTORS OF ACCOUNTS DIRECTORS OF ACCOUNTS<br>CABINET SECTRIATE<br>ROOM NO 1001, B - 1 WING, 10TH FLOOR, PT DEENDAYAL ANTYODAYA BH,<br>CGO COMPLEX, LODHI ROAD, NEW DELHI - 110003<br>Delhi | VIKASH YADAV<br>CRPF ACADEMY, KADARPUR, BADSHAHPUR - 122101 Haryana |

| [redacted]Deductor | TAN of the Deductor | PAN of the Employee/Specified senior citizen |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| CIT (TDS) | Assessment Year | Period with the Employer | |
|---|---|---|---|
| | | From | To |
| The Commissioner of Income Tax (TDS)<br>Aayakar Bhawan, District Centre, 6th Floor Room no 610, Hall no. 4 , Luxmi Nagar, Delhi - 110092 | 2023-24 | 01-Apr-2022 | 31-Mar-2023 |

Annexure - I

Details of Salary Paid and any other income and tax deducted

| | | | |
|---|---|---|---|
| Whether opting for taxation u/s 115BAC | | No | |
| 1. | Gross Salary | Rs. | Rs. |
| (a) | Salary as per provisions contained in section 17(1) | 1812990.00 | |
| (b) | Value of perquisites under section 17(2) (as per Form No. 12BA, wherever applicable) | 0.00 | |
| (c) | Profits in lieu of salary under section 17(3) (as per Form No. 12BA, wherever applicable) | 0.00 | |
| (d) | Total | | 1812990.00 |
| (e) | Reported total amount of salary received from other employer(s) | | 0.00 |
| 2. | Less: Allowances to the extent exempt under section 10 | | |
| (a) | Travel concession or assistance under section 10(5) | 0.00 | |
| (b) | Death-cum-retirement gratuity under section 10(10) | 0.00 | |
| (c) | Commuted value of pension under section 10(10A) | 0.00 | |
| (d) | Cash equivalent of leave salary encashment under section 10 (10AA) | 0.00 | |
| (e) | House rent allowance under section 10(13A) | 0.00 | |

Certificate Number: [redacted] TAN of Employer: [redacted] PAN of Employee [redacted] Assessment Year: 2023-24

| | | | |
|---|---|---|---|
| (f) | Amount of any other exemption under section 10 **[Note: Break-up to be prepared by employer and issued to the employee, where applicable, before furnishing of Part B to the employee]** | | |
| (g) | Total amount of any other exemption under section 10 | 0.00 | |
| (h) | Total amount of exemption claimed under section 10 [2(a)+2(b)+2(c)+2(d)+2(e)+2(g)] | | 0.00 |
| 3. | Total amount of salary received from current employer [1(d)-2(h)] | | 1812990.00 |
| 4. | Less: Deductions under section 16 | | |
| (a) | Standard deduction under section 16(ia) | 50000.00 | |
| (b) | Entertainment allowance under section 16(ii) | 0.00 | |
| (c) | Tax on employment under section 16(iii) | 0.00 | |
| 5. | Total amount of deductions under section 16 [4(a)+4(b)+4(c)] | | 50000.00 |
| 6. | Income chargeable under the head "Salaries" [(3+1(e)-5] | | 1762990.00 |
| 7. | Add: Any other income reported by the employee under as per section 192 (2B) | | |
| (a) | Income (or admissible loss) from house property reported by employee offered for TDS | 0.00 | |
| (b) | Income under the head Other Sources offered for TDS | 0.00 | |
| 8. | Total amount of other income reported by the employee [7(a)+7(b)] | | 0.00 |
| 9. | **Gross total income (6+8)** | | **1762990.00** |
| 10. | Deductions under Chapter VI-A | Gross Amount | Deductible Amount |
| (a) | Deduction in respect of life insurance premia, contributions to provident fund etc. under section 80C | 141308.00 | 141308.00 |
| (b) | Deduction in respect of contribution to certain pension funds under section 80CCC | 0.00 | 0.00 |
| (c) | Deduction in respect of contribution by taxpayer to pension scheme under section 80CCD (1) | 0.00 | 0.00 |
| (d) | Total deduction under section 80C, 80CCC and 80CCD(1) | 141308.00 | 141308.00 |
| (e) | Deductions in respect of amount paid/deposited to notified pension scheme under section 80CCD (1B) | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| (f) | Deduction in respect of contribution by Employer to pension scheme under section 80CCD (2) | 195774.00 | 195774.00 |
| (g) | Deduction in respect of health insurance premia under section 80D | 7800.00 | 7800.00 |
| (h) | Deduction in respect of interest on loan taken for higher education under section 80E | 0.00 | 0.00 |

| | | Gross Amount | Qualifying Amount | Deductible Amount |
|---|---|---|---|---|
| (i) | Total Deduction in respect of donations to certain funds, charitable institutions, etc. under section 80G | 0.00 | 0.00 | 0.00 |
| (j) | Deduction in respect of interest on deposits in savings account under section 80TTA | 0.00 | 0.00 | 0.00 |
| (k) | Amount Deductible under any other provision (s) of Chapter VI-A **[Note: Break-up to be prepared by employer and issued to the employee, where applicable , before furnishing of Part B to the employee]** | | | |
| (l) | Total of amount deductible under any other provision(s) of Chapter VI-A | 0.00 | 0.00 | 0.00 |
| 11. | Aggregate of deductible amount under Chapter VI-A [10(d)+10(e)+10(f)+10(g)+10(h)+10(i)+10(j)+10(l)] | | | 344882.00 |
| 12. | **Total taxable income (9-11)** | | | **1418108.00** |
| 13. | Tax on total income | | | 237933.00 |
| 14. | Rebate under section 87A, if applicable | | | 0.00 |
| 15. | Surcharge, wherever applicable | | | 0.00 |
| 16. | Health and education cess | | | 9517.00 |
| 17. | Tax payable (13+15+16-14) | | | 247450.00 |
| 18. | Less: Relief under section 89 (attach details) | | | 0.00 |
| 19. | **Net tax payable (17-18)** | | | **247450.00** |

Verification

I, [redacted], son/daughter of [redacted].Working in the capacity of ADA (Designation) do hereby certify that the information given above is true, complete and correct and is based on the books of account, documents, TDS statements, and other available records.

| | | |
|---|---|---|
| Place | NEW DELHI | (Signature of person responsible for deduction of tax) |
| Date | 05-Jun-2023 | Full Name: [redacted] |



Signature Not Verified
Digitally signed by
[redacted]
Date: 2023.06.05 11:22:42 IST