############## * **Google Confidential and Proprietary** * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 378212805182
Name: vikas yadav
Given Name: vikas
Family Name: yadav
e-Mail: vikas0yadav@gmail.com
Alternate e-Mails:

Created on: 2007-09-15 07:58:17 Z
Terms of Service IP: 61.17.84.58
Terms of Service Language: en
Birthday (Month Day, Year): December 11, 1984

Services: Gmail, Google Services, Google Hangouts, Google Photos, YouTube, Google Drive, Google Calendar, Google Alerts, Google Docs, Google Sites, Google Play, iGoogle, Google Chrome Sync, Android, Location History, Google Maps, Is In Family
Unregistered Services: Web & App Activity, orkut, [Unknown service] 362, Has Google Profile, Has Plusone, Google+, Es Mobile

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2023-10-06 19:53:41 Z
Last Logins: 2023-10-06 19:53:41 Z, 2023-02-10 18:28:25 Z, 2023-02-08 19:05:37 Z

### ACCOUNT RECOVERY

Contact e-Mail: vikas0yadav@gmail.com
Recovery e-Mail:
Recovery SMS:

### PHONE NUMBERS

User Phone Numbers: [redacted]8758
2-Step Verification Phone Numbers:

### DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 2023-10-06 19:53:41 Z | 103.92.41.225 | Login | | | Mozilla/5.0 (iPad; CPU OS 15 7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/116.0.5845.118 Mobile/15E148 Safari/604.1,gzip(gfe),gzip(gfe) |
| 2023-02-10 18:28:25 Z | 103.92.41.180 | Login | | | com.google.Maps/6.47.0 iSL/3.4 iPhone/16.3 hw/iPhone14_5 (gzip),gzip(gfe) |
| 2023-02-08 19:05:37 Z | 103.92.41.180 | Login | | | com.google.Maps/6.47.0 iSL/3.4 iPhone/16.2 hw/iPhone14 5 (gzip),gzip(gfe) |
| 2023-01-07 15:48:48 Z | 103.92.41.28 | Login | | 8334CAC4-6E39-484B-BB4B-F4585032AA6A | Mozilla/5.0 (iPhone; CPU iPhone OS 16_2 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.2 Mobile/15E148 Safari/604.1,gzip(gfe) |

## MADISON INFORMATION

### MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.

### MADISON ACL CHANGES

No Madison ACL Change History.

**############## * Google Confidential and Proprietary * ###############**