**From:** [redacted]@gmail.com
**Sent:** Thursday, April 7, 2016 3:16 AM
**To:** vikas0yadav@gmail.com
**Subject:** Pics
**Attachments:** photo 1.JPG; Untitled attachment 01020.txt; photo 2.JPG; Untitled attachment 01023.txt; photo 3.JPG; Untitled attachment 01026.txt; photo 4.JPG; Untitled attachment 01029.txt


VIKAS YADAV