| | |
|---|---|
| **From:** | [redacted]@gmail.com |
| **Sent:** | Thursday, April 7, 2016 3:14 AM |
| **To:** | vikas0yadav@gmail.com |
| **Subject:** | Pics |
| **Attachments:** | photo 1.JPG; Untitled attachment 01035.txt; photo 2.JPG; Untitled attachment 01038.txt; photo 3.JPG; Untitled attachment 01041.txt; photo 4.JPG; Untitled attachment 01044.txt; photo 5.JPG; Untitled attachment 01047.txt |


INDIAN