| | |
|---|---|
| **From:** | vikas yadav <vikas0yadav@gmail.com> |
| **Sent:** | Sunday, June 5, 2016 11:26 AM |
| **To:** | [redacted]@gmail.com |
| **Attachments:** | 20160111_075632-1.jpg; 20160111_075556-1.jpg |

# भारत गणराज्य REPUBLIC OF INDIA



टाईप / Type
P

राष्ट्र कोड / Country Code
IND

पासपोर्ट नं. / Passport No.
[redacted]

उपनाम / Surname
YADAV

दिया गया नाम / Given Name(s)
VIKASH

राष्ट्रीयता / Nationality
INDIAN

लिंग / Sex
M

जन्मतिथि / Date of Birth
[redacted]/1984

जन्म स्थान / Place of Birth
PRANPURA, HARYANA

जारी करने का स्थान / Place of Issue
BHUBANESWAR

जारी करने की तिथि / Date of Issue
06/01/2016

समाप्ति की तिथि / Date of Expiry
05/01/2026

P<INDYADAV<<VIKASH<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]<<<<<<<<<<<<<<<0

[redacted]

पिता / कानूनी अभिभावक का नाम / Name of Father / Legal Guardian

[redacted]

माता का नाम / Name of Mother

[redacted]

पति या पत्नी का नाम / Name of Spouse

[redacted]

पता / Address

3R-52,AVIATION RESEARCH CENTER

CHARBATIA,CUTTACK URBAN

PIN:[redacted]

पुराने पासपोर्ट का नं. और इसके जारी होने की तिथि एवं स्थान / Old Passport No. with Date and Place of Issu[redacted]

फाईल नं. / File No.

[redacted]