**From:** vikas yadav <vikas0yadav@gmail.com>
**Sent:** Monday, June 5, 2017 9:21 AM
**To:** [redacted]@innovsearch.com
**Attachments:** 20170605_174141.jpg; 20170605_174114.jpg; 20170605_174054.jpg; 20170605_174031.jpg; 20170605_174012.jpg

Please find attached two months sale slip, residence proof and a photograph.
Regards
Vikash Yadav


LA

[redacted]

पता [redacted]

तह. रेवाड़ी, जिला रेवाड़ी

Address : [redacted]

TEH.REWARI, DISTT.REWARI

085 - बावल(अ.जा.) निर्वाचन क्षेत्र के
निर्वाचक रजिस्ट्रीकरण अधिकारी
के हस्ताक्षर की अनुकृति

Facsimile Signature of the
Electoral Registration Officer
for 085 - BAWAL(SC) Constituency

स्थान : रेवाड़ी
Place : REWARI

दिनांक : 31-08-2007
Date : 31-08-2007

इस पत्र को विभिन्न सरकारी योजनाओं के अन्तर्गत पहचान-पत्र के रूप में प्रयोग किया जा सकता है।
This Card may be used as an Identity Card under different Government Schemes.

847

29

ELECTION COMMISSION OF INDIA
IDENTITY CARD
भारत निर्वाचन आयोग
पहचान पत्र

[redacted]



निर्वाचक का नाम : विकाश
Elector's Name : VIKASH
पिता का नाम : [redacted]
Father's Name : [redacted]
लिंग / Sex : पुरुष/ MALE
1.1.2007 को आयु : 20 वर्ष
Age as on 1.1.2007 : 20 Years

**DIRECTORATE OF ACCOUNTS CABINET SECRETARIAT (MAIN WING)** NOT PAYABLE BEFORE 28th/29th/30th/31st

| | | | |
|---|---|---|---|
| IRLA. No./Name | [redacted] VIKASH YADAV | MONTH | Apr ,2017 |
| DESIGNATION | SFO | GPF NO. [redacted] | MATRIX LEVEL - |
| STATION | ARC CHARBATIA | PAN NO | DNI - 01/07/2017 |

**CLASSIFICATION**

| | |
|---|---|
| Pay & Allowance | 75,816.00 |
| Hon. | |
| I/Relief | |
| **TOTAL** | **75,816.00** |
| Income Tax | 8,000.00 |
| E. Cess | 240.00 |
| G.P.F | |
| G.P.F. Adv. | |
| CPF | |
| C.G.E.G.I.S | 120.00 |
| P.L.I | |
| PLI Serv Tax | 0.00 |
| C.G.H.S | |
| Comp. Advance | |
| House Bldg. Adv | |
| TA/LTC Adv | |
| Licence Fees | |
| Misc Receipts | 548.00 |
| PPAN (0071) | 6,834.00 |
| Interest Scotter | |
| Interest of MC Adv. | |
| Interest of Comp Adv. | |
| Interest of TA/TLC/Oth Adv | |
| Interest of HBA Adv. | |
| Recovery Suspense | 200.00 |

| PARTICULARS ( CREDITS ) | AMOUNT Rs. Ps. | REMARK |
|---|---|---|
| 1. Basic Pay | 67,000.00 | |
| 2. Grade / Dearness Pay | | |
| 3. Special Pay | | |
| 4. Deputation (Duty) Allowance | | |
| 5. Dearness Allowance | 1,340.00 | |
| 6. House Rent Allowance | | |
| 7. Compensatory (City) | | |
| 8. Compensatory ( Special ) Allowance | | |
| 9. Training Allowance | | |
| 10. H/S Compensation Allowance | | |
| 11. Hardship/SD Allowance | | |
| 12. Kit Maintenance Allowance | | |
| 13. Transport Allowance | 3,600.00 | |
| 14. Rank Pay | | |
| 15. Arrears | | |
| 16. Technical Pay 1 & 2 | | |
| 17. Personal Pay | | |
| 18. P/F.J.J.I | | |
| 19. Flying Pay | | |
| 20. Half Flying Pay | | |
| 21. Ration Allowance | | |
| 22. Specail Security Allowance | 3,876.00 | |
| 23. Misc Payments | | |
| 24. CPMA+LRA+ Gall Awd + Stag. Pay | | |
| **Total Credits** | **75,816.00** | |
| **DEBITS** | | |
| 1. Income Tax | 8,000.00 | |
| 2. Surcharge | 240.00 | |
| 3. G.P.F / C.P.F / PPAN Subscription | | |
| (a) Subscription | 6,834.00 | |
| (b) Refund of Advances | | |
| 4. C.G.H.S | | |
| 5. C.G.E.G.I.S | 120.00 | |
| 6. House Rent | | |
| 7. Computer Advance | | |
| 8. Motor Car/Scotter Advance | | |
| 9. House Bldg. Advance | | |
| 10. TA/LTC Advance/Oth adv | | |
| 11. Interest | | |
| 12. AOBF + PLI + PLI Serv/Tax | | |
| 13. Professional Tax | 200.00 | |
| 14. Misc Debit | | |
| 15. Misc. Receipt | 548.00 | |
| 16. Welfare Fund + PM Relief Fund | | |
| **Total Debits** | **15,942.00** | |
| **Balance of Pay Remitted** | **59,874.00** | |
| **Total** | **75,816.00** | |

**Passed for Rs. 59,874.00 (Rupees Fifty-nine thousand eight hundred seventy-four only )**

**For payment as under :**

| Head of A/c to which amount of cheque is debited | Name of Payee , Bankers | Amount of Cheque |
|---|---|---|
| Personal Ledger Account Director of Accounts Cabinet Sectt. | VIKASH YADAV SBI DISTT- REWARI HARYANA. ( [redacted] ) | 59,874.00 |

Auditor/ Sr. Auditor [redacted] Section Officer/ Sr. Section Officer Dy/Sr./Asstt. Dir of Accounts

Note : Kindly check your PAN.No./PRAN.No./GPF.No/AC.No. If any discrepency is found kindly bring into the notice of Sr.So(GED) immediately

**DIRECTORATE OF ACCOUNTS CABINET SECRETARIAT (MAIN WING)** NOT PAYABLE BEFORE 28th/29th/30th/31st

| | | | | | |
|---|---|---|---|---|---|
| IRLA. No./Name | [redacted] VIKASH YADAV | | | MONTH | May ,2017 |
| DESIGNATION | SFO | GPF NO. | [redacted] | MATRIX LEVEL - | |
| STATION | ARC CHARBATIA | PAN NO | | DNI - | 01/07/2017 |

| CLASSIFICATION | |
|---|---|
| Pay & Allowance | 82,516.00 |
| Hon. | |
| I/Relief | |
| **TOTAL** | **82,516.00** |
| Income Tax | 8,000.00 |
| E. Cess | 240.00 |
| G.P.F | |
| G.P.F. Adv. | |
| CPF | |
| C.G.E.G.I.S | 120.00 |
| P.L.I | |
| PLI Serv Tax | 0.00 |
| C.G.H.S | |
| Comp. Advance | |
| House Bldg. Adv | |
| TA/LTC Adv | |
| Licence Fees | |
| Misc Receipts | -548.00 |
| PPAN (0071) | 7,504.00 |
| Interest Scotter | |
| Interest of MC Adv. | |
| Interest of Comp Adv. | |
| Interest of TA/TLC/Oth Adv | |
| Interest of HBA Adv. | |

**Recovery** **Suspense**

| PARTICULARS ( CREDITS ) | AMOUNT Rs. Ps. | REMARK |
|---|---|---|
| 1. Basic Pay | 67,000.00 | |
| 2. Grade / Dearness Pay | | |
| 3. Special Pay | | |
| 4. Deputation (Duty) Allowance | | |
| 5. Dearness Allowance | 2,680.00 | |
| 6. House Rent Allowance | | |
| 7. Compensatory (City) | | |
| 8. Compensatory ( Special ) Allowance | | |
| 9. Training Allowance | | |
| 10. H/S Compensation Allowance | | |
| 11. Hardship/SD Allowance | | |
| 12. Kit Maintenance Allowance | 3,600.00 | |
| 13. Transport Allowance | | |
| 14. Rank Pay | 5,360.00 | |
| 15. Arrears | | |
| 16. Technical Pay 1 & 2 | | |
| 17. Personal Pay | | |
| 18. P/F.J.J.I | | |
| 19. Flying Pay | | |
| 20. Half Flying Pay | | |
| 21. Ration Allowance | | |
| 22. Specail Security Allowance | 3,876.00 | |
| 23. Misc Payments | | |
| 24. CPMA+LRA+ Gall Awd + Stag. Pay | | |
| **Total Credits** | **82,516.00** | |
| **DEBITS** | | |
| 1. Income Tax | 8,000.00 | |
| 2. Surcharge | 240.00 | |
| 3. G.P.F / C.P.F / PPAN Subscription | | |
| (a) Subscription | 7,504.00 | |
| (b) Refund of Advances | | |
| 4. C.G.H.S | | |
| 5. C.G.E.G.I.S | 120.00 | |
| 6. House Rent | | |
| 7. Computer Advance | | |
| 8. Motor Car/Scotter Advance | | |
| 9. House Bldg. Advance | | |
| 10. TA/LTC Advance/Oth adv | | |
| 11. Interest | | |
| 12. AOBF + PLI + PLI Serv/Tax | | |
| 13. Professional Tax | | |
| 14. Misc Debit 4152 | | |
| 15. Misc. Receipt | -548.00 | |
| 16. Welfare Fund + PM Relief Fund | | |
| **Total Debits** | **15,316.00** | |
| **Balance of Pay Remitted** | **67,200.00** | |
| **Total** | **82,516.00** | |

**Passed for Rs. 67,200.00 (Rupees Sixty-seven thousand two hundred only )**

**For payment as under :**

| Head of A/c to which amount of cheque is debited | Name of Payee , Bankers | Amount of Cheque |
|---|---|---|
| Personal Ledger Account Director of Accounts Cabinet Sectt. | VIKASH YADAV<br>SBI<br>DISTT- REWARI<br>HARYANA. ([redacted]) | 67,200.00 |

Auditor/ Sr. Auditor [redacted] Section Officer/ Sr. Section Officer Dy/Sr./Asstt. Dir of Accounts

Note : Kindly check your PAN.No./PRAN.No./GPF.No/AC.No. If any discrepency is found kindly bring into the notice of Sr.So(GED) immediately