| | |
|---|---|
| **From:** | [redacted] <[redacted]@yahoo.com> |
| **Sent:** | Tuesday, July 25, 2023 4:22 AM |
| **To:** | Vikas Yadav <vikas0yadav@gmail.com> |
| **Subject:** | INCOME TAX RETURN 2022-23 |
| **Attachments:** | [redacted]2023.pdf; Pdf_[redacted]pdf; VIKAS YADAV.pdf |

Data updated till 14-Jul-2023

TDS Centralized Processing Cell | TRACES TDS Reconciliation Analysis and Correction Enabling System | सत्यमेव जयते Government of India Income Tax Department

# Annual Tax Statement

| Permanent Account Number (PAN) | [redacted] | Current Status of PAN | Active and Operative | Financial Year | 2022-23 | Assessment Year | 2023-24 |
|---|---|---|---|---|---|---|---|
| Name of Assessee | VIKASH YADAV | | | | | | |
| Address of Assessee | CRPF ACADEMY, KADARPUR, BADSHAHPUR, , HARYANA, 122101 | | | | | | |

- Above data / Status of PAN is as per PAN details. For any changes in data as mentioned above, you may submit request for corrections Refer www.tin-nsdl.com / www.utiitsl.com for more details. In case of discrepancy in status of PAN please contact your Assessing Officer

*(All amount values are in INR)*

## PART-I - Details of Tax Deducted at Source

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid/ Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| 1 | ASST DIRECTORS OF ACCOUNTS DIRECTORS OF ACCOUNTS CABINET SECTRIATE | | | | [redacted] | 1617216.00 | 247450.00 | 247450.00 |
| Sr. No. | Section 1 | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid / Credited | Tax Deducted ## | TDS Deposited |
| 1 | 192 | 28-Feb-2023 | F | 04-Jun-2023 | - | 145500.00 | 10330.00 | 10330.00 |
| 2 | 192 | 31-Jan-2023 | F | 04-Jun-2023 | - | 77104.00 | 15600.00 | 15600.00 |
| 3 | 192 | 31-Dec-2022 | F | 17-Jan-2023 | - | 80500.00 | 15600.00 | 15600.00 |
| 4 | 192 | 30-Nov-2022 | F | 17-Jan-2023 | - | 80500.00 | 15600.00 | 15600.00 |
| 5 | 192 | 31-Oct-2022 | F | 17-Jan-2023 | - | 91660.00 | 15600.00 | 15600.00 |
| 6 | 192 | 30-Sep-2022 | F | 24-Oct-2022 | - | 164946.00 | 24960.00 | 24960.00 |
| 7 | 192 | 31-Aug-2022 | F | 24-Oct-2022 | - | 164946.00 | 24960.00 | 24960.00 |
| 8 | 192 | 31-Jul-2022 | F | 24-Oct-2022 | - | 164946.00 | 24960.00 | 24960.00 |
| 9 | 192 | 30-Jun-2022 | F | 18-Jul-2022 | - | 160421.00 | 24960.00 | 24960.00 |
| 10 | 192 | 31-May-2022 | F | 18-Jul-2022 | - | 160421.00 | 24960.00 | 24960.00 |
| 11 | 192 | 30-Apr-2022 | F | 18-Jul-2022 | - | 168566.00 | 24960.00 | 24960.00 |
| 12 | 192 | 01-Apr-2022 | F | 18-Jul-2022 | - | 157706.00 | 24960.00 | 24960.00 |

## PART-II-Details of Tax Deducted at Source for 15G / 15H

| Sr. No. | Name of Deductor | | | TAN of Deductor | Total Amount Paid / Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Sr. No. | Section 1 | Transaction Date | Date of Booking | Remarks** | Amount Paid/Credited | Tax Deducted ## | TDS Deposited |

No Transactions Present

## PART-III - Details of Transactions under Proviso to section 194B/First Proviso to sub-section (1) of section 194R/ Proviso to sub-section(1) of section 194S

| Sr. No. | Name of Deductor | | | TAN of Deductor | Total Amount Paid / Credited |
|---|---|---|---|---|---|
| | | | | | |
| Sr. No. | Section 1 | Transaction Date | Status of Booking* | Remarks** | Amount Paid/Credited |

No Transactions Present

## PART-IV -Details of Tax Deducted at Source u/s 194IA/ 194IB / 194M/ 194S (For Seller/Landlord of Property/Contractors or Professionals/ Seller of Virtual Digital Asset)

| Sr. No. | Acknowledgement Number | Name of Deductor | | PAN of Deductor | Transaction Date | Total Transaction Amount | Total TDS Deposited*** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Sr. No. | TDS Certificate Number | Section 1 | Date of Deposit | Status of Booking* | Date of Booking | Demand Payment | TDS Deposited*** |
| Gross Total Across Deductor(s) | | | | | | | |

No Transactions Present

## PART-V - Details of Transactions under Proviso to sub-section (1) of section 194S as per Form-26QE (For Seller of Virtual Digital Asset)

| Sr. No. | Acknowledgement Number | Name of Buyer | | PAN of Buyer | Transaction Date | Total Transaction Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| Sr. No | Challan Details mentioned in the Statement | | | | | Status of Booking* |
| | BSR Code | Date of Deposit | Challan Serial Number | Total Tax Amount | | |
| Gross Total Across Buyer(s) | | | | | | |

No Transactions Present

## PART-VI-Details of Tax Collected at Source

| Sr. No. | Name of Collector | TAN of Collector | Total Amount Paid/ Debited | Total Tax Collected + | Total TCS Deposited |
|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Sr. No. | Section [1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid/ Debited | Tax Collected ++ | TCS Deposited |

No Transactions Present

PART-VII- Details of Paid Refund (For which source is CPC TDS. For other details refer AIS at E-filing portal)

| Sr. No. | Assessment Year | Mode | Refund Issued | Nature of Refund | Amount of Refund | Interest | Date of Payment | Remarks |
|---|---|---|---|---|---|---|---|---|

No Transactions Present

PART-VIII-Details of Tax Deducted at Source u/s 194IA/ 194IB /194M/194S (For Buyer/Tenant of Property /Person making payment to contractors or Professionals / Buyer of Virtual Digital Asset)

| Sr. No. | Acknowledgement Number | Name Of Deductee | | PAN of Deductee | Transaction Date | Total Transaction Amount | Total TDS Deposited*** | Total Amount ### Deposited other than TDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Sr. No. | TDS Certificate Number | Section [1] | Date of Deposit | Status of Booking* | Date of Booking | Demand Payment | TDS Deposited*** | Total Amount ### Deposited other than TDS |
| Gross Total Across Deductee(s) | | | | | | | | |

No Transactions Present

PART-IX - Details of Transactions/Demand Payments under Proviso to sub-section (1) of section 194S as per Form 26QE (For Buyer of Virtual Digital Asset)

| Sr. No. | Acknowledgement Number | Name of Seller | | PAN of Seller | Transaction Date | Total Transaction Amount | Total Amount Deposited ### other than TDS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Sr. No | Challan Details | | | | Status of Booking* | Demand Payment | Total Amount Deposited ### other than TDS |
| | BSR Code | Date of Deposit | Challan Serial Number | Total Tax Amount | | | |
| Gross Total Across Seller(s) | | | | | | | |

No Transactions Present

PART X-TDS/TCS Defaults* (Processing of Statements)

*(All amount values are in INR)*

| Sr. No. | Financial Year | Short Payment | Short Deduction/ Collection | Interest on TDS/ TCS Payments Default | Interest on TDS/TCS Deduction/Collection Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Sr. No. | TANs | Short Payment | Short Deduction/ Collection | Interest on TDS/ TCS Payments Default | Interest on TDS/TCS Deduction/Collection Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |

No Transactions Present

*Notes:

**1.Defaults related to processing of statements, do not include demand raised by the respective Assessing Officers.**

**2.For more details please log on to TRACES as taxpayer.**

## Contact Information

| Part of Annual Tax Statement | Contact in case of any clarification |
|---|---|
| I | Deductor |
| II | Deductor |
| III | Deductor |
| IV | Deductor |
| V | Buyer |
| VI | Collector |
| VII | Assessing Officer / Bank |
| VIII | NSDL / E-Filing/ Concerned Bank Branch |
| IX | E-Filing/ Concerned Bank Branch/ Seller |
| X | Deductor |

## Legends used in Annual Tax Statement

***Status Of Booking**

| Legend | Description | Definition |
|---|---|---|
| U | Unmatched | Deductors have not deposited taxes or have furnished incorrect particulars of tax payment. Final credit will be reflected only when payment details in bank match with details of deposit in TDS / TCS statement |
| M | Matched | Particulars of challan details provided in TDS statement have matched with the challan details available in OLTAS |
| P | Provisional | Provisional tax credit is effected only for TDS / TCS Statements filed by Government deductors."P" status will be changed to Final (F) on verification of payment details submitted by Pay and Accounts Officer (PAO) |
| F | Final | In case of non-government deductors, payment details of TDS / TCS deposited in bank by deductors have matched with the payment details mentioned in the TDS / TCS statement filed by the deductors. In case of government deductors, details of TDS / TCS booked in Government account have been verified with payment details submitted by Pay and Accounts Officer (PAO) |

| | | |
|---|---|---|
| O | Overbooked | Payment details of TDS / TCS deposited in bank by deductor have matched with details mentioned in the TDS / TCS statement but the amount is over claimed in the statement. Final (F) credit will be reflected only when deductor reduces claimed amount in the statement or makes additional payment for excess amount claimed in the statement |
| Z | Mismatch | Particulars of challan details provided in TDS statement have not matched with the challan details available in OLTAS. Status of challan will be updated as "M" (Matched), once correction is done by the deductor. |

****Remarks**

| Legend | Description |
|---|---|
| 'A' | Rectification of error in challan uploaded by bank |
| 'B' | Rectification of error in statement uploaded by deductor |
| 'D' | Rectification of error in Form 24G filed by Accounts Officer |
| 'E' | Rectification of error in Challan by Assessing Officer |
| 'F' | Lower/ No deduction certificate u/s 197 |
| 'G' | Reprocessing of Statement |
| 'T' | Transporter |
| 'W' | For Part III, Details shown are as per details submitted by Deductor |

# Total Tax Deducted includes TDS, Surcharge and Education Cess
## Tax Deducted includes TDS, Surcharge and Education Cess
+ Total Tax Collected includes TCS, Surcharge and Education Cess
++ Tax Collected includes TCS, Surcharge and Education Cess
*** Total TDS Deposited will not include the amount deposited as Fees and Interest
### "Total Amount Deposited other than TDS" includes Fees, Interest and Other etc.It also includes any default amount paid by deductor in case of Transactions covered under Proviso to sub-section (1) of section 194S

**Notes for Annual Tax Statement**

a. Figures in brackets represent reversal (negative) entries
b. Tax Credits appearing in Part I, II, IV and VI of the Annual Tax Statement are on the basis of details given by deductor/collector in the TDS / TCS statement filed by them. The same should be verified before claiming tax credit and only the amount which pertains to you should be claimed
c. Date is displayed in dd-MMM-yyyy format
d. Part II of Annual Tax Statement contains details of transactions related to Form 15G/15H furnished by the deductor in the TDS statement.

**1.Sections**

| Section | Description |
|---|---|
| 192 | Salary |
| 192A | TDS on PF withdrawal |
| 193 | Interest on Securities |
| 194 | Dividends |
| 194A | Interest other than 'Interest on securities' |
| 194B | Winning from lottery or crossword puzzle |
| 194BB | Winning from horse race |
| 194C | Payments to contractors and sub-contractors |
| 194D | Insurance commission |
| 194DA | Payment in respect of life insurance policy |
| 194E | Payments to non-resident sportsmen or sports associations |
| 194EE | Payments in respect of deposits under National Savings Scheme |
| 194F | Payments on account of repurchase of units by Mutual Fund or Unit Trust of India |
| 194G | Commission, price, etc. on sale of lottery tickets |
| 194H | Commission or brokerage |
| 194I(a) | Rent on hiring of plant and machinery |
| 194I(b) | Rent on other than plant and machinery |
| 194IA | TDS on Sale of immovable property |
| 194IB | Payment of rent by certain individuals or Hindu undivided family |
| 194IC | Payment under specified agreement |
| 194J(a) | Fees for technical services |
| 194J(b) | Fees for professional services or royalty etc |
| 194K | Income payable to a resident assessee in respect of units of a specified mutual fund or of the units of the Unit Trust of India |
| 194LA | Payment of compensation on acquisition of certain immovable |
| 194LB | Income by way of Interest from Infrastructure Debt fund |
| 194LC | Income by way of interest from specified company payable to a non-resident |
| 194LBA | Certain income from units of a business trust |
| 194LBB | Income in respect of units of investment fund |
| 194LBC | Income in respect of investment in securitization trust |
| 194R | Benefits or perquisites of business or profession |
| 194S | Payment of consideration for transfer of virtual digital asset by persons other than specified persons |
| Proviso to section 194B | Winnings from lotteries and crossword puzzles where consideration is made in kind or cash is not sufficient to meet the tax liability and tax has been paid before such winnings are released |
| First Proviso | Benefits or perquisites of business or profession where such benefit is provided in kind or where part in cash is not sufficient to meet tax liability and tax |

| Section | Description |
|---|---|
| 194LD | TDS on interest on bonds / government securities |
| 194M | Payment of certain sums by certain individuals or Hindu Undivided Family |
| 194N | Payment of certain amounts in cash |
| 194O | Payment of certain sums by e-commerce operator to e-commerce participant |
| 194P | Deduction of tax in case of specified senior citizen |
| 194Q | Deduction of tax at source on payment of certain sum for purchase of goods |
| 195 | Other sums payable to a non-resident |
| 196A | Income in respect of units of non-residents |
| 196B | Payments in respect of units to an offshore fund |
| 196C | Income from foreign currency bonds or shares of Indian |
| 196D | Income of foreign institutional investors from securities |
| 196DA | Income of specified fund from securities |
| 206CA | Collection at source from alcoholic liquor for human |
| 206CB | Collection at source from timber obtained under forest lease |
| 206CC | Collection at source from timber obtained by any mode other than a forest lease |
| 206CD | Collection at source from any other forest produce (not being tendu leaves) |
| 206CE | Collection at source from any scrap |
| 206CF | Collection at source from contractors or licensee or lease relating to parking lots |
| 206CG | Collection at source from contractors or licensee or lease relating to toll plaza |
| 206CH | Collection at source from contractors or licensee or lease relating to mine or quarry |
| 206CI | Collection at source from tendu Leaves |
| 206CJ | Collection at source from on sale of certain Minerals |
| 206CK | Collection at source on cash case of Bullion and Jewellery |
| 206CL | Collection at source on sale of Motor vehicle |
| 206CM | Collection at source on sale in cash of any goods(other than bullion/jewelry) |
| 206CN | Collection at source on providing of any services(other than Chapter-XVII-B) |
| 206CO | Collection at source on remittance under LRS for purchase of overseas tour program package |
| 206CP | Collection at source on remittance under LRS for educational loan taken from financial institution mentioned in section 80E |
| 206CQ | Collection at source on remittance under LRS for purpose other than for purchase of overseas tour package or for educational loan taken from financial institution |
| 206CR | Collection at source on sale of goods |

| | |
|---|---|
| to sub-section(1) of section 194R | required to be deducted is paid before such benefit is released |
| Proviso to sub-section(1) of section 194S | Payment for transfer of virtual digital asset where payment is in kind or in exchange of another virtual digital asset and tax required to be deducted is paid before such payment is released |

**2.Minor Head**

| Code | Description |
|---|---|
| 200 | TDS/TCS |
| 400 | Tax on regular assessment |
| 800 | TDS on sale of immovable property |

**3.Major Head**

| Code | Description |
|---|---|
| 0020 | Corporation Tax |
| 0021 | Income Tax (other than companies) |

**Glossary**

| Abbreviation | Description |
|---|---|
| AY | Assessment Year |

| Abbreviation | Description |
|---|---|
| TDS | Tax Deducted at Source |
| TCS | Tax Collected at Source |

**Acknowledgement Number:** [redacted] **Date of filing : 25-Jul-2023**

# INDIAN INCOME TAX RETURN ACKNOWLEDGEMENT

[Where the data of the Return of Income in Form ITR-1(SAHAJ), ITR-2, ITR-3, ITR-4(SUGAM), ITR-5, ITR-6, ITR-7 filed and verified]
(Please see Rule 12 of the Income-tax Rules, 1962)

Assessment Year 2023-24

| | | | |
|---|---|---|---|
| PAN | [redacted] | | |
| Name | VIKASH YADAV | | |
| Address | [redacted] SOUTH DELHI, 09-Delhi, 91-INDIA, 110065 | | |
| Status | Individual | Form Number | ITR-1 |
| Filed u/s | 139(1)-On or before due date | e-Filing Acknowledgement Number | [redacted] |

| | | | |
|---|---|---|---|
| Taxable Income and Tax Details | Current Year business loss, if any | 1 | 0 |
| | Total Income | 2 | 13,18,570 |
| | Book Profit under MAT, where applicable | 3 | 0 |
| | Adjusted Total Income under AMT, where applicable | 4 | 0 |
| | Net tax payable | 5 | 2,16,394 |
| | Interest and Fee Payable | 6 | 0 |
| | Total tax, interest and Fee payable | 7 | 2,16,394 |
| | Taxes Paid | 8 | 2,47,450 |
| | (+) Tax Payable /(-) Refundable (7-8) | 9 | (-) 31,060 |
| Accreted Income and Tax Detail | Accreted Income as per section 115TD | 10 | 0 |
| | Additional Tax payable u/s 115TD | 11 | 0 |
| | Interest payable u/s 115TE | 12 | 0 |
| | Additional Tax and interest payable | 13 | 0 |
| | Tax and interest paid | 14 | 0 |
| | (+) Tax Payable /(-) Refundable (13-14) | 15 | 0 |

Income Tax Return submitted electronically on 25-Jul-2023 13:40:17 from IP address 103.248.174.162 and verified by VIKASH YADAV having PAN [redacted] on 25-Jul-2023 using paper ITR-Verification Form /Electronic Verification Code [redacted] generated through Aadhaar OTP mode

System Generated

Barcode/QR Code

[redacted]

**DO NOT SEND THIS ACKNOWLEDGEMENT TO CPC, BENGALURU**

| | |
|---|---|
| NAME & ADDRESS | VIKAS YADAV<br>[redacted]<br>SOUTH DELHI - 110065 |
| FATHER'S NAME | [redacted] |
| DATE OF BIRTH | [redacted] 1984 |
| PREVIOUS YEAR | 2022-2023 |
| ASSESSMENT YEAR | 2023-2024 |
| P.A.N. | [redacted] |
| AADHAR CARD | [redacted] |

STATEMENT OF ASSESSABLE INCOME FOR THE YEAR ENDING 31st MARCH 2023

| **PARTICULARS** | | **AMOUNT** |
|---|---|---|
| **INCOME FROM SALARY** | **1812990.00** | |
| CENTRAL RESERVE POLICE FORCE | **0.00** | 1,812,990.00 |
| OTHERS | | (85,845.00) |
| HOUSE RENT ALLOWANCES | | - |
| STANDARD DEDUCTION | | (50,000.00) |
| **INCOME FROM OTHER SOURCES** | | |
| SAVING BANK INTEREST | | 1,138.00 |
| INTEREST ON ITR REFUND | | - |
| **TOTAL INCOME** | | 1,678,283.00 |
| LESS : DEDUCTION U/S 80C | | 150,000.00 |
| U/S 80CCD | | 195,774.00 |
| U/S 80D | | 12,800.00 |
| U/S 80TTA | | 1,138.00 |
| **TAXABLE INCOME** | | **1,318,571.00** |
| TAX PAYABLE | | 208,071.00 |
| LESS: REBATE U/S 87A | | - |
| TOTAL TAX PAYBLE | | 208,071.00 |
| ADD: EDUCATION CESS | | 8,323.00 |
| ADD: PENALTY | | - |
| TAX PAYABLE | | **216,394.00** |
| LESS: T.D.S. | | 247,450.00 |
| LESS: SELF ASSESSMENT TAX | | - |
| **TAX PAYBLE** | | **31,056.00** |

BANK DETAILS:

| | | |
|---|---|---|
| 1 | BANK NAME: | SBI |
| | A/C NO. | [redacted] |
| | IFSC CODE | [redacted] |