| | |
|---|---|
| **From:** | vikas yadav <vikas0yadav@gmail.com> |
| **Sent:** | Thursday, March 12, 2020 11:38 PM |
| **To:** | [redacted]@gmail.com |
| **Attachments:** | Curriculum Vitae .pdf |

# Curriculum vitae

## Personal Information

| | |
|---|---|
| FIRST NAME / SURNAME | **Vikash Yadav** |
| ADDRESS | [redacted], East of Kailash, New Delhi-110065 |
| TEL | [redacted]8758 |
| EMAIL | vikas0yadav@gmail.com |
| NATIONALITY | Indian |
| DATE OF BIRTH | [redacted]1984 |
| GENDER | Male |
| DESIRED POSITION | **Strategic Security Management/ General Administration/Personal Security Management** |

## Work Experience

11 Years in Group 'A' Govt Service

| | |
|---|---|
| DATES | September 2013- Present |
| POSITION | **Senior Field Officer** |
| RESPONSIBILITIES | Security Management, Intelligence, General Administration, Liaison with Sister organisations, Financial Management, Govt. Procurement, Personnel management and grievance redressal, Premises security |
| EMPLOYER / ADDRESS | Cabinet Secretariat, Govt. of India |

| | |
|---|---|
| DATES | Jan 2009- Sept 2013 |
| POSITION | **Assistant Commandant** |
| RESPONSIBILITIES | Commander of 135 men company, Law enforcement, Logistics management, Field operations, Public relations, Personal Management and grievance redressal, Premises Security |
| EMPLOYER / ADDRESS | Central Reserve Police Force, Ministry of Home Affairs, Govt. of India |

# Curriculum vitae

| | |
|---|---|
| **Education** | Post Graduate Diploma in FORENSIC SCIENCE AND CRIMINOLOGY - 2008<br>( Punjab University Chandigarh)<br><br>Bachelor of Science- 2005<br>Maharshi Dayanand University, Rohtak<br><br>High School-2002<br>(Kendriya Vidyalaya) |
| **Training** | - Officers Training in battle craft, weapons, Indian law, personnel management and Administration<br>-Counter Intelligence and anti- terrorism training<br>-Paratrooper training<br>-Financial and budget management training<br>-Departmental inquiry and govt procurement training<br>-Certificate course in Cyber Forensics<br>-Certificate course in management-MDI Gurgaon |
| **Skills and Competences** | General Administration, Installation Security, personnel management, strategic security, financial and budget management, investigation and intelligence |
| LANGUAGE SPOKEN | English and Hindi |
| ORGANISATIONAL SKILLS AND COMPETENCES | Leadership Skills, Liaison , Self motivated, Discipline , Decisive, Clear thinking, Interpersonal skills, Presentable, Calm under pressure |
| COMPUTER SKILLS AND COMPETENCES | Basic Computer Skills including Microsoft Word, Excel, PowerPoint<br>Well aware of cyber security |
| ADDITIONAL INFORMATION | A sports enthusiast, national level shooter, participated in different sports disciplines at national, state and inter-ministry level. Physically fit and regular at gym. |