**From:** vikas yadav <vikas0yadav@gmail.com>
**Sent:** Tuesday, October 29, 2013 2:33 AM
**To:** [redacted]@vw-bharats.co.in
**Subject:** Kindly find attached service and residence certificate. Quarter allotment certificate will be sent tomorrow. If this may help you initiate process, please let me know.
**Attachments:** IMG_20131029_115627.jpg

## TO WHOMSOEVER IT MAY BE CONCERNED

THIS IS TO CERTIFY THAT SHRI VIKASH YADAV, SENIOR FIELD OFFICER(G) IS PRESENTLY WORKING IN THE O/O THE JOINT DIRECTOR, AVIATION RESEARCH CENTRE, DIRECTORATE GENERAL OF SECURITY, CABINET SECRETARIAT (GOVT. OF INDIA), CHARBATIA, CUTTACK. PRESENTLY, HE IS RESIDING AT ARC CAMPUS, CHARBATIA, CUTTACK, ODISHA-754028.

2. THIS CERTIFICATE IS ISSUED ONLY FOR THE PURPOSE OF PURCHASING A FOUR WHEELER.

[redacted]
23.10.13

([redacted])
**ASSISTANT DIRECTOR(PERS.)**

Assistant Director(Pers.)
C/o- Jt. Director
Government of India
A.R.C., Charbatia,(Odisha)