| | |
|---|---|
| **From:** | vikas yadav <vikas0yadav@gmail.com> |
| **Sent:** | Wednesday, October 30, 2013 6:34 AM |
| **To:** | [redacted]@vw-bharats.co.in |
| **Subject:** | Quarter allotment cert.. |
| **Attachments:** | IMG_20131030_160057.jpg |

Please find attached quarter allotment certificate.
Regards,
Vikash yadav.

No [redacted] Vol.II [redacted]
Aviation Research Centre,
Government of India.
AT/PO: Charbatia - [redacted]
Dist: Cuttack (Odisha)

Dated the, 30/10/13

ORDER

Shri Vikash Yadav, SFO (G), ARC, Charbatia is hereby allotted Qtrs. No.3R/52 with immediate effect.

2. He should take possession of the above qtrs. from the SFO(A), Estate cell, ARC, Charbatia within 08 days from the date of issue of this order.

3. The allottee on his occupation of Qtrs. is advised to make individual application to CESU/PHD authorities to change the water/electricity connection to his name.

5. This issues with the approval of the competent authority.

[redacted] 30.10.13
( [redacted] )
ASSISTANT DIRECTOR (PERS)

To
Shri Vikash Yadav, SFO (G),
(Th) The Security Section,
ARC, Charbatia

Copy to :-
01. The SFO (A), Estate Cell, ARC Charbatia.
02. The SFO(S), ARC Charbatia
03. The D/A, Divn-IX, ARC Charbatia
04. The AE, GED, Charbatia
05. The SDO, PHD, Charbatia
06. The SO (Elect), CESU, Charbatia
07. The SDO (Elect), CESU, Choudwar
08. The Executive Engineer, Cuttack Elect. Divn, Jobra, Cuttack
09. The Assistant Engineer, Charbatia (R & B) Sub Divn. No.1 Charbatia.
10. Guard file.
11. Office Copy.