**From:** vikas yadav <vikas0yadav@gmail.com>
**Sent:** Thursday, November 3, 2016 1:39 AM
**To:** [redacted] <[redacted]@gmail.com>
**Subject:** Points

It's a seniority issue of senior field officers(G ) joined cab sett in the year 2013..
1- as per the original notification gazetted officers with 3-5 years of experience were required in cab sett saying there past service will b counted for all purposes including seniority.
2- 14 officers got selected..Most of them had completed 5 year of service and were eligible for promotion immediately..
3- but due to pressure from the local promoties or may b other reason promotion was not given. Instead a clause for probation was added out of nowhere and we were told that "during probation promotion could not b granted.."
4- since we were already in service and completed probation there ,then again putting us on probation was utterly wrong. No rule provides for an officer to complete two probation in his service.
5- now the dept has decided to come in our favour as we have threatened to go to court..but the files are moving too slow in the cabinet sett resulting in further delay in promotion..almost 30 seats of under secretary are vacant..
6- process need to be expedited.