(4.)

JID: PCR22ETRfo223910

Policie České republiky
Národní protidrogová centrála SKPV
Odbor Praha
pošt. přihr. 62/NPC, 170 89 Praha 7

Č. j. [redacted]

Praha 30. června 2023
Počet stran: 2

# Protokol o vydání věcí

Dne **30.06.2023** v **19:15** hodin v hale terminálu 1, mezinárodního letiště Václava Havlav v Praze byl(a) podle § 78 odst. 1 trestního řádu vyzván(a):

**Nikhil GUPTA, nar. 02.10.1971 v Indická republika, st. přísl. IND, doklad:** [redacted]

**k vydání:**

1) mobilní telefon zn. Iphone - IMEI - 352859111674977 - přístupový kód - 201595 - poškozený zadní kryt, šedá barva

2) mobilní telefon zn. Iphone - IMEI - 356703851028422 - přístupový kód - 201595 - lehce poškozený zadní kryt, fialovo šedá barva

3) mobilní telefon zn. Samsung VIVO Y 56 5G- IMEI slot 1 - 861531061236891, IMEI slot 2 - 861531061236883 - šedé barvy, bez zjevného poškození, bez zabezpečení

**jako věcí, které mohou sloužit pro důkazní účely.**

**Poučení:**

Podle § 78 odst. 1 trestního řádu, kdo má u sebe věc, která může sloužit pro důkazní účely, je povinen ji na vyzvání vydat, nevyhoví-li výzvě, může mu být věc odňata (§ 79 trestního řádu), jakož i udělena pořádková pokuta (§ 66 trestního řádu).
Podle § 78 odst. 2 trestního řádu, povinnost podle odstavce 1 se nevztahuje na listinu nebo na jiný hmotný nosič obsahující obrazový, zvukový nebo datový záznam, jejichž obsah se týká okolnosti, o které platí zákaz výslechu, ledaže došlo k zproštění povinnosti zachovat věc v tajnosti nebo k zproštění povinnosti mlčenlivosti.
Podle § 78 odst. 3 trestního řádu, nikoho nelze nutit, aby předložil nebo vydal věc, jež v době, kdy je požádáno o její předložení nebo vydání, může sloužit jako důkaz proti němu nebo proti jeho osobě blízké; tím nejsou dotčena ustanovení o odnětí věci, domovní prohlídce, prohlídce jiných prostor a pozemků a osobní prohlídce.
Podle § 78 odst. 4 trestního řádu, je-li to potřebné pro účely zabránění zmaření propadnutí nebo zabrání věci, orgán činný v trestním řízení uvedený v odstavci 1 vydá příkaz, že osoba, jíž byla věc zajištěna, nesmí po dobu zajištění takovou věc převést na jinou osobu nebo ji zatížit. Právní jednání učiněné v rozporu s tímto zákazem je neplatné; soud k neplatnosti přihlédne i bez návrhu.
Podle § 78 odst. 7 trestního řádu, osoba, které byla věc zajištěna, má právo kdykoli žádat o vrácení takové věci. Byla-li žádost zamítnuta, může ji tato osoba, neuvede-li v ní nové důvody, opakovat až po uplynutí 30 dnů od právní moci rozhodnutí.
Podle § 7b odst. 1 trestního řádu, je-li zapotřebí zabránit ztrátě, zničení nebo pozměnění dat důležitých pro trestní řízení, která jsou uložena v počítačovém systému nebo na nosiči informací, lze nařídit osobě, která uvedená data drží nebo je má pod svojí kontrolou, aby taková data

79.4783.223912

uchovala v nezměněné podobě po dobu stanovenou v příkazu a učinila potřebná opatření, aby nedošlo ke zpřístupnění informace o tom, že bylo nařízeno uchování dat.
Podle § 7b odst. 2 trestního řádu, je-li to zapotřebí k zabránění pokračování v trestné činnosti nebo jejímu opakování, lze nařídit osobě, která drží nebo má pod svojí kontrolou data, která jsou uložena v počítačovém systému nebo na nosiči informací, aby znemožnila přístup jiných osob k takovým datům.
Podle § 7b odst. 3 trestního řádu, příkaz podle odstavce 1 nebo 2 je oprávněn vydat předseda senátu a v přípravném řízení státní zástupce nebo policejní orgán. Policejní orgán potřebuje k vydání takového příkazu předchozí souhlas státního zástupce; bez předchozího souhlasu může být příkaz policejním orgánem vydán jen tehdy, jestliže nelze předchozího souhlasu dosáhnout a věc nesnese odkladu.
Podle § 7b odst. 4 trestního řádu, v příkazu podle odstavce 1 nebo 2 musí být označena data, na která se příkaz vztahuje, důvod, pro který mají být data uchována nebo k nim má být znemožněn přístup, a doba, po kterou mají být tato data uchována, nebo k nim má být znemožněn přístup, která nesmí být delší než 90 dnů. Příkaz musí obsahovat poučení o následcích neuposlechnutí příkazu.
Podle § 7b odst. 5 trestního řádu, orgán, který vydal příkaz podle odstavce 1 nebo 2, jej neprodleně doručí osobě, vůči které směřuje.

Po poučení vyzvaná osoba uvádí:

Zde uvést přesný popis věci

Veškeré shora uvedené mobilní telefony jsou moje. Jedná se tedy o 2 mobilní telefony Iphone a 1 mobilní telefon zn. Samsung.

Výše uvedené věci byly vydány V příletové hale Terminálu č. 1 - mezinárodního letiště Václava Havla, Praha Ruzyně. .

Po přečtení prohlašuji, že protokol souhlasí, nežádám oprav ani doplnění a jako správný a úplný podepisuji dne 30.06.2023 v 20:58 hodin.

Osoba, která věci převzala:
kpt. Mgr. Břetislav ŠTĚPÁN
vrchní komisař
tel: [redacted]

Přítomen:
tlumočník Heather Badieová

Osoba, která věci vydala:
Nikhil GUPTA

*Současně potvrzuji, že jsem převzal(a) kopii tohoto protokolu jako potvrzení o vydání věci*

Obhájce v rámci substituce
Mgr. Jiří Slováček ČAK: 13596

79.4783.223912