JID: PCR22ETRfo223910

Police of the Czech Republic
National Drug Enforcement Center SKPV
Prague Division
P.O. Box 62/NPC, 170 89 Prague 7

Case No. [redacted]

Prague, June 30, 2023
Number of Pages: 2

# Record of Surrender of Items

On June 30, 2023, at 7:15 PM, in Terminal 1 of Václav Havel International Airport in Prague, pursuant to Section 78, Paragraph 1 of the Criminal Procedure Code, the following individual was requested to surrender items:

**Nikhil GUPTA, born on October 2, 1971, in the Republic of India, nationality: Indian, document:** [redacted]

**Surrendered items:**

1) Mobile phone, brand: iPhone, IMEI: 352859111674977, access code: 201595, damaged back cover, gray color

2) Mobile phone, brand: iPhone, IMEI: 356703851028422, access code: 201595, slightly damaged back cover, purple-gray color

3) Mobile phone, brand: Samsung VIVO Y 56 5G, IMEI slot 1: 861531061236891, IMEI slot 2: 861531061236883, gray color, no visible damage, no security protection

**These items were surrendered as objects that may serve as evidence.**

**Instructions:**

Under Section 78, Paragraph 1 of the Criminal Procedure Code, any person in possession of an item that may serve as evidence is obligated to surrender it upon request. If they refuse, the item may be seized (§ 79 of the Criminal Procedure Code), and a disciplinary fine may be imposed (§ 66 of the Criminal Procedure Code).

Under Section 78, Paragraph 2 of the Criminal Procedure Code, the obligation to surrender items does not apply to documents or any physical media containing visual, audio, or data recordings related to matters protected by testimonial privilege unless the confidentiality obligation has been waived or privilege has been lifted.

Under 78, Paragraph 3 of the Criminal Procedure Code, no one can be compelled to present or surrender an item that may serve as evidence against themselves or their close relatives at the time of the request. This does not affect provisions on seizure, house searches, searches of other premises and land, or personal searches.

Under Section 78, Paragraph 4 of the Criminal Procedure Code, if necessary to prevent obstruction of forfeiture or confiscation of an item, the investigative authority listed in Paragraph 1 may issue an order preventing the person in possession of the item from transferring or encumbering it. Any legal action taken in violation of this order is void, and the court may recognize its invalidity ex officio.

[signature] 79.4783.223912

---

Under Section 78, Paragraph 7 of the Criminal Procedure Code, a person whose item has been seized has the right to request its return at any time. If the request is denied, they may resubmit it only after 30 days following the final decision, unless new reasons are provided.

Under Section 7b, Paragraph 1 of the Criminal Procedure Code, if necessary to prevent loss, destruction, or alteration of data critical to criminal proceedings, an individual holding or controlling such data stored in a computer system or on an information carrier may be ordered to preserve it in its original state for the duration specified in the order, taking necessary measures to ensure that its preservation remains undisclosed.

Under Section 7b, Paragraph 2 of the Criminal Procedure Code, if required to prevent further criminal activity or its recurrence, an order may be issued directing an individual holding or controlling data stored in a computer system or information carrier to prevent other persons from accessing such data.

Under Section 7b, Paragraph 3 of the Criminal Procedure Code, an order under Paragraphs 1 or 2 may be issued by the presiding judge or, in preliminary proceedings, by the public prosecutor or law enforcement authority. Law enforcement requires prior approval from the public prosecutor, unless obtaining such approval is impossible and the matter is urgent.

Under Section 7b, Paragraph 4 of the Criminal Procedure Code, an order issued under Paragraphs 1 or 2 must specify the data to which it applies, the reason for its preservation or restricted access, and the period during which these measures will remain in effect, which must not exceed 90 days. The order must include instructions regarding the consequences of non-compliance.

Under 7b, Paragraph 5 of the Criminal Procedure Code, the authority that issued the order under Paragraphs 1 or 2 must promptly deliver it to the individual to whom it applies.

Statement of the Person Following Instruction:

The following is an exact description of the items:

All of the above-mentioned mobile phones belong to me. This includes two Apple iPhones and one Samsung mobile phone.

The aforementioned items were surrendered at the arrival hall of Terminal 1, Václav Havel International Airport, Prague Ruzyně.

After reading this document, I declare that the record is accurate, I do not request any corrections or additions, and I sign it as correct and complete on June 30, 2023, at 8:58 PM.

Person who received the items:
Captain Mgr. Břetislav ŠTĚPÁN, .,
Chief Commissioner
Tel: [redacted]
[signature]

Interpreter:
Heather Badieová
[signature]

Defense Attorney under Substitution: Mgr. Jiří Slováček, Czech Bar Association (ČAK) No. 13596
[signature]

Person who surrendered the items: Nikhil GUPTA
[signature]

*I hereby confirm that I have obtained a copy of this record as confirmation of the surrender of the items*

79.4783.223912

USAO_000716