Formulář C

POTVRZENÍ O ÚŘEDNÍCH ZÁZNAMECH

Já, Petr ŠIMEK, po poučení, že nepravdivá výpověď mě vystavuje nebezpečí trestního stíhání, jako svědek dosvědčuji takto:

1. Národní protidrogová centrála služby kriminální policie a vyšetřování Policie České republiky je státním orgánem nebo
(*název státního orgánu či úřadu*)
úřadem České republiky a je ze zákona oprávněn uchovávat úřední záznamy obsahující skutečnosti, které je nutno ze zákona hlásit, zaznamenávat nebo archivovat;

2. moje postavení u zmíněného státního orgánu je zástupce vedoucího Odboru Praha;
(*funkce*)

3. z titulu mé funkce jsem vyhotovil(a) pravdivé a přesné kopie záznamů, jež jsou ve správě tohoto státního orgánu; a

4. tyto níže popsané kopie jsou připojeny.

Popis záznamů:

(1 – 3 vynechány)

4. Protokol o předání věcí (mobilní telefony)
5. Protokol o výslechu Nikhila GUPTY
6. Protokol o vazebním řízení Nikhila GUPTY
7. Žádost o znalecký posudek (mobilní telefony)
8. Znalecký posudek (mobilní telefony)
9. WD SSD disk 240 GB obsahující zálohy dat z mobilních telefonů:

a. mobilní telefon APPLE iPhone IMEI 352859111674977, SIM 8991119018509932649984, poškozený zadní panel

b. mobilní telefon APPLE iPhone IMEI 356703851028422, SIM 899100090800675442OU

c. mobilní telefon VIVO, IMEI 861531061236891, SIM 89915609900313444444UH

Petr SIMEK

(*Podpis*)

9. října 2023

(*Datum*)

(*Oficiální pečeť nebo razítko*)

Policie ČR národní protidrogová centrála SKPV

23

Form C

CERTIFICATION OF OFFICIAL RECORDS

I, Petr SIMEK, having been advised as a witness that a false attestation subjects me to a penalty of criminal punishment, attest as follows:

1. National Drug Headquaters of Criminal and Investigation Service of Czech Republic Police is a government office or
(*Name of public authority*)
agency of the Czech Republic and is authorized by law to maintain official records setting forth matters required by law to be reported and recorded or filed;

2. my position with the above-named public authority is Prague Department Deputy Chief;
(*Official title*)

3. in my official capacity I have caused the production of true and accurate copies of records maintained by that public authority; and

4. those copies are described below and attached.

Description of records:

(1 – 3 omitted)

4. Record of the surrender of items (mobile phones)
5. Record of the questioning of Nikhil GUPTA
6. Minutes of the detention hearing of Nikhil GUPTA
7. Request for an expert opinion (mobile phones)
8. Expert opinion (mobile phones)
9. WD SSD disk 240 GB containing data backups from:

a. APPLE iPhone mobile phone IMEI 352859111674977, SIM 89911190185099326499 84, damaged back panel

b. APPLE iPhone mobile phone IMEI 356703851028422, SIM 8991000908006754420U

c. VIVO mobile phone, IMEI 861531061236891, SIM 8991560990031344444UH

Petr SIMEK
(*Signature*)

9th October 2023
(*Date*)

(*Official seal or stamp*)

Policie ČR národní protidrogová centrála SKPV
23