UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

NIKHIL GUPTA,

               Defendant.

No. 23 Cr. 289 (VM)

**DECLARATION OF NOLA B. HELLER IN SUPPORT OF
DEFENDANT NIKHIL GUPTA'S MOTIONS *IN LIMINE***

NOLA B. HELLER hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that:

1.    I am a partner at the law firm Milbank LLP, counsel for Defendant Nikhil Gupta in this action. I submit this Declaration to provide the Court with documents and information relevant to Mr. Gupta's motions *in limine*. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of documents related to this matter.

2.    Exhibit 1 is an excerpt from the government's expert disclosure regarding Professor Nitasha Kaul. Exhibit 1 was provided to defense counsel by the government on September 8, 2025, and has been excerpted to include Professor Kaul's proffered opinions regarding the government of India and the Research and Analysis Wing.

3.    Exhibit 2 is a copy of a video that allegedly depicts Hardeep Singh Nijjar shortly after he was shot in Canada. Exhibit 2 was produced by the government on September 18, 2024, bearing Bates number USAO_011935.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2025
      New York, NY

                                                Nola B. Heller