```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

NIKHIL GUPTA,

                Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court will hold the final pretrial conference in this matter on October 24, 2025, at 10:00 AM.

**SO ORDERED.**

Dated:    3 October 2025
           New York, New York

                                        _____
                                          Victor Marrero
                                             U.S.D.J.