**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 Cr. 289 (VM) |
| - v. - | |
| NIKHIL GUPTA, | |
| Defendant. | |

### DECLARATION OF NOLA B. HELLER IN SUPPORT OF
### DEFENDANT NIKHIL GUPTA'S MEMORANDUM OF LAW
### IN OPPOSITION TO THE GOVERNMENT'S MOTIONS *IN LIMINE*

NOLA B. HELLER hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that:

1.    I am a partner at the law firm Milbank LLP, counsel for Defendant Nikhil Gupta in this action.  I submit this Declaration to provide the Court with documents and information relevant to Mr. Gupta's memorandum of law in opposition to the Government's Motions *In Limine*.  To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of documents related to this matter.

2.    Exhibit A is a copy of a July 7, 2021 email chain between Account-2 and another individual, along with the corresponding attachments.  Exhibit A was produced by the government on September 18, 2024.

3.    Exhibit B is copy of a July 7, 2021 email chain between Account-2 and another individual along with the corresponding attachments.  Exhibit B was produced by the government on September 18, 2024.

4.    Exhibit C is a copy of a March 1, 2020 email between Account-2 and another individual.  Exhibit C was produced by the government on September 18, 2024.

5.   Exhibit D is a copy of a July 7, 2021 email chain between Account-2 and another individual with the corresponding attachments.  Exhibit D was produced by the government on September 18, 2024.

6.   Exhibit E is a copy of a July 7, 2021 email chain between Account 2 and another individual with the corresponding attachments.  Exhibit E was produced by the government on September 18, 2024.

7.   Exhibit F is copy of a March 1, 2020 email chain between Account 2 and another individual with the corresponding attachments.  Exhibit F was produced by the government on September 18, 2024.

8.   Exhibit G is an excerpt from a document related to Mr. Gupta's detention in the Czech Republic, dated July 1, 2023.  Exhibit G-T is a certified English translation of Exhibit G.  Exhibit G was produced by the government on September 18, 2024, bearing Bates number USAO_000712.

9.   Exhibit H is a Czech record of questioning conducted while Mr. Gupta was detained in the Czech Republic dated October 5, 2023.  Exhibit H was produced by the government on September 18, 2024, bearing Bates number USAO_000753.  Exhibit H-T is an English translation of Exhibit H that was produced by the government on September 18, 2024, bearing Bates number USAO_011782.


Dated: October 6, 2025
       New York, NY

_____
Nola B. Heller