# Exhibit A

| | |
|---|---|
| **From:** | ▇▇▇ yadav <▇▇▇dav@gmail.com> |
| **Sent:** | Wednesday, July 7, 2021 4:59 AM |
| **To:** | ▇▇▇ |
| **Subject:** | Fwd: |
| **Attachments:** | img-20210626-wa0007.jpeg; img-20210626-wa0009.jpeg; img-20210626-wa0005.jpeg; img-20210624-wa0000.jpeg |

---------- Forwarded message ---------
From: ▇▇▇yadav <▇▇▇dav@gmail.com>
Date: Sat, 3 Jul 2021, 09:46
Subject:
To: ▇▇▇

1







