# Exhibit B

| | |
|---|---|
| **From:** | ▮▮▮ yadav <▮▮▮dav@gmail.com> |
| **Sent:** | Wednesday, July 7, 2021 4:59 AM |
| **To:** | ▮▮▮ |
| **Subject:** | Fwd: Please find the documents for firm registration |
| **Attachments:** | Pancard.jpg; IMG_20181231_143914.jpg; 20210703_092143.jpg; 20210703_092156.jpg |

---------- Forwarded message ---------
From: ▮▮▮ **yadav** <▮▮▮dav@gmail.com>
Date: Sat, 3 Jul 2021, 09:42
Subject: Please find the documents for firm registration
To: ▮▮▮

1





भारत सरकार
Government of India



जन्म तिथि / DOB :
महिला / Female

आधार - आम आदमी का अधिकार



भारतीय विशिष्ट पहचान प्राधिकरण
Unique Identification Authority of India

पता: W/O: █████████

Address: W/O: █████████



1947
1800 300 1947



help@uidai.gov.in



www.uidai.gov.in