# Exhibit C

**From:** ▮▮▮ yadav <▮▮▮dav@gmail.com>
**Sent:** Sunday, March 1, 2020 9:38 AM
**To:** ▮▮▮



1

