# Exhibit D

| | |
|---|---|
| **From:** | ▮▮▮ yadav <▮▮▮▮dav@gmail.com> |
| **Sent:** | Wednesday, July 7, 2021 4:59 AM |
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Fwd: |
| **Attachments:** | photo-2019-07-27-20-16-22.jpg; photo-2019-07-27-20-57-45.jpg; photo-2019-07-27-20-57-43.jpg |

---------- Forwarded message ---------
From: ▮▮▮ **yadav** <▮▮▮▮[dav@gmail.com](mailto:dav@gmail.com)>
Date: Sat, 3 Jul 2021, 09:46
Subject:
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1



आयकर विभाग
INCOME TAX DEPARTMENT

भारत सरकार
GOVT. OF INDIA

Permanent Account Number

Signature



