# Exhibit E

| | |
|---|---|
| **From:** | ▇▇▇▇yadav <▇▇▇▇▇dav@gmail.com> |
| **Sent:** | Wednesday, July 7, 2021 4:58 AM |
| **To:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Subject:** | Fwd: |
| **Attachments:** | photo-2021-07-03-12-19-57-1.jpg; photo-2021-07-03-12-19-56.jpg; photo-2021-07-03-12-19-57.jpg; photo-2021-07-03-12-19-58.jpg |

---------- Forwarded message ---------
From: ▇▇▇▇yadav <▇▇▇▇▇dav@gmail.com>
Date: Sun, 4 Jul 2021, 23:39
Subject:
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1





आयकर विभाग / INCOME TAX DEPARTMENT    भारत सरकार / GOVT. OF INDIA

स्थायी लेखा संख्या कार्ड / Permanent Account Number Card

नाम / Name

पिता का नाम / Father's Name

जन्म की तारीख / Date of Birth

हस्ताक्षर / Signature





