# Exhibit F

**From:** ▇▇ yadav <▇▇▇dav@gmail.com>
**Sent:** Sunday, March 1, 2020 9:37 AM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Fwd: Photo
**Attachments:** IMG_20200227_162013.jpg; IMG_20200227_162038.jpg

---------- Forwarded message ---------
From: ▇▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Date: Thu, 27 Feb 2020 at 4:31 PM
Subject: Photo
To: ▇▇ yadav <▇▇▇▇dav@gmail.com>



