# Exhibit H

**Exhibit filed under seal pursuant to the Court-ordered protective order.  *See* Dkt. No. 19.**