# Exhibit H-T

**Exhibit filed under seal pursuant to the Court-ordered protective order.  *See* Dkt. No. 19.**