USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              - against -

NIKHIL GUPTA,

              Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Sentencing in this matter is hereby scheduled for May 29, 2026 at 10 am.

**SO ORDERED.**

Dated:    13 February 2026
          New York, New York

Victor Marrero
U.S.D.J.