USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/17/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NIKHIL GUPTA,

　　　　　　Defendant.

**ORDER**

**S2 23 Cr. 289 (VM)**

　　　　　WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before a United States Magistrate Judge on February 13, 2026;

　　　　　WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

　　　　　WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

　　　　　IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:　　　New York, New York

　　　　　　_____February 17_____, 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE VICTOR MARRERO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF NEW YORK