UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                      :

UNITED STATES OF AMERICA,       :

                      :       23 Crim. 289 (VM)

   – against –          :

                      :       <u>NOTICE OF APPEARANCE</u>

                      :

                      :

Nikhil Gupta,             :

             Defendant.    :
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

defendant Nikhil Gupta, and requests that all notices give or required to be given, and all papers

served or required to be served in this case, be given to or served upon:

> Isabelle A. Kirshner
> Clayman Rosenberg Kirshner & Linder, LLP
> 60 East 42 St., Ste 3900
> New York, NY  10165
> T: 212-922-1080
> F: 212-949-8255
> kirshner@clayro.com

Dated:  New York, NY
        April 6, 2026

> CLAYMAN ROSENBERG KIRSHNER & LINDER, LLP
>
>
> By:   /s/ Isabelle A. Kirshner
>      Isabelle A. Kirshner. (IK- 7133)
>      60 East 42 St., Ste 39000
>      New York, NY  10165
>      T. 212-922-1080
>      F. 212-949-8255
>      kirshner@clayro.com
>      *Counsel for Defendant Nikhil Gupta*