**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2026

UNITED STATES OF AMERICA,

- against -

NIKHIL GUPTA,

                          Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 6, 2026, defense counsel Isabelle Kirshner ("Kirshner") filed a notice of appearance as Nikhil Gupta's ("Gupta's) defense counsel. On April 7, the Court received a letter from David Touger ("Touger"), Gupta's Criminal Justice Act ("CJA") counsel, requesting that he be allowed to stay on as co-counsel in this case. On April 14, the Court received another letter from Touger withdrawing his April 7th request to remain as co-counsel. Instead, Touger requested that he be relieved as counsel for Gupta. The Court **GRANTS** Touger's request to be relieved as counsel for Gupta.

**SO ORDERED.**

Dated:    14 April 2026
          New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.