**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 22, 2026

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Nikhil Gupta*, S2 23 Cr. 289 (VM)**

Dear Judge Marrero:

Pursuant to Federal Rule of Criminal Procedure 32.2, the Government respectfully submits the attached proposed consent preliminary order of forfeiture / money judgment as to defendant Nikhil Gupta. The proposed order requires forfeiture of a money judgment in the amount of $15,000, representing the cash payment made to the undercover officer purporting to be the hitman in this case. The proposed order also requires Gupta to forfeit all right, title, and interest in two cellphones that he used to communicate with co-defendant Vikash Yadav in furtherance of the plot. These cellphones were seized by Czech authorities upon Gupta's arrest, transferred to the custody of the United States, and searched pursuant to a judicial search warrant. Gupta consents to the proposed order.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:____________________________
Camille L. Fletcher / Alexander Li /
Ashley C. Nicolas
Assistant United States Attorneys
Southern District of New York
(212) 637-2383 /-2265 /-2467

cc: Isabelle Kirshner, Esq. (*by ECF*)
Brian D. Linder, Esq. (*by ECF*)

Attachment
Proposed Consent Preliminary Order of Forfeiture / Money Judgment