**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 3, 2026

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Nikhil Gupta, S2 23 Cr. 289 (VM)**

Dear Judge Marrero:

The Government respectfully writes to request that the Court adjourn the September 25 sentencing of defendant Nikhil Gupta to November 6 or 20, 2026, if convenient for the Court. The intended murder victim in this case has informed the Government that the victim wishes to participate in the sentencing but will be out of the country on September 25. The victim is available on or after October 22. The Government respectfully requests the Court grant a brief adjournment to effectuate the victim's statutory rights to attend and be heard at the sentencing. *See* 18 U.S.C. § 3771(a)–(b).

The Government has conferred with the defense, which has no objection to an adjournment and is available on November 6 or 20, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________________
Camille Fletcher / Alexander Li / Ashley Nicolas
Assistant United States Attorneys
(212) 637- 2383 / -2265 / -2467

cc: Isabelle A. Kirshner, Esq. (*by ECF*)
Brian D. Linder, Esq. (*by ECF*)