USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

NIKHIL GUPTA,

Defendant.

**23-cr-289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a letter motion (the "Motion") dated September 30, 2026, from non-party Harjeet Singh requesting that the transcript (the "Transcript") for an October 17, 2025, sealed *ex parte* conference (the "Conference") in this matter be unsealed. The Court denies the Motion. The right to access criminal trial proceedings and related judicial documents is a qualified right that "may be overcome . . . by an overriding interest . . . essential to preserve higher values." Press-Enter. Co. v. Superior Ct. of California, Riverside Cnty., 464 U.S. 501, 510, 104 S. Ct. 819, 824 (1984). Interests that may override the public's right to access include "the defendant's right to a fair trial." Waller v. Georgia, 467 U.S. 39, 45, 104 S. Ct. 2210, 2215 (1984). The sealed *ex parte* Conference with Mr. Gupta and his then counsel was held for the purpose of hearing highly sensitive issues concerning Mr. Gupta's attorney-

client relationship. There is a substantial probability that the disclosure of the concerns discussed at the Conference would hurt Mr. Gupta's right to a fair trial. Therefore, the sealing of the Transcript is appropriate to prevent that prejudice.

**SO ORDERED.**

Dated: 2 October 2026
New York, New York

Victor Marrero
U.S.D.J.