**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 6, 2026

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)**

Dear Judge Marrero:

The Government writes to advise the Court of certain logistical matters relating to sentencing in the above-captioned matter, which is scheduled for November 20, 2026. First, the Government expects that a single victim-witness will address the Court during sentencing and respectfully requests that the victim-witness be given approximately twenty minutes during which to complete his statement. Second, the Government expects to play a limited number of audio and/or video exhibits during its sentencing presentation, which the Government estimates will be no more than approximately fifteen minutes. The Government will provide those exhibits with its sentencing submission and will make appropriate technical arrangements with the Courtroom deputy in advance of the hearing. Third, the Government expects that the sentencing proceeding is likely to be attended by members of the public and has been informed that as many as 200 spectators may be present for the sentencing hearing. Accordingly, the Government respectfully submits that use of an overflow courtroom or the ceremonial courtroom may be appropriate in this case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s

Camille L. Fletcher / Alexander Li /
Ashley C. Nicolas
Assistant United States Attorneys
Southern District of New York
(212) 637-2383 /-2265 /-2467

Cc: Isabelle Kirshner, Esq. (*by ECF*)