# Exhibit A

Dear Judge Marrero,

I want to begin by saying that I am very grateful for having this opportunity to express myself and speak my truth. Nothing that I say is meant to undermine my actions, but, Your Honor, I just want to speak my truth.

I have been a simple family man who believes in God and in an honest life. I miss my family dearly and I long to see them more and more every day. I wish I could turn back time to 2023 and undo my mistakes. Now, when I look back, I don't even recognize the man I had become. In early 2023, even though my life looked just fine from the outside, I was a mess. I was not me. I had lost my mind, my character, and became distant from the people I loved the most—my family. My heart was repeatedly warning me that I was walking down the wrong path, but I kept fighting with myself. To deal with my own struggle, I started drinking heavily almost every night and everything went from bad to worse.

Honestly, when I first got arrested, I had suicidal thoughts flashing through my mind continuously, and every night I contemplated ending my life so I would not wake up the next morning. But at the same time, I was thinking about my family—my kids, my wife, my mother and my cats—and how I had already caused them so much pain. I deeply regretted the suffering I caused them and the people around me.

The most serious challenge in front of me at that time was to contact my family and to let them know that I was alive and to make them aware of the situation, but I could not do so for several weeks due to many restrictions on me as an American law offender. My phone calls were banned, and I could not talk to my family. It took me weeks of expensive approval to get vegetarian food. After several days in custody, I was transferred to solitary confinement in Cz. Rep. This long period lacked rehabilitation or educational opportunities.

All I had was time, in great abundance, to reflect on my own actions. During this time, I remembered what my mother had taught me—to find the positive in every situation and never lose hope. With this mind-set, I began finding ways to learn and to occupy myself in meditation and reflection during solitary confinement. I discovered many meditative and spiritual books which shaped my perspective. I soon realized that this confinement was a blessing in disguise and I began practicing yoga, meditation and prayers for countless hours daily. I started finding peace in simple activities like feeding the birds and conversing with them. Soon this practice became a daily ritual. I continue to meditate and practice yoga even today in MDC. However, there are no birds here, and I miss that terribly.

My true test began in June 2024, after a year of imprisonment, when I was extradited from Cz. Rep. to the United States. I was placed in MDC, Brooklyn, where constant threats of violence from fellow inmates and gangs were my new reality. However, when I looked at the officers and other staff working at MDC who have to be here every day, tirelessly, I realized that my situation was not that bad, and I stopped complaining to myself. I started praying and hoping that my stay would be relatively short compared to their dedication to this challenging environment. Their ability to remain calm, polite, humble and helpful with a smile truly inspired me. With these thoughts, I continued my daily ritual of reading, practicing yoga, meditation, prayers and reviewing the government's discovery document.

My fellow inmates joined me in yoga practice and I began spending extra hours guiding and helping them daily. The officers and inmates started referring to me as "Indian Yoga," and many officers encouraged other inmates to "practice yoga like Gupta" every day. This was the same path that earned me the admiration and respect of prison officers in Cz. Rep., who gave me their best wishes during my extradition and my journey ahead.

Your Honor, I often get overwhelmed and get tears of joy in my eyes when I realise that what I have gained in my imprisonment journey is far greater in comparison to what I have endured and lost. It has awakened my conscience and made me closer to my true self. I have learned that nothing is more powerful than positivity, faith, kindness, love and selfless service towards others. I have realized my negative traits and worked on them. I have realized that one should never take solace in substances, no matter how big the crisis is.

More importantly, I have come to realize that I should never adopt a path that disrupts peace and that I should embrace the love and warmth of my family.

With everything that I have learnt here, I have made a commitment to myself and to God that I will devote my life to helping those in need, whether animal or human.

I am extremely grateful to this Hon. Court for being so kind and providing me with the best legal representation and correcting my numerous mistakes. I can't deny that I am longing to see my family, but whatever the decision of this Court may be, I will accept it as I have full faith in Your Honor, and I will continue to walk on the path of positivity, kindness, betterment and aspire to be a better human being for myself, my family and society.

Best regards,

NIKHIL GUPTA