# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GURPATWANT SINGH PANNUN,

*Plaintiff*,

v.

THE GOVERNMENT OF INDIA, AJIT DOVAL, SAMANT GOEL, VIKRAM YADAV, NIKHIL GUPTA, and DOES 1-50,

*Defendants*.

Case No.: 1:24-cv-07021-KPF

**DECLARATION OF OLIVER J. MCNICHOLAS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL SUBMISSION REGARDING SERVICE THROUGH THE INDIAN COURT SYSTEM**

I, Oliver J. McNicholas, declare:

1. I am admitted *pro hac vice* to practice before the Court in this case and am counsel of record for Plaintiff Gurpatwant Singh Pannun. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I and other counsel for Mr. Pannun have made numerous attempts to identify and retain an Indian attorney with expertise in service of process under Indian law to provide a declaration addressing the provisions of Indian law discussed in Mr. Pannun's Motion. Although I and other counsel for Mr. Pannun have been in conversation with no fewer than ten Indian attorneys, by phone and by email, about providing such a declaration. However, while nearly all these attorneys were initially willing to assist, their position changed once they learned what this case is about. Every attorney who provided a reason for withdrawing confided that it is simply too dangerous to support (or even appear to support) Mr. Pannun in a lawsuit against the Indian government. Others simply stopped replying once details about the case were provided. In one instance, an attorney who had initially appeared eager to work with us, upon being given the name of the case, informed us that he would be "unable to do anything in this

matter" and advised, "do not correspond with me in this case." I and other counsel for Mr. Pannun have been repeatedly informed that it is extremely unlikely that any Indian attorney would publicly endorse Mr. Pannun's case against the Government of India

3. Attached as **Exhibit 1** is a true and correct copy of the operative version of India's Code of Civil Procedure, 1908.

4. Attached as **Exhibit 2** is a true and correct copy of the operative version of the Indian Central Government's declaration in the Official Gazette that the provisions of the Civil Procedure Code, Section 29 apply to civil courts in the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 29, 2026

By: /s/ Oliver McNicholas
Oliver J. McNicholas