# Exhibit C

## [REDACTED]

Manorama Gupta
[redacted] Delhi [redacted]
Email: [redacted]@gmail.com

18 May 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

माननीय न्यायाधीश महोदय जी,
नमस्कार।

यह पत्र आपको एक दुखियारी और बेबस माँ लिख रही है। मेरा नाम मनोरमा गुप्ता है। मैं निखिल की माँ हूँ और भारत के दिल्ली शहर की निवासी हूँ। मेरा बेटा पिछले 3 सालों से जेल में बंद है।

मेरे पति की मृत्यु के बाद निखिल अचानक बड़ा हो गया। वो घर का मुखिया बन गया, और मुझे ऐसे संभालता जैसे मैं उसकी अपनी बच्ची होऊं। वो मेरी सेहत का, मेरी मानसिक स्थिति का और भावनात्मक रूप से मेरा पूरा ख्याल रखता था। उसने मेरे साथ काम करना भी शुरू कर दिया, साइट्स पर जाना, ट्रकों में सामान लदवाना, ताकि हम अपना जीवन चला सकें, आर्थिक रूप से आत्मनिर्भर बन सकें और अपनी रोज़ी-रोटी कमा सकें। उसने अपनी बड़ी बहनों का भी ऐसे ध्यान रखा जैसे वो उससे छोटी हों। पलक झपकते ही उसका बचपन खो गया, लेकिन उसने कभी इसका एहसास तक नहीं होने दिया और हमेशा मुस्कुराते चेहरे के साथ हमारी मदद करता रहा।

महोदय, मुझे अपनी भावनाएँ और दुख व्यक्त करना नहीं आता, मैं बस इतना कह सकती हूँ कि मैं अपने बेटे के बिना नहीं रह सकती। एक माँ अपने इकलौते बेटे के बिना कैसे रह सकती है, ये मैं शब्दों में कैसे समझाऊँ। मेरा बेटा मेरी पूरी दुनिया है।

भगवान ने मुझे पुत्र के रूप में एक अनमोल रतन दिया है जो मेरे दुख-सुख का पूरा ध्यान रखता है। वो मुझे बहुत प्यार करता है और मेरा बहुत ध्यान रखता है। मेरी उम्र 76 वर्ष है। तीन साल से मैंने अपने बेटे की शक्ल नहीं देखी है। मुझे बस उसे जी भर के देखने की, उसको गले से लगाने की, उसको घर का खाना खिलाने की और उसके साथ खूब सारी बातें करने की आस है। मेरे जीवन की ये एक मात्र आस है।

मुझे नहीं पता मेरा जीवन कितना बड़ा है, पर अगर मेरा बेटा मेरे पास आ जाए तो मेरा जीवन सफल है।

हमारे यहाँ न्यायाधीश को भगवान के बराबर माना जाता है, आपके हाथों में सिर्फ मेरे बेटे की नहीं बल्कि मेरे पूरे परिवार की ज़िंदगी का फैसला है। अतः मैं आपसे हाथ जोड़कर विनय निवेदन करती हूँ कि मुझे मेरा बेटा लौटा दें। मुझे मेरा बेटा आप ही लौटा सकते हैं।

मेरा बेटा एक अच्छा इंसान है, वह अपने पूरे जीवन भर एक अच्छा इंसान और सबसे अच्छा बेटा रहा है। मैं अदालत से निवेदन करती हूँ कि वह उसे उसी इंसान के रूप में देखे जो वह वाकई में है, और दयालुता दिखाए।

हाथ जोड़कर निवेदन,

मनोरमा जे. गुप्ता
निखिल की माँ

Manorama Gupta
[redacted] Delhi [redacted]
Email: [redacted]@gmail.com

18 May 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Honorable Judge,
Greetings.

This letter is being written to you by a grieving and helpless mother. My name is Manorama Gupta. I am Nikhil's mother, and I live in the city of Delhi, India. My son has been in jail for the past three years.

After my husband's death, Nikhil suddenly grew up. He became the man of the house, and he would take care of me as though I were his own child. He looked after my health, my mental state, and cared for me emotionally in every way. He even started working alongside me, going to sites, loading trucks, so that we could live our lives, become financially independent, and make a living. He took care of his elder sisters as though they were younger than him. His childhood slipped away in the blink of an eye, but he never let it show, and always helped us with a smiling face.

Your Honor, I do not know how to express my feelings and my sorrow, I can only say that I cannot live without my son. How can a mother live without her only son, I do not know how to explain this in words. My son is my entire world.

God gave me a son who is a precious jewel, one who takes complete care of me through my sorrows and joys. He loves me very much and looks after me deeply. I am 76 years old. For three years now, I have not seen my son's face. All I hope for is to look at him to

my heart's content, to hold him close, to feed him a home-cooked meal, and to talk with him for hours. This is the one and only hope of my life.

I don't know how much longer my life will be, but if my son comes back to me, my life will be fulfilled.

In our country, a judge is regarded as equal to God. In your hands lies not just my son's fate, but the fate of my entire family. Therefore, I fold my hands and humbly request you to return my son to me. Only you can give my son back to me.

My son is a good man, he has been a good man and best son throughout his life. I request the court to see him for the person he is, and be kind.

With folded hands,

Manorama J. Gupta
Nikhil's mother

**Archna Shandily**
[redacted] Delhi [redacted]
Email: [redacted]@gmail.com

30 May 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Honorable Judge,

I am Archna from India, elder sister of Nikhil (Bablu). I am 58+ year old, homemaker. I live in Delhi with my husband, daughter, son and daughter-in-law.

We lost our father at a very early stage, I was in 12th standard and my board exams were on the head. Bablu was only in his teenage. From then only, suddenly he grew up and started absorbing all the hard time of our lives. My mother, along with him, started running the small business of silica-sand. He drove a Lambretta scooter with my mom sitting behind, going to factories far away in the very high temperature, at a very younger age.

He took care of us people like a strong male. I could peep into yesterday's memories. At the time of my marriage, he got his hair curled. To hide his tears, sadness and sorrow, he went to the terrace and concealed his emotions.

He was always a strong pillar in my life. [redacted] I can hear his voice still in my ears.

He always says "Chinta nahi, chintan karna chahiye" (one should not worry, but reflect instead).

He is a very nice person, who loves nature and animals. He spreads love and happiness wherever he goes and whoever he meets.

I miss him very much and I'm waiting for his return. My daughter is getting married next year and I wish Nikhil was here for his niece's kanyadaan.

I request you with the bottom of my heart, please send my brother home to me.

I want to tie him rakhi and put teeka on his forehead and celebrate the festivals. My brother was always my best friend. My life feels empty without my best friend.

I request you judge sir, please be kind on my brother and give him less punishment.

Archna

Archna Shandily
(Nikhil's sister)

**Abha Gupta**
[redacted] New Delhi [redacted]
Email: [redacted]@gmail.com

18 June 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

माननीय न्यायाधीश मैरेरो,

मेरा नाम आभा गुप्ता है। मैं दिल्ली की रहने वाली हूँ। मैं निखिल की बड़ी बहन नंबर 2 हूँ। मैंने दिल्ली यूनिवर्सिटी से हिंदी में पोस्ट ग्रेजुएशन किया है। मेरी शादी को 32 साल हो चुके हैं। मैं एक होम-मेकर हूँ। मेरे पति सरकारी नौकरी में हैं। मेरा एक बेटा और एक बेटी है। 2020 में बेटी की और 2025 में बेटे की शादी हो चुकी है।

जब मेरे पापा की मृत्यु हुई तब निखिल सिर्फ 12 साल का था, फिर भी पूरे परिवार की ज़िम्मेदारी उसने अपने ऊपर ले ली थी। सर्दी-गर्मी, बरसात, दिन-रात कोई समय निर्धारित नहीं, माइंस में जाना, ट्रक लोड करवाना, स्टॉक लाना, रिफाइन करवा कर फैक्ट्री में भेजना। कम उम्र में ही बहुत कठिन ज़िंदगी हो गई थी उसकी। शारीरिक और मानसिक रूप से इतनी कठिनाई होते हुए भी उसका दिल हमेशा कोमल रहा, सबको प्यार करने वाला, सबकी देखभाल करने वाला।

आर्थिक संकट के दौरान भी घर में खाने की कोई चीज़ कम होती और अगर हम उसे खाने के लिए दे देते, तो उसने कभी वो चीज़ अकेले नहीं खाई। बचपन से ही वो सबके साथ बांटकर खाता था। मेरे पापा मुझे बहुत प्यार करते थे, तो पापा के मरने के बाद निखिल एक बड़े भाई की तरह मेरा बहुत ध्यान रखने लगा।

एनसीसी के लिए मुझे सुबह 6 बजे जाना होता था, तो वो मुझे रोज़ छोड़ने और ट्रेनिंग से लेने आता था। शादी के बाद मेरे बच्चे बड़े हो रहे थे और हमारे पास गाड़ी नहीं थी, हम चारों स्कूटर से यात्रा करते थे, तो उसने अपनी गाड़ी तक हमें दे दी थी [redacted] खड़ा रहा। मेरी बेटी की बचपन में [redacted] उसने आगे बढ़कर मेरी मदद की।

निखिल सिर्फ स्नेही और देखभाल करने वाला ही नहीं बल्कि निडर और साहसी भी है। एक बार हमारे पड़ोस में एक बुढ़िया सीवर में गिर गई थी, तब निखिल ने अकेले उसे बाहर निकाला। एक बार किसी को अपनी जान की परवाह किए

बिना आग से बचाया । [redacted] निखिल ने आकर रक्तदान किया । मेरी सास तक उसे बहुत प्यार करती थी क्योंकि वो उनकी भी बहुत देखभाल करता था ।

रक्षाबंधन, भाई-दूज पर सब उसे बहुत याद करते हैं । मैं किसको तिलक करूं, किसको राखी बांधूं, मुझे बहुत अकेला महसूस होता है । 3 साल से उसका माथा भी सूना है । 3 साल से उसकी राखियाँ भी मैंने संभाल के रखी हैं । मेरे बेटे की शादी में वो नहीं था, तब मुझे उसकी ख़ास कमी महसूस हुई ।

मेरी माँ तो जैसे 3 साल से हँसना ही भूल गई हैं । बस हर समय 'कोई मेरा बेटा ला दो' ही कहती रहती हैं । भाभी (निखिल की पत्नी) और उसके बच्चे सब अभी से इतना बीमार रहने लगे हैं । निखिल के तनाव में खाना-पीना, हँसना, बीमारी कुछ याद नहीं रहता । निखिल के बच्चों की पढ़ाई-लिखाई, करियर सब पीछे छूट चुका है । वो कहते हैं 'बस परिवार चलाना है', 'पापा को वापस लाना है' ।

मेरी माँ तो सिर्फ उसे देखने की आस में जिंदा हैं । कहीं ऐसा न हो कि वो उसे देखे बिना ही इस दुनिया से चली जाएँ ।

कोर्ट अगर निखिल के पुराने रिकॉर्ड को देखे तो उसने कभी कुछ ग़लत नहीं किया, समाज और परिवार में सबका भला ही किया है । हमारी माँ, उसकी पत्नी और उसके बच्चों के लिए वो एक मात्र सहारा है । मेरी जज साहब से हाथ जोड़कर प्रार्थना है कि उसके पिछले रिकॉर्ड को देखते हुए, कम से कम सज़ा देकर उसे जल्द-से-जल्द हमारे पास भेज दें ।

आभा गुप्ता
दिल्ली, भारत

**Abha Gupta**
[redacted] New Delhi [redacted]
Email: [redacted]@gmail.com

18 June 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Honorable Judge Marrero,

My name is Abha Gupta. I live in Delhi. I am Nikhil's elder sister, number two. I completed my post-graduation in Hindi from Delhi University. I have been married for 32 years. I am a home-maker. My husband works in a government job. I have one son and one daughter. My daughter got married in 2020, and my son got married in 2025.

When our father passed away, Nikhil was only 12 years old, yet he took the responsibility of the whole family upon himself. Through every season, winter, summer, monsoon, day and night, with no fixed hours, he went to the mines, arranged truck loads, brought in stock, got it refined, and sent it to the factories. His life became very difficult at such a young age. Despite facing so much hardship, both physically and mentally, his heart always remained gentle, he loved everyone and looked after everyone.

Even during financial crises, if there was ever a shortage of food at home and we offered him something to eat, he never ate it alone, since childhood he always shared with everyone. Our father loved me very much, so after our father's passing, Nikhil began looking after me deeply, like an elder brother.

For NCC, I had to leave at 6 in the morning, and he would come every day to drop me off and pick me up from training. After my marriage, as my children were growing up and we did not have a car, the four of us used to travel by scooter, so he gave us his own car. During Covid,

when I [redacted] he stood by me. When my daughter [redacted] he stepped forward to help me as well.

Nikhil is not only affectionate and caring, but also fearless and courageous. Once, an elderly woman in our neighborhood fell into a sewer, and Nikhil alone pulled her out. Another time, he saved someone from a fire without any concern for his own safety. When my sister-in-law [redacted] Nikhil was the very first person to come and donate blood. Even my mother-in-law loved him deeply, because he took great care of her as well.

On Raksha Bandhan and Bhai Dooj, everyone misses him dearly. I don't know whom to bless with tilak, or whose wrist to tie a rakhi on, I feel very alone. For three years now, his forehead has remained bare of tilak. For three years, I have kept his rakhis safely with me. He was not there for my son's wedding, and I felt his absence especially deeply then.

My mother seems to have forgotten how to laugh these past three years. All she keeps saying, all the time, is, "Someone bring my son back to me." Nikhil's wife (my sister-in-law) and their children have all started falling ill so often now. In their worry over Nikhil, they don't even remember to eat, to laugh, or to notice their own illnesses. Nikhil's children's studies and careers have all been left behind. They say, "We just have to keep the family running," and, "We have to bring our father back."

My mother is alive only in the hope of seeing him again. I fear that she may pass from this world without ever seeing him.

If the Court looks at Nikhil's past record, it will see that he has never done anything wrong, he has only ever done good, for society and for his family. He is the sole support for our mother, his wife, and his children. With folded hands, I request Your Honor to consider his past record and, giving him the least possible sentence, send him back to us as soon as possible.

Abha Gupta
Delhi, India

**Sangeeta Gupta**
[redacted] Delhi, India [redacted]
Email: [redacted]@gmail.com

1 June 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

माननीय न्यायाधीश,

मेरा नाम संगीता गुप्ता है, मैं निखिल की पत्नी हूँ। मैं दिल्ली में अपने बच्चों, सास और हमारी 3 बिल्लियों के साथ रहती हूँ। हम सभी को निखिल की बहुत याद आती है। मैंने कभी नहीं सोचा था कि मेरी ज़िंदगी में ऐसा समय आएगा जब मुझे निखिल से दूर रहना पड़ेगा।

जब मैं निखिल से पहली बार मिली थी, उनकी kindness ने मेरा दिल जीत लिया था। हम college में एक साथ पढ़ते थे, वहीं हमारी दोस्ती हुई। वो एक बहुत ही अच्छे इंसान हैं। सबकी मदद करना, पशु-पक्षियों की सेवा करना उनका स्वभाव है।

मुझे याद है कि college के बाद हम सभी दोस्त घूम रहे थे, तभी हमने देखा कि एक building के बाहर भीड़ जमा हो गई। फिर देखा कि सामने apartment में आग लगी हुई है। कोई अंदर जाने की हिम्मत नहीं कर रहा था, फिर कुछ देर बाद देखा कि निखिल हमारे साथ नहीं हैं। 20 मिनट बाद निखिल उस building से एक बुढ़ी औरत को बचाकर निकले। वहाँ खड़े सभी लोग ये देखकर काफी impress हुए और निखिल के लिए तालियाँ बजाने लगे और उन्हें thanks किया। उस बुढ़ी औरत ने भी उन्हें आशीर्वाद दिया।

शादी से पहले हम 3 साल तक दोस्त थे, 3 साल बाद 1994 में हमारा विवाह हुआ। 1995 में हमारी बेटी और 1998 में हमारे बेटे का जन्म हुआ। इतने सालों में मैंने निखिल में एक अच्छा इंसान, एक अच्छा बेटा, एक अच्छा पति और एक अच्छा पिता देखा।

कोरोना काल में जब लोग lockdown में थे, तब निखिल लोगों को खाना पहुँचाने और उनकी आर्थिक मदद में लगे रहे। मैं डरती थी और उन्हें समझाती थी कि आप बीमार हो सकते हैं। पर वो हमेशा कहते थे कि उन्हें कुछ नहीं होगा, भगवान उनके साथ हैं, और भगवान ने ही उन्हें इस काम के लिए चुना है।

हमारी शादी के बाद एक बार एक सड़क दुर्घटना हुई, तब कोई भी आगे आकर पीड़ित की मदद नहीं कर रहा था, निखिल ने उसे देखते ही गाड़ी रोकी और मदद की।

[redacted] उस पूरी मुश्किल घड़ी में निखिल कभी मेरा साथ नहीं छोड़ता था, हर पल मेरे साथ खड़ा रहा [redacted] दिन वो खुद मेरी फिजियोथेरेपी की निगरानी करता, धीरे-धीरे मुझे फिर से चलना सिखाया और दोबारा अपने पैरों पर खड़ा होने में मेरी मदद की। वो सिर्फ भावनात्मक रूप से ही नहीं, बल्कि हर तरह से, हर पल पूरी तरह मेरे साथ मौजूद रहा। उस वक्त मैंने दिल से भगवान का शुक्रिया अदा किया कि उन्होंने मुझे निखिल जैसा पति दिया।

महोदय, निखिल jail में सज़ा काट रहे हैं और हमारे घर में तनावपूर्ण माहौल रहता है। समझ नहीं आता मैं क्या करूँ। मेरी सास का उदास चेहरा हमेशा तकलीफ देता है। कभी-कभी तो वो खाना खाने से भी इनकार कर देती हैं। अपने बेटे को वो बहुत याद करती हैं और रो पड़ती हैं। पिछले 3 सालों से वो काफी बीमार भी रहने लगी हैं। Sir, मेरी तबियत भी ठीक नहीं रहती। बच्चों की life अचानक ही बदल गई है। उनके ऊपर काम की, घर चलाने की और मेरा तथा मेरी सास का ध्यान रखने की responsibilities आ गई हैं।

निखिल एक बहुत ही kind इंसान हैं, वे हमेशा दूसरों को अपने से पहले रखते हैं, जहाँ भी जाते हैं वहाँ प्यार और खुशियाँ फैलाते हैं। मेरी आपसे विनती है कि उन्हें एक मौका ज़रूर दिया जाए।

मुझे अब भी विश्वास नहीं होता कि निखिल कुछ भी ऐसा कर सकते हैं। मेरी आपसे हाथ जोड़कर प्रार्थना है कि निखिल को क्षमा कर दीजिए। इतने समय तक अपने परिवार से दूर रहकर jail में सज़ा काट रहे हैं, वो एक और भी बेहतर इंसान बन चुके हैं। Please आप उनकी सज़ा को माफ़ कर दीजिए, आपका बड़ा आभार होगा मेरे परिवार पर।

क्षमा प्रार्थना के साथ,

Sangeeta

संगीता गुप्ता
(निखिल गुप्ता की पत्नी)

**Sangeeta Gupta**
[redacted] Delhi, India [redacted]
Email: [redacted]@gmail.com

1 June 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Honorable Judge,

My name is Sangeeta Gupta, and I am Nikhil's wife. I live in Delhi with our children, my mother-in-law, and our three cats. All of us miss Nikhil terribly. I never imagined there would come a time in my life when I would have to live apart from him.

When I first met Nikhil, his kindness won my heart. We studied together in college, and that is where our friendship began. He is a truly good person. Helping everyone, and caring for animals and birds, comes naturally to him.

I remember once, after college, a group of us friends were out together when we saw a crowd gathering outside a building. We then saw that an apartment across from us was on fire. No one had the courage to go inside, and after a little while we realized Nikhil was no longer with us. Twenty minutes later, Nikhil came out of that building carrying an elderly woman he had rescued. Everyone standing there was deeply moved, and they broke into applause for Nikhil and thanked him. The elderly woman blessed him as well.

We were friends for three years before we married in 1994. Our daughter was born in 1995, and our son in 1998. Over all these years, I have seen in Nikhil a good human being, a good son, a good husband, and a good father.

During the Covid period, when everyone was under lockdown, Nikhil kept himself busy delivering food to people and helping them financially. I was afraid, and I would tell him he

could fall sick. But he always said nothing would happen to him, that God was with him, and that God had chosen him for this work.

After our marriage, there was a road accident, and no one was willing to step forward to help the injured person. The moment Nikhil saw it, he stopped the car and helped.

In 2014, I [redacted] Through that entire difficult time, Nikhil never once left my side, he stood by me every single day. [redacted] he simply devoted himself to caring for his wife. Every single day, he personally supervised my physiotherapy, slowly taught me to walk again, and helped me get back on my feet. He was not just emotionally present, he was completely available to me in every way, every moment. In that moment, I thanked God from the bottom of my heart for giving me Nikhil as my husband.

Your Honor, Nikhil is serving his sentence in jail, and our home has been full of tension ever since. I don't know what to do anymore. My mother-in-law's sorrowful face is a constant source of pain for me. Sometimes she even refuses to eat. She misses her son terribly and often breaks down in tears. For the past three years, she has also fallen ill quite often. Sir, my own health has not been well either. Our children's lives changed overnight. The responsibility of work, running the household, and looking after both me and my mother-in-law has fallen on them.

Nikhil is a truly kind human being. He always puts everyone else before himself, and he spreads love and joy wherever he goes. I earnestly request that he be given a chance.

I still cannot believe that Nikhil could do something like this. With folded hands, I pray that you will forgive Nikhil. Having spent so much time away from his family, serving his sentence in jail, he has become an even better person. Please forgive his sentence, it would mean a great deal to my family.

With a plea for mercy,

Sangeeta Gupta
(wife of Nikhil Gupta)

# Sagar Gupta

New Delhi, India [redacted]

[redacted]@gmail.com


29th July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Sagar Gupta. I'm a software engineer by profession. I reside in Delhi, India.
Mr. Nikhil Gupta is my father. I am writing this letter in support of my father.

My father is an exceptional person. He is the kind of man who brings out the best in everyone around him. He is gentle, warm, and compassionate.

In our Indian society, parents often pressure their children to follow the paths they choose for them. My father, however, always gave my sister and me the freedom to decide our own futures. He constantly encouraged us to follow our hearts and pursue our dreams. Having a father like him has been one of the greatest blessings of my life.

I vividly remember him attending all of my cricket matches. He would bring fruits not just for me, but for all of my teammates. He was often the only parent sitting in the scorching sun, simply to watch me play in matches that most people would not even care about.

During my school summer breaks, he would wake up at 4:00 a.m, even after sleeping late the previous night, just to drive me to cricket coaching. He never complained. He simply did whatever he could to support me.

I suffer from migraines. During my attacks, he would sit beside me and comfort me by massaging my shoulders and neck to help relieve the pain. He would stay up all night just to take care of me and make sure I had everything I needed.

He has always been there for our entire family. He has supported not only my sister and me but also all of my cousins. He has taught me countless lessons through his words and, more importantly, through his actions.

My father lost his own father at a very young age. Despite this immense hardship, he worked tirelessly, balancing school with helping my grandmother in the family business. Yet I have never once heard him complain about how difficult his life has been. Instead, he chose to work hard, persevere, and build a better future for those around him.

He is a man full of empathy and kindness. To me, he is the best father anyone could ask for.

His generosity is reflected in the way he has always helped others. During the COVID-19 pandemic, he donated essential supplies and assisted those in need without concern for his own health. Every winter, he carried jackets and blankets in his car so that he could give them to anyone he found who was struggling in the cold. When he saw someone's pain, he did not merely sympathise, he took action.

My father is also incredibly brave. He has risked his own life to save others. He once ran into a burning building to rescue an elderly woman. On another occasion, while others stood by, he pulled an unconscious man from a burning car. He also drove an injured child involved in a road accident to the hospital without waiting for an ambulance because he knew every second mattered.

His compassion extends beyond people. He has always had a deep love for animals. He has taken injured stray animals to veterinarians and regularly fed strays wherever he found them. The animals loved him just as much as he loved them. Whenever he stepped out of his car, they would come running to greet him and follow him from the parking area to our doorstep.

He always told us that these animals were part of our family and deserved to be treated with the same love and respect. He believed that although they could not speak, they communicated through trust and affection, and he taught us to understand them with kindness.

He inspired not only me but all of my cousins. He supported every one of us and positively impacted all our lives. His love and kindness even touched the lives of our cats. To this day, they scratch at his wardrobe, climb inside it, and curl up on his clothes. They miss him too. They are waiting for him to come home just as much as the rest of us are.

My father has always been a selfless man. Helping others has never been something he did for recognition; it is simply who he is.

I respectfully request that the Honourable Judge take into consideration the kind of person my father truly is. He is a good, compassionate, and selfless human being who has dedicated his life to helping others. He deserves the opportunity for a second chance.

My grandmother's and my mother's health have deteriorated significantly, and they need him. I need him too. Our family has always depended on his strength and care.

I humbly pray that Your Honour shows him mercy and grants him the opportunity to return home to his family and continue the life of service and kindness that has always defined him.

Respectfully submitted,



Sagar Gupta
(Son of Nikhil Gupta)

**Siddhi Gupta**
[redacted] Delhi, India [redacted]
Email: [redacted]@gmail.com

18 July 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

I am writing this letter to extend my wholehearted support to my father, Nikhil Gupta, as the Court considers his sentence. My name is Siddhi Gupta. I was born and raised in Delhi, where I completed my graduation in Economics and went on to work with organizations such as the British Council Management Services and AIESEC. I have been a finalist in the Miss India pageant, an experience that also opened doors for me in fashion and modeling, and in 2021 I was one of India's contenders for Miss Universe, the same year India won the title. Today I live in Delhi with my mother, my grandmother, my brother and our three cats, who are the children of our house.

I understand that my father has taken responsibility for his actions, and I do not wish to diminish the seriousness of the charges against him. I only hope to show the Court the real Nikhil Gupta. He is the most loving, caring and fun-loving father, and a deeply protective one as well. Unlike most Indian parents, he never imposed himself on us or dictated what career my brother and I should choose. He has always been there for me, and he has never once complained or flinched, whether it was picking my brother and me up from school, taking us to extra classes, teaching us how to drive, taking me to tennis lessons, or playing with me and my cousins through our summer vacations. He did all of it tirelessly, every single day, without delay and without complaint.

He is the kindest and most selfless man I know, and through his own example he has taught me the deep contentment that comes from helping the needy and caring for animals. He instantly

befriends any cat or dog and, very strangely, even the birds he meets. If we let him have his way, our house would be full of animals of every kind, and honestly, that would be paradise to him.

I want the Court to see that the man standing before you is a selfless one. During the Covid pandemic, with no thought for his own health, he went out relentlessly to bring supplies to people in need. He has always helped anyone and everyone, and he has always put his loved ones above himself. He places the wellbeing of others before his own, and there have been many times when he went out of his way and put himself in danger to help people. He is the life of our family, and no get-together feels the same without him. His humor, his devotion to his family and his courage have taught me the greatest values and principles of my life.

I sometimes wish this is all a bad dream, and that when I wake up the next morning everything will be alright, but sadly it is not. I feel so lost and helpless without him. It feels as though my guiding light has been taken from me and I have been left alone in the dark. I wish I could show him how much better I drive than he does now, but these drives are not the same. I used to be irritated by his habit of constantly checking on me, asking where I was, who I was with and when I would be home. As much as his endless fussing used to annoy me, I miss it more than ever now. I have all the freedom in the world, but I no longer enjoy it. Every time my phone rings, I wish it is him, checking on me and asking me those same annoying questions again. I often find myself looking at old family photographs, thinking how perfect everything was. I miss him terribly, especially his annoying video calls every time I went on a trip or was away from home for work.

I honestly feel so lost without him that I am stuck in life. I [redacted] and I do not know how I will get through this without him. My father shaped me into an independent, brave woman, and today I do not feel like myself. Whenever I speak to him, he only tries to make me smile, and he is always concerned about my wellbeing.

He has admitted to what he did, and I understand that his actions have consequences. But I respectfully ask the Court to see that there is more to the man standing before you than certain wrong decisions. I humbly request the Honorable Judge to show leniency while sentencing my father. I miss him deeply, and I am ready to make sure he receives the support and guidance he needs to become a better person. Our family is prepared to do whatever it takes to help him and to take full responsibility for him.

Your Honor, I cannot bear the sight of my ill grandmother's grieving face, my mother's hopeless face, and my brother under so much stress. Please be kind and send him home soon. I need him more than ever, and so do we all.

Respectfully,



Siddhi Gupta