# Exhibit D

## [REDACTED]

**Hricha Shandily**
[redacted] Delhi [redacted]
Email: [redacted]@gmail.com

23 July 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero:

I am submitting this letter on behalf of and in support of Mr. Nikhil Gupta, as you consider his sentence. I am Hricha Shandily, aged 29, born and brought up in northern India. I have completed my graduation in commerce from the University of Delhi and been working in the field of digital marketing for about eight years now. Currently, I am working as a sole proprietor and leading the marketing activities of a B2B European startup.

I have known Mr. Nikhil Gupta since the day I was born, he is my maternal uncle. We had a close bond and our summer trips to his house as kids was a frequent ritual. He was always elated to have us home, would take time off just to take us kids out for a car ride, build a huge tent house out of bedsheets and bamboo logs for us, play games of ludo and cards with us, or even argue with my mother (his sister) for letting me stay a little longer and promising to drop me home later. Now I understand how he was everything a kid could ask for in a guardian: always fun, but unconditionally responsible when it came to our well being.

One incident that I will always remember helped shape me had a direct contribution from my uncle. I remember once when I was at his (Mr. Gupta's) place. I used to be in the fifth grade, and was being bullied by my bench mate. The school was resuming the next day and I simply didn't want to go back. Everyone asked me to not miss school, or ignore, or complain to the teachers. But nobody really understood what I was going through. At that time, my uncle was the only one to understand me and simply told me to start by not being intimidated by the bully and stand

up for myself. This simple line gave me courage and helped me see through the reality. The bully was bullying because he was insecure and I did not deserve it. Once I saw that, it was as if the dark clouds had sided. The next day, I was able to stand up to my bully while being respectful myself. That was the first and last time I ever faced such a situation.

My uncle has always shown deep empathy for everyone and not just blindly. He is one of the very few people I know who would fiercely stand up for what he believes is right. He would readily help a roadside beggar in need, but would never help a friend lie or cheat simply because they were a friend.

He has always been full of life, with a big smile and a way of making us feel at ease around him. Growing up, his confidence made me more confident. He showed me, through the way he lived and cared for us, what it means to be there for your family.

The only time I can even remember him scolding me was because I wasn't eating properly. That is the kind of person he has always been with me: caring, protective, and concerned about the smallest things when it comes to his family. He has a huge heart.

I have also seen how deeply this experience has affected him. He has acknowledged his wrongdoing, accepted responsibility for his past conduct, and expressed genuine remorse for the choices that brought him here. I believe he understands the seriousness of his actions and is committed to learning from them and rebuilding his life in a responsible and positive way.

Even during this extremely difficult period, Mr. Gupta has remained deeply concerned about his family and their well-being. Despite facing the hardships of incarceration himself, he has tried to remain strong for those who depend on him and has continued to think about his responsibilities as the head of the family. In our conversations, he often puts aside his own difficulties to ask about and encourage his loved ones. To me, this reflects the consideration, strength, and sense of responsibility that have always been an important part of his character.

I recognize that being a good and loved member of a family does not excuse wrongdoing or remove the consequences of one's actions. At the same time, I respectfully ask the Court to consider that the person standing before you is more than the circumstances of this case.

Our family is prepared to support him in whatever ways are necessary, including financial, employment, counseling, treatment, accountability, or any other support as needed. He will not have to face the future alone, and we will do everything we reasonably can to help him build a stable and productive life.

I respectfully ask that you consider leniency in sentencing my uncle. He is deeply needed back home. His mother longs every day for his return, his wife feels his absence in the ordinary moments of each day, and his children are waiting for the day they can have their father present in their lives again. His absence has left a space in our family that is felt every single day.

I respectfully ask Your Honor to consider Mr. Gupta's character, family responsibilities, and support system when determining an appropriate sentence, and to extend whatever leniency the Court believes is appropriate.

Thank you for taking the time to consider my letter and for allowing me the opportunity to share this perspective.

Respectfully submitted,

Hricha

Hricha Shandily

**Shubham Aggarwal**
[redacted] North Goa [redacted]
Email: [redacted]@gmail.com

23 September 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Judge Marrero,

My name is Shubham Aggarwal, and I am 30 years old. I am writing this letter to respectfully share my personal experience with Mr. Nikhil Gupta and to ask the Court to consider mercy and compassion when determining his sentence.

I have known Mr. Gupta since I was in the 7th grade and was approximately 12 years old. I came to know him through his daughter, who was my schoolmate and has been a very close friend of mine since those years. Because of that friendship, I became closely connected with her family, and over the years, Mr. Gupta became much more than the father of a friend to me. I have always looked upon him as an uncle and, in many ways, as a father figure in my life.

Growing up, Mr. Gupta was always a guiding light for me. He treated me with warmth and affection and was always willing to share his wisdom and advice. Some of my fondest memories are of him taking us out to eat, spending time with us, and making us feel like we were part of his family. His presence in my life was always reassuring, and I have carried many of the lessons and values he shared with me over the years.

Although I moved to Goa in 2020 to pursue my real estate business, I continued to travel to Delhi regularly for work. Despite living away from Delhi, I remained deeply connected to Mr. Gupta and his family. My relationship with them has never been limited to occasional visits; they have been an important part of my life for many years.

I have also seen firsthand how profoundly this situation has affected his family, particularly his daughter. I have been very close to her throughout this extremely difficult period, and I have witnessed the emotional toll that his absence has taken on her. There have been moments when the pain and hopelessness became so overwhelming for her that she struggled to see a way forward and came close to harming herself. Watching someone I have known and cared about since childhood go through such a devastating period has been incredibly difficult.

Through all of this, she has continued to hold on to the hope that her father will one day return home. His absence has left a tremendous void in her life, and I know how deeply she longs to have her father back with her.

I respectfully ask the Court to consider not only the circumstances of the case, but also the human beings who are waiting for Mr. Gupta at home: his mother, his wife, his children, and the family members who love him and depend upon him. His family has already endured an enormous amount of pain and uncertainty, and I sincerely hope the Court will take their suffering and the possibility of his return home into consideration.

I understand that the Court must consider many serious factors in reaching its decision, and I do not intend to diminish the importance of those considerations. I simply wish to share what I know personally: Mr. Gupta has been a caring, supportive, and influential presence in my life since I was a child. To me, he is not merely the father of a childhood friend. He is someone who helped guide me, treated me with affection, and made me feel like family.

I humbly ask Your Honor to show Mr. Gupta mercy and compassion in sentencing, keeping in mind the family waiting for him at home and the profound impact his continued absence has had on those who love him.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Shubham Aggarwal

**Pradeep Kala**
Email: [redacted]@gmail.com

20 July 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Judge Marrero,

With great respect and humility, I am submitting this letter on behalf of and in full support of Nikhil Gupta, and I respectfully ask that you consider its contents as you make your sentencing decision.

My name is Pradeep Kala. I hold a Master's degree in Computer Science and am currently employed with one of the largest multinational information technology corporations based in India. I am proud of the career I have built through years of dedication and hard work, and I share this background so that you may understand the kind of person who stands before you today in support of Nikhil Gupta.

I have been related to Nikhil Gupta for more than three decades and have known him personally and closely throughout that time. He is among the closest relatives I have, someone who has stood by me through the most difficult moments of my life without hesitation. He is a man of strong conviction, unwavering positivity, and genuine compassion. Those who know him well would describe him as someone upon whom one can truly rely in times of need, and I count myself fortunate to be one of those people.

Nikhil Gupta comes from a humble background marked by considerable struggle and hardship. Yet rather than allowing those circumstances to define or defeat him, he met every challenge with grit, determination, and an extraordinary work ethic. Through his own efforts, he built a life of dignity and respect, not only for himself but for his family. I have had the privilege of watching him be a devoted and loving son to his elderly mother, a responsible and caring father

to his children, and a committed and loving husband. These are not small things. They speak to the very core of who he is as a human being.

Whenever I have faced difficult moments in my own life, Nikhil has been the first person I have reached out to, and he has never once let me down. The values I observed in him, hard work, resilience, and a positive outlook in the face of adversity, have genuinely shaped the person I have become. I owe much of my own strength of character to the example he has set.

One moment stands out above all others. During the peak of Covid, when my family and I fell ill and my mother's condition became critical, it was Nikhil who stepped in without hesitation. Every day for a week, he personally visited my home with medical personnel and supplies, without any regard for his own safety. I later learned he had done the same for many others in our community. He was nothing less than an angel to all of us during that terrifying time.

I am aware that Nikhil has pleaded guilty to the charge brought before this Court. I will not minimize the seriousness of what has occurred, nor do I offer any excuse for his conduct. What I can tell you, Your Honor, is that the man I know has reflected deeply on his actions and carries with him a profound sense of remorse and personal responsibility. He understands the gravity of what he has done and is sincerely committed to making things right.

I humbly ask, Your Honor, that you extend mercy and leniency in your sentencing of Nikhil Gupta. He is not only a husband and a son; he is the father of young children and the primary source of support for his elderly mother, and they depend on him deeply. A severe sentence would not only affect Nikhil Gupta but would cast a long and difficult shadow over innocent lives: children who need their father present, and an aging mother who relies on him for her daily care and wellbeing. I genuinely believe that with the opportunity to remain present in his family's life, Nikhil will continue on a path of growth, responsibility, and positive contribution to those around him.

Thank you sincerely, Your Honor, for taking the time to read this letter and for giving it your thoughtful consideration. It is my deepest hope that you will see in Nikhil what I have always seen: a good man who has made a grave mistake, who accepts full responsibility for it, and who has so much more good left to give to his family and to the world.

Respectfully submitted,

Pradeep Kala, Brother-in-law

**Anchal Gupta**
[redacted] Bengaluru, Karnataka, [redacted]
Email: [redacted]@gmail.com

25th July 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

My name is Anchal Gupta, and I work as a Regulatory Affairs Specialist at Hindustan Unilever Limited. I am writing this letter in support of my maternal uncle, Mr. Nikhil Gupta, and to respectfully share my personal experiences with him in the hope that they may provide some insight into the person I have known throughout my life.

Growing up in India, summer vacations were the highlight of every year because our entire family would gather at our grandmother's home. Those weeks are among my happiest childhood memories, and my uncle played a significant role in creating them. Whether it was taking us on long drives, treating us to ice cream, spending time at the park, or simply sitting together watching movies, he always made sure every child felt loved and included. Family has always been at the center of his life, and his warmth, generosity, and constant presence made him everyone's favorite uncle.

One quality I have always admired most is the relationship he shared with his children. He was not only a loving father but also someone they trusted completely, someone they could turn to without fear or hesitation. Witnessing that bond inspired me, and as I became a parent myself, I hoped to provide my own daughter with the same love, trust, and sense of security that he gave his children.

As a child, my mother often told us stories about his courage and strength of character. I truly understood those qualities during one of the most difficult periods of my own life. During the COVID-19 pandemic, I was [redacted] just two weeks before my wedding. I was frightened, physically weak, and emotionally devastated. At a time when most people were understandably afraid to leave their homes, my uncle visited me regularly. He sat with me, encouraged me, and gave me the strength to believe that I would recover and move forward. His presence gave me hope when I needed it the most. I will never forget the compassion and unwavering support he showed me during those difficult days.

To me, he has always been a man of kindness, courage, and deep compassion. While I understand that the Court must consider the seriousness of the matter before it, I wanted to share the side of him that I have known all my life, a devoted family man who has touched the lives of those around him through his love, support, and generosity.

Today, I tell my own daughter stories about her great-uncle, just as my mother once told me stories about him. I sincerely hope that one day she will have the opportunity to know him personally and experience the same kindness and love that I have always known.

Your Honor, I respectfully request that you consider these personal qualities and his positive impact on our family when determining his sentence. Our family loves him deeply, misses him greatly, and hopes for the opportunity to have him home again.

Thank you for taking the time to read my letter and for considering my sincere request.

Respectfully,

Anchal Gupta

**Kartik Gupta**
[redacted] New Delhi [redacted]
Email: [redacted]@gmail.com

26th July 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Judge Marrero,

My name is Kartik Gupta. I am 28 years old, a graduate of the University of Delhi, and for the past six years I have worked as an Actuarial Consultant for one of the largest British insurers. I am writing on behalf of my maternal uncle, Mr. Nikhil Gupta.

I know that before this Court stands a man whose actions have brought him here. I am not writing to comment on the facts of this case or to ask that they be overlooked. I am simply writing because I have known him my entire life, and I hope to share the parts of him that no courtroom, no case file, and no collection of evidence could ever fully capture.

Growing up, my summer vacations were incomplete without visiting my maternal grandmother's house, because that meant spending time with my uncle. Even now, one of the clearest memories I have of him is how he would always make sure I ate properly. It sounds insignificant, but to me it never was. He would sit beside me, persuade me, joke with me, scold me but he refused to let me leave the table hungry. Looking back, I realize it was never really about the food. It was simply how he loved people. He cared in the smallest moments.

As a child, like most children, I was terrified of ghosts. I imagined monsters in every dark corner of the terrace of his house. Everyone else would tell me to get over it. My uncle was different. He said, "If there's really a ghost, let's go meet him together."

I don't remember whether I stopped believing in ghosts after this, but I remember never feeling alone again in the dark. He used to tell me to look fear in the eye and face it with courage. It sounds like a childhood memory, but it stayed with me. Even now whenever life becomes difficult, I find myself remembering those conversations.

That lesson has shaped me far beyond childhood.

He also taught me something I believe many boys never get the chance to learn, what it means to be a man.

To him, strength was never loud. It was never about intimidation. It was about protection.

Growing up, I often heard family members speak about the times he entered burning buildings to help complete strangers. Someone who would stand up to bullies when others looked away. Someone who fought for people who could not fight for themselves.

But what always amazed me was that the same man who could be fearless in dangerous situations became incredibly gentle the moment he came home.

He was openly affectionate with his children. He hugged them, laughed with them, played with them, and never felt the need to hide his emotions. He loved his family without reservation. Watching him growing up taught me that real strength is not measured by how hard a man can be, but by how safely the people around him feel because he is there.

He taught me how to love and his is the example I have carried into my own life.

Even when he was busy, he always found time for the people who needed him. It did not matter if he only had ten minutes to spare, he would make those ten minutes count. His family always came first.

When my mother and aunt were seriously injured in an accident, he immediately left everything to be by their side until they recovered. No matter how busy he was, if family needed him, he made time. I have never forgotten that.

Sometimes, when I listen to my mother speak about him and the childhood they shared, I understand why she loves her brother so deeply. The values she passed on to me were shaped by the relationship they had growing up. In many ways, the person who helped shape my mother also helped shape me.

As children, whenever we came up with ridiculous ideas, most adults would stop us before we even began. My uncle was different. He would smile and tell us to go ahead. He would say, "It's okay. I'll be there."

And he always was.

He encouraged curiosity instead of fear. Confidence instead of hesitation. Even when our ideas were impractical or completely absurd, he believed that children should learn by trying, knowing he would be there if we stumbled.

Looking back, I realize those moments taught me something far greater than courage. They taught me what unconditional support feels like.

To this day, I still aspire to be the kind of man he showed me.

Brave enough to stand in front of danger.

Gentle enough to comfort those who are hurting.

Strong enough to protect others.

Soft enough to never make kindness feel like weakness.

I was recently married, one of the happiest days of my life. Like every wedding, it was filled with laughter, celebration. But there was one person whose absence was felt in every photograph, my uncle.

I know him well enough to know exactly how he would have been that day. He would have been the loudest person in the room, making everyone laugh, embracing every relative he met, and, without a doubt, crying like a baby, just as he did at my sister's wedding. That is who he is. He loves deeply. It breaks my heart that he could not be there to celebrate one of the biggest milestones of my life, because I know he would have loved every single moment of it. I still hope that one day he will be there for the many milestones that our family has yet to celebrate.

Over the past three years, I have watched my maternal grandmother, my aunt, my mother and my brother and sister wait for his return. Their resilience is remarkable, but it comes from the strength he instilled in our family. Even now, every rare opportunity we get to speak, before he asks about himself, he asks about home. About my maternal grandmother. About my mother. About his children. Even now, his instinct is still to make sure everyone else is okay.

Everything I have become, a husband, a professional, and the man I strive to be, has been shaped by many people. My uncle is one of them. That is why I cannot let this Court know him only through the worst chapter of his life when I have been fortunate enough to witness so many of his best.

No person is defined entirely by their best moments, just as no person should be defined entirely by their worst.

I have seen the weight this experience has placed on him. I have seen a man who understands the seriousness of where he stands today and who carries genuine remorse. I believe that remorse matters, not because it erases what has happened, but because it determines who someone chooses to become afterward.

I believe people are capable of change.

I believe second chances exist for a reason.

And I believe my uncle will emerge from this experience a better man than the one who entered it.

I understand that this Court must sentence my uncle for the actions that brought him here, and nothing I have written is meant to diminish the seriousness of these proceedings. My only hope is that, in deciding what comes next, the Court also has the opportunity to see the man beyond this chapter of his life.

I respectfully ask the Court to extend whatever leniency it believes is appropriate. Not because my uncle is beyond accountability, but because I believe he has the capacity to continue rebuilding his life and return home as a better husband, father, son, brother, uncle, and member of society.

Thank you, Your Honor, for taking the time to read my letter and for allowing me to share my perspective. Whatever decision the Court reaches, I will forever remain grateful that you took the time to know a little more about the man our family has always known.

Respectfully,

Gupta

Kartik Gupta

**Tarun Gupta**
[redacted] New Delhi [redacted]
Email: [redacted]@yahoo.in

16th September 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

I, Tarun Gupta, son of Mr. Mohan Lal Gupta and a resident of Kidwai Nagar East, am currently working as an Administrative Officer (Judicial) in the Delhi High Court, a Class-I Gazetted Officer position.

I would like to say a few words about my brother-in-law, Mr. Nikhil Gupta, son of Mr. Jawahar Lal Gupta.

I have known Nikhil since 1993. From 1993 to 2023, we have shared a long journey as a family. Like every family relationship, this journey has included many good experiences as well as some difficult ones.

When I married his sister in 1997, Nikhil was quite young. He was good-natured and always ready to help others. After the death of his father, he began working at a young age alongside his mother, Mrs. Madhu Gupta. As a result, he became hardworking, capable, responsible and courageous from an early age.

Nikhil has stood by us during some of the most difficult periods of our lives. His support was not limited to words or emotional reassurance. Whenever our family faced financial hardship, he came forward and helped us financially as well. He supported us without ever making us feel burdened or embarrassed and did whatever he could according to his means. At times when we

were uncertain about how we would manage, his help provided us with much-needed stability and relief.

He has many good qualities, although, like every human being, he also has certain shortcomings. He has always been independent-minded and did not always listen to others. Our relationship was such that we did not interfere excessively in his life by constantly asking him where he was going or what he was doing.

One of his biggest weaknesses was that he was rarely punctual. He was usually late and, at most family functions, he would often be the last person to arrive.

However, there was one very important occasion in our lives when he attended every function and arrived on time, my daughter's wedding. He was never late for any of the ceremonies and was present whenever he was needed.

My daughter was unwell at the time, and the COVID-19 pandemic was also ongoing. Despite being unwell himself, Nikhil came to see her every day to give her support and love when she needed it most. He would take his medicines and still make the effort to be there for her and for our family. That is something I have never forgotten, and it reflects the kind of courage and concern for family that I have seen in him over the years.

On another occasion, when my late sister was seriously ill, he donated blood to her even though several relatives who were much closer to her had refused to do so. Nikhil stepped forward and helped her when she needed it most.

It would not be truthful to say that we never had disagreements. We have had several arguments over the years. In any family, personalities and viewpoints do not always match. But those disagreements were never serious enough to make me question the kind of person Nikhil is.

I have known him for more than three decades, and an argument or a difficult phase cannot erase everything I have seen in him during all these years. I have seen him stand by his family, help people when they needed him, support us financially during difficult times, and come forward when others sometimes could not. Whatever differences we may have had, I never stopped believing that there was goodness in him.

He has always cared deeply for his family. He treated his own children, his sister's children and the other children in our family with the same affection and concern.

For our family, Nikhil remains one of the strongest men we know. I have seen that strength not only in the way he has faced difficult situations himself, but also in the way he has stood beside others during theirs.

Over a lifetime, people can make mistakes and go through difficult phases. I believe that a person should not be defined forever by the most difficult moments of his life. There should always be room for reflection, change and redemption. After knowing Nikhil for more than three decades, I sincerely believe that he should have the opportunity to move forward, rebuild his life and continue being there for the people who depend upon him.

His family needs him. His children, wife, mother and sisters are all waiting for him. He still has responsibilities towards them that he needs the opportunity to fulfil. His presence is important not only emotionally, but also for the stability, guidance and support of his family.

I understand and respect that the decision before the Court is a serious one and rests entirely with the Court. I can only share the Nikhil Gupta whom I have personally known for more than thirty years. I have seen his courage, his generosity, the financial and emotional support he has given our family, and the way he has stood by people in their difficult times.

I therefore respectfully request that the Court consider these aspects of his character, his family circumstances, and the people who continue to depend upon him when considering his case.

Time passes like sand slipping through one's fingers, and once lost, it cannot be brought back. I sincerely hope that Nikhil is given an opportunity to return to his family, fulfil his responsibilities, and move forward in his life with a renewed sense of purpose.

Respectfully,

Tarun Gupta

**Anil Kumar**
[redacted] Gurugram

12 May 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

My name is Anil Kumar, and I had the opportunity to work with Mr. Nikhil Gupta for a considerable period of time. I wanted to write a few words about him based purely on the person I came to know during the years we worked together.

Technically, Nikhil was my senior and my boss, but our relationship never really felt that way. He always treated me with respect, listened to what I had to say, and never made me feel that my position was smaller than his. With time, our professional relationship naturally developed into a friendship, and I began looking up to him not only as a senior but also as someone I could approach whenever I needed advice.

There was a stage in my career when I was confused about what direction I should take and whether I was capable of taking on greater responsibilities. I remember discussing it with Nikhil. Instead of simply telling me what to do, he helped me understand where my strengths were and what I needed to improve. He encouraged me to think about where I wanted to be a few years down the line rather than only worrying about my situation at that moment. His advice came at the right time in my life, and it genuinely helped me grow professionally. Even afterwards, he continued to check on my progress and encourage me.

What made Nikhil different for me was that his concern did not end when office hours ended. If we were working late, he would always ask whether I had eaten and would offer or arrange food. He invited me to his family functions and made me feel welcome around his family.

These may appear to be ordinary gestures, but when someone consistently does these things over the years, you understand that the warmth is genuine.

I have worked with many people in my professional life, but very few professional relationships become personal ones. With Nikhil, I never felt that I was simply an employee working under him. I found a mentor and, more importantly, a friend who wanted to see me do well in life.

I understand that the matter before the Honorable Court is serious, and I respect the legal process and the decisions of the Court. I can only speak about the Nikhil Gupta I personally know, a man who treated me with dignity, helped me grow, welcomed me into his family, and stood by me as a friend.

I respectfully request the Honorable Court to consider this side of his character and, if considered appropriate, show leniency while determining his sentence. I know how important Nikhil is to his family and how deeply they need him. I sincerely hope that he is given an opportunity to return to them, rebuild his life, and use this opportunity to move forward in a positive and responsible manner.

With respect and sincerity,

Anil Kumar

**Ashutosh Verma**
[redacted] Delhi [redacted]
Email: [redacted]@gmail.com

23 July 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Judge Marrero,

I write this letter with humility and respect for the judicial process, recognizing that sentencing is among the most difficult responsibilities entrusted to a court. My intention is neither to comment on the legal issues before the Court nor to diminish the seriousness of the conduct that has led to these proceedings. I simply wish to share my personal experience of the individual I have known for many years.

My name is Ashutosh Verma. I am an entrepreneur based in India and have spent a significant part of my professional life building businesses across financial services and technology. Over the years, I came to know Mr. Nikhil Gupta personally and professionally, and those interactions allowed me to form an independent opinion of his character.

What consistently impressed me about Nikhil was not any single achievement, but his ability to build enduring relationships founded on trust. In business, a person's reputation is earned over many years and can be lost in a single moment. Throughout the period that I knew him, he conducted himself as someone who valued his word, honored commitments, and treated people with dignity irrespective of their position or background.

Outside of business, I always knew him to be deeply devoted to his family. Whether conversations began with work or other matters, they invariably reflected the importance he placed on his responsibilities as a husband, father, son, and provider. Those responsibilities were clearly central to the way he viewed his life.

The circumstances that have brought him before this Court are undeniably serious and have had far-reaching consequences for everyone involved. I fully appreciate that accountability is an essential part of the administration of justice, and nothing in this letter is intended to excuse or minimize the conduct that has resulted in these proceedings.

However, I also believe that a person's life should be viewed in its entirety. Based on the years during which I knew Nikhil, I believe this case represents a tragic departure from the character that I personally observed. The individual I came to know was hardworking, respectful, dependable, and committed to those around him.

I also believe that he has the personal qualities and family support necessary to rebuild his life after these proceedings conclude. He has a close-knit family, a strong support system, and many people who continue to believe that he is capable of making a positive contribution to society in the future. I count myself among those individuals.

Every person should ultimately be judged not only by the worst chapter of his life, but by the totality of his character and his capacity to rebuild. While the Court must, of course, determine an appropriate sentence in accordance with the law, I respectfully hope that these broader considerations may also be taken into account.

Thank you, Your Honor, for taking the time to consider my perspective and for the care with which you approach this important responsibility.

Respectfully submitted,

Ashutosh Verma

**Surender Kumar**

[redacted] **New Delhi, India** [redacted]

[redacted]**@gmail.com**

20th July, 2026

Hon. Victor Marrero

United States District Judge

United States Courthouse

500 Pearl Street

New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Surender Kumar. I worked as a gardener at Mr. Nikhil Gupta's house.

I am not a highly educated man, but I wanted to write about what Mr. Gupta did for me because I believe the Court should know the kind of person I came to know.

While working at his house, I was always treated with respect. His whole family behaved kindly towards me. They would ask me to have food before leaving and never made me feel that I was just a worker.

One day while working, I accidentally cut my hand badly. Mr. Gupta and his family immediately became concerned and made sure I received proper treatment. That itself meant a lot to me.

But the biggest thing he ever did for me was thinking about my children's future.

He asked me where my sons studied. When I explained that I could not afford better schools, he told me that every child deserves a good education. Without my asking, he offered to pay my sons' school fees.

As a father, I cannot explain what that meant to me. He did not just help me financially—he gave my children opportunities that I could never have provided on my own.

I respectfully pray that this Hon'ble Court may consider the kindness and humanity Mr. Gupta has shown to ordinary people like me while deciding his sentence.

Whatever decision the Court considers just, I only request that mercy also find a place in that decision.

Respectfully submitted,

Surender Kumar

# Manoj Sahani

[redacted] New Delhi-[redacted]


16th July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Manoj Sahani, and I work as a POP contractor. I first came to know Mr. Nikhil Gupta through my brother, who had undertaken contract work at his residence. On one occasion, I visited his house to carry out POP work.

While I was working on a ladder, I lost my balance after twisting my ankle and fell. I was in severe pain and unable to stand. Before anyone else could arrange help, Mr. Gupta personally took me to the hospital in his own car. He stayed with me until my treatment was completed and insisted on paying the expenses for my plaster.

The doctors advised me not to work for nearly two months. For someone who earns on a daily basis, that meant there was no income coming into the house. My greatest worry was not for myself, it was for my children. I feared I would have to stop their education because I could no longer afford their school expenses.

When Mr. Gupta came to know about my situation, he quietly offered to help. He paid my children's school fees and arranged for their books during the period I was unable to work. He never made me feel like I owed him anything.

Many people would have helped with the hospital visit and considered their responsibility over. Mr. Gupta thought beyond that. He understood what an injury meant for a labourer and what it could mean for a family.

I know that this Hon'ble Court must decide this matter according to law. I only request that, while doing so, the Court may also consider the generosity and humanity Mr. Gupta has shown to people like me.

Respectfully submitted,

मनोज साहनी

Manoj Sahani

माननीय महोदय,

मेरा नाम मनोज साहनी है। मैं पीओपी का काम करता हूँ। मेरी पहचान श्री निखिल गुप्ता जी से मेरे भाई के माध्यम से हुई, जो उनके यहाँ ठेकेदार के रूप में काम करते थे।

एक बार मैं श्री गुप्ता जी के घर पीओपी का काम करने गया था। काम करते समय मेरा पैर मुड़ गया और मैं सीढ़ी से नीचे गिर गया। मुझे काफी चोट आई थी और मैं ठीक से चल भी नहीं पा रहा था।

उस समय श्री गुप्ता जी ने तुरंत मेरी मदद की। उन्होंने स्वयं मुझे अपनी गाड़ी से अस्पताल पहुँचाया और मेरे इलाज तथा प्लास्टर का पूरा खर्चा उठाया। डॉक्टर ने मुझे कुछ समय काम करने से मना किया। लगभग दो महीने तक मैं काम नहीं कर पाया। मेरे जैसे व्यक्ति के लिए काम रुक जाना बहुत बड़ी परेशानी होती है। क्योंकि परिवार की जरूरते रोज की कमाई से चलती है। उस समय मेरी सबसे बड़ी चिंता अपने बच्चों की पढ़ाई को लेकर थी। मुझे डर था की अधिक परेशानी के कारण उनकी शिक्षा रुक न जाए। जब श्री गुप्ता जी को मेरी स्थिति के बारे में पता चला तो उन्होंने मदद की। उन्होंने मेरे बच्चों की स्कूल फीस और किताबों का खर्चा उठाया ताकि उनकी पढ़ाई जारी रह सके। मेरे लिए यह केवल आर्थिक सहायता नहीं थी, बल्कि एक परिवार के प्रति दिखाई गई संवेदना थी।

माननीय महोदय, मैं कानून और न्यायालय के निर्णय का सम्मान करता हूँ। केवल अपने अनुभव के आधार पर यह निवेदन करना चाहता हूँ कि श्री गुप्ता जी ने मेरे जैसे साधारण व्यक्ति की कठिन परिस्थिति में साथ दिया। मैं आपसे निवेदन करता हूँ कि उनके इस मानवीय पक्ष को ध्यान में रखते हुए उनके प्रति उचित नरमी बरतने पर विचार किया जाए।

धन्यवाद।

मनोज साहनी

मनोज साहनी।

**JABIR ANSARI**

[redacted] **NEW DELHI,**
**INDIA-**[redacted]

26th July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero:

I, Jabir Ansari, resident of Mahipalpur, New Delhi, respectfully submit this statement in support of Mr. Nikhil Gupta.

I am a painter by profession. I have worked at Mr. Nikhil Gupta's house for painting work on several occasions. Every year before Diwali, he would call me to paint his house. Through this work, I came to know him well.

In all the years that I have known him, I have always found him to be a kind, respectful, and helpful person. He treated me with dignity and always spoke to me politely. He never made me feel like I was just a worker.

Every year during Eid, when I used to visit my village to celebrate the festival with my family, Mr. Nikhil Gupta would give me some money to help with my travel and family expenses.This was never something I asked for. He did it out of kindness and concern for me and my family.

In November 2020, my mother completely lost her eyesight due to cataracts. It was a very difficult time for my family because we did not have enough money for her treatment and surgery. When Mr. Nikhil Gupta came to know about our situation, he immediately helped me financially. Because of his support, we were able to arrange my mother's cataract operation. I will always be grateful for the help he gave us during that difficult period.

Based on my personal experience, I have always known Mr. Nikhil Gupta to be a caring, generous, and compassionate person who is always willing to help people in need. He has supported me not only by giving me work regularly but also by standing with me during one of the hardest times in my life.

I sincerely pray and hope that Mr. Nikhil Gupta is able to come back to his family as soon as possible. I respectfully request this Hon'ble Court to kindly consider my statement, as it is based entirely on my personal experience with him.

Respectfully submitted,

Jabir Ansari

जाबिर असारी
[redacted] नई दिल्ली,
26-07-2026

माननीय न्यायाधीश महोदय,

मैं जाबिर निवासी महिपालपुर, नई दिल्ली, श्री निखिल गुप्ता जी के समर्थन में यह पत्र अत्यंत सम्मानपूर्वक प्रस्तुत करता हूँ। मैं पेशे से पेन्टर हूँ मैंने कई अवसरों पर श्री निखिल गुप्ता जी के घर पेंटिंग का काम किया है। हर वर्ष दिवाली से पहले वे मुझे अपने घर की पेंटिंग के लिये बुलाते थे इस काम के माध्यम से मुझे करीब से जानने का अवसर मिला।

जितने वर्षों से उन्हें जानता हूँ मैंने हमेशा उन्हें एक दयालु सम्मान देने वाले और मददगार व्यक्ति के रूप में पाया है। उन्होंने हमेशा मेरे साथ सम्मान से व्यवहार किया और मुझसे विनम्रता से बात की उन्होंने मुझे कभी ऐसा महसूस नहीं कराया कि मैं केवल एक काम काम करने वाला व्यक्ति हूँ हर वर्ष जब मैं ईद मनाने के लिये अपने परिवार के साथ अपने गांव जाता हूँ तो श्री निखिल गुप्ता जी मुझे यात्रा और परिवार के खर्चों में सहायता के लिए कुछ पैसे देते थे यह ऐसी चीज नहीं थी जो मैंने कभी उनसे माँगी हो वे अपनी इच्छा से मेरे और मेरे परिवार के प्रति अपनी चिंता और अपनापन दिखाने के लिये करते थे नवम्बर 2020 में मेरी माता जी की मोतियाबिन्द (कैटरैक्ट) के कारण आँखों की रोशनी पूरी तरह चली गई थी वह समय मेरे परिवार के लिए बहुत कठिन था क्योंकि हमारे पास उनके इलाज और आपरेशन के लिये पर्याप्त पैसे नहीं थे जब श्री निखिल गुप्ता जी को हमारी परिस्थिति के बारे में पता चला, तो उन्होंने तुरन्त मेरी आर्थिक सहायता की उनकी मदद के कारण हमें मेरी माता जी का मोतियाबिन्द का आपरेशन करवा सके उस कठिन समय में उन्होंने जो सहायता की उसके लिये मैं हमेशा उनका आभारी रहूँगा।

अपने व्यक्तिगत अनुभव के आधार पर मैंने हमेशा श्री निखिल गुप्ता जी को संवेदनशील उदार और दयालु व्यक्ति के रूप में जाना है जो जरूरतमन्द लोगों की सहायता करने के लिये हमेशा तैयार रहते हैं। उन्होंने न केवल मुझे नियमित रूप से काम देकर मेरा सहयोग किया बल्कि मेरे जीवन के सबसे कठिन समय में भी साथ दिया।

मैं ईश्वर से प्रार्थना करता हूँ और आशा करता कि श्री निखिल गुप्ता जी जल्द से जल्द अपने परिवार के पास वापस आ सकें।

मैं माननीय न्यायालय से विनम्र निवेदन करता हूँ कि मेरे इस वक्तव्य पर कृपया विचार किया जाये क्योंकि यह पूरी तरह से मेरे व्यक्तिगत अनुभव और उनके साथ मेरे संबन्धों पर आधारित है।

सादर प्रस्तुत
जाबिर अंसारी
मो॰ जाबिर

**PRADEEP PRAJAPATI**
[redacted] **New Delhi, India** [redacted]
[redacted]**@gmail.com**

29th August, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289(VM)

Dear Judge Marrero,

My name is Pradeep Prajapati, and I work as a carpenter. I have known Mr. Gupta for approximately eleven years. I first came to know him when I was engaged to make a show rack at his residence. What began as a work assignment eventually became a long-standing association with Mr. Gupta and his family.

Over the years, I have always been treated with warmth and respect by the entire family. Mr. Gupta has also helped me in ways that I have personally valued. On several occasions, he gave clothes for me and my children. My children were especially happy to receive them, and these gestures meant a great deal to me because of my financial circumstances.

As a carpenter, I earn my livelihood through daily work, and there have been times when it has been difficult for me to meet all the needs of my family. I was not always in a position to purchase everything that my children needed. The help and generosity shown by Mr. Gupta therefore brought genuine happiness to my family, and I remain grateful to him for it.During the eleven years that I have known him, I have personally experienced his kindness and generosity. I have always found him to be considerate towards people who work for him and those around him.

I respectfully request the Hon. Court to take my personal experience and the circumstances described above into consideration while considering the matter concerning Mr. Gupta. I sincerely hope that he may be able to return to his family.

I am grateful to the Hon'ble Judge for taking the time to read my letter and consider my experience.

Respectfully Submitted,

Pradeep Prajapati

**ARVIND CHAUHAN**
[redacted] NEW DELHI [redacted]
[redacted]@gmail.com

23rd July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear judge Marrero,

My name is Arvind Chauhan, and I am a resident of Masoodpur, New Delhi. I am presently working as an independent carpenter.

Several years ago, I came to know Mr. Nikhil Gupta while I was employed as a gardener at his residence. I worked there for approximately three years. During that time, I found Mr. Gupta and his entire family to be extremely kind, respectful, and caring towards me. His children were very young then, and they treated me like a member of the household. I would often spend time playing with them, and I always felt valued and respected.

During my employment, Mr. Gupta noticed that I was facing financial difficulties. He also recognized my interest and natural ability in carpentry. Instead of merely offering financial assistance, he encouraged me to pursue carpentry as a profession. He introduced me to an experienced carpenter, Mr. Dinanath, under whom I received proper training and learned the trade.Today, I work independently as a carpenter and am able to earn a respectable livelihood for myself and my family. The stability and dignity that I enjoy today are largely because of the guidance, encouragement, and opportunity that Mr. Gupta provided me at a time when I needed it the most. In my opinion, the greatest form of help is not simply giving someone money, but empowering them with the skills and opportunity to become self-reliant. Mr. Gupta did exactly that for me. He changed the direction of my life by helping me build a career through honest work.

I have always known Mr. Nikhil Gupta to be a compassionate, generous, and upright person who genuinely cares about the welfare of others. I respectfully submit this letter before the

Hon'ble Court to share my personal experience and to express my sincere support for his character. Thank you.

Yours faithfully,

Arvind Chauhan

**Arvind Chauhan**

Sushil Kumar

[redacted] New Delhi, India [redacted]

01st August, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Sushil Kumar. I work as a security guard. I do not know much about legal matters, but I know what kind of person Mr. Nikhil Gupta has been to people like us.

Many years ago, on a winter night, a car stopped near our duty point. Mr. Gupta got out carrying blankets and warm jackets. He handed them to me and to the other guards working there.

I thought it was just for that one night.But the next winter he came again.And then again the year after that.It became something we waited for every winter because we knew someone remembered us.

For the last two or three years he stopped coming. Later, his son told me that he had gone to the United States. We security guards spend long nights standing outside while most people pass by without even looking at us. Mr. Gupta never treated us like invisible people. He greeted us with respect, asked how we were doing, and made sure we had something warm during the coldest nights.

I cannot speak about anything except what I have personally experienced. To me, he has always been a good man.

Your Honour, I respectfully request that while deciding his sentence, you may also think about the many ordinary people whose lives he quietly touched. I sincerely hope he will be able to return to his family and continue doing the good that I have personally witnessed.

Respectfully submitted,

सुशील कुमार

Sushil Kumar

सुशील कुमार
[redacted] नई दिल्ली
भारत - [redacted]

01/08/2026

माननीय महोदय

मेरा नाम सुशील कुमार है और मै सिक्योरिटी गार्ड का काम करता हूँ। मैं ज्यादा कानूनी बाते नहीं जानता, लेकिन मै निखिल गुप्ता जी के बारे मे जरूर बता सकता हूँ। जिन्हे मैने अपनी आँखो से देखा है।

कई साल पहले सर्दियो की ठंडी रात की हम लोग रात मे ड्यूटी कर रहे थे। तभी एक गाडी आकर रूकी और उसमे से श्री निखिल गुप्ता जी बाहर आए वे अपने साथ कंबल और गर्म जैकेट लेकर आए थे। मुझे और वहाँ मौजूद बाकी गार्डो को गर्म कपडे दिए। मुझे लगा कि शायद यह सिर्फ एक बार की मदद होगी लेकिन अगली सर्दियो मे वे फिर आए। और उसके बाद भी कई बार आए। हम जैसे गार्ड जो पूरी रात ठंड मे खडे रहते है। हमारे बारे मे बहुत कम लोग सोचते है। लेकिन श्री निखिल गुप्ता जी हमेशा हमे सम्मान देते थे और हमारी जरूरतो को समझते थे। पिछले कुछ वर्षो से वे नहीं आए। बाद मे उनके बेटे से पता चला कि वे अमेरिका मे है।

माननीय महोदय, मै केवल वही कह सकता हूँ जो मैने स्वयं अनुभव किया है। मेरे लिए वे हमेशा एक अच्छे और मददगार इंसान रहे हैं। मै हाथ जोड़कर निवेदन करता हूँ कि उनके द्वारा किए गए अच्छे कार्यों और ~~काम~~ आम लोगों के प्रति उनके व्यवहार को भी ध्यान में रखा जाए। मेरी दिल से इच्छा है कि वे जल्द अपने परिवार के पास वापस आ सके।

धन्यवाद

सुशील कुमार

सुशील कुमार

**SUBASH CHAND**
[redacted]New Delhi-[redacted]

21st July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Subash, and I work at a medical store in South Delhi.

I came to know Mr. Nikhil Gupta because he regularly visited our pharmacy. During the COVID-19 pandemic, I noticed that he frequently purchased medicines, masks, sanitizers, and other medical supplies in unusually large quantities.

Out of curiosity, I once asked him why he was buying so much. He explained that he was distributing these items among people who could not afford them.

As our acquaintance grew, I often offered him discounts from the store whenever possible.

One day, he made a request that surprised me. He asked me to maintain an account in his name. He told me that if genuinely needy people came to the pharmacy but could not afford essential medicines, I should provide the medicines to them and note the amount against his account. He assured me that he would pay the bills later.

Over time, several such transactions took place, and each time Mr. Gupta cleared the outstanding amount without hesitation.

From where I stood behind the pharmacy counter, I witnessed many people receive medicines because of his generosity. These are not stories I heard from others— they are events I personally observed.

I understand that sentencing is entirely within the discretion of this Hon'ble Court. I simply wish to request that Mr. Gupta's compassion and willingness to help those in need may also be taken into consideration.

Respectfully Submitted,

Subhash chand

Subash Chand

सुभाष चन्द
[redacted]
नई दिल्ली [redacted]

२१-जुलाई २०२६

माननीय महोदय,

मेरा नाम सुभाष है और मैं दक्षिण दिल्ली में एक मेडिकल स्टोर पे काम करता हूँ मेरी पहचान श्री निखिल गुप्ता जी से हमारे मेडिकल स्टोर के माध्यम से हुई। वे हमारे यहाँ दवाइयाँ और अन्य मेडिकल सामान लेने आते थे।

कोविड महामारी के समय मैंने देखा कि वे बडी मात्रा मे मास्क, दवाइयाँ और अन्य आवश्यक सामान खरीदते थे। बाद मे मुझे पता चला कि वे यह सामान जरूरतमंद लोगो तक पहुँचाने के लिए ले जाते थे।

हमारी पहचान बढने के बाद मैं उन्हे अपनी ओर से कुछ छूट भी दिया करता था।

एक बार उन्होंने मुझसे कहा कि अगर कोई ऐसा व्यक्ति आए जिसके पास जरूरी दवाइँया खरीदने के पैसे न हो, तो मैं उसे दवा दे दूँ और उसका हिसाब उनके नाम पर लिख दूँ। उन्होंने कहा कि बाद में वे उसका भुगतान कर देंगे।

मैंने देखा कि उन्होंने अपनी कही हुई बात हमेशा पूरी की।
मैंने अपनी नौकरी के दौरान बहुत से लोगो को आते-जाते देखा है, लेकिन श्री गुप्ता जी का जरूरतमंद लोगो के प्रति व्यवहार अलग था।

मैं न्यायालय से निवेदन करता हूँ कि उनके इस माननीय व्यवहार और दूसरो की सहायता करने की भावना को भी ध्यान मे रखा जाए।

धन्यवाद।

सुभाष चन्द
सुभाष चन्द।

AJAY BISARIYA

New Delhi, India - [redacted]

[redacted]@gmail.com

25th July, 2026

Hon. Victor Marrero

United States District Judge

United States Courthouse

500 Pearl Street

New York, N.Y. 10007

Re: United States v. Nikhil Gupta

23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Ajay Bisariya, and I am writing to share my personal experience with Mr. Nikhil Gupta.

Several years ago, I first met him near Rangpuri during the winter season. He was distributing blankets and warm jackets to people sleeping on the streets. I joined him as a volunteer because I admired the sincerity with which he carried out this work.

As time passed, we developed a friendship. Working alongside him gave me the opportunity to observe his character closely. He never looked for appreciation or publicity. For him, helping others seemed to be a natural responsibility rather than an occasional act of charity.

During the COVID-19 pandemic, my own family faced serious difficulties obtaining medicines because of shortages. Two of my family members urgently needed medication, and Mr. Gupta personally helped arrange those medicines when they were otherwise unavailable. I have never forgotten that act of kindness.

The reason I am writing is not because of one isolated incident. Rather, it is because I have consistently witnessed a pattern of generosity, empathy, and concern for people in need.

I fully understand that the responsibility before this Hon'ble Court is significant. I respectfully request that while determining an appropriate sentence, the Court may also consider the many quiet acts of kindness Mr. Gupta has extended to people like me and my family.

Thank you for considering my submission.

Respectfully submitted,

AJAY BISARIYA

**Devinder Tanwar**

[redacted] **New Delhi, India** [redacted]

16th June, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is **Devinder Tanwar**.

I first met Mr. Nikhil Gupta through my friend, Mr. Ajay Bisariya. At that time, he was simply someone I had been introduced to. Over time, I came to know him through his actions.

My family went through difficult periods when even basic necessities became hard to manage. During those times, Mr. Gupta helped us by providing warm blankets in winter and arranging medicines whenever they were needed.

What impressed me was not only the help itself but the manner in which it was given. He never made us feel that we were receiving charity. He spoke with kindness and dignity, making us feel comfortable rather than embarrassed.

In today's world, people often speak about helping others. Mr. Gupta quietly went about doing it.

I know the Court has many important considerations before it, and I do not presume to comment on the legal issues in this case. I simply wanted to share the person I came to know through my own experience.

If it pleases the Court, I respectfully request that these experiences be taken into account while determining an appropriate sentence.

Respectfully submitted,

Devender tanwar

Devinder Tanwar

**POOJA TANWAR**
[redacted]
New Delhi – [redacted]
[redacted]@gmail.com

05th August, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero:

My name is Pooja Tanvar, and Mr. Nikhil Gupta has been a neighbor of mine for a number of years. The period of the COVID-19 pandemic is something I will never forget. What I remember just as clearly, however, is the way he helped people in our neighborhood when ordinary life had suddenly become so difficult.

My family was under quarantine and we could not leave our home. Things that would normally take only a few minutes, like buying groceries or getting medicine, suddenly became difficult problems. There was also a lot of fear because nobody knew what would happen next.

During that period, Mr. Gupta helped us. He arranged groceries and medicines for my family and made sure that they reached our home. For us, this was a very practical kind of help, but at the time it meant a great deal. We knew we could not simply go outside and get what we needed, and having a neighbor willing to help made us feel much less helpless.

I also saw him helping other families in our neighborhood who were struggling during the same period. He did not make a big announcement about it or look for praise. He just helped people who needed help.

That is what I remember when I think about Mr. Gupta. As someone who lived nearby and saw these things firsthand, I was able to see that his concern for others was not limited to words.

I know the Court has many matters to consider in this case. I am only sharing what I personally saw and experienced because I believe it gives a more complete picture of the person I knew.

Respectfully,

Pooja Tanwar

**SATISH YADAV**

**NEW DELHI, INDIA**[redacted]

30h July, 2026

Hon. Victor Marrero

United States District Judge

United States Courthouse

500 Pearl Street

New York, N.Y. 10007

Re: United States v. Nikhil Gupta

23 Crim. 289 (VM)

Dear Judge Marrero:

My name is Satish and I am owner of a taxi stand. I know Mr. Gupta from many years because he was a regular customer of my taxi stand.

Many times Mr. Gupta used to tell me to send taxi for old age people who wanted to go to mandir. He always told me not to take any money from those old people because he himself was paying the taxi fare for them. He never asked for any publicity or anything in return.

Apart from this, he also used to book Traveller van from my taxi stand for old age people who wanted to go for pilgrimage. He used to bear all the taxi expenses himself so that the elderly people can travel without any difficulty.

Because of his kind nature, many old people used to give him blessings and always appreciated him for taking care of them. I have personally seen these things many times and that is why he has been an inspiration for me also.

I am writing this letter only to tell the Hon'ble Court what I have personally seen about Mr. Gupta's good behaviour and helping nature. I hope this may kindly be taken into consideration.

In the end, I ask the Hon'ble Judge that he comes back to his family. As he is a sincere and kind hearted man.

Thanking You,

Satish Yadav

Yours faithfully,

Satish Yadav

**VINAY SHANDILY**
[redacted] Delhi [redacted]
Email: [redacted]@gmail.com

30 May 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero:

I am submitting this letter on behalf of and in support of Mr. Nikhil Gupta, as you consider his sentence. I am Vinay Shandily, aged 59, born and brought up in northern India. I am a businessman.

I have known Mr. Nikhil Gupta since I got married to his sister. Over the years, our relationship has grown into one of genuine friendship rather than simply that of relatives by marriage. We have spent a great deal of time together at family gatherings, celebrations, and during the ordinary moments of family life, and I have many fond memories of those years.

Mr. Gupta has always had a warm and lively presence. He is someone I remember with a smile on his face, enjoying the company of the people around him and bringing energy to family occasions. Over many years of knowing him, I have also seen the importance he places on his relationships with his family.

The circumstances that have brought him before the Court are serious, and I do not wish to minimize them. From my conversations with him, however, I have seen that this period has caused him to reflect deeply on his actions and their consequences. He has spoken with regret about the decisions he made and has accepted that he was wrong. My impression is that he genuinely wants to learn from what has happened and make better choices in the life ahead of him.

This experience has also been extremely difficult for him personally. Yet, whenever we have spoken, much of his concern has continued to be for his family. He worries about how they are managing without him and about the responsibilities he is presently unable to fulfill. Even while dealing with his own circumstances, he tries to give them reassurance and strength. I have seen how important being a husband, father, son, and brother is to him, and how painful it has been for him to be separated from those roles.

I understand that the love and support of a family cannot undo a person's mistakes or relieve him of responsibility for them. I only hope that, in determining his sentence, the Court will also take into account the person I have known over the years, his remorse and acceptance of responsibility, the family that continues to depend upon him, and the environment he will have to return to.

I therefore respectfully ask Your Honor to consider compassion and leniency when determining Mr. Gupta's sentence. I sincerely hope he will have the opportunity to return to his family, take responsibility for them again, and demonstrate through his future conduct that he has learned from this experience.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully submitted,



Vinay Shandily

**Anand Kumar**
[redacted]
[redacted] Delhi - 1[redacted]

September 3, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta, 23 Crim. 289 (VM)**

Dear Judge Marrero,

My name is Anand Kumar. I am a retired individual residing in Delhi, India. I am writing this letter to share my deep gratitude for my nephew, Mr. Nikhil Gupta. I am his maternal uncle (Mama), and I have watched him grow into a remarkably responsible and compassionate man.

The true measure of his character was revealed to me during the most frightening period of my life. A couple of years ago, the wedding of my daughter—Nikhil's cousin sister—was fast approaching. As a retired man, I had spent years planning and saving for this momentous family occasion. However, just weeks before the ceremony, I fell severely ill and had to be hospitalized for an extended period. I was completely bedridden. The medical bills began to mount, but my greatest agony was the realization that the wedding preparations had come to a sudden halt. I felt entirely helpless and terrified for my daughter's future.

Upon hearing about my hospitalization, Nikhil immediately rushed to my side. Recognizing the immense stress I was under, he took complete charge of the situation like a dutiful son. Without being asked, he took it upon himself to ensure his sister's wedding would proceed flawlessly.

He single-handedly managed all the vendors, coordinated the complex logistics, and provided incredible emotional and physical support to my panicked family while I was confined to a hospital bed. He completely shielded me from the stress of the event so that I could focus on my recovery.

Nikhil stood by our family, lifting a massive burden off my shoulders that I can never fully repay. He is the backbone of our extended family. I humbly request that Your Honor takes his selfless nature, deep family devotion, and readiness to serve others into account during his sentencing.

Respectfully submitted,

Anand Kumar

**Arun Kumar Khanna**
[redacted] Pilani, Rajasthan, [redacted]
Ph no. [redacted]
Email: [redacted]@gmail.com

14 May 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Judge Marrero,

My name is Arun Kumar Khanna. I am a professor of economics, and I am writing this letter as a long-standing friend of Mr. Nikhil Gupta. Nikhil and I have known each other since our college years, and over the decades, our friendship has developed into a bond that I consider no different from that of brothers.

Even during our college days, Nikhil was a mature, responsible, and considerate person. He was someone his friends could depend on, particularly during difficult circumstances. I remember a time when I was unwell and struggling to keep up with my college work. Without hesitation, Nikhil helped me with my notes, made sure I was able to catch up with my studies, and supported me until I was back on track. This was characteristic of him; he was always willing to help without expecting anything in return.

Our friendship remained strong after college, and we continued to stay in close contact. I remember an occasion several years ago when I was traveling for work and my family faced an unexpected situation at home. I was unable to return immediately, and I called Nikhil for assistance. Without hesitation, he went over to my home, helped my family handle the situation, and stayed in touch with me until everything was resolved. He never treated it as an inconvenience or a favor; for him, helping a friend and his family was simply the right thing to do.

Due to the nature of my work, I was often required to travel and remain outside the city for extended periods. During those times, Nikhil was a dependable presence for my family. He would assist my wife whenever required and was always there for my son, Naman, as he was growing up. Over time, Nikhil became much more than a friend to our family. He was like a brother to me, and for my son, he became a trusted father figure.

What I have consistently known about Nikhil is his willingness to help people, irrespective of whether they were close friends, acquaintances, or simply people in need. His compassion, sense of responsibility and readiness to support others have been qualities I have personally witnessed throughout our long association.

I fully understand the seriousness of the circumstances before the Honorable Court, and I respect the judicial process. I also understand that Nikhil has pleaded guilty and accept that he must take responsibility for his actions. I am not writing this letter to diminish that responsibility, but only to place before the Court my personal understanding of his character and the person I have known for many years.

Nikhil is, in my sincere view, a fundamentally good and compassionate human being. I therefore humbly request the Honorable Court to kindly consider his circumstances and, if deemed appropriate, reduce his sentence and provide him an opportunity to return to his family.

His family continues to need his presence, support, and guidance, and I sincerely believe that he deserves an opportunity to rebuild his life and fulfill those responsibilities.

I offer this statement with the utmost respect for the Honorable Court and with complete sincerity based on my personal experience of knowing Nikhil for many years.

Yours faithfully,

Arun Kumar Khanna

**Chirag Singh Shekhawat**
[redacted] Delhi, [redacted]
Email: [redacted]@gmail.com

3rd September 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

My name is Chirag, and I came into Nikhil Gupta's life through his daughter, Siddhi, whom I met during college. What began as a college friendship with Siddhi gradually brought me closer to her family, and somewhere along the way, Nikhil Uncle became much more to me than simply my friend's father.

Whenever I visited their home, he had a way of making me feel that I belonged there. He would ask me to sit with him, talk about college, ask what I was planning to do after graduation, and genuinely listen to what I had to say. There was never any formality in the way he treated me. I was always welcomed as one of Siddhi's close friends and, eventually, almost as part of the family.

There was a period in college when I was going through a difficult time personally and was struggling to concentrate on my studies. I remember being at Siddhi's house one evening and trying to behave as though everything was fine. Nikhil Uncle noticed that something was different and simply asked me, "Everything okay?" I initially said yes, but he could tell that I was not myself. He sat with me, listened without judging me, and spoke to me with the patience of a father. He did not try to solve everything for me. Instead, he reminded me that difficult phases pass, that mistakes and setbacks are part of growing up, and that what matters is how we respond to them. That conversation stayed with me for a very long time.

What touched me even more was that he remembered. The next time he saw me, he asked how I was doing. It was a small gesture, but it told me that his concern that evening had not been out of politeness. He genuinely cared.

Over the years, I also had the opportunity to see Nikhil Uncle as a father. The relationship he shared with Siddhi and his son showed me how deeply connected he was to his family. He was involved in their lives, their worries, their happiness, their friendships, and their futures. As Siddhi's friend, I always felt fortunate to be welcomed into that environment.

I understand that Nikhil Uncle has pleaded guilty, and I respect both his acceptance of responsibility and the decision-making authority of this Hon'ble Court. Nothing I write is intended to take away from the seriousness of his actions. I can only speak about the man I personally came to know.

For me, he will always be someone who showed kindness to a young person when he did not have to, who listened when he could simply have walked away, and who treated his daughter's friend with the same concern and warmth that a father would show his own child.

I therefore respectfully request the Hon'ble Court, if it considers it appropriate, to show leniency and consider reducing Mr. Nikhil Gupta's sentence. His family deeply needs his presence, particularly his children, and I sincerely hope he is given the opportunity to return to them, learn from what has happened, and rebuild his life with responsibility and purpose.

Respectfully,

Chirag Singh Shekhawat

**MAHIMA MISHRA**
[redacted] New Delhi,
India-[redacted]
[redacted]@gmail.com

21st July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero:

I am Mahima Mishra. I live in Greater Kailash II and I am an interior designer. I completed my course from NIFT, and since then I have been freelancing on both residential and commercial projects.

I met Mr. Gupta when he decided to get his house in C-1 designed. At that time, I had just graduated from NIFT and was extremely eager to get that project. I still remember the first time I met Mr. Gupta at the site. He asked me about my previous work and whether I would really be able to pull off such a project. Without hesitation, I happily said yes. That day, he also gave me some amount as shagun (A token of wishes/blessings) because I had been finalised for the project. It may have seemed like a small gesture, but for someone who had just stepped into the professional world, it meant everything.
Since I was very new to the field, I had collected several reference images from Pinterest and prepared a presentation showing how I envisioned the house. When I went to present it, the contractor and Mr.Gupta's son (Sagar Gupta) questioned me about why I was proposing certain things so early in the project when they should have been discussed later. I remember feeling nervous and under-confident at that moment, but Uncle was the only person who appreciated the effort and hard work I had put into it. That encouragement stayed with me for a very long time.

I also remember that day because it was the first time I met Mrs. Gupta, yet it never felt like I was meeting her for the first time. There was an instant warmth and comfort in the house. As I was about to leave after the presentation, I found out that she had prepared food for me because it was lunch time. From that day until the completion of the project, they always made sure I was properly fed and taken care of. Slowly, through constant meetings and site visits, my bond with the entire family grew stronger.

One incident that I can never forget happened at the site while I was trying to explain my plans to everyone. I suddenly got nervous, and my file slipped from my hands. All my papers, pens, and other things fell and scattered across the floor. I panicked instantly, but

Uncle immediately came forward to help me gather everything. While helping me, he smiled and said, "Jab tak tere chacha hai, tab tak tujhe tension lene ki zaroorat nahi hai." (As long as your uncle is here, you don't need to worry about anything.) From that day onwards, I started calling him "Uncle."

As time passed, I also started going out with his son, Sagar, to explore markets for lights, pipe fittings, and other project-related materials. One day, both of us had to go out somewhere while Uncle himself also had work outside. We told him that we would simply take a cab, but he insisted that we take the car because it was extremely hot that day. On the same day, I had accidentally left my laptop at their house. He offered to carry it for me. I told him not to because it was very heavy since it is a gaming laptop. But he smiled and said, "Beta, tere chacha mein abhi bahut taqat hai." (your uncle is still very strong). He never let me carry heavy things — a habit that I now see in Sagar as well.

These are just a few incidents that I can put into words. There have been countless such moments with Uncle where he treated me not as an outsider or just an interior designer, but like his own family. Whether it was taking care of me at the site, making sure I had eaten properly, encouraging me whenever I doubted myself, or simply standing by me during stressful situations, his care always felt genuine and unconditional.

Over time, I became deeply attached to the family, and my visits to their home increased. In these past three years, one thing I have truly understood after seeing them is that a house can never feel complete without a father. Every night when I wait for my own father at home so that we can have dinner together, I cannot help but think about the emptiness and heartbreak they must feel while waiting for theirs. I try to make them laugh, crack jokes, and distract them from the pain, but now I understand the difference between genuinely being happy and simply laughing for a moment to hide the sadness within.

No matter how many achievements come into their lives, there is still a void in their hearts that remains unfilled.
And yes, I learned so many things from Uncle, how to never give up during difficult times, how to silently endure pain without burdening others with it, how to appreciate people for even the smallest efforts, and most importantly, how to make others feel loved and like family.

Today, I have around 10–12 residential projects going on, and honestly, I give him a huge part of the credit for where I stand today. He trusted me with a project at a time when I was completely new in this field, when nobody else could have trusted me with such a big responsibility. That one opportunity changed my life in more ways than I can explain.
And if I could ask for just one wish today, it would simply be for him to come back as soon as possible.

I respectfully request the Hon'ble Court to kindly show him leniency and compassion, so that he may have the opportunity to return to his family and loved ones. His return would mean a great deal to all of us.
Thank you, Hon'ble Judge, for taking the time to consider my request.

Respectfully submitted,

Mahima Mishra

MAHIMA MISHRA

**MOHAMMAD IFTEKAR**

[redacted] NEW DELHI,
INDIA- [redacted]

27th July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Iftekar. I am a welder by profession and I live in Mehrauli, Delhi. I have worked in Mr. Gupta's house for different welding works. During my work, I always found him to be a very kind and helpful person.

In the summer of 2019, one of my subordinates who was working with me sustained an eye injury during the welding work. We were having lot of difficulty in getting appointment of a senior eye doctor for his treatment. At that time, Mr. Gupta helped us in getting the appointment of a senior eye doctor because of which his eye problem was properly diagnosed and he was able to start his treatment on time.

I still remember his help because without him it was very difficult for us to get the treatment. He never behaved badly with me or my workers and always treated us with respect. He has a very helping nature and always try to help people whenever he can.

I humbly request the Hon'ble Court to kindly consider my words and allow Mr. Gupta to come back to his family. I believe he is a good person and his family needs him.
Thanking You.

Respectfully submitted,

md iftekhar

MOHAMMAD IFTEKAR

**Naman Khanna**
[redacted]-[redacted]Gurgaon, Haryana, [redacted]
Ph no. [redacted]
Email: [redacted]@gmail.com

30 August 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

My name is Naman Khanna. I am a fashion designer by profession, and I am writing this letter not as a legal representative, but simply as someone who has known Uncle Nikhil for a very long time and has experienced his kindness personally.

My father and Uncle Nikhil were very old friends. Growing up, my father's work often kept him away from home, and there were many moments when I missed having my father around. During those years, Uncle was always there for me and my family. In many ways, he became like another father figure in my life.

He helped me with my studies, guided me whenever I needed it, and was there for my family in the ordinary moments of life. These may sound like small things, but to me, they meant a great deal.

There is one particular memory that has stayed with me throughout my life. I had an important board examination one day, and I somehow missed my bus. It was raining extremely heavily, and my mother became very worried because I was running out of time. Without thinking twice, Uncle took his car in that terrible weather and drove me all the way to my examination center. Because of him, I reached there on time and was able to take my exam. I eventually passed that class with good grades.

What I remember most about that day is not simply that he drove me to an exam. It is the fact that he never made me feel like I was someone else's responsibility. He simply saw a child who needed help and helped him.

There have been many such moments throughout my childhood and growing-up years. He was present in ways that I may not have understood fully at the time, but I understand them deeply today. He contributed to my upbringing, supported my family, and treated me with the same care and affection that I would expect from my own father.

I am aware that a court has to consider matters far beyond what a personal letter can convey, and I fully respect the legal process and the wisdom of the Hon'ble Court. I am not writing this letter to interfere with that process or to comment on matters that are before the Court.

I only wish to share the person I have known.

To me, Uncle Nikhil has been a kind, caring, and dependable person. He was my father's dear friend, but over the years, he became much more than that to me. He was someone I could count on, someone who was there when my family needed him, and someone whose presence had a meaningful impact on my life.

I will always be grateful to him for the kindness he showed me and my family.

I want to end by saying that Nikhil Uncle is, above all, a genuinely good human being. He has always been kind, caring, and there for the people around him, and I have personally experienced that kindness throughout my life. He has accepted his mistake, and with utmost humility, I request the Hon'ble Court to please consider reducing his sentence and giving him a chance to return to his family. His family needs him, and honestly, we all need him. I truly hope he is given an opportunity to come back to the people who love him and to continue being the person we have always known and cared for.

Thank you for taking the time to read my letter and for allowing me to share my personal experience of the man I have known for so many years.

With utmost respect,

Naman Khanna

Naman Khanna

**PRATHAM MITTAL**
[redacted] Gurugram, [redacted] Haryana [redacted]
Email: [redacted]@gmail.com

15 June 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

My name is Pratham Mittal, and I have known Mr. Nikhil Gupta as our neighbor for many years. I have known him since I was young, and throughout my childhood, he was always someone I respected and felt completely comfortable around.

My parents trusted Nikhil Uncle and his family so much that they were always comfortable leaving me at his home. I spent a great deal of time there growing up, often playing with his son and daughter. What I remember most is that Nikhil Uncle never treated me merely as a neighbor's child. He would involve himself in our games, play sports with us, encourage us, and make sure that we were enjoying ourselves. At the same time, he would regularly ask me about school, my studies, examinations, and whether I needed help with anything.

There were times when I found certain subjects difficult or felt discouraged about my studies. Nikhil Uncle would patiently sit with me, explain things, and encourage me to keep trying rather than give up. He showed the same interest when it came to sports. He taught me that doing well was important, but being disciplined, working hard, and learning how to accept both winning and losing were equally important. Those conversations may have seemed small at the time, but as I grew older, I realized that they played a meaningful part in shaping my attitude towards both studies and life.

Some of my fondest childhood memories are of being at his home, playing games and sports with his children while Nikhil Uncle joined us or simply took an interest in what we were doing. His home was a place where I always felt safe and welcome, and my parents had the same sense of comfort and trust.

From everything I personally experienced growing up around him, Nikhil Uncle has always been a kind, caring, encouraging, and approachable person. He did not have any obligation to guide me or take an interest in my upbringing, yet he did so naturally and consistently.

I understand that the Hon'ble Court must consider matters far more serious than my personal experiences, and I fully respect the judicial process. I only wish to share the Nikhil Uncle whom I have personally known, a man who treated me with kindness, helped me grow, encouraged my education and sports, and gave my parents the confidence that their child was safe in his care. I sincerely hope the Hon'ble Court will kindly take his character, his family circumstances, and the positive role he has played in the lives of people around him into consideration.

With utmost respect,



Pratham Mittal

**Rajkumar Sahni**
[redacted]New Delhi-[redacted]
[redacted]3@gmail.com

18th July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Rajkumar Sahni, and I work as an electrician.

I had the opportunity to do electrical work at Mr. Nikhil Gupta's home on several occasions.

In my line of work, we visit many houses every month. Most people are polite, but once the work is finished, that is the end of the relationship.

Mr. Gupta was different. Whenever I visited, he would ask whether I had eaten, offer me tea or water, and ask how my family was doing. These may seem like small gestures, but they mean a great deal to people like us who work from house to house every day.

His family also treated me with respect. I never felt that I was just another electrician completing a job. I felt welcomed.

That is why I decided to write this letter.

My experience with Mr. Gupta has always been of a person who values people regardless of their profession or social status.

I respectfully request that this Hon'ble Court consider his kindness and good nature while deciding his sentence.

I sincerely hope that he is able to return home to his family soon.

Respectfully submitted,

Rajkumar

Rajkumar Sahni

Date: 25th July 2026

Hon. Vincent Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10013

Re: United States v. Nikhil Gupta
23 Crim. 160 (VM)

Dear Judge Marrero,

My name is Shikhar Shandily and I am submitting this letter in support of Nikhil Gupta. I am a small business owner and I sell clothes for a living. I have studied masters in business from GGSIPU.
Mr.Nikhil Gupta is my mama (my mother's brother) and I have known him since the day I was born. My mom once told me that he was the very first person to pick me up in his arms when I was born in 1992.
Mr.Gupta is a man with a great manly voice and a brave heart and as little boy, I not only wanted to sound like him but grow ups to become like him.
I remember clearly he used to get me a lot of toys specially remote control cars as I was and I am still fond of cars.
He is a man full of life and I really doubt that he ever had a dull moment in his life, probably his life was always like an adventure movie.
He is an active person and even the world's most laziest person would become active if he/she spends some time with him. He is a generous man and understands the power of giving.
He always advised us kids to stay active outdoors rather than indoors like playing sports or at least hit the GYM.
He used to take all the kids for car drives and playing sports every day during our summer vacations. My childhood was amazing because of him. I still can't believe he is in such a situation but I can only say please be kind when sentencing him as he is the most kind soul I know.
Thank you judge for reading this letter and a lesser sentence will be valuable to all of us in family as we all truly want to see him again, hear his lion like voice and go on long drives while listening to our favourite songs

Thanks

Respectfully submitted,
Shikhar Shandily

**Srishti Dey**
Gurgaon, Haryana, India
Email: [redacted]@gmail.com

1 September 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

My name is Srishti and I am writing this letter about Nikhil Uncle, whom I have known as the father of a close friend. Over the years, he became much more than just my friend's father. He became someone I looked up to and felt I could turn to, almost like a father figure of my own.

I have spent a lot of time living away from my family in a different city, and during that time, his home became a place where I genuinely felt at home. Whenever I visited, I was never made to feel like a guest. He welcomed me with so much warmth, like I was family, and always made sure I was comfortable.

He was especially caring about my safety. He would make sure I had someone to go out with, and he'd always want to know that I had reached wherever I was going safely. He'd ask if I had eaten or needed anything, and these small things made me feel like someone genuinely cared about me.

His daughter, Siddhi, has been like an elder sister to me. Being around the two of them always felt warm and easy, like being with my own family.

What I've always appreciated about him is how easy it is to talk to him. I never hesitated to go to him for advice or help. He has a way of making the people around him feel comfortable and cared for, and I've felt that myself many times.

When I think of Nikhil Uncle, I think of someone who made a different city feel a little less unfamiliar for me, and who made being away from my own family a little easier to bear. I'll always be grateful for the warmth and sense of belonging he gave me.

To me, he has always been kind, generous, and warm-hearted, and I feel lucky to have had him as a father figure in my life.

I know the Court has looked at this case carefully and made its decision for good reason, and I am not writing this to question that. I just wanted the Court to know a little bit about who he is as a person, outside of everything else. If there were any way the Hon'ble Court could look at him through the same eyes with which those of us who know him do, a reduction in his sentence would mean more than words can say. His family and the people who love him miss him deeply, and there is a gap in our lives without him around. He has always been someone who looks out for others, and I hope, respectfully, that he gets the chance to come back to the people who need him.

Best Regards,

Srishti

Srishti Dey

**SUDHIR MISHRA**
[redacted]
New Delhi-[redacted]
[redacted]@gmail.com

July 18th, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**23 Crim. 289 (VM)**

Dear Judge Marrero:

I, Sudhir Mishra, resident of GK, New Delhi, am writing this letter as a close friend of Mr. Gupta. to respectfully place before this Hon'ble Court certain facts about his character, conduct, and the circumstances under which I have known him, and to humbly request that the Court consider granting him a lenient sentence.

I first met Mr. Gupta more than a decade ago at a bank, through our mutual acquaintance, the then Branch Manager. What began as a formal introduction in the bank quickly grew into a deep and trusted friendship over the years. I am engaged in the real estate business, and Mr. Gupta has always been a person of integrity, reliability, and compassion in both personal and professional interactions.

The strength of Mr. Gupta's character became especially evident during one of the most difficult periods of my life. When my wife fell severely ill and required [redacted] Mr. Gupta stood by me in every possible way. He not only provided significant financial assistance at a time when our family was under immense strain, but also personally accompanied me to multiple hospital visits. He used his personal connections to help us consult some of the best doctors available, ensuring that my wife received timely and quality medical care. His support was not limited to money; he offered emotional strength, practical guidance, and constant encouragement when I felt overwhelmed.In all the years I have known him, I have never found Mr. Gupta to be vindictive, dishonest, or indifferent to the suffering of others. On the contrary, he has consistently demonstrated empathy, responsibility, and a strong sense of duty towards family, friends, and society.

I humbly submit that Mr. Gupta's past conduct, his contributions to the lives of people like myself and my family, and his evident potential for positive rehabilitation deserve sympathetic consideration. A severe sentence would not only impact him but also his family, who depend on him emotionally and, in many ways, financially.

Respectfully submitted,

Sudhir Mishra

**Tania Dogra**
New Delhi
Ph no. [redacted]
Email: [redacted]@gmail.com

15 September 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Judge Marrero,

I am writing this letter with the deepest respect for the Court and with a humble request for compassion and mercy in the matter concerning Mr. Nikhil Gupta.

I have known his daughter and her family for approximately ten years, and over all these years, I have had the opportunity to see the kind of father and family man Mr. Gupta has been. While I cannot speak to the legal matters before the Court, I can speak honestly about the person I have come to know through his family.

Mr. Gupta has always struck me as a deeply caring and nurturing father. He has been very invested in his children's future and wellbeing and has always wanted to provide them with the best that he could. He has been respectful, good-natured, and warm towards us as his children's friends, and I have always known him as someone who cared deeply about his family.

What has been particularly difficult to witness over these past years is the effect of his absence on the people who love him most.

His daughter, whom I have known for a decade, has had her daily life profoundly affected by what has happened. It has touched not only her personal life, but also her career, her social life, and her ability to experience the normalcy that most of us take for granted. The uncertainty and pain have become something she carries with her every day.

His wife has also been deeply saddened, as has his elderly mother. As someone who has known this family for so long, it has been heartbreaking to see how difficult it has been for them to move forward from what has happened. There is a sense that a part of their lives has been put on hold.

I understand that the Court has a responsibility to consider the seriousness of the matter before it, and I do not intend to diminish that responsibility in any way. Nor am I in a position to comment on the legal merits of the case. I am writing only to offer the Court a small glimpse into the human consequences that I have personally witnessed.

I respectfully ask Your Honor, wherever the law permits, to consider mercy and compassion for Mr. Gupta and his family. I hope the Court will consider not only the circumstances before it, but also the people who depend on him, love him, and continue to feel his absence every single day.

For his family, mercy would mean more than simply relief from a difficult circumstance. It would give them an opportunity to rebuild their lives, regain a sense of stability and dignity, and eventually move forward from a period that has caused them immense emotional pain.

After knowing this family for ten years, I can say with sincerity that Mr. Gupta is not simply a name in a court proceeding to those who love him. He is a father, a husband, a son, and a deeply important part of a family that continues to need him.

I humbly ask Your Honor to keep that family in mind when considering his circumstances and, if possible, to extend him mercy.

Thank you for taking the time to read my letter and for considering the perspective of someone who has known and cared about this family for many years.

With deepest respect,

Tania Dogra

Tania Dogra

**Tarun Gupta**
[redacted]
[redacted] Delhi - [redacted]
[redacted]@gmail.com

September 13, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta, 23 Crim. 289 (VM)**

Dear Judge Marrero,

My name is Tarun Gupta. I work as a graphic designer based in New Delhi, India. I am writing this letter to respectfully share my personal experience with Mr. Nikhil Gupta, who is my elder cousin brother, and to highlight his character as a pillar of strength for our family.

As an elder brother, Nikhil has always been an ideal role model for me. A few years ago, my career as a freelance graphic designer hit a severe roadblock. I was facing a prolonged dry spell, losing clients, and my income had become highly unstable. The immense pressure of providing for my wife, son, and daughter was taking a heavy toll on me. I had lost faith in my creative abilities and was on the verge of abandoning my profession entirely.

During this incredibly stressful time, Nikhil stepped in just as a responsible elder brother would. He did not simply offer financial charity to make the problem go away; instead, he provided practical, life-changing mentorship. He sat down with me for days, reviewing my portfolio, pointing out strengths I had overlooked, and giving me constructive, honest feedback.

He actively encouraged me to expand my horizons and motivated me to dive into new creative avenues, like digital content creation and storytelling. His guidance completely revitalized my passion for design. He invested his time in pushing me to realize my own potential when I couldn't see it myself.

Because of his steadfast support and brotherly guidance, my business gradually recovered. Today, I am able to support my family comfortably. I understand the gravity of the proceedings before your Court, and I only ask that when determining his sentence, you consider his deeply caring nature and the positive influence he has had on his family as an exemplary elder brother.

Respectfully submitted,

Tarun

**Tarun Gupta**

**Tinku**

[redacted] NO. [redacted]
NEW DELHI-[redacted]

13 August, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is Tinku. I have lived in the same neighborhood as Mr. Nikhil Gupta for several years, and over that time I have had the opportunity to know him not only as a neighbor but also as someone who was willing to help me when I was going through a difficult period. I would like to share one experience that made a lasting difference to me and my family.

There was a time when I was having a very hard time finding work. I had a family to support, but every time I applied for a job, I seemed to face another rejection. After a while, I started to feel that things were not going to get better.Mr. Gupta knew about my situation. He could have simply given me some money and left it at that, but that is not what he did. He spent time with me and tried to help me find a proper way forward. He talked to me about the kind of work I could do, helped me prepare for interviews, and introduced me to opportunities that I would not have known about myself.What I remember most is that he believed I could do better even when I did not have much confidence in myself. He kept encouraging me to work hard and become independent rather than relying on someone else.Eventually, I was able to find stable work and provide better for my family. That changed a great deal for me.

I am not writing to tell the Court what decision it should make. I simply wanted to share what I personally experienced. As someone who knew Mr. Gupta from our neighborhood, I saw firsthand how he treated someone who was having a difficult time. He gave me his time, advice, and support without asking for anything in return. I will always be grateful for that.

Thank you for reading my letter.

Respectfully submitted,

Tinku
Tinku

# VIBHUTI MISHRA

[redacted] New Delhi, India [redacted]
[redacted]@gmail.com


29th July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289(VM)

Dear Judge Marrero,

My name is Vibhuti Mishra and I am a college student. When I was studying in high school, I used to live around two blocks away from Mr. Gupta's house. I was not very good in studies, especially in Accounts. Mr. Gupta, who was a friend of my father, helped me a lot. He used to teach me in his spare time and because of his guidance I was able to score good marks in my board examinations. I will always remain thankful to him for that.

Apart from studies, during my summer holidays he also used to play football and cricket with me and my friends; he would bring fruits and juice for all of us. After the match, he would often take all the children for ice cream. He always treated everyone with kindness and never expected anything in return. From whatever I have seen, he is a caring and helpful person who has always supported people around him.

I respectfully request this Hon'ble Court to kindly take my experience with Mr. Gupta into consideration. I sincerely pray that he may be allowed to return to his family.

Thank you for taking out the time to read my letter.

Respectfully submitted,

Vibhuti Mishra

**Vijay Singh**

[redacted] New Delhi-[redacted]

14th July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero,

My name is **Vijay**, and I own a small roadside dhaba.

Mr. Nikhil Gupta had visited my restaurant a few times, and over time we became familiar with one another.

There is one incident that I can never forget.

One afternoon, a young boy came to my dhaba asking for food. Looking at his condition, I asked whether he had money to pay. He quietly said that he did not. Since my business is very small and every meal matters, I refused to serve him.

Mr. Gupta happened to witness the conversation.

Instead of criticising me, he calmly called the boy over, paid for his meal, and asked me to serve him. Before leaving, he told me something very simple: "If someone is genuinely hungry and you can help, please don't let them go without food. If needed, put it on my bill."

Those words stayed with me.

I realised that sometimes a small act of kindness means more than the money it costs.

Since that day, I have made it a personal rule that whenever I come across someone who is truly hungry and unable to pay, I try to feed at least one such person whenever I can.

Mr. Gupta may not even know that this one conversation changed the way I look at people.

I am not writing this letter because he once paid for a meal. I am writing because he inspired me to become a better human being.

I respectfully request this Hon'ble Court to consider the positive influence he has had on people around him while deciding an appropriate sentence. I sincerely hope that mercy may be shown to a person whose actions encouraged kindness in others.

Respectfully submitted,

Vijay Singh

विजय सिंह
14/07/2026
[redacted] नई दिल्ली, [redacted]

माननीय महोदय,
मेरा नाम विजय है, मैं वसंत कुंज का निवासी हूं, और मैं एक छोटा सा ढाबा चलाता हूँ। श्री निखिल गुप्ता जी मेरे ढाबे पर कभी-कभी खाना खाने आते थे। धीरे-धीरे हमारी पहचान हो गई और बात-चीत शुरु हुई।
एक घटना मैं कभी नही भूल सकता। एक दिन एक छोटा सा लड़का मेरे ढाबे पर आया। उसने मुझसे खाना माँगा। उसकी हालत देखते हुए मैं ने उससे पूछा क्या उसके पास पैसे है? उसने चुप-चाप ना में सर हिला दिया। मेरी अपनी छोटी दुकान थी और खर्च चलाना मुश्किल रहता था, इसलिए मैं ने उसको खाना देने से मना कर दिया।
उसी समय श्री गुप्ता जी वहा बैठे थे। यह देखते ही उन्होने उस लड़के के खाने का भुगतान कर दिया। उस बच्चे ने भर पेट खाना खाया। फिर उन्होने मुझसे कहा कि अगर कोई सच में भूखा और जरूरतमद हो, तो उसे कभी खाली हाथ वापस नही भेजना चाहिए।
उन्होने कहा कि ऐसे लोगो को खाना खिला देना और जरूरत पड़े तो उसका खर्चा मैं उठा दूगाँ।
उनकी यह बात मेरे मन में बैठ गई। उस दिन के बाद मैं ने कोशिश शुरु की कि जब भी कोई जरूरतमंद व्यक्ति मेरे पास आए, तो मैं अपनी क्षमता के अनुसार उसकी मदद करूँ। श्री गुप्ता जी ने केवल एक बच्चे को खाना नही खिलाया, बल्कि मेरे सोचने का तरीका बदल दिया।
माननीय महोदय, मैं आपसे निवेदन करता हूँ कि ऐसे व्यक्ति के उस पक्ष को भी देखा जाए जिसने दूसरों के जीवन में अच्छाई लाने के प्रयास किया है।

मैं आशा करता हूँ कि न्यायालय ~~उस~~ उनके प्रति उचित दया और सहानुभूति दिखाने पर विचार करेगा।

धन्यवाद।

सादर

विजय सिंह

**VINOD SAHNI**
[redacted] NEW DELHI, INDIA- [redacted]
[redacted]@gmail.com

29th July, 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero:

My name is Vinod Sahani and I am a contractor. I live in Masoodpur, New Delhi. I have worked at Mr. Gupta's house many times for repair work and different fixtures.

Whenever me and my labourers used to work at his house, Mr. Gupta and his family always took good care of us. They used to give us tea and snacks and also breakfast and lunch which was cooked in their house only. They always treated us with respect and never made us feel different because we were labourers.

I have worked at many houses but very few people treat workers in this way. Mr. Gupta never differentiated between anyone and always talked to us politely and with dignity. Because of this, all my labourers also have good respect for him.

I am writing this letter because I have personally seen his good nature and kind behaviour. I respectfully request the Hon'ble Judge to kindly consider this and I pray that he comes back to his family. In my opinion, he is a good and generous man who has always treated everyone with kindness and respect.
Thanking you.

Respectfully Submitted,

Vinod Sahni

**Viresh Singh**
Email: [redacted]@yahoo.com

23 July 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Judge Marrero,

I am submitting this letter on behalf of and in support of Mr. Nikhil Gupta as the Court considers his sentence.

My name is Viresh Singh. I completed my master's degree in Business Management from Jaipur National University. I am currently a partner in multiple companies involved in mineral mining, stock brokerage, and production.

I first became friends with Mr. Gupta's children, his son and daughter, and through that friendship I gradually got to know Mr. Gupta himself. Over the last ten years, I have had many opportunities to spend time with Mr. Gupta and his family. I remember Mr. Gupta taking us out for dinner on several occasions. He was always a gracious and generous host and made everyone feel welcome and comfortable.

One experience that I remember particularly well occurred during one of those dinners. While speaking with me, Mr. Gupta asked about my education, professional plans, and future goals. He listened carefully and offered thoughtful advice about building a stable career, making responsible business decisions, and maintaining a good reputation. He encouraged me to remain focused, work honestly, and think about the long-term consequences of my choices. His concern did not feel casual or superficial; he genuinely wanted to see me succeed and was willing to take the time to guide me.

Mr. Gupta has consistently shown concern for my future. Over the years, he has offered advice and encouragement whenever we spoke. Although I initially came to know him as the father of my friends, I have come to regard him as someone who is caring, supportive, and sincerely interested in the well-being of those around him.

I have always known Mr. Gupta to be warm and welcoming. He has a way of making people feel at ease, particularly during family gatherings and dinners. His relationship with his children is also important to me, and I have seen the affection and closeness they share.

I have also seen how deeply this experience has affected him. He has acknowledged his wrongdoing, accepted responsibility for his past conduct, and expressed genuine remorse for the choices that brought him before the Court. I believe he understands the seriousness of his actions and is committed to learning from them and rebuilding his life in a responsible and positive way.

Even during this extremely difficult period, Mr. Gupta has remained concerned about his family and their well-being. Even now, he has continued to ask about the people close to him and to express concern for their future. This reflects the consideration and sense of responsibility that I have observed in him over the years.

I recognize that being a good friend and a loved member of a family does not excuse wrongdoing or remove the consequences of one's actions. At the same time, I respectfully ask the Court to consider that the person standing before it is more than the circumstances of this case.

Mr. Gupta has people who care about him and who are prepared to support him as he moves forward. I believe that, with appropriate guidance and accountability, he can rebuild his life and contribute positively to his family and community.

I respectfully ask the Court to consider Mr. Gupta's character, his concern for those close to him, and the support available to him when determining an appropriate sentence. I further ask the Court to extend whatever leniency it believes is appropriate.

Thank you for taking the time to consider my letter and for allowing me to share my perspective.

Respectfully submitted,

Viresh Singh

**Yash Mehta**
[redacted] Gurgaon, Haryana [redacted] India
Email: [redacted]@gmail.com

1 September 2026

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Nikhil Gupta**
**Case No. 1:23-cr-00289-VM**
**23 Cr. 289 (VM)**

Dear Judge Marrero,

I am writing this letter to share my personal experience with Mr. Nikhil Gupta.

I have known Mr. Gupta and his family for approximately 14 to 15 years. His daughter is a childhood friend of mine, and I have been visiting their home since I was in middle school. Over the years, I spent a great deal of time at their home playing games, studying, and simply spending time with my friend and her family.

Throughout all these years, Mr. Gupta always made me feel welcome and comfortable around his family. He never made me feel like I was merely his daughter's friend or a guest in his home. Instead, I was treated with the same familiarity and affection that I saw him show his own daughter.

I have many small memories from those years that I still remember. I used to play badminton with Mr. Gupta, and he was always supportive and encouraging toward me. Watching television, especially cricket, with him is another thing I remember fondly. He would also let me use his phone to play mobile games, which I appreciated as a child. These may seem like ordinary things, but they were a natural part of the time I spent at their home.

I also remember how he would make sure that I had eaten properly and that I was able to get home safely. He would look out for me whenever I was at their home, which made me feel comfortable and at ease.

Over time, their home became a familiar and comfortable part of my childhood. I was there often during my school years, and I never felt like I was simply a visitor. I was able to be myself and spend time with the family without feeling out of place.

Looking back, these are ordinary memories from my childhood, but they have stayed with me over the years. I have always remembered Mr. Gupta as someone who was supportive, respectful, and considerate toward me.

I am sharing this letter simply to provide the Court with my honest personal experience of knowing Mr. Gupta and the kind of person I have known him to be over the years. I know that Mr. Gupta has pleaded guilty, and I respectfully request the Honorable Court to take his character and his family circumstances into consideration while determining his sentence. He is a good human being, a caring and supportive person, and someone whose family needs him. I sincerely hope the Court will consider these circumstances along with the other matters before it. I respectfully thank the Court for taking the time to consider my statement.

Sincerely,

Yash Mehta