# Exhibit E

NEWS > CRIME AND PUBLIC SAFETY

# Inmates stabbed, slashed during massive brawl at troubled MDC Brooklyn federal jail



The Federal Bureau of Prisons' Metropolitan Detention Center at 80 29th St. in Brooklyn is pictured on Friday, August 28, 2020. (Theodore Parisienne for New York Daily News)

By **JOHN ANNESE** | JANNESE@nydailynews.com | New York Daily News

PUBLISHED: September 15, 2026 at 1:06 PM EDT | UPDATED: September 15, 2026 at 3:17 PM EDT

---

A massive gang-related brawl this month at the troubled MDC Brooklyn federal jail resulted in several inmates stabbed and slashed, and days of lockdowns, sources with knowledge of the melee told the Daily News.

The federal Bureau of Prisons confirmed the fight broke out at about 7:25 a.m. Sept. 6 inside the Sunset Park lock-up.

“Several incarcerated individuals were medically assessed and treated for minor injuries at the facility, while other incarcerated individuals sustained injuries requiring outside medical treatment,” BOP spokesman Donald Murphy told The News Monday.

No jail staffers were hurt bringing the fight under control, he said.

Murphy wouldn’t say how many inmates were injured or hospitalized, citing a pending investigation. Sources tell The News that members of the Trinitarios gang battled another gang on the seventh floor of the jail’s west building, and at least 20 people were involved in the fight.

Previous violent episodes at MDC led the BOP to form an “urgent action team” in 2024 to address staffing shortfalls, contraband and other issues in the jail.

The jail, which houses confessed CEO-killer Luigi Mangione and ousted Venezuelan president Nicolas Maduro, is notorious for its dire conditions and violence — including a pair of bloody, minutes-long fights in the summer of 2024 that ended in the stabbing murders of Uriel Whyte and Edwin Cordero, both 37.

On Feb. 22, 2025, inmates wielded shivs, blades and other objects in a wild unit-wide fight that lasted about five minutes and resulted in at least 10 inmates stabbed or slashed, including Karl Jordan Jr., who's accused of fatally shooting Run-DMC co-founder Jam Master Jay. Jordan was found guilty by a jury in the cold case slaying, but a judge overturned that conviction.

This year, the jail saw two more deaths — an inmate who died of a suspected drug overdose, with pills found near him, in a solitary confinement cell on July 21; and a Mexican national transferred to the U.S. in a cartel case who was found hanging in his cell on April 18.


## MORE FROM OUR NEWSROOM



**Man sets girlfriend, 30, on fire during argument in Brooklyn**
Saturday, October 24



**Brooklyn man installs his own speed bumps on street to keep local kids safe**
Saturday, October 24



**Wife of George Washington Bridge road rage victim outraged accused killer...**
Saturday, October 24

# Multiple inmates stabbed during brawl at notorious New York jail housing Luigi Mangione and Nicolas Maduro

Several inmates' injuries were so severe that they had to seek medical treatment outside of the jail, according to federal officials

Rachel Dobkin in New York
Tuesday 15 September 2026 19:22 EDT

Luigi Mangione confesses to killing UnitedHealthcare CEO


The latest headlines from our reporters across the US sent straight to your inbox each weekday

Email

SIGN UP

I would like to be emailed about offers, events and updates from The Independent. Read our Privacy notice

Multiple inmates have been stabbed and slashed during a major brawl at the federal jail in New York City that is currently housing UnitedHealthcare CEO killer Luigi Mangione and disgraced former Venezuelan President Nicolás Maduro.

Federal officials confirmed to *The Independent* that the massive fight took place on the morning of September 6 at the Metropolitan Detention Center in Brooklyn, New York. The *New York Daily News* first reported on the

brawl, which their sources said was gang-related.

Members of the Trinitarios gang fought another gang on the seventh floor of the jail's west building, the *Daily News*' sources said, adding that a total of at least 20 people had joined in the brawl.

"Several incarcerated individuals were medically assessed and treated for minor injuries at the facility, while other incarcerated individuals sustained injuries requiring outside medical treatment," Donald Murphy, a spokesperson for the Federal Bureau of Prisons, told *The Independent*.

Murphy did not confirm the exact number of inmates involved in the fight and the number of those wounded remains unknown. The exact injuries that the wounded inmates sustained are also not clear.




Multiple inmates were stabbed and slashed during a major brawl at the Metropolitan Detention Center in Brooklyn, New York, which is currently housing UnitedHealthcare CEO killer Luigi Mangione and disgraced former Venezuelan President Nicolás Maduro, earlier this month *(Getty Images)*

Murphy told *The Independent* that jail employees were able to contain the incident without being injured themselves, adding, "At no time was the public in danger." The incident is still under investigation.

MDC Brooklyn, as the jail is commonly referred to, is known for holding infamous inmates like Mangione and Maduro.

Mangione, 28, is currently awaiting sentencing in the jail after he admitted last month to fatally shooting UnitedHealthcare CEO Brian Thompson on the streets of Manhattan in 2024. Thompson's murder shocked the nation as the New York City Police Department tracked down the Ivy League graduate, with some admiring the killer for what they saw as a stance against the health insurance industry.

"I shot Mr. Thompson and he died," Mangione said in court on August 14. "I understood that my actions would place him in fear of death or bodily injury. I knew what I was doing was illegal."



Mangione, 28, is currently awaiting sentencing in the jail after he admitted last month to fatally shooting UnitedHealthcare CEO Brian Thompson on the streets of Manhattan in 2024 *(Getty Images)*

Maduro, 63, and his wife Cilia Flores, 69, are currently awaiting trial at the jail on drug trafficking charges, following a stealth mission by American forces to capture the couple from their Caracas home in early January. Their trial is set for next June.

Both have pleaded not guilty to charges stemming from an alleged conspiracy to transport thousands of tons of cocaine to the U.S.

Maduro "and his co-conspirators have, for decades, partnered with some of the most violent and prolific drug traffickers and narco-terrorists in the world, and relied on corrupt officials throughout the region, to distribute tons of cocaine to the United States," their indictment reads.




Maduro, 63, and his wife Cilia Flores, 69, are currently awaiting trial at the jail on drug trafficking charges, following a stealth mission by American forces to capture the couple from their Carcas home in early January *(Getty Images)*

MDC Brooklyn has a history of violence, including the reported February 2025 stabbing of Karl Jordan Jr., who was convicted and then acquitted of the 2002 murder of New York rap star Jam Master Jay. Jordan survived the attack.

In September 2024, the Justice Department announced charges against nine inmates in five separate cases involving violence at MDC Brooklyn, including the murder of Uriel Whyte on June 7, 2024, and the murder of Edwin Cordero on July 17, 2024.

“Violence will not be tolerated in our federal jails,” Breon Peace, United States Attorney for the Eastern District of New York, said at the time. “As the only federal pretrial facility in New York City, MDC-Brooklyn houses pretrial inmates accused of some of the most serious crimes in our region.”

“Let these charges serve as a warning to those who would engage in criminal conduct behind bars, and anyone else who facilitates those crimes: your conduct will be exposed, and you will be held accountable,’ Peace said.