**United States v. Gupta, 1:23-cr-00289, (S.D.N.Y.)**

**Statement of Gurpatwant Singh Pannun**

# WHY INDIA'S MODI GOVERNMENT WANTS ME DEAD

## My Activism, the Khalistan Referendum, Murder For Hire Plot and Ongoing Threats To My Life

*"Modi Regime's assassination plot is not about just killing me. It is about silencing the political aspirations of millions of Sikhs participating in the Khalistan Referendum. It is a direct challenge to America's Sovereignty and threat to freedoms guaranteed under the American Constitution."*

- **Gurpatwant Singh Pannun**

**United States v. Gupta, 1:23-cr-00289, (S.D.N.Y.)**
**Statement of Gurpatwant Singh Pannun**

**TABLE OF CONTENTS**


| | |
|---|---|
| **Opening Statement** | **Page 3** |
| **I: Who I Am – Why My Activism Made Me a Target** | **Page 6** |
| **II: The Historical Foundations of the Khalistan Referendum** | **Page 7** |
| I. 1849-1947 - From Sovereignty to Partition | Page 8 |
| II. 1950 - Constitutional Identity (Article 25(b)) | Page 8 |
| III. 1955 - The First Indian Army Attack on the Golden Temple | Page 8 |
| IV. 1966 - Reorganization of Punjab | Page 8 |
| V. 1984 - The Turning Point | Page 8 |
| • Operation Bluestar | Page 8 |
| • Operation Woodrose | Page 8 |
| • November 1984 Sikh Genocide | Page 8 |
| VI. 1984-1995 - Punjab: The Killing Fields | Page 9 |
| VII. Three Decades Without Accountability | Page 9 |
| **III: The Khalistan Referendum - The Democratic Campaign India Could Not Defeat** | **Page 9** |
| • June 2014: The Birth of a New Democratic Movement | Page 9 |
| • 2018 - From an Idea to an International Campaign | Page 9 |
| • 2019-2020 - India's First Response (UAPA Ban & Terrorist Designations) | Page 9 |
| • 2021-2022 - The Ballot Could Not Be Stopped | Page 9 |
| • India's Failure Through Legal and Diplomatic Means | Page 9 |
| • The Uniqueness of the Khalistan Referendum | Page 10 |
| • When the Ballot Could Not Be Defeated | Page 10 |
| **IV: The 'Priority Now' Directive: A Pattern of Transnational Repression** | **Page 10** |
| **V: Target Pannun Continues: Dehumanization, Cyber-Harassment, & Threats** | **Page 10** |
| 1. The Weaponization of Financial Bounties as an Active Recruiting Tool | Page 10 |
| 2. The Normalization of State Terror in Legislative Bodies | Page 10 |
| 3. State-Controlled 'Stochastic Terrorism' via Mainstream Networks | Page 10 |
| 4. The Misuse of Counter-Terrorism Frameworks and Lawfare | Page 11 |
| **VI: Chilling Effect on Protected Rights & Threat to Democratic Space** | **Page 11** |
| • The Modi Government's Strategy of Collective Intimidation & Community Coercion | Page 11 |
| **VII: India's Transnational Surveillance & Repression Infrastructure**<br>• Consular and Covert Espionage Positions<br>• Infiltration and Coercion of Community Spaces:<br>• Weaponization of Mobility Controls:<br>• Digital Spyware and Cyber Harassment:<br>• The Nexus with Organized Crime | **Page 11** |
| **VIII: Defying India's Authoritarian Terrorism** | **Page 12** |
| **IX: Conclusion: This Trial is About Justice for the Fallen & Silenced** | **Page 12** |

**OPENING STATEMENT**

By the Guru's blessings, I survived the assassination attempt by India's Modi regime. I am very grateful to U.S. law enforcement for foiling the assassination plot and then to U.S. Department of Justice for prosecuting Nikhil Gupta, an Indian government proxy and indicting Vikash Yadav who was then an active duty officer of Indian Intelligence agency R&AW, which operates under the direct command of the Prime Minister's Secretariat.

I am here to tell this Court what India's failed assassination plot has caused me and what impact it had on my life, my advocacy and the larger community of American Sikhs who support the political opinion Khalistan.

My longtime colleague, Shaheed Hardeep Singh Nijjar, who was assassinated by Indian agents in Canada did not get the chance to tell his story. So I thank this court and the US judicial system for providing me with this opportunity.

Who did India's Modi Regime want to kill?

My name is Gurpatwant Singh Pannun. I am an American citizen, a practicing attorney, and the General Counsel of Sikhs For Justice.

I am leading the Khalistan Referendum, a peaceful campaign through which the Indigenous people of Indian occupied Punjab can vote on whether Punjab should be separated from India and established as a sovereign country.

India's Modi regime wanted me killed on American soil because I led that campaign openly defying threats and intimidation.

I speak here today, not only in my own name, I am also speaking for the Sikh men, women, and children who were killed by the successive Indian governments since 1984 because of their Sikh identity or their support for Khalistan.

Those martyrs of Punjab never had the opportunity that I have today to stand before a court and tell how successive Indian regimes extrajudicially killed them on account of their religion and political opinion.

Before this assassination plot that was hatched at the behest of the Indian Government and directed by the India's NSA Ajit Doval and executed by R&AW Chief Samant Goel, I led the Khalistan Referendum campaign moving freely and openly like any other activist or advocate committed to a cause. Today, although I am still General Counsel of Sikhs For Justice and spokesperson for the Khalistan Referendum, but I have been forced to campaign like in a hybrid and incognito mode, still leading the same peaceful referendum campaign that India's Modi regime wants to stop.

What has changed is that an ordinary meeting with the Khalistan Referendum activists or journalists now requires an expensive and extended security plan.

It has been 1,200 days Now that I have been living with a security detail.

For 1,200 days, I have not met a client in person and have to solely rely on virtual meetings with the client. Sitting across from a client and hearing why they need my help was an ordinary part of my work life as an attorney and human rights lawyer.

For 1,200 days, that part of my life has been gone.

I have been warned by multi country intelligence agents that the threat to my life remains active.

I live under heightened security. Traveling, attending a public gathering, or sitting down with Khalistan referendum activists now takes advance planning.

As an American citizen, I used to exercise those freedoms without having to ask whether I could get there safely or whether my presence would put other's life at risk too.

Now I have to ask those questions every time.

I have had to take additional precautions for my safety and change how I travel. Both have imposed substantial, recurring costs. I continue to incur those costs because the threat to my life persists even after U.S. law enforcement foiled the plot.

The hardest question I face is whether someone else could be harmed just because they were around me.

Fellow Khalistan Referendum activists in the United States, Canada, and the United Kingdom have received law enforcement warnings about threats to even their lives.

When I ask a fellow organizer to join me in public, I have to weigh what that appearance could mean for their safety and the safety of their family.

Decisions I once made without a second thought now carry that weight.
1200 days of Living under that strain, day after day, has effects that are real, widespread and hard to be explained in full detail at this time.

I am the face of the Khalistan Referendum that India wants to kill.

India's Modi regime meant the assassination plot as a warning to Khalistan Referendum activists and to the Indigenous people of Punjab who seek independence from India through the ballot.
The threat was directed at me in New York, but its reach is wider.

If the organizers of a peaceful referendum can be marked for death by India, then everyone who volunteers, organizes a vote, or stands beside them in public has a risk of life.

That is how India's plot to kill me can impact an entire Sikh community who support Khalistan as a political opinion.

When this Court sentences Nikhil Gupta a Modi Regime proxy, I ask it to weigh that this criminal conspiracy has effect not only on the individual target but on the wider community of the Khalistan activists and campaigners.

My Life Belongs to my People, and the Self-Determination of the Sikhs Will Outlast the Modi Regime's Hit Squads.

This is not a conventional victim impact statement. I am not asking for a sentence based on sympathy, fear, or the personal consequences of a foiled assassination plot. I respectfully submit this declaration because the true nature, scope, and exceptional seriousness of this offense cannot be fully measured without understanding exactly why I became the target of assassination at the hands of India's Modi regime.

This case is an unprecedented assault on the rule of law. It is about a foreign authoritarian government treating the sovereign soil of the United States not as a nation of laws, but as an extrajudicial execution ground. The offense represents a calculated, state-sponsored effort by the Narendra Modi regime to forcefully shut down a political movement, suppress advocacy for Sikh self-determination, and intimidate millions of global Sikhs who have chosen the ballot over the bullet through the Khalistan Referendum.

For decades, my advocacy as an American-trained attorney and General Counsel for Sikhs for Justice (SFJ) has been rooted entirely in peaceful, democratic engagement. Whether one agrees or disagrees with my political views is not the issue. The core issue is whether political expression, free association, and democratic participation, protected by the United States Constitution, can be targeted for termination by a foreign-directed murder-for-hire plot.

The significance of this sentence extends far beyond my personal safety. If a foreign power can hunt political opponents within this jurisdiction because of their advocacy, then the intended victim is the very sovereignty of the United States. The challenge extends directly to the security of every dissident who seeks refuge under the American flag and to the foundational principle that political disagreement must never be answered through state-sponsored assassination.

The plot to take my life was the violent culmination of the Modi regime's desperation. For decades, successive Indian regimes have subjected the Sikh community to genocide and ongoing ethnocide, systematically forcing indigenous Sikhs to abandon our historic homeland of Punjab. Amidst this darkness, our vision remains absolute: we see the establishment of the Democratic Republic of Khalistan, a sovereign Sikh homeland, achieved through pure democratic means of Referendum.

The Indian state wanted to silence this campaign because they are utterly terrified of the power of pen and a piece of paper—the democratic ballot. To date, we have accumulated over 2 million votes from the global Sikh community. The Modi regime relies on bullets to maintain control, but it does not possess enough bullets to stop the ballots we have unleashed. That is why India wants me dead.

This statement therefore has one singular purpose: to provide the essential context required to deliver a just, maximum sentence that deters Modi Regime's transnational tyranny.

To explain why I know India's Modi regime wanted to kill me, Now I need to take this honorable Court back to where my life as a student began, in Punjab in 1984.

## I: WHO I AM – WHY MY ACTIVISM MADE ME A TARGET

My activism began as a Sikh teenager watching history unfold through the barrel of Indian Army tanks attacking the Golden Temple in June 1984.

To understand why I believe India's Modi government wanted me dead, the Court must first understand the lifelong journey that brought me here. My childhood did not end because I grew older. It ended in the summer of 1984 when I witnessed the Indian Army's attack on the Golden Temple and its aftermath.

I was born and raised in a village on the outskirts of Amritsar, Punjab. Before June 1984, the green fields around our village were filled with children and teenagers. We played there every day. That was our world. Then everything changed. Curfew was imposed. Indian Army tanks rolled through our villages. I still remember the thunder of the tanks and the deafening explosions during the Indian Army's assault on the Golden Temple. Those sounds have never left me. Even today, they wake me from my sleep.

The green fields where we once played and ran as children became fields of fear AND DEATH. By the summer of 1984, the fields no longer echoed with the laughter of Sikh teenagers; they echoed with the sound of Army trucks.

Then came Operation Woodrose. I watched Indian Army convoys surround our villages. Sikh boys and young men—many of whom I had grown up with—were forced into Army trucks and taken away. The Army had turned those trucks into makeshift interrogation centers. Dozens of Sikh youths from my village and neighboring villages never returned home. Many simply disappeared.

I particularly remember one young Sikh from my area who could not survive the torture. His backbone was broken during interrogation. I still remember the Army truck speeding away with his body, leaving his family without even the dignity of bringing him home. Those who disappeared were not total strangers; they were my neighbors and some of them I had grown up with. Their mothers waited. Their fathers searched. Many families never received their bodies and never learned where their sons were taken or where they died.
These are not stories that I heard years later or read in history books. I witnessed them. I lived through them. Those memories did not fill me with hatred. They shaped my conscience. They became the foundation of my lifelong pursuit of justice and explain why I chose the law, peaceful advocacy, and the ballot.

Everything I have done since can be traced back to the summer when my childhood ended. When I came to the United States, I became an attorney because I believed justice should be pursued through the rule of law. I chose legal advocacy and peaceful democratic engagement over armed conflict.

In 2007, I began assisting Sikhs For Justice (SFJ), whose mission was to seek justice for the November 1984 Sikh Genocide and expose decades of denial, impunity, and institutional cover-ups by successive Indian governments.

As our work expanded, so did our understanding. Through survivor testimonies, official records, documentary evidence, and years of research, we came to know that the true scale of the November 1984 Sikh Genocide was far greater than had been publicly acknowledged. The evidence we assembled led us to conclude that the violence extended across eighteen states and more than one hundred cities, claiming well over thirty thousand Sikh men, women, and children.

The systematic denial of justice over the decades fundamentally changed my understanding of the Sikh struggle. I came to believe that accountability for past crimes, while indispensable, was no longer sufficient. In my view, the Sikh people also had the right to determine their political future through peaceful and democratic means.

That conviction gave birth to the Khalistan Referendum. In June 2014, before the United Nations Headquarters in New York, Sikhs For Justice launched the Khalistan Referendum as a peaceful, democratic, and non-binding initiative asking one fundamental political question: Should Indian-Governed Punjab Be an Independent Country?

The ballot became our answer to the bullet. Millions of Sikhs have since participated in the Khalistan Referendum. My advocacy has always been grounded in the belief that political aspirations must be advanced through peaceful expression, lawful advocacy, and the ballot box—not violence. That is who I am. That is the path that brought me before this Court. And that is why I became a target of the Indian Government's assassination plot.

## II: THE HISTORICAL FOUNDATIONS OF THE KHALISTAN REFERENDUM

### From Operation Bluestar to Self-Determination

To understand the Khalistan Referendum, the Court must first understand the historical foundation from which it emerged. The Khalistan Referendum is not an isolated political campaign. It is the culmination of decades of historical, constitutional, political, religious, and economic grievances experienced by the Sikh community. The following chronology explains why millions of Sikhs ultimately came to support a peaceful democratic movement seeking self-determination through the ballot.

**I. 1849–1947: From Sovereignty to Partition** — Punjab was the homeland of the Sikh Empire until its annexation by the British in 1849. During the Partition of the Indian subcontinent in 1947, Sikh leaders joined the newly created Union of India after assurances that the Sikh community's distinct religious and political identity would be respected within the constitutional framework of the new nation. The decades that followed did not fulfill those expectations.

**II. 1950: Constitutional Identity** — The adoption of the Constitution of India marked, in my view, the beginning of the constitutional erosion of Sikh identity. Article 25(b), by engulfing

Sikhs within the legal and religious framework of Hindus, denied the recognition to Sikhism as a distinct faith. This became an enduring source of political and constitutional grievance.

**III. 1955: The First Indian Army Attack on the Golden Temple** — During the peaceful Punjabi Suba movement, Sikhs sought linguistic and regional recognition through democratic political means. In July 1955, police entered the Golden Temple complex in Amritsar to crush the Punjabi Suba Movement. This marked the first post-independence use of state force within Sikhism's holiest shrine and profoundly affected the Sikh community's relationship with the Indian state.

**IV. 1966: Reorganization of Punjab** — In 1966, Punjab was reorganized. Although on the face, the creation of a Punjabi-speaking state addressed part of the linguistic demand, its disingenuous and convoluted execution created more problems than it solved. Reorganization left important political, territorial, and economic grievances unresolved and enhanced.

**V. 1984: The Turning Point (Operation Bluestar)** — June 1984 marked the defining turning point in modern Sikh history. The Indian Army launched Operation Bluestar at the Golden Temple, including the Sri Akal Takht Sahib. The assault permanently altered the relationship between the Sikh community and the Indian state. In the words of anthropologist Joyce Pettigrew: 'The army went into Darbar Sahib not to eliminate a political figure or a political movement but to suppress the culture of a people, to attack their heart, to strike a blow at their spirit and self-confidence.'

**Operation Woodrose** — Operation Woodrose extended military operations throughout Punjab. I witnessed Indian Army convoys entering villages, detaining Sikh youth, and taking them away in military trucks. Many young Sikhs from my village and neighboring communities disappeared during Operation Woodrose.

**November 1984 Sikh Genocide** — Following the assassination of Prime Minister Indira Gandhi, Sikhs were subjected to widespread anti-Sikh violence across multiple parts of India. The scale and organization of this violence reflected what I describe as the November 1984 Sikh Genocide.

**VI. 1984–1995: Punjab - The Killing Fields** — The years following 1984 were marked by an extended period of violence across Punjab. Many Sikh families experienced enforced disappearances, extrajudicial killings, torture, prolonged detention, and fear.

**VII. Three Decades Without Accountability** — Meaningful accountability for many of these events remained elusive. The continued denial of justice reinforced my conviction that the Sikh community's grievances had not been resolved through existing political and legal institutions.

## III: THE KHALISTAN REFERENDUM

### The Democratic Campaign India Could Not Defeat

The Khalistan Referendum is the central reason why India's Modi government sought to silence me. For decades, the Indian state responded to the Sikh demand for self-determination by

characterizing the Khalistan movement as militancy and terrorism and by relying on military force, counter-insurgency operations, and criminal prosecutions. That approach, however, confronted an entirely different challenge when Sikhs For Justice (SFJ) transformed the next phase of the Khalistan movement into a peaceful, democratic campaign based upon the ballot. India had spent decades attempting to defeat the Khalistan movement with bullets. It never imagined that the greatest challenge to its authority would come from a simple ballot paper.

**June 2014: The Birth of a New Democratic Movement** — In June 2014, before the United Nations Headquarters in New York, Sikhs For Justice announced that the next phase of the movement would be pursued exclusively through peaceful, democratic, and internationally recognized means of Referendum asking: 'Should Indian-Governed Punjab Be an Independent Country?'

**2018: From an Idea to an International Campaign** — In August 2018, SFJ formally announced in London that the Khalistan Referendum would proceed through worldwide voting among the Sikh community. At the same time, support for the Referendum began growing rapidly within Punjab itself.

**2019–2020: India's First Response (UAPA Ban & Terrorist Designations)** — Unable to stop the campaign through public debate, the Government of India declared Sikhs For Justice an 'unlawful association' under the Unlawful Activities (Prevention) Act (UAPA) in 2019. In July 2020, the Indian government designated me, Shaheed Hardeep Singh Nijjar, and Paramjit Singh Pamma as 'terrorists'.

**2021–2022: The Ballot Could Not Be Stopped** — Voting for the Khalistan Referendum commenced in London on October 31, 2021. Momentum accelerated dramatically in September 2022, when more than 110,000 Sikhs participated in Brampton, Canada. My friend and colleague, Shaheed Hardeep Singh Nijjar, served as the principal organizer of that historic exercise.

**India's Failure Through Legal and Diplomatic Means** — Before, during, and after the Referendum campaign, India attempted to stop the movement through diplomatic pressure, criminal prosecutions, and Interpol Red Notice requests. Western democracies consistently recognized the Referendum as protected political advocacy, and Interpol repeatedly declined India's requests.

**The Uniqueness of the Khalistan Referendum** — The Khalistan Referendum stands as a historically unique political exercise because it explicitly asks the singular, foundational question that the Indian state has systematically kept off the ballot since 1947: Should Indian-governed Punjab be an independent country?

## IV: THE 'PRIORITY NOW' DIRECTIVE: A PATTERN OF TRANSNATIONAL REPRESSION

The underlying cause for Nijjar's executed murder and my attempted assassination is one and the same: our successful execution of the Khalistan Referendum. The conspiracy was being handled by serving official of India's R&AW Vikash Yadav, operating through an established state chain

of command that sits at the absolute pinnacle of Indian political leadership—including Prime Minister Narendra Modi, Home Minister Amit Shah, National Security Advisor Ajit Doval, and then-R&AW Chief Samant Goel.

The physical and psychological reality of this plot is alarming. Yadav and his state co-conspirators agreed to a $100,000 bounty for my murder, delivering a $15,000 cash advance right onto the streets of Manhattan. On June 18, 2023, hours before his assassination, Hardeep Singh Nijjar stood before his congregation in Surrey, BC, and announced the next phase of Referendum voting. Within hours, Nijjar was gunned down.

The very next day, June 20, 2023, Yadav transmitted a news article about me to Gupta with the urgent command: '[i]t's [a] priority now.' Gupta openly informed the undercover officer that Nijjar 'was also the target,' boasting that 'we have so many targets,' and instructing the hitman that there was 'now no need to wait' to execute me.

**V: TARGET PANNUN CONTINUES: DEHUMANIZATION, CYBER-HARASSMENT, & THREATS**

The conspiracy to silence me has transitioned into a highly coordinated, relentless campaign of Transnational Repression (TNR), state-sanctioned media vilification, and public doxing designed to incite violence against me on American soil or elsewhere in a Western country.

1. **The Weaponization of Financial Bounties** — Prominent public figures and close allies of Prime Minister Modi have openly placed financial bounties on my head, including a widely publicized, multi-million rupees bounty. Attaching a massive financial reward serves as an active open-source beacon to recruit new hitmen.

2. **Normalization of State Terror in Legislative Bodies** — The call for my extrajudicial execution has been explicitly normalized within India's legislative bodies. Ravneet Bittu, a Union Minister, stood inside the Indian Parliament and explicitly stated that Pannun 'should be eliminated in a surgical strike.'

3. **State-Controlled 'Stochastic Terrorism' via Mainstream Networks** — The Republic of India has weaponized its domestic mainstream media to engage in deliberate Stochastic Terrorism—broadcasting primetime debates advocating for my elimination and publishing my private residential data.

4. **Misuse of Counter-Terrorism Frameworks and Lawfare** — The National Investigation Agency (NIA) and regional police forces have registered several criminal cases against me, retroactively expanding charges under the UAPA for simply releasing video messages and exercising free speech.

**VI: CHILLING EFFECT ON PROTECTED RIGHTS & THREAT TO DEMOCRATIC SPACE**

The conspiracy to take my life was a calculated, state-sponsored attempt to execute the Systemic Suppression of Protected Speech on American soil. By plotting my physical elimination, the perpetrators sought to achieve a profound chilling effect on dissident voices within the United States.

**Strategy of Collective Intimidation & Community Coercion** — The violent coercion deployed by the Modi government is intentionally triangular. By plotting a brazen, daylight assassination in New York City, the Modi government intended to inflict a campaign of collective intimidation against millions of Sikhs, terrorizing everyday citizens so they would become too fearful to step foot inside Gurdwaras or municipal community centers to cast their democratic ballots.

**VII: INDIA'S TRANSNATIONAL SURVEILLANCE & REPRESSION INFRASTRUCTURE**

Public records and findings from Five Eyes intelligence agencies confirm that India operates a multi-layered infrastructure for transnational repression across North America and Europe, including:

• **Consular and Covert Espionage Positions:** Systematically placing intelligence officers inside Indian diplomatic missions under official cover to run surveillance operations targeting Sikh dissidents.

• **Infiltration and Coercion of Community Spaces:** Infiltrating cultural events, protests, and Gurdwaras; hiring or coercing local assets to track target movements.

• **Weaponization of Mobility Controls:** Using immigration systems to revoke OCI cards, cancel passports, and deny visas to relatives remaining in India as leverage.

• **Digital Spyware and Cyber Harassment:** Deploying cyber tools, geoblocking accounts, and orchestrating online character assassination campaigns.

• **The Nexus with Organized Crime:** Utilizing international narcotics and weapons syndicates as deniable criminal proxies to execute state-sanctioned hits.

**VIII: DEFYING INDIA'S AUTHORITARIAN TERRORISM**

The Modi government's plots have completely failed to break my resolve or inject fear into my mission. I do not stand before this Court as a victim pleading for personal safety. My life belongs entirely to my people and to the sacred campaign for the liberation of Punjab through the democratic Khalistan Referendum.

Managing a global, multi-continent democratic campaign while living under 24/7 armed protection has fundamentally altered how I operate. But my survival is a non-negotiable strategic

necessity for the future of Punjab. The Khalistan Referendum will continue, the votes will be counted, and Punjab will be free.

**IX: CONCLUSION: THIS TRIAL IS ABOUT JUSTICE FOR THE FALLEN & SILENCED**

Ultimately, Your Honor, this trial and this sentencing are not merely about the attempt on my life. Personally, I am a targeted man, and I am entirely willing to take India's bullets if that is the price required to achieve freedom, liberty, and self-determination for my people.

For me, this trial is about securing a measure of international justice that has been denied to my people for over seventy years. I stand before this Court to demand accountability for all those who cannot speak:

- For Sant Jarnail Singh Bhindranwale and the martyrs who fell defending the Golden Temple during Operation Blue Star.
- For the thousands of Sikhs who were loaded into army trucks during Operation Woodrose and extrajudicially killed.
- For the 30,000 victims of the November 1984 Sikh Genocide.
- For over 100,000 Sikh sovereignists who laid down their lives for the cause of Khalistan during the 1980s and 1990s.
- For the over 80,000 farmers driven to suicide by the economic tyranny of the Indian State.
- For my slain friend and associate, Shaheed Hardeep Singh Nijjar.
- For the hundreds of Sikh activists currently being detained, tortured, and prosecuted in Punjab today simply for supporting the Khalistan Referendum.

The defendant in this case is a foot soldier acting at the behest of an Indian State that uses the machinery of international espionage and mercenaries to execute American citizens on American soil. By enforcing the absolute maximum statutory penalty across all counts for Nikhil Gupta, this Court will send a message that cannot be misinterpreted by the Indian Government: American sovereignty, and the lives and liberties of American citizens, are inviolable.
Thank you for your time and consideration of this statement.