**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 17, 2026

**By ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Nikhil Gupta*, 23 Cr. 289 (VM)**

Dear Judge Marrero:

The Government respectfully submits the enclosed audio recordings, some or all of which the Government may play at defendant Nikhil Gupta's sentencing on November 20, 2026. Also enclosed are the corresponding transcripts. These recordings capture calls between Gupta and the confidential source (using the name "Pacho") and the undercover officer (using the name "Carlos") during the investigation of this case. Because the recordings cannot be uploaded to ECF, the Government will electronically file the transcripts and provide the recordings to Chambers by email and by hand delivery.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: _________/s/_______________
Ashley C. Nicolas/Alexander Li/
Camille Fletcher
Assistant United States Attorneys
(212) 637-2467

cc: Isabelle Kirshner, Esq. (by ECF)

Enclosures

1. GX 316, 317C, 324B, 325, 326, 401A, and 401B (by email and hand)
2. GX 316-T, 317C-T, 324B-T, 325-T, 326-T, 401A-T, and 401B-T (by ECF)