UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

GOVERNMENT EXHIBIT: 316-T

RECORDING EXHIBIT: 316

DATE SENT TO DEA: June 4, 2023

LANGUAGES: ENGLISH

PARTICIPANTS: Nikhil Gupta ("GUPTA")
Pacho Sanchez ("PACHO")

ABBREVIATIONS:
[UI] = unintelligible
[PH] = phonetic spelling of uncertain words/names
[IA] = inaudible/too quiet audio
[SC] = simultaneous/overlapping conversation

GOVERNMENT EXHIBIT
316-T
23 Cr. 289 (VM)

PACHO: My friend, Nick.
GUPTA: Yes, my brother.
PACHO: Are you sure that you, you want kill that guy? But if you pay your money, you can’t come back.
GUPTA: Yes. Yes.
PACHO: Oh, okay my friend.
GUPTA: Yes.
PACHO: Okay.
GUPTA: Yes.
PACHO: Uh-huh. Oh, all right.
GUPTA: Yes.
PACHO: Oh, okay.