UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

GOVERNMENT EXHIBIT: 324B-T

RECORDING EXHIBIT: 324B

DATE SENT TO DEA: June 19, 2023

LANGUAGES: ENGLISH

PARTICIPANTS: Nikhil Gupta ("GUPTA")
Pacho Sanchez ("PACHO")

ABBREVIATIONS: [UI] = unintelligible
[PH] = phonetic spelling of uncertain words/names
[IA] = inaudible/too quiet audio
[SC] = simultaneous/overlapping conversation

GOVERNMENT EXHIBIT
324B-T
23 Cr. 289 (VM)

GUPTA: And if he's not alone, he has somebody, uh, like two, three people, always with him in the meeting.

PACHO: Mm-hmm.

GUPTA: Let them also, um, take the, uh, toy, uh, taste of toy.

PACHO: Yeah. Yeah.

GUPTA: Let them also go, go to the heaven.

PACHO: Mm-hmm. Yeah. Carlos-

GUPTA: Okay.

PACHO: Carlos says to me the, the, I don't know what happened with the guy, maybe be afraid or something. And the guy is take too much care for move for being the-

GUPTA: Now he, now today you will see he will be more conscious.

PACHO: Mm-hmm.

GUPTA: Because in Canada, Canada.

PACHO: Yeah.

GUPTA: His colleague is down. His colleague is down. I sent you the video.

PACHO: Mm-hmm.

GUPTA: So, he will be more conscious. So, we should not give them the chance, any chance, brother. We cannot give them.

PACHO: Yeah. Mm-hmm. Okay.

GUPTA: Yeah. If he is not alone, he is, there are two guys with him in the meeting or something.

PACHO: Mm-hmm.
GUPTA: Fucking-
PACHO: Yeah.
GUPTA: Pull, uh, put everyone down. Put everyone down. No problem.