UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>NIKHIL GUPTA,<br><br>Defendant. | **Recording Transcript**<br><br>23 Cr. 289 (VM) |

| | |
|---|---|
| GOVERNMENT EXHIBIT: | 325-T |
| RECORDING EXHIBIT: | 325 |
| DATE SENT TO DEA: | June 20, 2023 |
| LANGUAGES: | ENGLISH |
| PARTICIPANTS: | Nikhil Gupta (“GUPTA”)<br>Pacho Sanchez (“PACHO”) |
| ABBREVIATIONS: | [UI] = unintelligible<br>[PH] = phonetic spelling of uncertain words/names<br>[IA] = inaudible/too quiet audio<br>[SC] = simultaneous/overlapping conversation |

GOVERNMENT EXHIBIT
325-T
23 Cr. 289 (VM)

GUPTA: But one thing important, uh, uh, is that-
PACHO: Mm-hmm.
GUPTA: That you have to tell Carlos that maybe, maybe right now FBI is also there.
PACHO: Mm-hmm.
GUPTA: After this Canada episode. So, be careful. Change the boys every time who is following, change the people. Okay?
PACHO: Okay, okay my friend.
GUPTA: So no one should come in the camera. But definitely whatever happens, I need the picture from his house.
PACHO: Okay. Yeah, I- I sent the message asking about the picture.
GUPTA: Okay.