UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

| | |
|---|---|
| GOVERNMENT EXHIBIT: | 326-T |
| RECORDING EXHIBIT: | 326 |
| DATE SENT TO DEA: | June 20, 2023 |
| LANGUAGES: | ENGLISH |
| PARTICIPANTS: | Nikhil Gupta ("GUPTA")<br>Pacho Sanchez ("PACHO") |
| ABBREVIATIONS: | [UI] = unintelligible<br>[PH] = phonetic spelling of uncertain words/names<br>[IA] = inaudible/too quiet audio<br>[SC] = simultaneous/overlapping conversation |

GOVERNMENT EXHIBIT
326-T
23 Cr. 289 (VM)

GUPTA: And if, if, if he's not alone, he has one more, two guys always with him-

PACHO: Yeah.

GUPTA: Fucking finish them also! Finish them also. No problem.

PACHO: Yeah. Car- Carlos know that, and he say there is no problem. Mm-hmm.

GUPTA: Okay?

PACHO: Yeah. Okay, my-

GUPTA: Because we have to, we have to, we have to finish working four jobs in this month.

PACHO: <laugh>

GUPTA: Before 29th, we have to finish four jobs, brother. One is in, this is job, and after three in Canada.

PACHO: Alright.