UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

GOVERNMENT EXHIBIT: 401A-T

RECORDING EXHIBIT: 401A

DATE OF RECORDING: June 19, 2023

LANGUAGES: ENGLISH

PARTICIPANTS: Nikhil Gupta ("GUPTA")
UC Carlos ("CARLOS")

ABBREVIATIONS:
[UI] = unintelligible
[PH] = phonetic spelling of uncertain words/names
[IA] = inaudible/too quiet audio
[SC] = simultaneous/overlapping conversation

GOVERNMENT EXHIBIT
GX 401A-T
23 Cr. 289 (VM)

CARLOS: My friend, my friend. I saw the video. You, you scare me. What's, what's that? I don't, I don't, I don't know who that is.

GUPTA: Uh, this is the one job, uh, in Canada. Canada - we have three job. So one, somebody did. So I was wondering if you did that, but we found who did that.

CARLOS: I wish I, I wish, I wish I could do that. But you don't send me the person!

GUPTA: No, no, no. That is different person. But this was also the target. But this was at the number four, number three. No, not to worry. We have so many target. We have so many target. But the good news is this, good news is this, now, no need to wait. As I told you that we have to wait a few days.

CARLOS: Yes.

GUPTA: So we got the go ahead. Anytime. Any - earliest we can do that.