**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

November 20, 2026

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Nikhil Gupta*
S2 23 Cr. 289 (VM)

Dear Judge Marrero:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant Nikhil Gupta, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 150) and no third-party claims have been filed within the statutory period.

Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

By: ______/s/____________________
Alexander Li
Assistant United States Attorney
Tel. (212) 637-2265

*Enclosure*