UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,
a/k/a "Nick,"

Defendant.

DECLARATION IN SUPPORT OF FINAL ORDER OF FORFEITURE

S2 23 Cr. 289 (VM)

Alexander Li, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2. On or about April 23, 2026, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 150) with respect to NIKHIL GUPTA (the "Defendant"), imposing a money judgment in the amount of $15,000 in United States currency against the Defendant, and forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

a. $15,000 in United States currency, seized by the Government on or about June 9, 2023, in the vicinity of East 27th Street and 11th Avenue, in New York, New York

(the "Specific Property").

3. The Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified.

4. The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 9, 2026, for thirty (30) consecutive days, through June 7, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. Proof of such publication is attached hereto as Exhibit 1, constituting a filing with the Clerk of the Court. Exhibit 1 consists of two documents obtained from a Consolidated Asset Tracking System maintained by the Department of Justice: (A) a true and correct copy of a notice of criminal forfeiture in this action, and (B) a true and correct copy of an Advertisement Certification Report.

5. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

6. The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

7. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

8. No previous application for the relief requested herein has been sought.

Dated: New York, New York
November 20, 2026

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______/s/______________________
Alexander Li
Assistant United States Attorney
26 Federal Plaza, 38th Floor
New York, New York 10278
(212) 637-2265

# Exhibit 1

Attachment 1

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**COURT CASE NUMBER: S2 23 CR. 289 (VM); NOTICE OF FORFEITURE**

Notice is hereby given that on April 23, 2026, in the case of U.S. v. Nikhil Gupta, a/k/a "Nick", Court Case Number S2 23 CR. 289 (VM), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

> $15,000 in United States currency, seized by the Government on or about June 9, 2023, in the vicinity of East 27th Street and 11th Avenue, in New York, New York (23-DEA-704439)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 09, 2026) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and a copy served upon Assistant United States Attorney Li Alexander, Jacob K. Javits Federal Building, 26 Federal Plaza, New York, NY 10278. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm

website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Li Alexander, Jacob K. Javits Federal Building, 26 Federal Plaza, New York, NY 10278. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 9, 2026 and June 07, 2026. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Nikhil Gupta, a/k/a "Nick"

**Court Case No:** S2 23 CR. 289 (VM)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/09/2026 | 23.9 | Verified |
| 2 | 05/10/2026 | 24.0 | Verified |
| 3 | 05/11/2026 | 24.0 | Verified |
| 4 | 05/12/2026 | 23.9 | Verified |
| 5 | 05/13/2026 | 24.0 | Verified |
| 6 | 05/14/2026 | 23.9 | Verified |
| 7 | 05/15/2026 | 23.9 | Verified |
| 8 | 05/16/2026 | 24.0 | Verified |
| 9 | 05/17/2026 | 24.0 | Verified |
| 10 | 05/18/2026 | 24.0 | Verified |
| 11 | 05/19/2026 | 23.9 | Verified |
| 12 | 05/20/2026 | 24.0 | Verified |
| 13 | 05/21/2026 | 23.9 | Verified |
| 14 | 05/22/2026 | 23.9 | Verified |
| 15 | 05/23/2026 | 23.8 | Verified |
| 16 | 05/24/2026 | 24.0 | Verified |
| 17 | 05/25/2026 | 23.9 | Verified |
| 18 | 05/26/2026 | 24.0 | Verified |
| 19 | 05/27/2026 | 23.9 | Verified |
| 20 | 05/28/2026 | 23.9 | Verified |
| 21 | 05/29/2026 | 24.0 | Verified |
| 22 | 05/30/2026 | 23.9 | Verified |
| 23 | 05/31/2026 | 23.9 | Verified |
| 24 | 06/01/2026 | 24.0 | Verified |
| 25 | 06/02/2026 | 23.9 | Verified |
| 26 | 06/03/2026 | 23.9 | Verified |
| 27 | 06/04/2026 | 24.0 | Verified |
| 28 | 06/05/2026 | 23.9 | Verified |
| 29 | 06/06/2026 | 24.0 | Verified |
| 30 | 06/07/2026 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.